

OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

April 7, 2014

United States District Court
Southern District of Texas
FILED

APR - 8 2014

David J. Bradley, Clerk of Court

Clerk, United States District Court
Southern District, Houston Division
515 Rusk Street, Room 5300
Houston, Texas 77002

Re: *Charles Mamou v. William Stephens, Dir., TDCJ-CID*
    **Civil Action No. 4:14-cv-00403**

Dear Clerk:

The enclosed CD contains a copy of the state court record from Mamou's direct appeal and state habeas proceedings. Counsel for respondent has concurrently provided a copy of the CD to petitioner's attorney Allen Ellis. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/s/ *Katherine Hayes*
KATHERINE HAYES
Assistant Attorney General
Criminal Appeals Division
(512) 936-1600

KDH/cak
Enclosure

cc: Allen Richard Ellis
    Attorney at Law
    75 Magee Ave.
    Mill Valley, CA 94941