

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS



APR 1 1 2014

Records from another jurisdiction were received and will be maintained in paper by the Clerk.

✓ State Court Records

___ Administrative Record from Social Security Administration

___ Administrative Record from _____

___ Other records: __On CD__

These records are maintained in _____ Volumes.

Case Number 4:14-cv-403

Stored in File Room