# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES MAMOU, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. H-14-403 |
| | § | |
| WILLIAM STEPHENS, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

In light of this court's ruling on the relevant motions, the court **terminates** Petitioner's Unopposed Motion for a Ruling On Unopposed Motions (Docket Entry No. 31) **as moot**.

The Clerk will deliver a copy of this Order to the parties.

SIGNED on January 30, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge