IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES MAMOU, JR., § § Petitioner, § § vs. § § WILLIAM STEPHENS, § Director, § Texas Department of Criminal § Justice, Correctional Institutions § Division, § Respondent § § | CASE No. 4:14-CV-00403 (Death Penalty Case) (Judge Lee H. Rosenthal) |

INDEX OF EXHIBITS IN SUPPORT OF
AMENDED PETITION FOR WRIT OF HABEAS CORPUS

A. Richard Ellis
Texas Bar No. 06560400
75 Magee Ave.
Mill Valley, CA 94941
(415) 389-6771
FAX (415) 389-0251
Attorney for Petitioner Charles Mamou, Jr.

**EXHIBIT**          **DESCRIPTION**

**EXHIBITS PREVIOUSLY FILED WITH THE PROTECTIVE SKELETAL PETITION:**

| | | |
|---|---|---|
| 1 | Complaint (12-10-98) and Indictment (3-3-1999) | CR 2-6 |
| 2 | Defense Motion for Discovery of Victim Impact (9-1-1999) | CR 20-22 |
| 3 | Defense Motion for the State to Reveal Agreements (9-1-1999) | CR 23-26 |
| 4 | Defense Motion for Production and Disclosure of Informant (9-1-1999) | CR 49-51 |
| 5 | Charge of the Court at Guilt/Innocence (10-12-1999) | CR 78-89 |
| 6 | Verdict at Guilt/Innocence    (10-12-1999) | CR 90 |
| 7 | Charge of the Court at Punishment Phase (10-15-1999) | CR 95-100 |
| 8 | Judgment/Sentence (10-15-1999) | CR 101-103, 105-107 |
| 9 | Texas Court of Criminal Appeals, Opinion on Appeal (*State v. Mamou,* No. 73,708 (Tex. Crim. App. Nov. 7, 2001) | |
| 10 | Appellant's Brief, *State v. Mamou,* No. 73,708 (9-1-2000) | |
| 11 | State Application for Post-Conviction Writ of Habeas Corpus (*Ex parte Charles Mamou, Jr.,* No. 800112-A) | 1 SHCR 3-55 |
| 12 | Subsequent Pro Se State Application for Post-Conviction Writ of Habeas Corpus (*Ex parte Charles Mamou, Jr.,* No. 800112-A) (7-31-2013) | 3 SHCR 6-29 |
| 13 | Subsequent State Application for Post-Conviction Writ of Habeas Corpus (*Ex parte Charles Mamou, Jr.,* No. 800112-A)   (10-29-2013) | 1 SHCR 196-241 |
| 14 | State's Proposed Findings of Fact, Conclusions of Law and Order (11-6-2013) | 1 SHCR 242-257 |
| 15 | Texas Court of Criminal Appeals, Opinion on Post-Conviction Applications (*Ex parte Charles Mamou, Jr.,* No. WR-78,122-01, 78,122-02 and 78,122-03 (2-5-2014) | |
| 16 | Affidavit of Ronald L. Singer | |
| 17 | Extracts from habeas petition in *Bernal v. Dretke,* No. 4:04-cv-01163 (S.D.Tex.) (5-25-2004) | |

18      Houston Chronicle articles on Houston Police Dept. crime lab and State's witness Robert Baldwin

19      Schwartz, Adina, "A Systematic Challenge To The Reliability and Admissibility of Firearms and Toolmark Identification, VI Columbia Science and Technology Law Review (2005)

20      Houston Chronicle articles on State fingerprint expert Rafael Saldivar

21      Trial court "Order For Filing Affidavit" (12-11-2001)

22      State habeas counsel's "Motion for Evidentiary Hearing" (2-21-2002)

23      Declaration of Tom Moran

24      Affidavit of Claudia Milton

25      Affidavit of Christopher Terrill Mamou

26      Affidavit of Mark Benoit

27      Declaration of Sonja Dee Rafeet

28      State habeas counsel's "Motion For The Appointment of a Ballistics Expert" (1-10-2003)

**EXHIBITS FILED WITH AMENDED PETITION:**

29      Testimony of Robert Baldwin

30      *Williams v. Quarterman,* 551 F.3d 352 (5th Cir. 2008)

31      Resume of Ronald Singer

32      Resume of Prof. Adina Schwartz

33      Tobin, William A, and Blau, Peter J., "*Hypothesis Testing of The Critical Underlying premise of Discernible Uniqueness in Firearms-Toolmarks Forensic Practice,*" 53 Jurimetrics 121-146 (2013).

34      Cole, Simon A., *Forensics Without Uniqueness, Conclusions Without Individualization: The New Epistemology of Forensic Identification,* 8 Law, Probability & Risk 233, 234 (2009).

35      AFTE Theory of Identification

36  Department of Justice letter from Special Counsel John Crabb Jr., May 6, 2013, in *Manning v. Mississippi,* 2013-DR-00491-SCT.

37  Saks, Michael J & Koehler, Jonathan J., *The Individualization Fallacy in Forensic Science Evidence,* 61 Vanderbilt L. Rev. 199-219 (2008)

38  Koehler, Jonathan J. & Saks, Michael J., *Individuation Claims in Forensic Science: Still Unwarranted,* 75 Brook. L. Rev. 1187 (2010)

39  Affidavit of Ronald L. Singer