April 21, 2000

Floyd W. Freed III
6630 Cypresswood Dr., Suite 200
Spring, TX  77379


RE: Case No. 73,708
    179TH DISTRICT COURT - 800112

Style: MAMOU, CHARLES JR.

Dear Counsel:

ORDER

The appellant's motion for extension of time within which to file the appellant's brief was granted. The time for filing the appellant's brief has been extended to 9-5-00.

Sincerely,

Troy C. Bennett, Jr.
Clerk


cc: Charles Bacarisse
    Judge Presiding
    Pam Knobloch
    Wendy Wilkerson
    John B. Holmes

NO. 73,708

IN THE COURT OF CRIMINAL APPEALS

FOR THE STATE OF TEXAS

AT AUSTIN

* * *

CHARLES MAMOU, JR.

*Appellant*

vs.

THE STATE OF TEXAS,

*Appellee*

* * *

APPELLANT'S MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF

On Appeal in Cause No. 800,112 from the
179th Judicial District Court of Harris County, Texas

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CHARLES MAMOU, JR., Appellant herein, by and through his appointed counsel on appeal, and files this his Motion for Extension of Time Within Which to File Appellant's Brief. In support thereof, he would respectfully show the Court as follows:

**FILED IN
COURT OF CRIMINAL APPEALS

APR 2 0 2000

Troy C. Bennett, Jr., Clerk**

I.

Appellant was convicted by a jury of the offense of capital murder in Cause No. 800,112, in the 179thnd Judicial District Court of Harris County, Texas. The punishment assessed was death.

The undersigned attorney was appointed to represent Appellant.

II.

The Appellant's Brief was due on April 20, 2000. Counsel asks for an extension until September 5, 2000.

III.

As reasons for the request, due to the magnitude of the case, counsel requires additional time to review the voluminous record and completely research this case. Counsel is currently working on other briefs. For these reasons counsel has not been able to complete Appellant's brief by the due date of April 20, 2000, but would request this extension to afford counsel ample time to provide effective assistance in this appeal.

This motion is not made for any purpose of delay, but so that Appellant who is indigent, may receive effective representation on appeal of his death penalty conviction.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the Court extend the date for filing Appellant's Brief until September 5, 2000.

Respectfully submitted,

_____
FLOYD W. FREED, III
State Bar No. 07413500
6630 Cypresswood Drive - Suite 200
Spring, Texas 77379
Telephone: (281) 374-8886
Telecopier: (281) 379-6916

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served on Harris County District Attorney, Appellant Division, 1201 Franklin, Suite 400, Houston, Texas by regular mail on this the 17th day of April 2000.



FLOYD W. FREED, III

March 17, 2000

Floyd W. Freed III
6630 Cypresswood Dr., Suite 200
Spring, TX 77379


RE: Case No. 73,708
    179TH DISTRICT COURT - 800112

Style: MAMOU, CHARLES JR.

Dear Counsel:

The motion for extension of time to file the Reporter's Record has been granted. The time for filing has been extended to 3-20-00.

Sincerely,

Troy C. Bennett, Jr.
Clerk


cc: Charles Bacarisse
    Judge Presiding
    Pam Knobloch
    Wendy Wilkerson
    John B. Holmes

# 73708

CAUSE NO. 800112

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| VS. | * | HARRIS COUNTY, TEXAS |
| | * | |
| CHARLES MAMOU | * | 179TH JUDICIAL DISTRICT |



3-15-00
Fax OK'd
By TB until
Granted 3-20-00
3-20-00 PC

## MOTION TO EXTEND TIME FOR FILING COURT REPORTER'S RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Deputy court reporter in the above-styled and numbered cause and moves to extend the time of filing the court reporter's record. The court reporter's record in the above-styled case was due on March 15, 2000. I was unable to turn the record in before that date. I am requesting additional time to file the record to through and including March 20, 2000.

WHEREFORE, the court reporter respectfully prays that this Honorable Court grant this motion to extend the court reporter's record.

Respectfully submitted,

Wendy Wilkerson
Official Court Reporter
County Criminal Court at Law No. 5
1201 Franklin, 9th Floor
Houston, Texas 77002
(713) 755-6196

**FILED IN
COURT OF CRIMINAL APPEALS**

MAR 1 5 2000

Troy C. Bennett, Jr., Clerk