

| | | |
|---|---|---|
| SHARON KELLER<br>PRESIDING JUDGE<br><br>LAWRENCE E. MEYERS<br>TOM PRICE<br>SUE HOLLAND<br>PAUL WOMACK<br>CHERYL JOHNSON<br>MIKE KEASLER<br>BARBARA P. HERVEY<br>CHARLES R. HOLCOMB<br>JUDGES | COURT OF CRIMINAL APPEALS<br>STATE OF TEXAS<br><br>P.O. BOX 12308, CAPITOL STATION<br>AUSTIN, TEXAS 78711 | TROY C. BENNETT, JR.<br>CLERK<br>512 463-1551<br><br>RICHARD E. WETZEL<br>GENERAL COUNSEL<br>512 463-1600 |

JANUARY 3, 2001

FLOYD W. FREED, III
ATTORNEY AT LAW
6630 CYPRESSWOOD DR., SUITE 200
SPRING, TEXAS 77379

JOHN B. HOLMES, JR.
DISTRICT ATTORNEY
1201 FRANKLIN, SUITE 600
HOUSTON, TEXAS 77002

No. 73,708
Trial Court No. 800112

STYLED:   CHARLES MAMOU, JR. V. THE STATE OF TEXAS

Dear Counselors:

The above case is set for submission to the Court on **WEDNESDAY, JANUARY 31, 2001 at 9:00 A.M.**

All parties **shall** notify the Clerk of this Court, in writing, within **10 days** after the date of this notice, **whether or not** oral argument is desired. **If oral argument is desired, <u>a party must include in this notice which points of error will be argued.</u>**

<u>Requesting arguments on briefs or pleadings is NOT sufficient.</u> **FAILURE TO SEND THE PROPER WRITTEN REQUEST WITHIN THE TIME PERIOD SET OUT ABOVE WILL CONSTITUTE A WAIVER OF ORAL ARGUMENT.** You will not be further contacted regarding this matter.

-2-

**Twenty minutes will be permitted for each party properly requesting oral argument.** Oral argument is not the Court's first exposure to a case as bench memorandums setting forth the points of error, the authorities relied upon, the facts, etc. are prepared for each argued case and distributed to every judge. Prepare your argument with this in mind. **The Court appreciates brevity.**

Sincerely,

TROY C. BENNETT, JR.
Clerk

By: _____
    Chief Deputy Clerk

cc:   Judge Presiding
      District Clerk
      Roland Brice Moore, III