

OF COUNSEL:
ROBERT MORROW
JANET MORROW
ATTORNEYS AT LAW

# FLOYD W. FREED, III
ATTORNEY AT LAW
6630 CYPRESSWOOD DRIVE, SUITE 200
HOUSTON, TEXAS 77379

TELEPHONE: 281-374-8886
FAX: 281-379-6916

*Granted 1-26-01 P.C.*

January 26, 2001

Hon. Troy C. Bennett, Jr.
Clerk
Supreme Court Building
201 W. 14th Street
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Attention: Abel Acosta

RE: Oral Argument on January 31st, 2001; No. 73,708, In the Court of Criminal Appeals for the State of Texas at Austin; Charles Mamou, Jr. vs. The State of Texas

Dear Sir:

I am writing to ask the Court's permission for Mrs. Janet Morrow to present oral argument in my place in Mr. Mamou's case on January 31st. I am currently in trial in a capital murder trial in Harris County, The State of Texas vs. Bobby Moore, In the 185th District Court. Mrs. Morrow is familiar with the issue and I am sure she will provide able representation, she has agreed to appear if the Court grants permission. Thank you for your assistance in this matter.

Sincerely,

Floyd W. Freed, III

Janet Morrow

FILED IN
COURT OF CRIMINAL APPEALS

JAN 2 6 2001

Troy C. Bennett, Jr., Clerk

73708

# FLOYD W. FREED, III

ATTORNEY AT LAW
6630 CYPRESSWOOD DRIVE, SUITE 200
HOUSTON, TEXAS 77379

OF COUNSEL:
ROBERT MORROW
JANET MORROW
ATTORNEYS AT LAW

TELEPHONE: 281-374-8886
FAX: 281-379-6916

9th January 2001

Mr Troy Bennett, Clerk
Court of Criminal Appeals
Supreme Court Building
201 W. 14th Street
PO Box 12308
Austin, Tx 78711

Re: CCA No: 73,708 Charles Mamou Jr. vs The State of Texas, Trial Court No:800,112

Dear Sir

I wish to present oral argument in the above styled and numbered case in Austin on Wednesday, January 31st 2001 at 9.00am regarding Point of Error One.

A copy of this notice is being sent to the Assistant District Attorney at Harris County, Texas.

Yours faithfully

Floyd W. Freed /jme

**Floyd W. Freed III**

FILED IN
COURT OF CRIMINAL APPEALS
JAN 1 6 2001
Troy C. Bennett, Jr., Clerk

FWF/jme

cc: Kelly Ann Smith
Assistant District Attorney
1201 Franklin Street, Suite 600
Houston, Tx 77379

*73708*

# CHARLES A. ROSENTHAL, JR.
### DISTRICT ATTORNEY
### HARRIS COUNTY, TEXAS

January 9, 2001

Hon. Troy C. Bennett, Jr., Clerk
Court of Criminal Appeals
P O Box 12308, Capitol Station
Austin TX 78711

RE: **CHARLES MAMOU, JR. VS. THE STATE OF TEXAS**
   CCA Case No. 73,708
   Trial Court No. 800112

Dear Mr. Bennett:

I wish to present oral argument in the above styled and numbered case in Austin on Wednesday, January 31, 2001 at 9:00 a.m. I will be responding to the points of error as designated by opposing counsel.

A copy of this notice is being sent to the attorney of record for the appellant.

Sincerely,

*Kelly Ann Smith*

KELLY ANN SMITH
Assistant District Attorney
Harris County, Texas
(713) 755-5826

/ps

cc: Floyd W. Freed, III
    Attorney at Law
    6630 Cypresswood Dr., Suite 200
    Spring TX 77379

FILED IN
COURT OF CRIMINAL APPEALS

JAN 16 2001

Troy C. Bennett, Jr., Clerk

1201 Franklin Street, Suite 600, Houston, Texas 77002-1923