# CHARLES BACARISSE
HARRIS COUNTY DISTRICT CLERK

Direct Dial Line:
755-5738

December 15, 1999

FLOYD FREED
ATTORNEY OF RECORD
2301 FM 1960 W
HOUSTON TEXAS 77068

Defendant's Name: CHARLES MAMOU JR.

Cause No: 800112

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

Notice of Appeal Filed Date: 10-15-99
Sentence Imposed Date: 10-15-99
Court of Appeals Assignment: Court of Criminal Appeals
Appeal Attorney of Record: FLOYD FREED
Motion for New Trial Filed: 10-18-99
State's Notice of Appeal (Judgment & Sentence) filed:
State's Notice of Appeal (Motion) filed date:              Ruling made:
Defendant's Notice of Appeal on Motion filed date:        Ruling Made:
Notice of Appeal on Writ of Habeas Corpus filed:          Ruling Made:

Sincerely,

Myrna Lopez
Criminal Post Trial Deputy

CC: Mr. Calvin Hartman
    Asst. District Attorney
    Appellate Division
    Harris County, Texas

    PAM KNOBLOCH

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 20 1999

Troy C. Bennett, Jr., Clerk

This is your notice to inform any and all substitute reporters in this cause.

Rev. 9/84

MNT 10-18-99

DWS 998

# APPEAL CARD

Court: 179

Cause No.: 800112

The State of Texas

vs

Charles Mamou, Jr.

Date Notice of Appeal: 10/15/1999

Presentation: Vol. 221 Pg. 224

Judgment: Vol. ___ Pg. ___

Judge Presiding: M Wilkinson

Court Reporter: Pam Knoblech

Court Reporter: ___

Court Reporter: ___

Attorney on Trial: Wayne Hill & Kurt Wentz

Attorney on Appeal: Floyd Freed & To be determined

Appointed ✓  Hired ___

Offense: Capital Murder

Jury Trial: Yes ✓ No ___

Punishment Assessed: Death

Companion Cases (If Known): 800113

Amount of Appeal Bond: No Bond

Appellant Confined: Yes ✓ No ___

Date Submitted to Appeal Section: 10/18/1999

Deputy Clerk: ___