March 7, 2000

Floyd W. Freed III
6630 Cypresswood Dr., Suite 200
Spring, TX  77379


RE: Case No. 73,708
    179TH DISTRICT COURT - 800112

Style: MAMOU, CHARLES JR.

Dear Counsel:

   The motion for extension of time to file the Reporter's Record has been granted.  The time for filing has been extended to 3-15-00.


                                    Sincerely,

                                    *(signature)*
                                    Troy C. Bennett, Jr.
                                    Clerk



cc: Charles Bacarisse
    Judge Presiding
    Pam Knobloch
    John B. Holmes

73708

CAUSE NO. 800112

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| VS. | * | HARRIS COUNTY, T E X A S |
| | * | |
| CHARLES MAMOU | * | 179TH JUDICIAL DISTRICT |

## MOTION TO EXTEND TIME FOR FILING
## COURT REPORTER'S RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the official court reporter in the above-styled and numbered cause and moves to extend the time of filing the court reporter's record. The court reporter's record in the above-styled case was due on February 12, 2000. I was unable to turn the record in before that date. I am requesting additional time to file the record to through and including March 15, 2000.

WHEREFORE, the court reporter respectfully prays that this Honorable Court grant this motion to extend the court reporter's record.

Respectfully submitted,

*Pam Knobloch*
Pam Knobloch
Official Court Reporter
179th District Court
1201 Franklin, 18th Floor
Houston, Texas 77002
(713) 755-6340

FILED IN
COURT OF CRIMINAL APPEALS

MAR 0 7 2000

Troy C. Bennett, Jr., Clerk



## Court of Criminal Appeals

MICHAEL J. McCORMICK
PRESIDING JUDGE

LAWRENCE E. MEYERS
STEPHEN W. MANSFIELD
SHARON KELLER
TOM PRICE
SUE HOLLAND
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
JUDGES

State of Texas
Box 12308
Capitol Station
Austin 78711
February 29, 2000

TROY C. BENNETT, JR.
CLERK
512 463-1551

RICHARD E. WETZEL
EXECUTIVE ADMINISTRATOR
512 463-1600

Ms. Pam Knobloch
Official Court Reporter
179th Judicial District Court
301 San Jacinto, Room 812
Houston, TX 77001

          RE:    CHARLES MAMOU, JR.
                  Trial Crt. No. 800112
                  CCA No. 73,708

Dear Ms. Knobloch:

    The Reporter's Record in the above styled and numbered cause was due in this Court on February 14, 2000. To avoid the issuance of a Notice to Show Cause and/or Judgment of Contempt, you must file an extension to file the Reporter's Record or an extension and the Reporter's Record with this Court immediately.

                                      Sincerely,

                                      Troy C. Bennett, Jr.
                                      Clerk

                                      By: *signature*
                                          Dianna Sobotik
                                          Deputy Clerk

TCB/ds
cc:    Judge Presiding
        179th Judicial District Court