

# TEXAS COURT OF CRIMINAL APPEALS
## Austin, Texas

# M A N D A T E

**THE STATE OF TEXAS,**

TO THE  179th JUDICIAL DISTRICT COURT OF HARRIS COUNTY  — GREETINGS:

Before our **COURT OF CRIMINAL APPEALS**, on the 7th day of NOVEMBER, A.D. 2001, the cause upon appeal to revise or reverse your Judgment between:

**CHARLES MAMOU, JR.**

VS.

**THE STATE OF TEXAS**

**CCRA NO. 73,708**

**TRIAL COURT NO. 800112**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the record of the Court below, and the same being considered, because it is the Opinion of this Court that there was no error in the judgment, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the judgment be **AFFIRMED**, in accordance with the Opinion of this Court, and that this Decision be certified below for observance."

**WHEREFORE,** We command you to observe the Order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER,**

Presiding Judge of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

this 3rd day of DECEMBER, A.D. 2001.

TROY C. BENNETT, JR., Clerk

*Veronica Arellano* Deputy Clerk
Veronica Arellano



OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RE: Case No. 73,708
STYLE: MAMOU, CHARLES JR.
Trial Court No. 800112
Harris County, 179TH DISTRICT COURT

I have this day, 12-10-01, received the mandate of the Court of Criminal Appeals in the above numbered and styled case. RETURN CARD IMMEDIATELY.

M. Soper
Signature

Mr. Troy Bennett, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, Texas 78711