```
 1                   REPORTER'S RECORD

 2               VOLUME 25 OF 25 VOLUMES

 3             TRIAL COURT CAUSE NO. 800112

 4

 5   CHARLES MAMOU, JR.      )    IN THE DISTRICT COURT

 6          Appellant        )

 7                           )

 8   VS.                     )    HARRIS COUNTY, TEXAS

 9                           )

10   THE STATE OF TEXAS      )

11          Appellee         )    179TH JUDICIAL DISTRICT

12

13

14             * * * * * * * * * * * * * * * * * * * *

15                        EXHIBITS

16             * * * * * * * * * * * * * * * * * * * *

17

18       On the 7th day of September, 1999, the following

19   proceedings came on to be heard in the above-entitled and

20   numbered cause before the Honorable Bob Burdette and

21   Judge Michael Wilkinson, Judge Presiding, FILED iN

22   Houston, Harris County, Texas:      COURT OF CRIMINAL APPEALS

23       Proceedings reported by computer aided

24   transcription/stenograph machine.    MAR 2 1 2000

25                                        Troy C. Bennett, Jr., Clerk

                                         ORIGINAL
```

```
 1              A P P E A R A N C E S

 2   MR. LYN MCCLELLAN

 3   SBOT NO. 13396100

 4   MS. CLAIRE CONNORS

 5   SBOT NO. 0470500

 6   Assistant District Attorneys

 7   201 Fannin

 8   Houston, Texas 77002

 9   Phone:   713.755.5800

10   ATTORNEYS FOR THE STATE OF TEXAS

11

12   MR. WAYNE HILL

13   SBOT NO. 59656300

14   4615 Southwest Freeway

15   Houston, Texas 77027

16   PHONE:   713.623.8312

17   MR. KURT WENTZ

18   SBOT NO. 21179300

19   5629 W FM 1960

20   Houston, Texas 77069

21   PHONE:   281.587.0088

22   ATTORNEYS FOR THE DEFENDANT

23

24

25
```

```
1                    STATE'S EXHIBIT NO. 1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT

4

```
1              STATE'S EXHIBIT NO. 2
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT
2

5

STATE'S EXHIBIT NO. 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
3

6

```
 1              STATE'S EXHIBIT NO. 4
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT

7



STATE'S EXHIBIT NO. 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
5

PENGAD·Bayonne, N. J.

1                    STATE'S EXHIBIT NO. 6

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



2

```
1        STATE'S EXHIBIT NO. 7
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT
7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 8



STATE'S
EXHIBIT

NGAD-Bayonne, N. J.

```
 1                    STATE'S EXHIBIT NO. 9
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

STATE'S
EXHIBIT

PENGAD-Bayonne, N. J.



STATE'S EXHIBIT NO. 10

STATE'S
EXHIBIT

NGAD-Bayonne, N. J.



STATE'S EXHIBIT NO. 11



STATE'S
EXHIBIT

14



STATE'S EXHIBIT NO. 12



STATE'S EXHIBIT
12
PENGAD-Bayonne, N. J.

STATE'S EXHIBIT NO. 13



STATE'S
EXHIBIT
13
PENGAD-Bayonne, N. J.



STATE'S EXHIBIT NO. 14



STATE'S
EXHIBIT
14
PENGAD-Bayonne, N. J.



STATE'S EXHIBIT NO. 15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
15

PENGAD-Bayonne, N. J.



STATE'S EXHIBIT NO. 16

STATE'S
EXHIBIT

PENGAD-Bayonne, N. J.



STATE'S EXHIBIT NO. 17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT
17

PENGAD-Bayonne, N. J.



STATE'S EXHIBIT NO. 18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S
EXHIBIT

PENGAD-Bayonne.

1                    STATE'S EXHIBIT NO. 19

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S EXHIBIT NO. 20



STATE'S
EXHIBIT

PENGAD-Bayonne, N. J.

STATE'S EXHIBIT NO. 21

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
1                    STATE'S EXHIBIT NO. 22

2

3

4

5

6

7

8

9   (NOTE:  PHYSICAL EVIDENCE, SCENE DIAGRAM, IN THE CUSTODY

10  OF THE DISTRICT CLERK'S OFFICE.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE'S EXHIBIT NO. 23

(NOTE:   PHYSICAL EVIDENCE, KEY MAP DIAGRAM, IN THE

CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

```
 1                    STATE'S EXHIBIT NO. 24

 2

 3

 4

 5

 6

 7    (NOTE:  PHYSICAL EVIDENCE, ENLARGED AERIAL PHOTOGRAPH, IN

 8    THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE'S EXHIBIT NO. 25

(NOTE:   PHYSICAL EVIDENCE, ENLARGED AERIAL PHOTOGRAPH, IN THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

```
 1                    STATE'S EXHIBIT NO. 26

 2

 3

 4

 5

 6

 7   (NOTE:  PHYSICAL EVIDENCE, CASING, IN THE CUSTODY OF THE

 8   HARRIS COUNTY SHERIFF'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              STATE'S EXHIBIT NO. 26-A
 2
 3
 4
 5
 6
 7  (NOTE:  PHYSICAL EVIDENCE, BAG, IN THE CUSTODY OF THE
 8  HARRIS COUNTY SHERIFF'S OFFICE.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              STATE'S EXHIBIT NO. 27

 2

 3

 4

 5

 6

 7   (NOTE:  PHYSICAL EVIDENCE, CASING, IN THE CUSTODY OF THE

 8   HARRIS COUNTY SHERIFF'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

27

STATE'S EXHIBIT NO. 29

(NOTE:  PHYSICAL EVIDENCE, CASING, IN THE CUSTODY OF THE HARRIS COUNTY SHERIFF'S OFFICE.)

```
1              STATE'S EXHIBIT NO. 30
2
3
4
5
6
7  (NOTE:  PHYSICAL EVIDENCE, CASING, IN THE CUSTODY OF THE
8  HARRIS COUNTY SHERIFF'S OFFICE.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                    STATE'S EXHIBIT NO. 31

 2

 3

 4

 5

 6

 7   (NOTE:   PHYSICAL EVIDENCE, PAPER BAG WITH CUT-UP PAPER,

 8   IN THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STATE'S EXHIBIT NO. 32
 2
 3
 4
 5                        (SWABS/BLOOD)
 6                       NOT ADMITTED
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    STATE'S EXHIBIT NO. 33

 2

 3

 4

 5                         (SWABS/BLOOD)

 6                        NOT ADMITTED

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STATE'S EXHIBIT NO. 34

 2

 3

 4

 5                       (SWABS/BLOOD)

 6                       NOT ADMITTED

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STATE'S EXHIBIT NO. 35
 2
 3
 4
 5                        (SWABS/BLOOD)
 6                        NOT ADMITTED
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    STATE'S EXHIBIT NO. 36
 2
 3
 4
 5                       (SWABS/BLOOD)
 6                       NOT ADMITTED
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S EXHIBIT NO. 37

(SWABS/BLOOD)

NOT ADMITTED

```
 1                    STATE'S EXHIBIT NO. 38

 2

 3

 4

 5

 6

 7   (NOTE:  PHYSICAL EVIDENCE, BERETTA 9MM, IN THE CUSTODY OF

 8   THE HARRIS COUNTY SHERIFF'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STATE'S EXHIBIT NO. 39

 2

 3

 4

 5          (9MM RP LIVE CARTRIDGES/MAG)

 6                  NOT ADMITTED

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE'S EXHIBIT NO. 40

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S EXHIBIT NO. 41

(DIAGRAM)

NOT ADMITTED

45

STATE'S EXHIBIT NO. 42

(NOTE:  PHYSICAL EVIDENCE, CHART-NAMES, IN THE CUSTODY OF
THE DISTRICT CLERK'S OFFICE.)

STATE'S EXHIBIT NO. 43

(NOTE:  PHYSICAL EVIDENCE, CHART-NORTHLINE, IN THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

47

1            STATE'S EXHIBIT NO. 44

2

3

4

5

6

7

8                  DIAGRAM - LANTERN POINT

9                      (NOT ADMITTED)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S EXHIBIT NO. 45

(NOTE:   PHYSICAL EVIDENCE, SCENE VIDEO AT LANTERN POINT,
IN THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

STATE'S EXHIBIT NO. 46

(NOTE:   PHYSICAL EVIDENCE, DIAGRAM-LYNCHESTER, IN THE
CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

STATE'S EXHIBIT NO. 47



STATE'S
EXHIBIT
47

FOR SALE
713-988-9018

```
 1                         STATE'S EXHIBIT NO. 48
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Gate
ATE'S
EXHIBIT
48

STATE'S EXHIBIT NO. 49



STATE'S
EXHIBIT

49

STATE'S EXHIBIT NO. 50





STONE'S
EXHIBIT
50

54

1     STATE'S EXHIBIT NO. 51

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
51

STATE'S EXHIBIT NO. 52





STATE'S
EXHIBIT
52

STATE'S EXHIBIT NO. 53

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PHOTO

NOT ADMITTED

57

STATE'S EXHIBIT NO. 54

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Case 4:14-cv-00403 Document 84-21 Filed on 2012/14 in TXSD Page 86 of 150

STATE'S
EXHIBIT
54

58

STATE'S EXHIBIT NO. 55



STATE'S
EXHIBIT
55

STATE'S EXHIBIT NO. 56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 57



STATE'S
EXHIBIT
57

1                    STATE'S EXHIBIT NO. 58

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT
58

```
 1                    STATE'S EXHIBIT NO. 59

 2

 3

 4

 5

 6

 7   (NOTE:  PHYSICAL EVIDENCE, SCENE VIDEO-LYNCHESTER, IN THE

 8   CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STATE'S EXHIBIT NO. 60

 2

 3

 4

 5              (KEY MAP-LYNCHESTER)

 6               NOT ADMITTED

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE'S EXHIBIT NO. 61

1
2
3
4
5
6
7   (NOTE:  PHYSICAL EVIDENCE, KEY MAP-ASHFORD POINT, IN THE
8   CUSTODY OF THE DISTRICT CLERK'S OFFICE.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 62





STATE'S EXHIBIT NO. 63

STATE'S
EXHIBIT
63





STATE'S EXHIBIT NO. 64



1          STATE'S EXHIBIT NO. 65

2

3

4                    NOT ADMITTED

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT NO. 66



STATE'S
EXHIBIT
66

1    STATE'S EXHIBIT NO. 67
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S EXHIBIT NO. 68

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
 1                        STATE'S EXHIBIT NO. 69
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT
69



STATE'S EXHIBIT NO. 70

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
70

74

```
 1                    STATE'S EXHIBIT NO. 71
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

STATE'S EXHIBIT NO. 72



STATE'S
EXHIBIT

72



STATE'S EXHIBIT NO. 73



STATE'S EXHIBIT NO. 74



STATE'S
EXHIBIT

74

78

```
1                    STATE'S EXHIBIT NO. 75
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



STATE'S
EXHIBIT
75

STATE'S EXHIBIT NO. 76

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S
EXHIBIT

76



STATE'S EXHIBIT NO. 77

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT

77

```
 1                    STATE'S EXHIBIT NO. 78

 2

 3

 4

 5

 6

 7   (NOTE:  PHYSICAL EVIDENCE, ENLARGED AERIAL PHOTOGRAPH, IN

 8   THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        STATE'S EXHIBIT NO. 79
 2
 3
 4
 5
 6
 7    (NOTE:   PHYSICAL EVIDENCE, BULLET, IN THE CUSTODY OF THE
 8    HARRIS COUNTY SHERIFF'S OFFICE.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
 -
```



STATE'S EXHIBIT NO. 80

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S EXHIBIT

CITY OF HOUSTON   POLICE DEPARTMENT

```
 1                        STATE'S EXHIBIT NO. 81
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

POLICE DEPARTMENT

CITY OF HOUSTON















STATE'S EXHIBIT NO. 82

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CITY OF HOUSTON                    POLICE DEPARTMENT



3



6



2



5



1



4

86

1        STATE'S EXHIBIT NO. 83
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



**STATE'S
EXHIBIT**

83

```
 1                    STATE'S EXHIBIT NO. 84

 2

 3

 4

 5

 6

 7    (NOTE:  PHYSICAL EVIDENCE, BULLET FROM LEXUS, IN THE

 8    CUSTODY OF THE HARRIS COUNTY SHERIFF'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

STATE'S EXHIBIT NO. 84-A

2

3

4

5

(EVIDENCE ENVELOPE)

6

NOT ADMITTED

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STATE'S EXHIBIT NO. 85



STATE'S
EXHIBIT
85

STATE'S EXHIBIT NO. 86

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT

86



STATE'S EXHIBIT NO. 87



STATE'S
EXHIBIT
87

STATE'S EXHIBIT NO. 88



**STATE'S EXHIBIT**
*88*

```
 1                       STATE'S EXHIBIT NO. 89

 2

 3

 4

 5

 6

 7     (NOTE:   PHYSICAL EVIDENCE, LIVE BULLET, IN THE CUSTODY OF

 8     THE HARRIS COUNTY SHERIFF'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STATE'S EXHIBIT NO. 90

(NOTE:   PHYSICAL EVIDENCE, BULLET, IN THE CUSTODY OF THE HARRIS COUNTY SHERIFF'S OFFICE.)