STATE'S EXHIBIT NO. 90-A

(EVIDENCE ENVELOPE)

NOT ADMITTED



STATE'S EXHIBIT NO. 91

(NOTE:   PHYSICAL EVIDENCE, BULLET, IN THE CUSTODY OF THE
HARRIS COUNTY SHERIFF'S OFFICE.)

```
 1                      STATE'S EXHIBIT NO. 92
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



**STATE'S EXHIBIT**

92



STATE'S EXHIBIT NO. 93

(NOTE:   PHYSICAL EVIDENCE, BAG/CLIPPINGS, IN THE CUSTODY
OF THE DISTRICT CLERK'S OFFICE.)



STATE'S EXHIBIT NO. 94

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Newspaper clippings

RSaldin
Ident
#1



100

1                         STATE'S EXHIBIT NO. 95

2

3

4

5                             (PRINT CARD)

6                             NOT ADMITTED

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    STATE'S EXHIBIT NO. 96

 2

 3

 4

 5

 6

 7   (NOTE:  PHYSICAL EVIDENCE, FIREARMS CHART, IN THE CUSTODY

 8   OF THE DISTRICT CLERK'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    STATE'S EXHIBIT NO. 97

 2

 3

 4

 5              (LIVE BULLET FROM LEXUS)

 6                   NOT ADMITTED

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            STATE'S EXHIBIT NO. 98

2

3

4

5                    (BULLET)

6                 NOT ADMITTED

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          STATE'S EXHIBIT NO. 99

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Joye M. Carter, M.D., FCAP**
Chief Medical Examiner

(713) 796-9292
(713) 796-6815
FAX: (713) 796-6842

## OFFICE OF THE MEDICAL EXAMINER OF HARRIS COUNTY
### JOSEPH A. JACHIMCZYK FORENSIC CENTER
1885 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054-2098

### AUTOPSY REPORT

Case 98 - 3366

December 8, 1998

### ON THE BODY OF

Terrance Lawayn Gibson
16702 Skyblue Ln.
Houston, Texas

CAUSE OF DEATH:  Gunshot wound of left chest.

MANNER OF DEATH:  Homicide.


_____    1-14-99
Roger P. Milton Jr., M.D.                Date
Assistant Medical Examiner


Reviewed and signed by:


_____    22 Jan 99
Joye M. Carter, M.D., FCAP              Date
Chief Medical Examiner

STATE'S
EXHIBIT
99

Case 98 - 3366
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Terrance Lawayn Gibson
16702 Skyblue Ln.
Houston, Texas

HISTORY:   This 22 year old black male was transported to Hermann Hospital, Houston, Texas, arriving at 12:14 a.m. on December 7, 1998.  He was pronounced dead at 12:24 a.m. on December 7, 1998.

AUTOPSY:   The autopsy was performed in the Joseph A. Jachimczyk Forensic Center of Harris County by Assistant Medical Examiner Roger P. Milton, Jr., M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 8:00 a.m., on December 8, 1998.

CLOTHING:   The body was received unclad in a plastic white body bag.

EVIDENCE OF MEDICAL INTERVENTION:   A white plastic neck collar was in place.   An endotracheal tube was in the mouth. Electrocardiogram electrodes were on the anterior chest and abdomen.   Intravascular catheters were in the anterior left chest and the right antecubital fossa.

EXTERNAL APPEARANCE:   The body was that of a well developed, well nourished, black male who measured 69 inches and weighed 183 pounds, appearing compatible with the stated age of 22 years. Rigor mortis was developed in the extremities and the jaw.   Purple fixing livor mortis was on the posterior surfaces of the body, except in areas exposed to pressure.   The head was symmetrical and covered by short black, curly hair which measured 1/4 inch over the crown with close-cut hair on the sides and back of the head. Facial hair consisted of a beard and moustache.   The irides were brown and the pupils were bilaterally dilated to 4 millimeters. The sclerae and conjunctivae were clear.   There was minimal conjunctival drying within the palpebral fissures.   The corneae were mildly cloudy.   The nose was central and atraumatic.   Natural teeth were in good condition.   The upper right central incisor was rimmed with gold colored metal.   The left upper central incisor was chipped.   Both ears were pierced once.   The neck was symmetrical and atraumatic.   A gunshot entrance wound was on the upper lateral left chest.   There were a few well-healed scars of the upper anterior chest measuring up to 3/8 by 3/16 inch.   There were no palpable chest masses.   The anterior left chest had a 5-1/2 by 5-1/2 inch tattoo of a hand holding a gun.   The abdomen was mildly protuberant and covered with sparse body hair.   There were no palpable abdominal masses and a few well-healed scars measured up to 1/8 by 1/8 inch.   The pubic hair was moderately abundant.   The external genitalia were those of a normal adult male.   The penis

Terrance Lawayn Gibson

Case 98 - 3366
-3-

was not circumcised.  The scrotum showed purple drying.  The anterior right leg had a 3 by 4 inch cluster of healing and fresh abrasions, measuring up to 3 by 3/4 inch.  The posterior medial right leg and popliteal fossa had a 7 by 3-1/2 inch cluster of linear, superficial abrasions.  The lower extremities showed multiple, well-healed scars, including a 2 by 1-1/4 inch scar of the medial right leg, a 3 by 1 inch scar of the lateral left thigh, and 2-1/2 by 3/4 inch scar of the lateral left leg.  A 1/8 by 3/16 inch abrasion was on the lateral aspect of the left leg.  The lateral aspect of the right arm had a tattoo of a skull with the word "Heartless" beneath it, measuring 4-1/2 by 2-1/2 inches and a tattoo reading "Only God Can Judge Me", measuring 3 by 4 inches. There were multiple, well-healed scars of the right upper extremities including a 2 by 1/8 inch scar of the anterior right arm.  There was a 3/4 by 1/4 inch abrasion of the medial right elbow.  The lateral aspect of the right arm had a 1/8 by 1/8 inch scab.  The dorsal aspect of the distal right 3rd digit had a 1/8 by 1/32 inch abrasion.  The lateral aspect of the left arm had a 4-1/2 by 4 inch tattoo of a panther and the word "Fearless".  There were a few well-healed scars of the left upper extremity.  The dorsal left forearm had a 1/4 by 1/4 inch healing abrasion.  There were a few well-healed scars of the dorsal aspects of the hands and forearms.  The appropriate number of digits were on the feet and hands.  The back showed multiple, well-healed scars.  The anus, perineum and back were otherwise unremarkable.

INTERNAL EXAMINATION:  Section:  The chest and abdomen were opened by the usual Y-shaped incision.  The abdominal fat layer at the level of the umbilicus measured 1 inch in maximum thickness.  The chest plate was removed.  The left pleural cavity contained 1700 milliliters of liquid and clotted blood.  The peritoneal cavity contained 400 milliliters of clotted and liquid blood.  There were extensive fibrous adhesions of the right pleural cavity.  The peritoneal cavity and the left pleural cavity were smooth and glistening.  The internal organs were in their usual locations and had normal anatomic relationships to one another.

HEART:  The heart weighed 325 grams and had mild to moderate amounts of epicardial adipose tissue.  The epicardium was gray-brown, smooth, and glistening.  The coronary arteries arose in the usual locations and were normally located over the surface of the heart.  There was no atherosclerosis.  The myocardium was red-brown and had no nodules or fibrosis.  The right and left ventricles were of normal size and configuration.  The cardiac valve cusps and leaflets were normal in number and configuration. There was mild atherosclerosis of the aortic root.  The interventricular septum was intact.  The thoracoabdominal aorta had a bullet wound laceration measuring 3/4 by 3/4 inch in width.

Terrance Lawayn Gibson

Case 98 - 3366
-4-

LUNGS:  The right and left lungs weighed 650 grams and 350 grams, respectively.  The left lung was collapsed.  The inferior aspects of the upper and lower lobes of the left lung showed contusions. The inferior lateral aspect of the lower lobe of the left lung had a 3/4 inch laceration with surrounding contusion.  The bronchi were opened to the bronchioles and contained blood-tinged fluid.  The mucosa was red-tan and moderately congested.  The pleural surfaces were otherwise purple to pink and intact.  There were patchy fibrous pleural adhesions of the right lung.  There was no anthracotic pigment deposition.  The parenchyma of the right lung was mildly firm.  There was minimal congestion of the left lung and moderate congestion of the right lung.  There was no tumor, infection, or cavitation noted.

LIVER:  The liver weighed 1200 grams.  A 1-1/2 inch lacerated wound track was on the posterior, superior lateral right lobe.  The capsule was otherwise red-tan, smooth, glistening and intact.  The parenchyma was otherwise mildly to moderately firm, red-brown, and unremarkable.  The gallbladder contained 2 milliliters of green-yellow bile.  There were no gallstones.  The hepatobiliary ducts were patent.

Pancreas:  The pancreas weighed 125 grams.  The external and cut surfaces were gray-tan.  There were no nodules or other gross lesions.

Adrenals:  The adrenal glands were surrounded by small amounts of adipose tissue and, in aggregate, weighed 20 grams.  The cortices were orange-yellow and not hyperplastic.  The medullae were gray-tan and unremarkable.

SPLEEN:  The spleen weighed 75 grams.  The capsule was purple-gray, smooth, glistening, and intact.  The parenchyma was moderately firm, rubbery and dark red-brown.  The red pulp and white pulp were readily demarcated.  There was no infection, fibrosis, or tumor.

GENITOURINARY TRACT:  The right and left kidneys weighed 100 grams and 125 grams, respectively.  Both capsules stripped with ease to reveal smooth and glistening red-brown cortical surfaces.  The cortices and medullae were demarcated and without focal lesions. The papillae, calyces, and pelves were unremarkable.  The ureters were of normal caliber and patency.  There were 50 milliliters of clear yellow urine within the urinary bladder.  The mucosal surface was gray-tan and trabeculated.  The prostate was of usual size, shape, and consistency.  There were no nodules or other gross lesions.  The testicles were unremarkable both externally and on cut sections.

Terrance Lawayn Gibson

Case 98 - 3366
-5-

GASTROINTESTINAL TRACT:   The esophagus was opened along its length and had a gray-white smooth mucosa.   There was extensive hemorrhage surrounding the esophagus.   There was a perforating gunshot wound through the fundus of the stomach with contusions surrounding the wound margins.   The stomach was opened along the greater curvature and contained 150 milliliters of thick, green-brown digestate and partially digested food.   The mucosa was otherwise gray-tan.   The rugal pattern was maintained.   The duodenum, small intestine, and large intestine were unremarkable.   The appendix was at its usual location at the tip of the cecum and was unremarkable.

BONES:   There was a gunshot wound perforation and fracture of the body of the 11th thoracic vertebra.   The remaining axial and appendicular skeletons were intact and unremarkable.   There was a gunshot wound perforation of the left leaflet of the diaphragm. The remaining skeletal muscle was red-brown and unremarkable.

NECK:   The internal structures of the neck were removed.   The larynx was opened and contained minimal amounts of watery clear fluid.   The mucosa was gray-pink and not congested.   The hyoid bone, thyroid cartilage, and cricoid cartilage were intact and not hemorrhagic.   The strap muscles were reflected and had no hemorrhages.   The thyroid gland was of usual size, shape, and consistency.   It was red-brown both externally and on cut surface. The tongue was serially sectioned and had no fibrosis or hemorrhage.

HEAD:   The head was opened with the usual bimastoidal incision. There were no hemorrhages beneath the scalp.   The calvarium was removed and had no fractures.   There was no epidural, subdural, or subarachnoid hemorrhage.   The brain weighed 1350 grams.   The vascular structures at the base of the brain were unremarkable. The uncal processes and cerebellar tonsils were unremarkable.   The relationship of gyri to sulci was within normal limits.   The cerebral hemispheres were coronally sectioned.   The cortical gray ribbon and deeper white matter were delineated and without hemorrhages or focal lesions.   The ventricular system was of normal size, shape, and contained minimal clear cerebrospinal fluid.   The basal ganglia were unremarkable.   The brain stem and cerebellum were serially sectioned.   There were no hemorrhages.   The atlantooccipital articulation was stable.   There were no neck fractures.

DESCRIPTION OF INJURY:   GUNSHOT WOUND OF LEFT CHEST:
This was a penetrating gunshot entrance wound of the lateral aspect of the upper left chest, located 17 inches below the top of the head and 7 inches to the left of the anterior midline.   The ovoid wound defect measured 5/8 by 3/8 inch.   An eccentric marginal abrasion collar measured 1/16 inch in width superiorly.   A superimposed, ovoid, 1/4 by 7/16 inch abrasion was on the superior

Terrance Lawayn Gibson

Case 98 - 3366
-6-

lateral wound margin.   Faint gunpowder stippling was on the skin around the entrance wound and measured out to a distance of 2 inches from the wound margin superiorly, 1-1/2 inches from the wound margin medially, and 2 inches from the wound margin inferiorly.   A 2 by 1 inch, vertically-oriented cluster of faint stippling was on the anterior aspect of the left arm.   There was no soot deposition on the skin around the entrance wound.   The wound path was through the skin, subcutaneous tissue and musculature of the lateral aspect of the upper left chest, the anterior lateral left 5th intercostal space, the anterior lateral aspect of the lower lobe of the left lung, the left leaflet of the diaphragm, the stomach, the thoracoabdominal aorta, the 11th thoracic vertebra, and the right lobe of the liver.   A mildly deformed copper-jacketed, large caliber, hollow point bullet was recovered just beneath the right leaflet of the diaphragm.   The direction of the wound path was front to back, left to right, and downward.   The bullet was placed in a labeled evidence envelope and given to evidence technicians.

TOXICOLOGY:   Liver, stomach contents, bile, blood, urine, and vitreous were obtained for toxicological analysis.

HISTOLOGY:   Portions of the tissues were retained in formalin.

PATHOLOGICAL FINDINGS

Gunshot wound of the left chest with injury to the thoracoabdominal   aorta, left lung, stomach, spinal column and liver.

# OFFICE OF THE MEDICAL EXAMINER OF HARRIS COUNTY
## JOSEPH A. JACHIMCZYK FORENSIC CENTER
### 1885 OLD SPANISH TRAIL
### HOUSTON, TEXAS 77054-2098

## REPORT OF ANALYSIS
December 10, 1998

**TO:**  Roger P. Milton Jr., M.D.                    **CASE#:** ML98-3366
Assistant Medical Examiner

Evidence submitted on 12/09/98.

RESULTS:

Blood:    Ethanol, Methanol, Acetone, Isopropanol- Not Detected.

Urine:    Marihuana Metabolite, Cocaine Metabolite,
Phencyclidine, Amphetamine/Methamphetamine,
Opiate- Not Detected.

Unless otherwise requested, specimens will be discarded one year after date of receipt.

Patricia L. Small, B.S., MT, ASCP                    Ashraf Mozayani, Ph.D., DABFT
Assistant Toxicologist                    Chief Toxicologist

DEC 1 7 1998

Medical Examiner's Initial

1          STATE'S EXHIBIT NO. 100

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                    STATE'S EXHIBIT NO. 101
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```





STATE'S EXHIBIT NO. 102

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S EXHIBIT NO. 103

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



**Joye M. Carter, M.D., FCAP**
Chief Medical Examiner

(713) 796-9292
(713) 796-6815
FAX: (713) 796-6842

### OFFICE OF THE MEDICAL EXAMINER OF HARRIS COUNTY
### JOSEPH A. JACHIMCZYK FORENSIC CENTER
1885 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054-2098

## AUTOPSY REPORT

Case 98 - 3385

December 9, 1998

## ON THE BODY OF

Mary Tuana Carmouche
7425 Jay Street
Houston, Texas

CAUSE OF DEATH:  Gunshot wound of chest.

MANNER OF DEATH:  Homicide.


_Roger F. Milton Crb_        1-25-99

Roger P. Milton Jr., M.D.                    Date
Assistant Medical Examiner



Reviewed and signed by:



_Joye M Cart MD_   2-1-99

Joye M. Carter, M.D., FCAP               Date
Chief Medical Examiner

STATE'S
EXHIBIT

103

Case 98 - 3385
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Mary Tuana Carmouche
7425 Jay Street
Houston, Texas

HISTORY:   This  unidentified  black  female,  subsequently  identified
as 17 year old Mary Comouche, was found dead at 9227 Lynchester,
Houston, Texas, at 12:30 p.m. on December 8, 1998.  See Companion
Case 98 - 3366.

AUTOPSY:   The autopsy was performed in the Joseph A. Jachimczyk
Forensic Center of Harris County by Assistant Medical Examiner
Roger P. Milton, Jr., M.D., pursuant to Article 49.25, Texas Code
of Criminal Procedure, beginning at 11:30 a.m., on December 9, 1998.

CLOTHING:  The body was received in a white plastic body bag.  The
body was clad in a red t-shirt with "TOMMY" on the front and "GIRL"
on the back; blue jeans with a black, woven, leather belt; silver
and blue-gray Nike tennis shoes with red shoestrings; gray panties;
and white socks.  A gold medallion of "M" was around the neck on a
gold chain.  The right and left superior aspects of the ear pinnae
had gold stud earrings.  There was a perforation on the front of
the shirt, surrounded by a thin ring of dirt.

EVIDENCE OF MEDICAL INTERVENTION:  None.

EXTERNAL APPEARANCE:  The body was that of a well developed, well
nourished, black female who measured 61 inches and weighed 108
pounds,  appearing  compatible  with  the  stated  age  of  17  years.
Minimal  rigor  mortis  remained  in  the  extremities  and  the  jaw.
Purple fixed livor mortis was on the anterior surface of the body,
except in areas exposed to pressure.  There was faint unfixed livor
mortis  on  the  posterior  surface  of  the  body,  except  in  areas
exposed to pressure.  The head was symmetrical and covered with
curly,  red-gold  hair,  measuring  9  inches  over  the  crown.   The
irides were brown and the pupils were bilaterally dilated to 4
millimeters.   The  sclerae  were  clear.   The  conjunctivae  were
markedly congested.  The corneae were mildly cloudy.  There were a
few  petechial  hemorrhages  in  the  lower  right  conjunctiva.   The
anterior  central  aspect  of  the  face  showed  purple  fixed  livor
mortis.  A 1-1/2 by 3/4 inch cluster of excoriations, consistent
with  insect  activity,  was  on  the  superolateral  right  periorbital
region, measuring up to 3/8 by 3/16 inch.  The right supraorbital
region had a 1/8 by 1/16 inch abrasion.  The anterior left forehead
had a 2-1/4 by 3/4 inch cluster of irregularly shaped abrasions,
measuring up to 3/16 inch by 1/8 inch.  The left forehead had a 1/8
by 1/32 inch abrasion.  A 1/4 by 3/16 inch abrasion was on the left
anterior bridge of the nose.  A 1/8 by 1/16 inch abrasion was on
the medial left infraorbital region.  The lower half of the right

Mary Tuana Carmouche

Case 98 - 3385
-3-

side of the nose had a 1 by 1/2 inch cluster of excoriations,
consistent with insect activity, measuring up to 3/16 by 1/8 inch.
Natural teeth were in good condition in the oral cavity. The left
corner of the upper lip and left corner of the lower lip had
excoriations, consistent with insect activity, measuring 1/4 by 1/8
inch and 3/8 by 1/8 inch, respectively. The anterior chin had a
1/2 by 1/2 inch cluster of punctate excoriations, consistent with
insect activity, measuring up to 1/8 by 1/8 inch. The left side of
the neck had a 3/8 by 1/8 inch cluster of excoriations, consistent
with insect activity. The anterior and right side of the neck had
hyperpigmented patches of dried skin. Two, 1/8 by 1/16 inch scabs
were on the inferior left side of the posterior neck. The right
and left earlobes were pierced and the superior aspect of the right
and left ear pinnae were pierced once. There was a gunshot
entrance wound on the anterior medial right chest. A 1/16 inch
abrasion was located 2 inches to the right of the gunshot entrance
wound. The anterior chest showed no additional palpable masses or
scars. The abdomen was flat to scaphoid and covered with sparse
body hair. A 1-1/2 by 3/8 inch cluster of excoriations, consistent
with insect activity, were on the right side of the abdomen.
Additional excoriations, consistent with insect activity, were on
the right lower quadrant of the abdomen and anterior right hip
region, measuring up to 1/2 by 1/8 inch. A 1-1/2 by 1/2 inch
cluster of postmortem excoriations with a superimposed linear 1-1/2
by 1/16 inch, postmortem excoriation was on the lateral right hip
region. The pubic hair was moderately abundant and partially
shaved. The genitalia were those of a normal adult female. The
right and left lower extremities showed multiple well healed scars
of the right and left knees and legs. A 3 by 3 inch tattoo of a
star reading "SUPERSTAR" was on the anterior dorsal right foot.
The dorsal aspect of the right forearm had a 2-1/2 by 1/32 to 1/16
inch superficial cutting wound with a superimposed 1/4 by 3/16 inch
cluster of postmortem excoriations. The posterolateral right upper
extremity, the dorsal right and left hands, and dorsal left forearm
showed multiple irregular excoriations, consistent with postmortem
insect activity. The appropriate number of digits were on the
hands and feet. The fingernails and toenails were painted with
silver metallic polish. There were patchy areas of hyperpigmented,
slightly roughened skin on the anterior neck, lateral aspects of
the chest, back, abdomen, and hips. There was a 1-1/2 by 1-1/2
inch tattoo of a butterfly on the superolateral left side of the
upper back. A few excoriations, consistent with insect activity,
were on the left and right lateral aspects of the lower back. A
bullet was palpable beneath the skin of the right lower back. The
anus, perineum, and back were otherwise unremarkable.

INTERNAL EXAMINATION:   Section:   The chest and abdomen were opened
by the usual Y-shaped incision. The abdominal fat layer at the
level of the umbilicus measured 3/4 inch in maximum thickness. The
chest plate was removed. A bullet perforation and fracture of the

Mary Tuana Carmouche

Case 98 - 3385
-4-

anteromedial aspect of the right 5th rib was noted. Eleven hundred milliliters of blood were in the right pleural cavity. The peritoneal and left pleural cavities contained no excess fluid. The peritoneal and pleural surfaces were otherwise smooth and glistening. The internal organs were in their usual locations and had normal anatomic relationships to one another.

HEART: The pericardial sac was opened and contained 75 milliliters of liquid and clotted blood. The heart weighed 175 grams. A 1 inch, vertically oriented, grazing laceration was on the anterolateral aspect of the right atrium of the heart. The proximal aspect of the inferior vena cava was perforated. The epicardium and myocardium surrounding the laceration was hemorrhagic. The epicardium was otherwise gray-brown, smooth, and glistening. The coronary arteries arose in the usual locations and were normally located over the surface of the heart. There was no atherosclerosis. The myocardium was otherwise red-brown and had no additional lesions, nodules, or fibrosis. The right and left ventricles were of normal size and configuration. The cardiac valve cusps and leaflets were normal in number and configuration. There was no atherosclerosis of the aortic root. The interventricular septum was intact.

LUNGS: The right and left lungs weighed 175 grams and 200 grams, respectively. A perforating wound track with surrounding contusion was on the medial inferior aspect of the middle lobe of the right lung. The medial inferior aspect of the lower lobe of the right lung showed contusion. The bronchi were opened to the bronchioles and contained minimal, blood-tinged, watery fluid. The mucosa was yellow-tan and not congested. The uninjured pleural surfaces were pink, smooth, glistening, and intact. There was no anthracotic pigment deposition. The parenchyma was soft. There was mild congestion in all lobes. There were no additional lesions, tumors, infection, or cavitation noted.

LIVER: The liver weighed 775 grams. A 1/2 by 1/2 inch graze wound was on the superior medial right lobe of the liver with surrounding subcapsular hemorrhage. The capsule was otherwise smooth, glistening, red-brown, and intact. The parenchyma was mildly to moderately firm, red-brown, and otherwise unremarkable. The gallbladder contained 20 milliliters of bile. There were no gallstones. The hepatobiliary ducts were patent.

Pancreas: The pancreas weighed 50 grams. The external and cut surfaces were gray-tan. There were no nodules or other gross lesions.

Adrenals: The adrenal glands were surrounded by mild amounts of adipose tissue and, in aggregate, weighed 15 grams. The cortices

Mary Tuana Carmouche

Case 98 - 3385
-5-

were orange-yellow and not hyperplastic.   The medullae were gray-tan and unremarkable.

SPLEEN:   The spleen weighed 75 grams.   The capsule was purple-gray, smooth and glistening, and intact.   The parenchyma was moderately firm, rubbery, and dark red-brown.   The red pulp and white pulp were readily demarcated.   There was no infection, fibrosis, or tumor.

GENITOURINARY TRACT:   The right and left kidneys weighed 75 grams each.   Both capsules stripped with ease to reveal smooth and glistening red-brown cortical surfaces.   The cortices and medullae were demarcated and without focal lesions.   The papillae, calyces, and pelves were unremarkable.   The ureters were of normal caliber and patency.   There were 150 milliliters of clear yellow urine within the urinary bladder.   The mucosal surface was gray-tan and trabeculated.   The uterus and adnexal structures were intact and unremarkable.   The cervical os was slit-like and unremarkable.   The endometrium was brown-tan and not thickened.

GASTROINTESTINAL TRACT:   The esophagus was opened along its length and had a gray-white mucosa.   The stomach was opened along the greater curvature and contained 50 milliliters of pasty brown digestate.   The mucosa was gray-tan.   The rugal pattern was slightly maintained.   The duodenum, small intestine, and large intestine were unremarkable.   The appendix was at its usual location at the tip of the cecum and was unremarkable.

BONES:   The anterior medial aspect of the right 5th rib was fractured.   There was a fracture and bullet perforation of the right side of the body of 11th thoracic vertebra.   The remaining axial and appendicular skeletons were intact and unremarkable.   The medial aspect of the right leaflet of the diaphragm was perforated.   The skeletal muscle was red-brown and otherwise unremarkable.

NECK:   The internal structures of the neck were removed.   The larynx was opened and contained minimal amounts of watery clear fluid. The mucosa was gray-pink and not congested.   The hyoid bone, thyroid cartilage, and cricoid cartilage were intact and not hemorrhagic.   The strap muscles were reflected and had no hemorrhages.   The thyroid gland was of usual size, shape, and consistency.   It was red-brown both externally and on cut surface. The tongue was serially sectioned and had no fibrosis or hemorrhage.

HEAD:   The head was opened with the usual bimastoidal incision. There were no hemorrhages beneath the scalp.   The calvarium was removed and had no fractures.   There was no epidural, subdural, or subarachnoid hemorrhage.   The brain weighed 1350 grams.   The

Mary Tuana Carmouche

Case 98 - 3385

-6-

vascular structures at the base of the brain were unremarkable. The uncal processes and cerebellar tonsils were unremarkable. The relationship of gyri to sulci was within normal limits. The cerebral hemispheres were coronally sectioned. The cortical gray ribbon and deeper white matter were delineated and without hemorrhages or focal lesions. The ventricular system was of normal size, shape, and contained minimal clear cerebrospinal fluid. The basal ganglia were unremarkable. The brain stem and cerebellum were serially sectioned. There were no hemorrhages. The atlantooccipital articulation was stable. There were no neck fractures.

DESCRIPTION OF INJURY:   <u>Gunshot wound of chest</u>.   There was a penetrating gunshot entrance wound of the anteromedial right chest, located 13-1/2 inches below the top of the head and 1 inch right of the anterior midline.   The vertically oriented, ovoid wound measured 9/16 by 1/4 inch.   There was no evidence of soot deposition or gunpowder stippling on the skin around the entrance wound.   An eccentric marginal abrasion collar measured up to 1/4 inch in width at the 11 o'clock position of the wound margin and up to 1/16 inch in width at the 1 o'clock position of the wound margin.   The wound path was through the skin, subcutaneous tissue, and musculature of the anteromedial right chest, the anteromedial aspect of the right 5th rib, the anteromedial aspect of the middle lobe of the right lung, the pericardial sac and right atrium of the heart, the inferior vena cava, the medial aspect of the right leaflet of the diaphragm, the superomedial aspect of the right lobe of the liver, the anterolateral right side of the 11th thoracic vertebra, the right-sided paraspinal muscles and the subcutaneous tissue of the medial aspect of the right side of the back.   A mildly deformed, fully metal jacketed, large caliber bullet was recovered from the subcutaneous tissue of the medial right side of the back, 17 inches below the top of the head.   The bullet was placed in a labeled evidence envelope and given to Evidence Technicians.   The direction of the gunshot wound path was front to back, downward, and slightly right to left.   Associated injuries have been previously described.

TOXICOLOGY:   Liver, stomach contents, bile, blood, urine, and vitreous were obtained for toxicological analysis.

HISTOLOGY:   Portions of the tissues were retained in formalin.


PATHOLOGICAL FINDINGS

1.  Gunshot wound of the chest.
2.  Injury to the right atrium of the heart, right lung, diaphragm, liver, right 5th rib, and 11th thoracic vertebra.

# OFFICE OF THE MEDICAL EXAMINER OF HARRIS COUNTY
## JOSEPH A. JACHIMCZYK FORENSIC CENTER
## 1885 OLD SPANISH TRAIL
## HOUSTON, TEXAS 77054-2098

### REPORT OF ANALYSIS
December 10, 1998

**TO**:        Roger P. Milton Jr., M.D.                    **CASE#:** ML98-~~3285~~ **3385**
              Assistant Medical Examiner

Evidence submitted on 12/10/98.

RESULTS:

Blood:        Ethanol, Methanol, Acetone, Isopropanol- Not Detected.

Urine:        Marihuana Metabolite, Cocaine Metabolite,
              Amphetamine/Methamphetamine,
              Phencyclidine, Opiate- Not Detected.

Unless otherwise requested, specimens will be discarded one year after date of receipt.

Patricia L. Small, B.S., MT, ASCP                    Ashraf Mozayani, Ph.D., DABFT
Assistant Toxicologist                               Chief Toxicologist

Medical Examiner's Initial



STATE'S EXHIBIT NO. 104

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT NO. 105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S EXHIBIT NO. 106





STATE'S EXHIBIT NO. 107

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S EXHIBIT NO. 108





STATE'S EXHIBIT NO. 109



1

STATE'S EXHIBIT NO. 110

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S EXHIBIT NO. 111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





STATE'S EXHIBIT NO. 112

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Division - C
Alonzo Harris - 1

Friday, February 19, 1999

Court met pursuant to adjournment, Present, His Honor, Alonzo Harris, Judge
presiding; Laura Noel, Court Reporter; Cynthia Fontenot, Deputy Minute Clerk;
Shaunn Callier and Randy Wagley, Assistant District Attorneys; Calvin Moore,
Asst. Warden; Rodney Lazard, Bailiff; all being in attendance.

94-4627C          STATE OF LOUISIANA
                  VS
                  CHARLES HAROLD MAMOU JR
                  548 MLK DRIVE
                  SUNSET, LA
                  12/06/1974
                  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
                  B/M

Defendant present with GLENN MARCANTEL for a revocation hearing.  The State is
represented by SHAUNN CALLIER, and the probation officer, CHRIS SMITH, is
present.  The Court finds that the defendant has violated the conditions of his
probation and revokes same.  The defendant is ordered to serve the original
sentence previously imposed.  The defendant is consign to the Department of
Corrections, so said sentence be carried out.

_____

Court then adjourned without date.

                                        Approved:

                                        /S/ Alonzo Harris
                                        _____
                                                J U D G E

A TRUE AND CORRECT EXTRACT OF THE MINUTES

_____
          DEPUTY CLERK



STATE'S
EXHIBIT
112

Division - C
Alonzo Harris - 1

Friday, October 20, 1995

Court met pursuant to adjournment, present, His Honor, Alonzo Harris, Judge;
Angelia Bellard, Court Reporter; Wilda Drawsand, Deputy Clerk of Court; David
Miller and Robert Voitier, Assistant District Attorneys; and Claudell Landry,
Bailiff; all being in attendance.

94-4627C          STATE OF LOUISIANA
                  VS
                  CHARLES HAROLD MAMOU JR

Defendant present with his attorney, Glenn Marcantel, for sentencing.  The State
is represented by David Miller, ADA.  The defendant previously entered a plea of
guilty to Possession with the intent to distribute cocaine.  The Court received
the pre-sentence report and made it available to counsel for review.

Considering the Pre-sentence Investigation, the Court will sentence the
defendant to serve five (5) years at hard labor, suspended and placed on Active
Supervised Probation for three and one-half (3 1/2) years under all the
conditions of Article 895 of the Code of Criminal Procedure.  Special
conditions:  pay costs; reimburse the Indigent Defender Board $150.00; pay a
supervision fee of $20.00 a month; submit to random drug screenings; seek active
employment in the field he is certified in; attend fellowship meetings on
Mondays at Opelousas City Hall beginning October 23, 1995 at 7:00 p.m.; and
serve sixty (60) days in the parish jail, credit for time served (to be set up
through the probation officer).  The Court advised the defendant of his rights
to seek post conviction relief.

Court then adjourned without date.

                                        Approved:

                                        /S/ Alonzo Harris
                                        _____
                                              J U D G E

A TRUE AND CORRECT EXTRACT OF THE MINUTES

*Wilda Drawsand*
_____
       DEPUTY CLERK

Division - C
Alonzo Harris - 1

Thursday, May 25, 1995

Court met pursuant to adjournment, present, His Honor, Alonzo Harris, Judge;
Laura Noel, Court Reporter; Charles Del Bueno, Bailiff; Gary Tromblay, Assistant
District Attorney; and Wilda Drawsand, Deputy Clerk of Court.

94-4627C          STATE OF LOUISIANA
                  VS
                  CHARLES HAROLD MAMOU JR
                  548 MLK DRIVE
                  SUNSET, LA
                  12/06/1974
                  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
                  B/M

Defendant present with his attorney, Glenn Marcantel.  Mr. Marcantel informed
the Court that the defendant wish to withdraw former plea of not guilty and
enter a plea of guilty to:

Possession with the intent to distribute cocaine.

Prior to permitting the said not guilty plea to be withdrawn and the guilty
plea entered, the Court interrogated the defendant at length and after having
satisfied itself that the defendant was fully cognizant of defendant's rights
and knew the seriousness of entering a plea in this matter and that the
defendant was ably and capably represented by counsel, the Court will now accept
the guilty plea to:

Possession with the intent to distribute cocaine.

The Court orders a written Pre-Sentence Investigation Report returnable August
10, 1995.  Sentencing is fixed for August 18, 1995 at 9:00 a.m.

Court then adjourned without date.

Approved:

/S/ Alonzo Harris

J U D G E

A TRUE AND CORRECT EXTRACT OF THE MINUTES

DEPUTY CLERK

# THE STATE OF LOUISIANA
# PARISH OF ST. LANDRY

BE IT REMEMBERED, That on the ____18th____ day of ____January____, A.D., 19 _95_,

(leave of the Court first had and obtained) MORGAN J. GOUDEAU, III, District Attorney of the 27th Judicial

District of the State of Louisiana, prosecuting in said capacity, for and in the name and by the authority of

said State, within and for the District aforesaid, in his own proper person, comes into the Court of said District

holden in and for the Parish of St. Landry, and here gives the court to understand and be informed that

_____ CHARLES MAMOU, JR. _____

_____ at the

Parish of St. Landry on or about the ____19th____ day of ____November____ in the year of

our Lord, one thousand nine hundred and _____ Ninety-four (1994) _____

did unlawfully, knowingly and intentionally possess with the

intent to distribute a controlled dangerous substance, to-

wit:  Cocaine, classified as a controlled dangerous substance

in Schedule II of R. S. 40:964A(4), in violation of R. S.

40:979 and 40:967A(1),

contrary to the form of the Statue of the State of Louisiana, in such cases made and provided in contempt

of the authority of said State, and against the peace and dignity of the same.

_____

**Morgan J. Goudeau, III, District Attorney,**
**27th Judicial District Court of Louisiana**

94-K-4627-C

Filed _Jan. 20,_ 19_95_      A TRUE COPY

_Shelia Dranand_            _Shelia Dranand_
**Dy. Clerk**                    **Dy. Clerk**

STATE'S EXHIBIT NO. 113

(ARREST WARRANT)

NOT ADMITTED

# THE STATE OF LOUISIANA
# PARISH OF ST. LANDRY

BE IT REMEMBERED, That on the ____18th____ day of ____January____, A.D., 19 _95_, (leave of the Court first had and obtained) MORGAN J. GOUDEAU, III, District Attorney of the 27th Judicial District of the State of Louisiana, prosecuting in said capacity, for and in the name and by the authority of said State, within and for the District aforesaid, in his own proper person, comes into the Court of said District

holden in and for the Parish of St. Landry, and here gives the court to understand and be informed that

**CHARLES MAMOU, JR.**

_____ at the

Parish of St. Landry on or about the ____19th____ day of ____November____ in the year of

our Lord, one thousand nine hundred and ____Ninety-four (1994)____

did unlawfully, knowingly and intentionally possess with the intent to distribute a controlled dangerous substance, to-wit: Cocaine, classified as a controlled dangerous substance in Schedule II of R. S. 40:964A(4), in violation of R. S. 40:979 and 40:967A(1),

contrary to the form of the Statue of the State of Louisiana, in such cases made and provided in contempt of the authority of said State, and against the peace and dignity of the same.

_(signature)_

**Morgan J. Goudeau, III, District Attorney,**
**27th Judicial District Court of Louisiana**

94-K-4627-C

Filed _Jan. 20, 1995_

_(signature)_
Dy. Clerk

A TRUE COPY

_(signature)_
Dy. Clerk

STATE'S EXHIBIT NO. 114

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT NO. 115



STAT
EXHIBIT
115
PENGAD-Bayonne, N. J.

STATE'S EXHIBIT NO. 116

STATE'S EXHIBIT NO. 117



STATE'S
EXHIBIT
117

1        STATE'S EXHIBIT NO. 118

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT NO. 119



STATE'S EXHIBIT NO. 120

(NOTE:   PHYSICAL EVIDENCE, SCENE VIDEO, IN THE CUSTODY OF
THE DISTRICT CLERK'S OFFICE.)

STATE'S EXHIBIT NO. 121

STATE'S EXHIBIT NO. 122

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
122

**Joye M. Carter, M.D., FCAP**
Chief Medical Examiner



(713) 796-9292
(713) 796-6815
FAX: (713) 796-6842

**OFFICE OF THE MEDICAL EXAMINER OF HARRIS COUNTY**
**JOSEPH A. JACHIMCZYK FORENSIC CENTER**
1885 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054-2098

## AUTOPSY REPORT

Case 98 - 2463

September 6, 1998

## ON THE BODY OF

Anthony Roy Williams
14502 Castle Ridge
Houston, Texas


CAUSE OF DEATH:   Penetrating gunshot wound
to lower back.

MANNER OF DEATH:   Homicide.


Joye M. Carter, M.D., FCAP                    Date
Chief Medical Examiner

**STATE'S**
**EXHIBIT**
121

POSTMORTEM EXAMINATION ON THE BODY OF

Anthony Roy Williams
14502 Castle Ridge
Houston, Texas

HISTORY:  This 27 year old, black male was transported to Ben Taub General Hospital, Houston, Texas,after received a gunshot wound in the lower back at approximately 10:00 p.m. on September 5, 1998. The decedent received emergency surgery but resuscitative efforts failed.  Death was pronounced on September 6, 1998, at 12:46 a.m.

AUTOPSY:  The autopsy was performed in the Joseph A. Jachimczyk Forensic Center of Harris County by Chief Medical Examiner Joye M. Carter, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 9:00 a.m., on September 6, 1998.

CLOTHING:  The decedent was received nude.

Upon close inspection of the body, there was a stud earring in the left earlobe, which was yellow metal and a clear small stone.

EVIDENCE OF MEDICAL INTERVENTION:  The body was received with the following:  bilateral stapled venous cut-down incisions on the medial surface of both ankles; nasogastric tube inserted in the right naris which was not taped; an endotracheal tube was inserted orally and was secure; bilateral chest tube insertions with drainage; 10 inch, left thoracotomy incision; 13 inch, midline laparotomy incision; vascular accesses through the right subclavian and right wrist; a 4 inch, coarsely sutured, left inguinal incision; a Foley catheter in situ; and hospital identification around the right great toe.

EXTERNAL APPEARANCE:  The body received was that of a young black male whose facial appearance was consistent with the recorded age of 27 years.  The body was warm to the touch and rigor mortis was not yet fully formed.  There was unfixed lividity on the posterior surface.  The body had a length of 74 inches and a weight of 238 pounds.  The head was normocephalic and atraumatic, covered by closely cropped, dark brown, kinky hair, which measured less than 1/4 inch in length.  Facial hair consisted of a trimmed moustache and goatee with existing beard stubble.  There were no palpable skull or facial bone fractures.  The irides were brown with pupillary diameter of 4 millimeters, bilaterally.  The conjunctivae were clear and free of petechial hemorrhages.  The nares were intact and contained dried excrement.  Dentition was natural and in fair condition.  The buccal mucosa was unremarkable.  There was a stub earring in the left earlobe.  The right and left external auditory canals contained no unusual fluid.  There was a single pierced hole of the left earlobe and none of the right.  The neck was midlined and the organs were unremarkable.  There was no ligature or furrow marks on the anterior neck.  There was some asymmetry to the chest due to the thoracotomy incision.  The

Anthony Roy Williams

Case 98 - 2463
-3-

nipples were mildly protuberant, without palpable masses. The abdomen was mildly protuberant. Of note was the midline, coarsely sutured, laparotomy incision. The external genitalia were those of an adult male. The penis had been circumcised. Both testicles were palpated within the scrotal sac. There was no apparent gross injury to the scrotum. The upper extremities were symmetrical and well formed. Both arms were remarkable for venipuncture wounds in the antecubital fossae, secondary to medical therapy. There were no tattoos, venous track marks, or unusual scars of the upper extremities. The lower extremities were symmetrical and well formed and remarkable for the aforementioned medical therapy to the medial surfaces of the ankles. Both hands displayed short fingernails. The toenails were untrimmed but unremarkable. The posterior surface was remarkable for unfixed lividity and a penetrating gunshot wound to the midline of the buttocks.

INTERNAL EXAMINATION:   Section:  The thoracoabdominal area was explored through the Y-shaped incision. Upon reflecting the skin and soft tissue, chest tube insertion was noted on the left side, beneath the 7th rib and on the right side beneath the 6th rib. There was a red rubber drain exuding from the left thoracotomy incision with drainage. With exception of the chest tube insertion and thoracotomy, the rib cage was intact with no fractures observed. The sternum was intact. The midline fat at the level of the umbilicus was 2-1/4 inches in depth. The pericardial sac had been surgically entered. The heart had undergone cardiac massage, manually. There was a drain inserted into the right atrium. The right and left pleural cavities each contained approximately 100 cubic centimeters of recent blood. The peritoneal cavity contained thirteen, blood-soaked gauze pads.

HEART:  The heart was remarkable for a red rubber drain inserted into the right atrium and stitched in place. Upon removal of the drain, the heart had a residual weight of 475 grams. The heart was of normal configuration and firm consistency. The epicardial surface was remarkable for diffuse areas of petechial hemorrhages on the anterior surface. There was moderate subepicardial fatty tissue deposition. The fatty tissue was yellow in color. The coronary arteries arose normally in the aortic root and were thin-walled with no evidence of narrowing due to atherosclerosis. The coronary arteries followed a normal course through the epicardial surface. The myocardium was firm, red-brown and homogenous throughout. All heart valves were thin and delicate. The tricuspid valve had a 12 centimeter circumference, the pulmonic valve had a 7 centimeter circumference, the mitral valve had a 10 centimeter circumference, and the aortic valve had a 6 centimeter circumference. The endocardial surface was focally hemorrhagic, secondary to manual massage. There were no septal defects noted. The entire aorta was dissected. There was a defect in the left iliac artery and vein, which had been isolated and attempts at surgical repair were made. There were no other injuries noted to the vascular system.

Anthony Roy Williams

Case 98 - 2463
-4-

LUNGS:   The right and left lungs weighed 550 grams and 400 grams, respectively.   The pleural aspects were pink-tan-gray and glistening.   There was minimal anthracotic pigment noted.   Upon sectioning, the pulmonary arterial tree was free of thromboemboli. Upon sectioning the bronchial system, the right bronchi were patent with a smooth pink-tan mucosal surface.   The secondary right bronchi were filled with thick, tenacious, tan mucous plugs.   Upon sectioning the bronchi of the left lung, large globs of thick, tan mucous plugs were observed in all large and secondary airways. Upon sectioning, the pulmonary parenchyma was markedly congested and edematous.   There were no palpable areas of consolidation. Sectioning showed three areas of mucous plugs in the smaller airways.   There was minimal anthracotic pigment deposition noted on the cut surfaces.

LIVER:   The liver was intact with a weight of 2100 grams.   The capsular surface was red-brown and glistening.   The inferior margin was sharp.   Serial sectioning of the hepatic parenchyma revealed it to be red-brown and homogenous in appearance.   There was no evidence of space-occupying lesions.   The gallbladder bed was intact and contained approximately 20 cubic centimeters of thin, yellow-green bile.   The bile passages were patent.   There was no evidence of cholelithiasis.   The gallbladder mucosa was velvety green in appearance.

PANCREAS:   The pancreas was intact with a weight of 175 grams. There was moderate increase of peripancreatic fatty tissue.   Upon sectioning, the parenchyma was pink-tan and normally lobulated. The duct was widely patent.   There were no areas of fibrosis noted.

SPLEEN:   The spleen was intact with a weight of 100 grams.   The capsular surface was purple-brown and wrinkled.   The hilum was intact.   Upon sectioning, the parenchyma was homogenous and red-brown in appearance.   Moderate lymphadenopathy was noted in the cervical region.

ADRENALS:   The right and left adrenal glands were unremarkable upon sectioning, displaying yellow cortices and gray-brown medullary regions.

GENITOURINARY TRACT:   Each kidney weighed 175 grams.   The renal capsules stripped with ease revealing lobulated, smooth, red-brown cortical surfaces.   There was no evidence of cysts or scarring. Upon sectioning, there was normal depth to the cortices, bilaterally.   The medullary regions were mildly congested.   The collecting systems were unremarkable.   Both ureters followed a normal course to the bladder.   The urinary bladder was void of urine due to the presence of an indwelling Foley catheter.   The subserosal tissue of the bladder was markedly hemorrhagic due to the gunshot wound pathway.   The bladder mucosa was pale tan and normally trabeculated.   The prostate gland measured 1-1/4 by 1-1/4 inches.   Upon sectioning, there was no evidence of increased nodularity.   The right and left testes were intact.   The left

Anthony Roy Williams

testis was remarkable for serosal hematoma due to its relationship to the gunshot wound pathway.  The testes themselves had not been violated and were normal in appearance.  The pelvis was remarkable for a graze defect on the left lateral wall.  This defect was secondary to the gunshot wound pathway.

GASTROINTESTINAL TRACT:   The esophagus was intact and free of injury.   Its lining mucosa was gray-white and smooth.   The esophageal gastric junction was intact, without laceration.   The gastric contents were approximately 150 cubic centimeters of well masticated, chocolate brown liquid.   There was no tablet or pill residue within the gastric contents.   Upon rinsing, the gastric mucosa displayed erythematous change from mucosal petechiae.   There was no evidence of ulceration.   The pyloric channel was patent. The first part of the duodenum was free of ulceration.   There was a small amount of tan chyme within the first section of the duodenum. The remainder of the small intestine was unremarkable and free of injury.   The appendix was in its normal anatomic location.   The large intestine was remarkable for one perforating lesion of the sigmoid colon and marked mesenteric hematoma formation in the vicinity of the gunshot wound to the left side of the pelvis.

NECK ORGANS:   The right sternocleidomastoid muscle was remarkable for hematoma and laceration secondary to insertion of vascular access in the subclavian area on the right side of the upper chest. The left subclavian region was intact and unremarkable.   The remainder of the strap muscles were unremarkable.   The tongue was firm and intact, without evidence of injury.   The thyroid gland was bilobed, red-brown, and firm and homogenous upon sectioning.   The hyoid bone, thyroid and cricoid cartilages were intact.   The epiglottis was not swollen.   The glottis was normal in appearance. The pharynx was not obstructed.   The larynx was opened posteriorly. The laryngeal mucosa was pale tan and covered by a thin film of gastric contents.   The vocal folds were normal in appearance.   The tracheal rings were not collapsed.   There was some erythema noted to the mucosal surface of the trachea.   The underlying cervical spine was intact, without evidence of fracture.

HEAD:   The scalp was reflected via a bimastoidal incision.   There was no galeal or subgaleal hematoma.   The temporalis muscles were bilaterally intact.   The calvarium was intact and free of fracture. The dura mater was intact, without epidural or subdural hematoma formation.   The leptomeninges covering the brain were translucent. The brain had a weight of 1300 grams.   The vessels forming the circle of Willis were thin-walled and delicate with no evidence of malformation.   Upon sectioning the brainstem, cerebellum, and cerebral hemispheres, there was no evidence of preexisting lesion or intracerebral hematoma.   The pituitary gland was in its normal anatomic location.   The basilar was intact and free of fracture line.

Anthony Roy Williams

Case 98 - 2463
-6-

DESCRIPTION OF INJURY:   One penetrating gunshot wound was observed of the body.

The gunshot wound occurred on the posterior surface of the body at the formation of the buttocks, at 35-1/2 inches below the top of the head, 25-1/2 inches below the top of the shoulder, and exactly in the midline.   The defect was circular, measuring 1/4 inch in diameter, with a narrow abrasional ring.   To the left of the defect was an abrasion which measured 3/4 inch by 1/4 inch.   To the right of the defect was a small abrasion, measuring 7/16 inch.   There was a ring of contusion surrounding the abrasion on the right buttock, which measured approximately 5 by 2 inches.   The wound pathway penetrated the skin, subcutaneous tissue, and deep muscular tissue of the buttock.   The wound pathway traveled back to front, fractured the sacrum, then slightly right to left, and entered the pelvic cavity where it grazes the left aspect of the pelvis, continuing to travel forward where it perforated the left iliac artery and vein, traveling forward penetrated the deep musculature of the abdominal pelvic wall, where the projectile embedded within and was located 23-1/2 inches below the top of the shoulder, left of the abdominal midline.   A deformed, copper-jacketed projectile was recovered from within the deep muscular tissue of the abdominal pelvic wall.   The wound pathway was back to front, right to left, and slightly upward.   The wound pathway was associated with extensive blood loss due to perforation of the iliac vessels.   The entrance wound was not associated with muzzle imprint or gunpowder tattooing.

TOXICOLOGY:   Samples of blood, bile, vitreous, gastric contents, and liver were retained for toxicological analysis.

HISTOLOGY:   Representative sections of all major organs were retained in formalin.

PATHOLOGICAL FINDINGS

1.   Penetrating gunshot wound to lower back.
2.   Perforation of left iliac artery and vein.
3.   Status post surgical intervention with repair to the left iliac vessels and advanced cardiac life support.

# OFFICE OF THE MEDICAL EXAMINER OF HARRIS COUNTY
## JOSEPH A. JACHIMCZYK FORENSIC CENTER
### 1885 OLD SPANISH TRAIL
### HOUSTON, TEXAS 77054-2098

### REPORT OF ANALYSIS
September 16, 1998

**TO:**      Joye M. Carter, M.D.                    **CASE#:** ML98-2463
             Chief Medical Examiner

Evidence submitted on 09/08/98.

RESULTS:

Blood:       Ethanol, Methanol, Acetone, Isopropanol- Not Detected.
             Phencyclidine- Less than 0.1 mg/L
             Marihuana Metabolite, Cocaine Metabolite, Opiate,
             Amphetamine/Methamphetamine- Not Detected.

Unless otherwise requested, specimens will be discarded one year after date of receipt.

Patricia L. Small, B.S., MT, ASCP          Ashraf Mozayani, Ph.D., DABFT
Assistant Toxicologist                     Chief Toxicologist

RECEIVED
SEP 2 2 1998
MEDICAL EXAMINER

Medical Examiner's Initial

128

1                    STATE'S EXHIBIT NO. 123

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATE'S EXHIBIT NO. 124

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ML98-2463

STATE'S
EXHIBIT
124

STATE'S EXHIBIT NO. 125



EXHIBIT
125

STATE'S EXHIBIT NO. 126

BODY CHART

PHYSICAL EVIDENCE

```
 1                          STATE'S EXHIBIT NO. 127
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

# AFFIDAVIT

Before me, the undersigned authority, personally appeared <u>RENEE SORENSEN</u>,  who being by me duly sworn, deposed as follows:

My name is <u>Renee Sorensen</u> and I am of sound mind, capable of making this affidavit, and am personally acquainted with the facts herein stated:

I am the custodian of the records of <u>HERMANN HOSPITAL , 6411 FANNIN , HOUSTON , TEXAS 77030</u>

Attached here are **308** pages of records from the medical records of :

Kevin Walter AKA Kane Wilford
(Name of Patient)

Hospital Stay Period: 12-7-98 — 12-31-98
(Admission and Discharge Date)

These said pages of records are kept by said Hospital in the regular course of business, and it was the regular course of business of said Hospital for an employee or representative of said Hospital, with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record was made at or near the time or reasonably soon thereafter.  The record attached hereto is the original or exact duplicate of the original and no other documents exit on the files for the above named person, which pertain to the admission and discharge, noted above.

Renee Sorensen
(Signature)

SWORD TO AND SUBSCRIBED before me on this **6TH** day of **Oct** , 1999.

STATE'S
EXHIBIT
127

FAYE LONG
Notary Public
STATE OF TEXAS
My Commission Expires 04-28-2002

Faye Long
Notary Public in and for the STATE OF TEXAS

FAYE LONG
(Printed Name)

My Commission Expires : 4-28-2002

# HERMANN HOSPITAL

## Patient Registration

**0110**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient Type** INPAT | **Privacy Code** | **Religion** NON | **Pre Admit By** | **Admit By** ECCFL | **Print By** NADMC   12/07/98   05:09 | **PC** |
| **Date Admitted** 12/07/98 | **Time** 01:07 | **M.R./Account Number** 969254909367 | **Patient Location** STIC09 | **Accom. Data** W | **Service** TRM | **Financial Class** NON-RESOURCE |
| **Discharge Date** 12-31 | **Age** 24 | **Date of Birth** 05/04/1974 | **Sex** M | **MS** S | **Social Security No.** 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 | **Race** B | **Admit Type** EMERG | **Admit Source** ER | **Acc. Code** 6 |

### PATIENT DEMOGRAPHIC INFO

Patient's Name: WALTER , KEVIN     VIP:

Patient's Address (1):  7321 WHIPPRECHT ST

Patient's Address (2):

City, State, Zip:  HOUSTON          TX     77026

Country/County:  HAR       Phone:  713-633-7919

Patient's Employer:  NOT EMPLOYED

Employer's Address (1):

Employer's Address (2):

City, State, Zip:

Employer's Phone:    -    -    0   Ext.:        LOE:   0

Occupation:  NOT EMPLOYED

Patient's Spouse:

Father's Name:

Mother's Name:

Mother's Account Number:

#### EMERGENCY

Name: WALTER-DOMINO , TWANETTE     Relation:  M

Employer's Name:

Home Phone:  713-633-7919

Work Phone:    -    -   0

#### COMPLAINT

879.9   OPN WOUND SITE NOS-COMP

Proc:                          ELOS:  0

### GUARANT INFORMATION

Guarantor's Name:  WALTER , KEVIN

CPI #:  96925490          DOB:  05/04/74

Address (1):  7321 WHIPPRECHT ST

Address (2):

City, State, Zip:  HOUSTON          TX     77026

Home Phone:  713-633-7919     Relation:  P

Social Security No.:  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

Guarantor's Employer:  NOT EMPLOYED

Address (1):

Address (2):

City, State, Zip:

Work Phone:    -    -   0   Ext.:

Occupation:  NOT EMPLOYED

Effective Date:  01/01/01

#### MEDICAL

Admitting Physician: DUKE, JAMES H. (TRAUMA)   UPIN B87573
713-797-2963                                 DR# 04965
Fax:

Attending Physician: DUKE, JAMES H. (TRAUMA)   UPIN B87573
713-797-2963                                 DR# 04965
Fax:

PCP Physician:  NO FAMILY PHYSICIAN           UPIN
Fax:                                         DR# NONE

IPA/PHO:

Referring Physician: NO REFERRING PHYSICIAN    UPIN
Address:                                      DR# NONE
City, State, Zip:
Transfering Institution:

Last Hospital Activity Date

| | |
|---|---|
| I/P | Clinic Site: |
| O/P | Life Flight #:     MOA: F |
| E/R | Discount Type: |

### PRIMARY INSURANCE

Insurance Co.:                Code:

Insured:

S.S.# or Certificate#:        D.O.I. (If w. Comp.):

Group#:         Eff. Date:        Contr:

Verified With:       Date:

Phone:              Ext.:

AOB:  N      Authorization:

Medicare B:       Blueshield:

Mail Claim to:

Rvw Agcy:           Ph.:

### SECONDARY INSURANCE

Insurance Co.:                Code:

Insured:

S.S.# or Certificate#:

Group#:         Eff. Date:  /  /

Verified With:       Date:

Phone:              Ext.:

AOB:         Authorization:

Medicare B:       Blueshield:

Mail Claim to:

Rvw Agcy:           Ph.:

| | |
|---|---|
| **Comments** MOTHER ENROUTE/NO ID/INS/AOB   DEMO | **Info By** MOTHER |
| **FP** | **ASM** | **ANAL** | **CD** | **Diagnosis Codes** | **Procedure Codes** |

cc: #JAMES H. DUKE, M.D., FAX # 5007268
cc: HARVINDERPAL SINGH, M.D.

## HERMANN HOSPITAL

NAME OF PATIENT:        WALTER, KEVIN
UNIT #:                 9692549
SSN#:
DOB:
ROOM NUMBER:
DATE OF ADMISSION:      12/07/98
DATE OF DISCHARGE:      12/31/98
ATTENDING PHYSICIAN:    #JAMES H. DUKE M.D.

ADMITTING DIAGNOSIS:    1.  Multiple gunshots wounds to the
                            chest and abdomen.
                        2.  Right hemopneumothorax.
                        3.  Intrahepatic abscesses.

PROCEDURES PERFORMED:   1.  Exploratory laparotomy.
                        2.  Ligation of hepatic artery.
                        3.  Cholecystectomy.
                        4.  Right chest tube, feeding tube
                            and hepatic drain placement via
                            interventional radiology.

HISTORY OF PRESENT ILLNESS:  The patient is a 24-year-old man
with multiple gunshot wounds who was noted to have a
hemopneumothorax on the right, one gunshot wound over the right
chest near the nipple line, left shoulder, left thigh and
abdomen.  A right chest tube was placed.  The patient was
emergently taken to the operating theater and underwent
exploratory laparotomy with ligation of common hepatic artery and
cholecystectomy.  The patient had a massive arterial hemorrhage
from his common hepatic artery.  Please see the patient's
hospital chart for further details on the patient's hospital stay
and hospital summary.  The patient was subsequently taken to the
shock-trauma intensive care unit.  The patient had NJ tube placed
and was started on enteral nutrition.  Postoperatively, the
patient began to spike fevers.  CT of the abdomen revealed a
necrotic area of the liver.  The patient was started on
intravenous antibiotics.  Blood cultures revealed Gram negative
rods.  The patient also had an E. coli urinary tract infection on
12/15/98.  On 12/15/98, the patient had drains placed by
interventional radiology in the subdiaphragmatic area.  The
patient was weaned off the ventilator and right-sided chest tube
was subsequently discontinued without any complication after
control of chest tube drainage and there was air leak.  The
patient's abdominal wound was packed at the time of the original
surgery.  The patient had daily dressing changes.

DISCHARGE SUMMARY
(CONTINUED)

HERMANN HOSPITAL

WALTER, KEVIN
UNIT #:  9692549
PAGE 2

On 11/21/98 the patient had another evacuation of a fluid
collection in the liver under ultrasound guidance.
Simultaneously, the patient was seen by physical therapy to
increase his ambulation, strength training and range of motion.
The patient completed a course of antibiotics.  Repeat CT scan
done on 12/26/98 revealed decreased fluid in the right liver lobe
compared to before.  Following this, the patient had an
uneventful hospital stay.  The patient's antibiotics were
discontinued.  The patient had low-grade fevers which were
contributed to atelectasis.  The patient was discharged home.

DISCHARGE MEDICATIONS:  Colace 100 mg b.i.d.; Vicodin one to two
p.o. q.4-6h. p.r.n.

FOLLOW UP CARE:  The patient is to follow up with Dr. Duke in the
outpatient surgery clinic.  The patient is to receive home health
for daily dressing changes as well as drain maintenance.  The
patient's tube feeds were discontinued.  The patient was
tolerating a regular diet at the time of discharge.

DICTATED BY:                          REVIEWED BY:

_____              _____
HARVINDERPAL SINGH M.D.              #JAMES H. DUKE M.D.
RESIDENT                             ATTENDING PHYSICIAN

/131        J:    3788      CL:
D:  12/31/98                T:  12/31/98

DISCHARGE SUMMARY

**Disclosure and Consent**
Medical and Surgical Procedures

**HERMANN HOSPITAL**
DISC & CON MEDI & SUR PROC

**96 92549 0 9367**
WALTER , KEVIN
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

4003

Patient Name _____
Last _____
First _____
Middle _____

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedures to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you, it is simply an effort to make you better informed so you may give or withhold your consent to the procedure

I (we) voluntarily request that Dr. _Duke & Assoc_, as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, treat my condition which has been explained to me as: _Gun Shot wound to chest & abdomen, back of & Left shoulder._

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: _Exploratory laparotomy with possible Thoracotomy as well as any other indicated procedures._

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) ⊙ do ☐ do not consent to the use of blood and blood products as deemed necessary.  _KW_

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions and even death. I (we) also realize that the following risks and hazards may occur in connection with the particular procedure: _Death, Infection, Bleeding, Paralysis, Damage to nerves &/or bloodvessels._

(See Following Pages)

I (We) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (We) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (We) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (We) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache or chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of treatment, the procedures to be used and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) understand that no warranty or guarantee has been made to me as to result or cure.

I (we) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

I (we) authorize my physician and the hospital to dispose of, in accordance with accustomed practice, any tissues or body parts surgically removed.

DATE _12/7/98_ TIME _1:00 am_

_____
Signature of Patient or Other Legally Responsible Person

_____
Signature of Witness

6411 Fannin
Witness Address

Houston, Texas 77030-1501
Witness City, State, Zip Code

Consent could not be obtained in person. I explained by telephone all necessary information and obtained informed consent. The conversation was witnessed by the person whose signature appears above.

_____
Signature of Physician

# RISKS AND HAZARDS

The following are the risks and hazards associated with treatments and procedures established by the Texas Medical Disclosure Panel. Full disclosure of these risks and hazards is required by the physician or health care provider to the patient or person authorized to consent for the patient.

(i) The Texas Medical Disclosure Panel has not established a risk disclosure standard for the proposed procedure(s). My physician has discussed with me the risks of the procedure(s) such that I am able to give my informed consent.


PT. INITIALS

(ii) Blood transfusions:
☐ (1) fever
   (2) transfusion reaction, which may include kidney failure and/or anemia
   (3) heart failure
   (4) hepatitis
   (5) AIDS
   (6) other infections


PT. INITIALS

1. Anesthesia.
☐ (A) Epidural.
   (1) Risks are enumerated in the informed consent form.
  (B) General.
   (1) Risks are enumerated in the informed consent form.
  (C) Spinal.
   (1) Risks are enumerated in the informed consent form.


PT. INITIALS

2. Digestive system treatments and procedures.
☐ (A) Cholecystectomy with or without common bile duct exploration.
   (1) Pancreatitis.
   (2) Injury to the tube between the liver and the bowel.
   (3) Retained stones in the tube between the liver and the bowel.
   (4) Narrowing or obstruction of the tube between the liver and the bowel.
   (5) Injury to the bowel and/or intestinal obstruction.
PT. INITIALS

3. Ear treatments and procedures.
☐ (A) Stapedectomy.
   (1) Diminished or bad taste.
   (2) Total or partial loss of hearing in the operated ear.
   (3) Brief or long-standing dizziness.
   (4) Eardrum hole requiring more surgery.
   (5) Ringing in the ear.
PT. INITIALS

☐ (B) Reconstruction of auricle of ear for congenital deformity or trauma.
   (1) Less satisfactory appearance compared to possible alternative artificial ear.
   (2) Exposure of implanted material.
PT. INITIALS

☐ (C) Tympanoplasty with mastoidectomy.
   (1) Facial nerve paralysis.
   (2) Altered or loss of taste.
   (3) Recurrence of original disease process.
   (4) Total loss of hearing in operated ear.
   (5) Dizziness.
   (6) Ringing in the ear.
PT. INITIALS

4. Endocrine system treatments and procedures.
☐ (A) Thyroidectomy.
   (1) Injury to nerves resulting in hoarseness or impairment of speech.
   (2) Injury to parathyroid glands resulting in low blood calcium levels that require extensive medication to avoid serious degenerative conditions, such as cataracts, brittle bones, muscle weakness and muscle irritability.
   (3) Lifelong requirement of thyroid medication.
PT. INITIALS

5. Eye treatments and procedures.
☐ (A) Eye muscle surgery.
   (1) Additional treatment and/or surgery.
   (2) Double vision.
   (3) Partial or total loss of vision.
PT. INITIALS

☐ (B) Surgery for cataract with or without implantation of intraocular lens.
   (1) Complications requiring additional treatment and/or surgery.
   (2) Need for glasses or contact lenses.
   (3) Complications requiring the removal of implanted lens.
   (4) Partial or total loss of vision.
PT. INITIALS

☐ (C) Retinal or vitreous surgery.
   (1) Complications requiring additional treatment and/or surgery.
   (2) Recurrence or spread of disease.
   (3) Partial or total loss of vision.
PT. INITIALS

☐ (D) Reconstructive and/or plastic surgical procedures of the eye and eye region, such as blepharoplasty, tumor, fracture, lacrimal surgery, foreign body, abscess, or trauma.
   (1) Worsening or unsatisfactory appearance.
   (2) Creation of additional problems such as:
    a. Poor healing or skin loss.
    b. Nerve damage.
    c. Painful or unattractive scarring.
    d. Impairment of regional organs, such as eye or lip function.
   (3) Recurrence of the original condition.
PT. INITIALS

☐ (E) Photocoagulation and/or cryotherapy.
   (1) Complications requiring additional treatment and/or surgery.
   (2) Pain.
   (3) Partial or total loss of vision.
PT. INITIALS

☐ (F) Corneal surgery, such as corneal transplant, refractive surgery and pterygium.
   (1) Complications requiring additional treatment and/or surgery.
   (2) Possible pain.
   (3) Need for glasses or contact lenses.
   (4) Partial or total loss of vision.
PT. INITIALS

☐ (G) Glaucoma surgery by any method.
   (1) Complications requiring additional treatment and/or surgery.
   (2) Worsening of the glaucoma.
   (3) Pain.
   (4) Partial or total loss of vision.
PT. INITIALS

Disclosure and Consent
Medical and Surgical Procedures

**HERMANN HOSPITAL**
DISC & CON MEDI &-SUR PROC

4003

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

Patient Name _____
Last _____
First _____
Middle _____

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedures to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you, it is simply an effort to make you better informed so you may give or withhold your consent to the procedure

I (we) voluntarily request that Dr. _Wallao Cohen, Middlbrook_, as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, treat my condition which has been explained to me as: _Intrahepatic biloma_

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: _Hepatic drain_

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) ☐ do ☐ do not consent to the use of blood and blood products as deemed necessary.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions and even death. I (we) also realize that the following risks and hazards may occur in connection with the particular procedure: _Bleeding, Infection, Damage to liver_

(See Following Pages)

I (We) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (We) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (We) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (We) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache or chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of treatment, the procedures to be used and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) understand that no warranty or guarantee has been made to me as to result or cure.

I (we) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

I (we) authorize my physician and the hospital to dispose of, in accordance with accustomed practice, any tissues or body parts surgically removed.

DATE _12/21/48_   TIME _0730_   X _Kevin Walker_
Signature of Patient or Other Legally Responsible Person

_RENEE' JARVIS, RN_
Signature of Witness

6411 Fannin
Witness Address

Houston, Texas 77030-1501
Witness City, State, Zip Code

Consent could not be obtained in person. I explained by telephone all necessary information and obtained informed consent. The conversation was witnessed by the person whose signature appears above.



Signature of Physician

Disclosure and Consent
Medical and Surgical Procedures

**HERMANN HOSPITAL**

DISC & CON MEDI & SUR PROC

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

4003

Patient Name _____
Last _____
First _____
Middle _____

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedures to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you, it is simply an effort to make you better informed so you may give or withhold your consent to the procedure

I (we) voluntarily request that Dr. _____, as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, treat my condition which has been explained to me as: _____

_____ need for enteral access _____

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: _____

_____ nasojejunal tube placement _____

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) ☐ do ☐ do not consent to the use of blood and blood products as deemed necessary.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions and even death. I (we) also realize that the following risks and hazards may occur in connection with the particular procedure: _____

_____ intestinal perforation, need for another procedure _____

(See Following Pages)

I (We) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (We) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (We) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (We) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache or chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of treatment, the procedures to be used and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) understand that no warranty or guarantee has been made to me as to result or cure.

I (we) certify that this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

I (we) authorize my physician and the hospital to dispose of, in accordance with accustomed practice, any tissues or body parts surgically removed.

DATE 12/16/98    TIME 1015        X _____
                                  Signature of Patient or Other Legally Responsible Person

_____                  6411 Fannin              Houston, Texas 77030-1501
Signature of Witness             Witness Address          Witness City, State, Zip Code

Consent could not be obtained in person. I explained by telephone all necessary information and obtained informed consent. The conversation was witnessed by the person whose signature appears above.

_____
Signature of Physician

**Disclosure and Consent**
**Medical and Surgical Procedures**

HERMANN HOSPITAL
DISC & CON MEDI & SUR PROC

96 92549 0 9367
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

4003

Patient Name
Last
First
Middle

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedures to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you, it is simply an effort to make you better informed so you may give or withhold your consent to the procedure

I (we) voluntarily request that Dr. *Cohen/Middlebrook*, as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, treat my condition which has been explained to me as:

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: *Abdominal drain, liver fluid collection aspiration*

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) ☐ do ☐ do not consent to the use of blood and blood products as deemed necessary.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions and even death. I (we) also realize that the following risks and hazards may occur in connection with the particular procedure: *infection, damage to liver, damage or collapse of lung, pain.*

(See Following Pages)

I (We) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (We) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (We) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (We) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache or chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of treatment, the procedures to be used and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) understand that no warranty or guarantee has been made to me as to result or cure.

I (we) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

I (we) authorize my physician and the hospital to dispose of, in accordance with accustomed practice, any tissues or body parts surgically removed.

DATE *12/5/98* TIME *1630*  *Signature of Patient* — Phone Consent

Signature of Witness

6411 Fannin
Witness Address

Houston, Texas 77030-1501
Witness City, State, Zip Code

Consent could not be obtained in person. I explained by telephone all necessary information and obtained informed consent. The conversation was witnessed by the person whose signature appears above.

Signature of Physician

1

HERMANN HOSPITAL
EMERGENCY CENTER RECORD
PRESS HARD YOU ARE MAKING 4 COPIES

AGE 1

9092549O-9367
WALTER ,KEVIN
B   M   24  Y  05/04/1974

UNABLE TO OBTAIN
ECMXR 12/07/98 00:29

DATE: 12/07/98  TRIAGE NURSE: GREMILLION RN, J.

VAL CODE:    NONE/NOT KNOWN   E928.9
MODE OF INJURY

PATIENT'S HOME PHONE: __ __ O   WORK PHONE: __ __ O

URGENCY CODE   ☐ I   ☐ II   ☐ IIIᵇ

| ME: | TEMP: | PULSE: | RESP: | BP: | | | |
|---|---|---|---|---|---|---|---|
| N ROOM | TE / / | LMP: | WT. O LBS | POLICE NOTIFIED | PREVIOUS EC VISIT | EC SERVICE N | |

| TIME | PHYSICIAN / PREFERRED CODE | TIME(S) NOTIFIED | TIME(S) RESPONDED / ARRIVED | COMMENTS |
|---|---|---|---|---|
| | UNABLE TO OBTAIN | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PRE-ARRIVAL INFORMATION | CURRENT MEDICATIONS: | ALLERGIES: |
|---|---|---|
| | | |
| | | |
| | | |

CC: PAIN

HPI:

*See Trauma HPI*

PM Hx:

F Hx:

SOC Hx:

ROS:

| T: | P: | R: | BP: / | GENERAL APPEARANCE: |
|---|---|---|---|---|

PE:

| PA/PG 1 . 2 SIGNATURE & ID | PG 3 / 4 / 5 SIGNATURE & ID | ATTENDING SIGNATURE & ID |
|---|---|---|

2

ERMANN HOSPITAL
MERGENCY CENTER RECORD

AGE 2

PRESS HARD YOU ARE MAKING 4 COPIES

96925490-9847
WALTER ,KEVIN
B   M   24  Y   05/04/1974

UNABLE TO OBTAIN

DATE 12/07/98

| TIME | DIAGNOSTIC INTERVENTIONS: | RESULTS/INTERPRETATIONS |
|------|---------------------------|-------------------------|
| | | |

TREATMENT INTERVENTIONS:

OBSERVATIONS/CLINICAL COURSE SUMMARY:

ATTENDING PHYSICIAN'S COMMENTS: _Pt seen + examined c/d - GSW Dr Duke presi-_
_alert  ass  entrance ℗ chest ⅃B_
_UⱰ + entrance  paralumh  abor ℗_
_Ɫ℗ hemothx  GSW LC / baet  CT ℗_
_then  OR for lap_

CLINICAL IMPRESSION(S):
1. _Multi  gsw  ℗ hemothx_   2.   3.

DISCHARGE INSTRUCTIONS:       DISCHARGE MED. (DOSE/SIG/OTY.)

OR

| ☐ SOCIAL WORKER NOTIFIED ☐ HOME | ☒ INPATIENT | ☐ OBSERVATION | DISPOSITION OF PATIENT ☐ PATIENT TRANSFERRED | ☐ DECEASED |
|---|---|---|---|---|
| FOLLOW UP DATE & TIME | BED CONTROL NOTIFIED | | REASON FOR TRANSFER | NEXT OF KIN NOTIFIED |
| FOLLOW UP SITE | BED ASSIGNED | | ACCEPTING FACILITY | PASTORAL CARE NOTIFIED |
| INSTRUCTION SHEET COMPLETED & UNDERSTOOD ☐ YES ☐ NO | REPORT GIVEN TO CV | ROOM | ACCEPTING PHYSICIAN | MEDICAL EXAMINER NOTIFIED |
| PA. CLASSIFICATION (CIRCLE ONE) 1  2  3  4  5  6 | ADMIT ATTENDING Surital | | MODE OF TRANSFER | BODY RELEASED TO |
| CONDITION OR DISCHARGE Critical | ADMIT SERVICE Trauma | | COPY OF CHART, X-RAYS. & RESULTS: | FAMILY PHYSICIAN NOTIFIED |
| PATIENT'S SIGNATURE | DISCHARGE OF VALUABLES | | DISPOSITION OF VALUABLES | DISPOSITION OF VALUABLES |
| DISCHARGE Pending | PA/PG 1  2 SIGNATURE & ID | PG 3 , 4 , 5 SIGNATURE & ID | | |

MEDICAL RECORDS                                                    V1505

## HERMANN HOSPITAL EMERGENCY CENTER
### TRAUMA RESUSCITATION FLOW SHEET

```
96 92549 0 9367
WALTER , KEVIN
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98
```

**PATIENT INFORMATION**

DATE: _____ DOB: _____
TIME: 1320 AGE: 24 (M) F
PATIENT NAME: _____
ID # : _____

CODE:  I  II  (III)
VIA: ☐ LIFE FLIGHT  ☐ F.D.  (# _____ )
☐ AMBULANCE  ( # _____ )  ☐ AUTOMOBILE
☐ OTHER _____

MODE: ☐ STRETCHER  ☐ CARRY  ☐ WHEELCHAIR  ☐ WALK

**MECHANISM OF INJURY**

☐ MOTORCYCLE
☐ BICYCLE
  ☐ HELMET
  ☐ PROTECTIVE
     CLOTHING
☐ AUTO/PEDESTRIAN
☐ AUTO
  ☐ SEATBELT
  ☐ AIRBAG
  ☐ CARSEAT
☐ DRIVER
☐ PASSENGER
  ☐ FRONT ☐ BACK

☐ DEATH OF OTHER
     OCCUPANT(S)
☐ IMPACT TO:
  ☐ FRONT ☐ REAR
  ☐ RIGHT ☐ LEFT
  ☐ ROLLOVER
☐ IMPACT WITH:

☐ ESTIM. _____ M.P.H.
☐ LOC X _____ MIN.
☐ EJECTION X _____ FEET
☐ PROLONGED EXTRICATION
   X _____ MIN

☐ AMPUTATION
☐ BLUNT/ASSAULT
☐ BURN
☐ CHOKE/ASPIRATION
☐ CRUSH/TISSUE LOSS
☐ DIVING
☐ FALL _____ FEET
☒ GSW/SGW  X 4
☐ INHALATION
☐ NEAR DROWNING
☐ OVERDOSE
☐ STAB/IMPALEMENT

**PRIOR TO ARRIVAL (PTA)**

☐ AIRWAY:
  ☐ ORAL ☐ NASAL
  ☐ INTUBATED
  ☐ CRICOTHYROTOMY
  ☐ O2 ☐ MASK ☐ CANULLA
☒ BACKBOARD IMMOB.
☒ CERVICAL COLLAR
☐ CHEST TUBE: ☐ RT ☐ LT
☐ NEEDLE THORACOTOMY
☐ IV (s) X
☐ FOLEY
☐ MAST PANTS
  ☐ HYPOTENSION
  ☐ IMMOBILIZATION

☐ SPLINT
☒ GCS  15
☐ VITAL SIGNS:
  ☐ BP _____
  P _____
  R _____
  T _____
☐ RHYTHM:
  _____
☐ MANNITOL
☐ _____
☐ _____
☐ _____
☐ _____

**TRAUMA**

| TITLE | TRAUMA ATTENDING | CHIEF TRAUMA RESIDENT | TRAUMA RESIDENT | EC RESIDENT |
|---|---|---|---|---|
| NAME | Duke Byers | Kasper | | |
| NOTIFIED AT | PTA | PTA | PTA | |
| ARRIVED AT | | | | |

**NURSING**

| | |
|---|---|
| RN RECORDER | |
| NURSE | |
| NURSE | |
| ECT | |

**CONSULTS**

| TITLE | ANESTHESIA | PLASTIC | ORTHOPEDIC | NEURO |
|---|---|---|---|---|
| NAME | | | | |
| NOTIFIED AT | | | | |
| ARRIVED AT | | | | |

**OTHER**

| OTHER | RESPIRATORY | X-RAY | CT | SOC. WORK | PASTORAL | FAMILY | ICU/PICU |
|---|---|---|---|---|---|---|---|
| NOTIFIED AT | | | | | | | |
| ARRIVED AT | PTA | PTA | PTA | | | | |

**INITIAL ASSESSMENT**

CHIEF COMPLAINT: S/P GSW X 4

BP 30/16
P
R
T
LMP
Preg _____ wks
Wt.
Tetanus

ALLERGIES: Unk
_____
MEDICATIONS: _____

PAST MEDICAL HISTORY: Unk

☐ SMOKER  ☐ ETOH ABUSE  ☐ DRUG ABUSE

**AIRWAY**

☐ PATENT
  ☐ STRIDOR
  ☐ OBSTRUCTED
☐ AIRWAY ( ORAL /
     NASAL )
  ☐ ETT # _____ FR
  ☐ TRACH
  ☐ CRICO

**BREATHING**

RESPIRATIONS:
☐ REG @ _____ MIN.
☐ IRREG @ _____ MIN.
☐ ABSENT
☐ SPONTANEOUS
☐ LABORED
☐ SYMMETRICAL
☐ ASYMMETRICAL

☐ FLAIL SEGMENT
☐ RETRACTIONS
☐ SUBCUTANEOUS
     EMPHYSEMA
☐ SUCKING CHEST
     WOUND
☐ TRACHEAL DEVIATION

ASSISTED VIA:
☐ SUCTIONING
☐ O2 ☐ MASK ☐ CANNULA
     @ _____ L/MIN.
☐ HUMIDIFIED
☐ AMBU-BAG
☐ VENTILATOR

| | R | L | LUNG SOUNDS | VENTILATOR SETTING: |
|---|---|---|---|---|
| | | | CLEAR | FIO2 |
| | | | DIMINISHED | TIDAL VOL |
| | ✓ | | ABSENT | RATE |
| | | | CRACKLES/RALES | PEEP |
| | | | WHEEZES/RHONCHI | |

**CIRCULATION**

PALPATED PULSE:
☐ REGULAR
☐ IRREGULAR
☐ ABSENT

EXTERNAL BLEEDING:
☐ NO
☐ YES
☐ CONTROLLED
     WITH _____

MONITORED:
☐ NORMAL SINUS
☐ SINUS TACHYCARDIA
☐ OTHER _____
☐ CPR IN PROGRESS
☐ SEE CPR RECORD

CAPILLARY REFILL:
☐ < 2 SEC. (NORMAL)
☐ > 2 SEC. (DELAYED)

COMMENTS:

**IMMOBILIZATION**

☐ CERVICAL COLLAR
     BY _____
☐ FULL SPINAL
     IMMOBILIZATION
     BY _____
☐ RESTRAINTS TO: _____

RIGHT PUPIL 3 mm
☐ REACT ☐ FIXED
☐ CONSTRICTED
☐ DILATED

LEFT PUPIL 2 mm
☐ REACT ☐ FIXED
☐ CONSTRICTED
☐ DILATED

DRAINAGE:
☐ NONE
☐ NOSE (COLOR _____ )
☐ EARS (COLOR _____ )
   ☐ RIGHT ☐ LEFT

☐ CSF
☐ HALO SIGN
☐ GLUCOSE ( + / - )
☐ BATTLE SIGNS
☐ RACCOON EYES

FONTANELLES:
☐ N/A
☐ FLAT
☐ DEPRESSED
☐ BULGING

COMMENTS: _____
☐ SEE ANATOMICAL DIAGRAM

**96 92549 0 9367**
WALTER , KEVIN
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

| | LABORATORY, RADIOLOGIC & OTHER STUDIES |
|---|---|
| ☑ | Betadine prep for labs |
| | Trauma I |
| | Trauma II |
| | DIC |
| | T & Cross # |
| | C-Spine |
| | CXR |
| | Pelvis |
| | EKG |
| | Cysto/RUG |
| | IVP |
| | Extremity: R / L |
| | ☐ R ☐ L |
| | ☐ R ☐ L |
| | ☐ R ☐ L |
| | T-Spine |
| | L-Spine |
| | Skull |

DRAWN/DONE

| TEST | ORDER TIME | TIME TO | TIME BACK | ACCOMPANIED BY |
|---|---|---|---|---|
| CT ☐C-Spine ☐Brain ☐Abd ☐ | | | | |
| Angio | | | | |

| MEDICATION / DOSE | ROUTE | SITE | TIME / BY | COMMENTS |
|---|---|---|---|---|
| DT 0.5cc | IM | | | Lot # 45-8114 Manu: ☐No Adverse Reactions Expires: WYETH |
| | | | | ☐No Adverse Reactions |
| | | | | ☐No Adverse Reactions |
| | | | | ☐No Adverse Reactions |
| | | | | ☐No Adverse Reactions |
| | | | | ☐No Adverse Reactions |

| TIME | BP | P | R | T | GCS / RTS E V M | PUPILS R L | PULSE OX | [E₁CO₂] |
|---|---|---|---|---|---|---|---|---|
| 0840 | | 118 | 24 | | 3 5 6 | 3 3 | 100 | |
| 0905 | 90 | 115 | 24 | | 3 5 6 | 3 3 | 100 | |
| 0950 | 113 | 120 | 22 | | 3 5 6 | 3 3 | 100 | |

| TIME | FLOWSHEET / NURSES' NOTES |
|---|---|
| 2320 | rec'd to trauma |
| | via EMS p multi |
| | S/W to back + chest |
| | + ABD. A+O x3 |
| | on PDB c C-collar intact |
| 0100 | To OR via |
| | stretcher c |

☐ DISCHARGE TO ____ @ ____
INSTRUCTIONS GIVEN RE: ____
☐ENGLISH ☐SPANISH
☐INTERPRETED BY: ____

☐ADMITTED TO ____
REPORT CALLED TO ____

☐AMA
☐LEFT WITHOUT BEING SEEN

☐DEATH PRONOUNCED @ ____
TRANSFERRED TO: ____
☐LIFE GIFT NOTIFIED
☐ORGAN DONOR
☐AUTOPSY TO BE DONE

MODE: ☐AMB ☐CARRY
☐WHEELCHAIR ☐STRETCHER

ACCOMPANIED BY: ☐ALS EQUIPMENT
☐MD ____ ☐FAMILY/FRIEND
☐RN ____ ☐OTHER ____

CONDITION: ☐GOOD ☐FAIR
☐SERIOUS ☐CRITICAL

VALUABLES:
☐NONE ☐DISCARDED
☐TO LOCK BOX ☐TO OFFICER
☐WITH PATIENT BADGE # ____
☐TO FAMILY

PREVIOUS PAGES AND ABOVE PER VERBAL ORDER
R.N. D. Pendleton INT. ____
R.N. ____ INT. ____
M.D. TEAM LEADER ____
M.D. ____

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
"s otherwise indicated by the words - **MEDICAL NECESSITY**"

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS · Use Ball Point - Press Firmly |
|---|---|---|
| DATE | TIME | |

12/25/98
10⁰⁰

① Transf × 5G/6 E Iwn De Dr...
② SN Chr - E Pag (Cholecystitis, Hepatic Art Ligation - Hepatic Abscess
③ State
④ Reg Diet
⑤ Promote @ 85cc/hr Via FT
⑥ PT Consult ↑Endurance
⑦ IVF - D₅ ½NS E 20mg KCL @ 30cc/...
⑧ Meds - Sct 440mg IVPB q 8°
    Levoflox 500 mg IV q 24°
    Vancomycin 25m IvPB q 8°
    Omeprazole 20mg po q 24°
    Phenergan 12.5-25mg IVP q 4° prn N/V
    Vicodin 1-2 po q 4° prn pain
    MSO₄ 2 mg IV q 3° prn Severe Pain
    Ē Colace 100mg po BID
    Tylenol 650mg po q 6° prn HA or Temp >101
⑨ Flush Suprahepatic Drain Ē 5-10cc NS q Shift
⑩ Resp - IS 10X q hr
    wean O₂ to keep Sat >92%
    IPB q 6° P
    #487  Atr 2.5mg Ē 3cc NS q 6° prn
⑪ Call HO for any problem
    Temp >101
    BP >160/90 <90/50
⑫ CXR in Am
⑬ Make Sure CT Abd is ordered Stat
⑭ Dressing to Abd
    WD DC'd q Shift

_____ S 12/25/98   5:45pm

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
~ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

| ORDERED | | **ORDERS** | **Use Ball Point - Press Firmly** |
|---|---|---|---|
| DATE | TIME | | |
| 12/25/98 | 6³⁰ | ① D/c O₂, Replace if Sats <94% | |
| | | ② D/c Chest tube | |
| | | ③ Flush both drains | |
| | | ④ CXR portable / Upright | |
| | | Pat Bryant RN 12/25/98 | Warren 22268 |
| 12/25/98 | 7:00 | Chart Check ———— Pat Bryant RN | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
ss otherwise indicated by the words - **MEDICAL NECESSITY**"

1014

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

| ORDERED | | ORDERS          Use Ball Point - Press Firmly |
|---------|------|---------------------------------------------|
| DATE | TIME | |
| 12/24/98 | 0918 | ① Regular Diet |
| | | ② CT scan of Abdomen (pelvis |
| | | ③ Change tube feeds ✓ |
| | | to promote at 85cc |
| | | ④ CXR |
| | | done |
| 12/24 | | NPO after midnite for |
| | | CT Study |
| | | Gila Mell McDonald 12-24-98 4.20 |
| 12/25/98 | 0245 | 24° Chart check Jeralda Othric |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words - **MEDICAL NECESSITY**"

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

ALLERGIES: ☐ NKA  ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 12/23 | 1000 | Dulcolax Supp PRN QD | |
| | | Ducosate Na 100mg DHT @ 12° | |
| | | 1 Qd Sunnher 1 Stephloeks | |
| | | L R Dates 12/23/98  Jared Searls | |
| 12/23/98 | 1400 | 1. Flush suprahepatic drain c̄ 5-10cc | |
| | | saline q shift | |
| | | Dale R Abshes, MD | |
| | | Esther Edward MD @ 1629  12/23/98  404-3679 | |
| | | R Dates RN  12/23/98  1800. | |
| 12/27/98 | 1845 | 12° Check √  R Dates  RN | |
| 12/21/98 | 0220 | 24° Chart Check Meredith CWRN | |
| 12/24/98 | 1700 | Chart Check — Pat Bryant RN | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)            MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

"Authorization is hereby given to dispense the Generic or Chemical equivalent ~s otherwise indicated by the words - MEDICAL NECESSITY"

ALLERGIES: ☑ NKA ☐ YES

Simu-6

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

ORDERED DATE/TIME: 12/23/98 925

Transfer to SIMU - Dr. Duke

DX: S/P GSW to abdomen, exploratory laparotomy, ligation common hepatic artery and resolving hepatic abscess c̄ multiple drains

Cond - stable

Vitals - per routine

Activity - OOB to chair TID

Nursing - ~~Foley~~ D/C Foley, Record drain outputs #393

Diet - **** Clear, advance as tolerated & Impact @ 1100cc/hr

Inf - NS TKO (20cc/hr)

Meds - ① Gentamicin 440mg IVPB q 8°
② Levofloxacin 500mg IVPB q 24°
③ Vancomycin 2.0gm IVPB q 8°
④ Omeprazole 20mg susp po q 24° ✓
⑤ Chlorpromazine 25mg IM q 6° prn
⑥ Vicodin T-TT tabs po q 3° prn pain ✓
⑦ Ibuprofen 200mg po q 6° prn ✗
⑧ MSO4 2mg IV q 3° prn severe pain not ✗ alleviated by Vicodin
⑨ Promethazine 25mg IV q 6° prn N/V
⑩ Tylenol 650mg po/pr q 6° prn HA or temp ≥ 101⁵

Respiratory Consult # 405

IDB q 4° #406

Incentive spirometry 10-15 breaths/waking hr #407

2L Nasal cannula to keep O₂ sats ≥ 94% #408

Call MD if temp > 101⁵, SBP > 170 < 90, DBP > 110 < 50, U.O. < 0.5cc/kg/hr

Chem 7, CBC c̄ PID in AM.

Notify H.O. for SIMU upon arrival

Afrin nasal spray + saline nasal spray prn congestion / T. Nguyen 23120

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

# ANTIBIOTIC/PHYSICIAN REORDERS

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words-MEDICAL NECESSITY"

ALLERGIES: ☐ YES  ☐ NO

DESCRIBE:

**HERMANN HOSPITAL**

**Antibiotic/Physician Reorders**

| | |
|---|---|
| Patient Name | : WILFORD, KANE ** |
| Medical Record # : 96925490 | |
| Location | : STIC STIC-19 |
| Print Date : 12/23/98 | |



| ORDERED | | ORDERS | Use Ball Point-Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

THE ORDERS BELOW ARE SCHEDULED TO EXPIRE WITHIN 48 HOURS UNLESS RENEWED. PLEASE INDICATE WHETHER THE FOLLOWING SHOULD BE CONTINUED BEYOND THE INDICATED STOP DATE OR DISCONTINUED BY CHECKING THE APPROPRIATE LINE BELOW.

| DRUG | DOSE | ROUTE | FREQ | START | STOP | CONTINUE | DC | ORDER # |
|---|---|---|---|---|---|---|---|---|
| HYDROCODONE W/APAP 5MG/5 | 1TAB | PO | Q3HPRN | 12/11/98 | 12/25/98 | ✓ | ------- | 422239 |
| LEVOFLOXACIN 500MG/D5W 1 | | IV | Q24 | 12/18/98 | 12/25/98 | ✓ ------ | ------- | 447630 |
| BASE SOLUTION | 100ML | | | | | | | |
| LEVOFLOXACIN 500MG/100 | 500MG | | | | | | | |

_Summer_
---------------------------
NAME (PRINTED)

_12/23_
---------------
DATE

_____
TIME

_____
BEEPER #

_____
SIGNATURE

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

**HERMANN HOSPITAL**
Trauma Adm Rec

**96 92549 0 9367**
WALTER ,KEVIN
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

## LABORATORY

**CBC**
- WBC:
- Hgb: 6
- Hct: 36.3
- Plts:

- PT:
- PTT:

**SMA7**
- Na:
- K+:
- CO2:
- Cl:
- BUN:
- Cr:
- Gluc:

- Amylase:
- Alk Phos:
- LDH:
- Bili:
- SGOT:
- SGPT:

**ABG**
- FiO2:
- Ph:
- PCO2:
- PO2:
- HCO3:
- Sat:
- BE:
- Vent: Yes / No

**UA**
- SpGr:
- Ph:
- Chem:
- Micro:
- RBC:
- WBC:
- Bact:
- Gravidex: + -

**EKG**
- Normal
- Abnormal

**DPL** GROSS + - RBC ____ WBC ____ Amylase ____
Alk Phos ____ GM Stain ____ Other ____

**TOX** URINE  BLOOD
ETOH ____ MARIJUANA ____ COCAINE ____ OTHER ____ SALICYLATES ____

## RADIOLOGY

| Obtained | PENDING | RESULTS | REMARKS |
|---|---|---|---|
| **CT** HEAD | | | |
| C-SPINE | | | |
| ABDOMEN | | | |
| CHEST | | | |
| **CXR** SUPINE | | HTX/PTX  Bullet Lt Shoulder | |
| MEDIASTINAL | | | |
| **X-RAY** C-SPINE | | | |
| T-SPINE | | | |
| L-SPINE | | | |
| PELVIS | | | |
| R L | | Abdomen  No FB | |
| R L | | | |
| R L | | | |
| R L | | | |
| R L | | | |
| R L | | | |
| R L | | | |
| ULTRASOUND | | | |

**Admitting Resident:** 24 y/o B ♂ GSW in ambulance GCS 15  BP 118  4 minutes wounds
Chest tubes on section

**Signature:** [signature] MD

## DIAGNOSIS

| SYSTEM | POSITIVE FINDINGS | CONSULTS | FOLLOW UP |
|---|---|---|---|
| NEURO | GCS 15 | | |
| RESP | R Hemopneumothorax - C.T. GSW | | |
| CARDIAC | Tachycardia | | |
| GI | Chest - GSW | | |
| GU | | | |
| ORTHO | No Deformity | | |
| EXTERNAL | Multiple GSW | | |

**Attending Staff:** 24 y/o - multiple GSW to chest and abdomen - Gross
morbid obesity - transferred by LifeFlt - GCS 15, BP 118/P; P 120. 10min
crumbling & this before LifeFlt - GCS 15. BP 106/71. R NG PT was
[intubated] multiple GSW chest/abd. CXR R hemothorax. Chest tube placed  800cc
[rapidly] drained, given TABC. CXR/[fluid sitting]. CXR bullet Lt shoulder
GSW R chest, back, abd. To OR CXR-UA-Piss [tox screen]

**Signature:** [signature]

**TRAUMA ADMIT RECORD**

House Officer: Beves/Jamca

Attending: Duke

Time Seen:

**HERMANN HOSPITAL**
Trauma Adm Rec

2084

96 92549 0 9367
WALTER , KEVIN
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

---

## HPI

Age 24 (M) F    RACE: Caucasion (Black) Hispanic  Native American  Asian

MVC:    Driver  Passenger    SPEED: High Moderate Low    RESTRAINTS: None Belt Air Bag Both
                MECHANISM: Windshield Steering Wheel Intrusion Death of occupant
                            Ejection  Extrication

MCA:    Driver  Passenger    SPEED: High Moderate Low    RESTRAINTS: None Helmet
Autoped:                     SPEED: High Moderate Low
Fall:                        DISTANCE:_____
Crush:                       LOCATION:_____
Assault:                     OBJECT:_____    X2    X1
(GSW):  ———————→             LOCATION: Head Neck Thorax (Abdomen) Extremity
Stab:              ————————→ LOCATION: Head Neck (Thorax) (Abdomen) Extremity  Back

---

## PMH

MI  Htn    Angina    CHF    Stroke    Anisocoria    DM    Seizure    Asthma    COPD    None
Kidney DZ  HIV+  Hepatitis  Other:_____  Last Tetanus:_____  LMP:_____  Preg: Y  N
ALLERGY:  NKDA    PCN    Sulpha    Cephalosporin    Codeine    Other_____ NKDA

---

## SURG

Describe:  ∅ SX

---

## MED

| Name | Dose | Frequency | Name | Dose | Frequency |
|------|------|-----------|------|------|-----------|
| ASA | | | | | |
| Coumadin | | | | | |
| None | | | | | |

ETC
ETOH  Marijuana  Cocaine ∅
Barb  Heroin  Other:___
Tobacco: ∅  PPD
Last Meal: 1100 pm

---

## VS

FIELD: BP 13 P 120 RR____ T____ GCS 15    TRANSPORT ISSUES: Scoop and Run
EC: BP 137/6 P 114 RR 20 T____ GCS 15

---

## PHYSICAL EXAM

| | | WNL | ABNL | DESCRIBE |
|--|--|-----|------|----------|
| HEAD | | WNL | (ABNL) | Abrasion |
| EYES | | (WNL) | ABNL | |
| TMS | R | (WNL) | ABNL | |
| | L | WNL | ABNL | |
| NECK | | WNL | ABNL | |
| CHEST | R | WNL | (ABNL) | — Missile Wound |
| | L | WNL | (ABNL) | |
| ABD | | (WNL) | (ABNL) | LLQ |
| PELVIS | | (WNL) | ABNL | |
| GENITAL | | (WNL) | ABNL | |
| BACK | | WNL | (ABNL) | RT lumbar |
| EXTREMITY | R | WNL | ABNL | |
| | L | (WNL) | ABNL | |
| NEURO | | (WNL) | ABNL | 15 ECS |

Rectal ∅ Bld
TENXOR

Hermann Hospital

## Day of Discharge Orders

Admitting Date: _12-7-98_
Admitting Dx.: _Gsw to Abd._
Discharge Date: _12-29-98_
Discharge Dx.: _Hemm C Cr Leight_
_Cr Skin_
_Chle_

Referring M.D.: _____

_Kevin Walter_

## 96 92549 0 9367
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1010

Procedures / Treatment Performed / Date

Pertinent Test Results

| Discharge Medication | Dose | Times per Day | Drug Class | Comments/Final Progress Notes (For Stays < 48 Hrs) |
|---|---|---|---|---|
| Colace 100 mg | | Bid | | Come to ER for |
| Ticolin 1-2 po q | 6° | Prn pain | | fever >101, increase |
| | | | | abdominal pain |

Patient Provided with Medication Information Sheet/Sheets
Discharge Diet If Appropriate: _Regular Diet_

Describe diet instruction provided: _____

Signature of R.D. (if applicable)

Follow-Up Care:
1  Dr _Luke_  Physician  _7046025_  Date  _in 1 week call for appt_  Office Number  Fax Number
2
3

Home Care Agency: _____  Office #: _____  Fax #: _____
Referred for: _____
Special Instructions: _No Heavy lifting or over exertion   Mobility as often As possible_
When to call the doctor - Call _____ at: _____ for: _____
                                     Phone                      Danger Signals

Resumption of Normal Activities: Date you can return to work: _4/1/16 HR_  Date you can resume driving a car: _3 wks_
Date you can resume your normal sexual activities: _3 wks with no heavy lifting_

Patient Education Materials provided: _____

By signing this form, I acknowledge receipt of the above information.

Patient/Family Member Signature: _Kevin Walter_   Phone Where You Can Be Reached: _____
Signatures: _____ M.D.   M.D.-Beeper #: _____   Discharging R.N. _M. Jasperson RN_
Unit Secretary: _____   FAX TO   1  Attending Physician
                                   2  Follow-Up Physician(s)
Form 431612 (3/96)                 3  Home Health Central Intake (40022) if Home Health Ordered Above.

White Copy-Hospital Medical Records        Yellow Copy-Patient

"Authorization is hereby given to dispense the Generic or Chemical equivalent is otherwise indicated by the words - **MEDICAL NECESSITY**"

**HERMANN HOSPITAL**

Physician's Orders

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent
ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS — Use Ball Point - Press Firmly |
|---|---|---|
| DATE | TIME | |
| 12/28/98 | 1805 | 12° chart check, Kim Larince, RN |
| 12/19/98 | 0100 | DC — Rita Rawll, NN |
| 12/29/98 | 40 | ① DC All IV Antibiotics Please |
| | | (signatures) 24610 |
| | | DB 12/29/98 13:56 |
| | | 12-29-98  1825  12°CC R Henderson RN |
| 12/29/98 | | RT chart — LeRoy Love, RRT |
| 12/30 | | 24° CC RP 6mm h |
| 12/30/98 | 1800 | 12° Chart √ Lesley Searson RN |
| 12/30/98 | | RT chart — LeRoy Love RRT |
| 12/31/98 | 2400 | CC — Rita Rawll, RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

```
96 92549 0 9367
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98
```

1014

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

| | | |
|---|---|---|
| 12/27/98 | DC Chart ✓ | Charly Green |
| 12/27/98 | PT chart | C. Roylock PA |
| 12/28/98 0715 | T.O. CC — Dr. Tanzara MD | |
| 12/28/98 | D/C Tube feeds | HAC   Singh 24784 |
| | Hep Lock | |
| | Vicodin T - Tylenol prn | |
| | D/C PCA | |
| | PT to ambulate T/D | |
| 12/28/98 | ① Home Health ORDERS | |
| | [W→D c̄ NS + Kerlex L abd Wound Care | |
| | c̄ abd + Sacrum c̄ Montgomery straps #4a | |
| | Change BID | |
| | teach family to do Care | |
| 12/28/98 | ② Drain in Liver - Flush Drain c̄ 10 cc NS qid | |
| 9³⁰ | + Record output | |
| | Feeding tube clogged — not using properly | |
| | Plan DC Home | |
| 12/29/98 | | ...Ch Duke 39810 |

FAXED

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
unless otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

| ORDERED | | ORDERS — Use Ball Point - Press Firmly |
|---|---|---|
| DATE | TIME | |
| 12/26 | | 24° W Pge ban ln |
| 12/26/98 | | ← TF hr ? pm to ? can at 85 cc/h |
| | | Gwen Sweedes 12/26/98    H/O 24784    Lesley Sears M    H 28 7A |
| 12/26/98 1900 | | 12° Chart ✓ Lesley Sears M |
| 12/27/98 | 0330 | 12° chart ✓ Wr. Taquana M |
| 12/27/98 | | CBE, SMA-7, LFT    45²  45⁴    Sizh    CBC c diff 45³    H/O 24784 |
| 12/27/98 # 45 0755 | | Chest PT pleas c Agressw Pulm toilet    P.T asked 22017 9²/A    Douglas Kaye MD 23319 |
| | | Gwen Sweedes 12/27/98 9³⁰/A    Taquana M Sewedes |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

96 92549 0 9367
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent
es otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED DATE | TIME | ORDERS — Use Ball Point - Press Firmly |
|---|---|---|
| 12/21/98 | 2200 | 12° RT Chart √ G Wilson, RT, RCP |
| 12-22-98 | 0700 | 12° chart √ P. Felton, RN / RJarvis, RN |
| 12-22-98 | 0945 | √ Chem 7 at 1300 Ketac ‹‹‹‹ Culture biliary drain x1  23146 |
|  |  | Renee' Jarvis, RN |
| 12-22-98 | 1000 | ↑ TF to 110cc/° V.O. DR. Sumner / Renee' Jarvis, RN |
|  |  | Renee' Jarvis, RN |
| 12/22/98 |  | RT Chart Check — H Mitchell RCC |
| 12-22-98 | 1900 | 12° CHART CHECK RJarvis, RN / P. Felton, RN |
| 12/23/98 | 0700 | 12° chart √ P. Felton, RN / ___ |
| 12/23/98 |  | RT Chart ___ Clint ___ |
| 12/23 | 0650 | Afrin & NS nasal spray PRN V.O. Dr. ___ |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent as otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

1014

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

**ORDERS** — Use Ball Point - Press Firmly

VO ✓ chem 7 ᴵᴺ this am

~~~~ RENEE' JARVIS, RN

SOB Q4° PRN.
NC to keep Sat 94%
VO Dr. Talabi (Renee Jarvis RN)

~~~~ RENEE' JARVIS, RN

1) CXR for Line placement.

~~~~ RENEE' JARVIS, RN

Angio orders
Vessel Inj IV
Fentanyl 50mic ogm IV

Percutaneous Liver Drain to gravity

~~~~ RENEE' JARVIS, RN

1) D5W to TKO

~~~~ RENEE' JARVIS, RN

12° CHART CHECK RENEE' JARVIS, RN   P. Telebi M

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent
...ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

| ORDERED DATE | TIME | ORDERS — Use Ball Point - Press Firmly |
|---|---|---|
| 12/20/98 | 1616 | 1) INTERVENTIONAL RADIOLOGY: ON SMS PERCUTANEOUS DRAINAGE INTRAHEPATIC BILOMA (SEE HIDA SCAN) |
|  |  | DUKE  J21-1200 |
| 12-20-98 | 2020 | RT 12° chart √/5.76 ℓ ECP |
| 12/20 | 2300 | 4° chart √ m/ P. Tetton |
| 12/20/01 |  | Pt may have Benadryl 50 mg IV X1 for Sleep  P. Tetton  V.O. Dr Zaafran/P RN |
| 12/21/98 | 0630 | D/c daily ICU panels  Chem-7 qd  wean O₂ to keep Sat >92% - D/c if possible  P. Tetton, NV |
| 12-21-98 | 0700 | 12° chart √ P Tetton, RN/ RJARVIS, RN |
| 12/2/ |  | 1pp 1/24 (Bradley) |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

."Authorization is hereby given to dispense the Generic or Chemical equivalent
 less otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS |
|---|---|---|
| DATE | TIME | **Use Ball Point - Press Firmly** |
| 12/30/98 0700 | | Make total fluids = 125cc/hr V.O. Dr. Summer/DR OLEN [signature] |
| 12/30/98 08:50 | | 1) C. Diff, Stool Cx, fecal leukocytes done 12-30-98 2) Imodium x 1 3) Keep NPO [signatures] |
| 12/30 | | ① D/c NGT ② May start Clear Liquid diet [signature] |
| 12/30/98 1315 | | NPO p midnight V.O. Dr. Beyer/DR OLEN |
| 12/30/98 1900 | | D° Chart / DR OLEN / M |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

# ANTIBIOTIC/PHYSICIAN REORDERS

Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words **MEDICAL NECESSITY"**

ALLERGIES: ☐ YES  ☐ NO

DESCRIBE:

**HERMANN HOSPITAL**

**Antibiotic/Physician Reorders**

Patient Name    : WILFORD, KANE **
Medical Record # : 96925490
Location        : STIC STIC-19

Print Date : 12/19/98



1014

| ORDERED | | ORDERS | Use Ball Point-Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

THE ORDERS BELOW ARE SCHEDULED TO EXPIRE WITHIN 48 HOURS UNLESS RENEWED. PLEASE INDICATE WHETHER THE FOLLOWING SHOULD BE CONTINUED BEYOND THE INDICATED STOP DATE OR DISCONTINUED BY CHECKING THE APPROPRIATE LINE BELOW.

| DRUG | DOSE | ROUTE | FREQ | START | STOP | CONTINUE | DC | ORDER # |
|---|---|---|---|---|---|---|---|---|
| LORAZEPAM | 2MG | IV | Q2-4HPRN | 12/12/98 | 12/21/98 | ------ | ------ | 422846 |
| MORPHINE | 2MG | IV | Q2-4HPRN | 12/14/98 | 12/21/98 | ------ | ------ | 429029 |
| GENTAMICIN 440MG/NS 100M | | IV | Q8H | 12/16/98 | 12/23/98 | ------ | ------ | 436085 |
| NACL 0.9% | 100ML | | | | | | | |
| GENTAMICIN | 440MG | | | | | | | |

_Snower_
NAME (PRINTED)

_[signature]_
SIGNATURE

12/20
DATE

0630
TIME

23285
BEEPER #

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent less otherwise indicated by the words - **MEDICAL NECESSITY**"

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☑ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.     HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| | | Pharmacy Clarification | |
| 12/18/98 | 12:16 pm | Vancomycin 2gm IV Q8H take trough after 3rd dose c̄ V/O Dr. Sumner Wayne A. Evers RPh | |
| | | noted ___ (Maronda) | |
| 12/19 | 0700 | 12° chart ✓ m | |
| 12/19/98 | 0630 | see send serum + CT + drain for bilirubin see HIDA scan - evaluate for leak   E. ___ III, MD | |
| | 12/19/98 0755 | 12° RT Chart Check - Stucksom   Sumner 23283 | |
| 12/19/98 | 1800 | 12° Chart Check ___ | |
| 12-19-98 | 2035 | RT 12° chart ✓ S. ___ RCP | |
| 12/20/98 | | 12° Chart ✓ Dr. Drew | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent ss otherwise indicated by the words - **MEDICAL NECESSITY**"

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

H(??) 10:15  1) A TF to Impact c̄ same ate (goal of 110 cc/hr) one

ac̄
Murtaza 23??

12/8/98  ② D/c Cefepime / Ampicillin

1500  ③ Levoquin 500 mg IV q d - ok'd by Brad Domoroske - Pharmacy page 24281 for any questions

④ Vancomycin 一一 gms IV q 12°

W.E. _____ Jr., MD
Beeper 23235

12/18  12° cc
19?

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)                MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent s otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 12/7/98 | 1756 | Ampicillin 2g Q6wly 1.0 | Klein 2356 |
| 12/17/98 | | 12° cc infection — J. Scott RN | |
| 12/18/98 | 0140 | V.O. DR kowalski: IPV Q4-6 ē PS | Wilson, LRT, Reg |
| 12/18 | | 12° chart / J. Scott RN Early | |
| 12/18/98 | | 12° Rt Chart check — Stuckers | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

## ANTIBIOTIC/PHYSICIAN REORDERS

...thorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words-**MEDICAL NECESSITY"**

ALLERGIES: ☐ YES  ☐ NO

DESCRIBE:

**HERMANN HOSPITAL**

**Antibiotic/Physician Reorders**

| | |
|---|---|
| Patient Name | : WILFORD, KANE ** |
| Medical Record # | : 96925490 |
| Location | : STIC STIC-19 |
| Print Date : 12/18/98 | |



1014

| ORDERED | | ORDERS | Use Ball Point-Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

THE ORDERS BELOW ARE SCHEDULED TO EXPIRE WITHIN 48 HOURS UNLESS RENEWED. PLEASE INDICATE WHETHER THE FOLLOWING SHOULD BE CONTINUED BEYOND THE INDICATED STOP DATE OR DISCONTINUED BY CHECKING THE APPROPRIATE LINE BELOW.

| DRUG | DOSE | ROUTE | FREQ | START | STOP | CONTINUE | DC | ORDER # |
|---|---|---|---|---|---|---|---|---|
| HYDROCODONE W/APAP 5MG/5 | 1TAB | PO | Q3HPRN | 12/11/98 | 12/19/98 | ------- | X | 422239 |
| TEMAZEPAM | 15MG | PO | PRN | 12/12/98 | 12/19/98 | _____ | ---- | 423065 |

_____
NAME (PRINTED)

_____
SIGNATURE

12/78
DATE

0830
TIME

23285
BEEPER #

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

| | Date of Service |
|---|---|

| Date & Time | NURSING SUMMARY : 7A-7P |
|---|---|
| 12-22-98 | NEURO ANXIOUS @ TIMES č c/o PAIN IN RUQ WHICH WAS |
| | RELIEVED BY MSO4 š ATIVAN RESP 2L NC, SpO2 ≥ 94% |
| | RR ↓ 28-32 CV REMAINS TO BE TACHY 120's GU TF ↑ |
| | TO 110 PER ORDER š TOLERATING, Ø BM, HEPATIC |
| | DRAINS INTACT č 200 OUT OF INTRA GU ADEQUATE |
| | OUT INTEG ABD. WOUND GRANULATING WELL, GSW's |
| | č NO DRNG OR SIGNS OF INFECTION. PSYCH FAMILY |
| | @ BS FOR SHORT TIME š ?'s ANSWERED. R. JARVIS, RN |
| | |
| | |
| 12-23 | Nursing Summary 7P. 7A |
| | No Nes from initial assessment |
| | Dr. M |

430016 (Back Page)

**HERMANN HOSPITAL**

Physician's Orders

1014

96 92549 0 9367
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

"Authorization is hereby given to dispense the Generic or Chemical equivalent otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 12/16/98 | 1645 | Omeprizole 20mg p.o Q.d. vic NG tube only | |
| | | D/C sucralfate | |
| | | Stat Promote @ 15cc/hr | |
| | | | 23196 |
| | | note Robert Brown RN | |
| 12/16/98 | 1900 | 12° chart ✓ G. Scott RN / Robert Brown RN | |
| 12/17/98 | 0100 | 12° chart ✓ G. Scott RN / | |
| 12/17/98 | 0702 | Wean to CPAP as tolerated | |
| | | last on SIMV of 4 from midnight to 6:00am 12/18 | |
| | | CPAP & Mechanics + ABG on AM of 12/18 | |
| | | | 23196 |
| 12/19/98 | | 12 hour urine for UUN q SAT 1730→Sun 0530 | |
| | | Serum prealbumin q Sunday | |
| | | V.o. F Moore MD by M Dupre RN | |
| | | | 22112 |
| 12/17/98 | 1800 | Advance TF per protocol | |

PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
ss otherwise indicated by the words - **MEDICAL NECESSITY**"

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---------|---|--------|------|
| DATE | TIME | | |

12/16/98

NPO p mn to to NTT 12/17 done
or call for procedure - (demerol 50 mg IV
                        (versed 4 mg IV
                        (vecuronium 50 mg IV

Note Robert Curtin RN          12/18
                               WOOD 24758

to procedure - (demerol 100 mg IV     done
               (versed 4mg IV
               (vecuronium 100 mg IV

OK to use NT tube
flush NTT c 20cc WATER TID
routine NJT care

Note Robert Curtin RN          12/18
                               WOOD 24758

12/16/98   DC MgSO4 4mg IV over 4° XT order
2010:00   + see new electrolyte protocol order
          V/O Dr Sumner / Robert Curtin RN
          Note Robert Curtin RN

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)                MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 12/15/98 | 2030 | RT 12- chart ✓ / 5.16col ✓ PCP | |
| 12/16/98 | 0650 | ~~AHHH~~ D/C ⊗ 6° 4/11 | |
| | | ② Mg SO4 4mg IV over 4° x I ✓ | |
| | | noted Robert Cranwell ... ⊙ ... MD | |
| | | Summ 73255 | |
| 12/16/98 | | ✓ mechisms done | |
| | | ... MD | |
| | | noted Robert Cranwell RN Summ 73255 | |
| 12/16/? | 10:00 | 1) Gentamicin 440 mg q 8° ✓ | |
| | | 2) Draw Gentamicin peak /Trough on 3rd dose ✓ | |
| | | 3) Send daily / CT damage for bilirubin done | |
| | | C... Hurtado 23258 | |
| | | noted Robert Cranwell | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)                    MEDICAL RECORDS

HERMANN HOSPITAL

Physician's Orders



**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words-**MEDICAL NECESSITY**"

ALLERGIES: ☐ YES ☐ NO

DESCRIBE:

| ORDERED | | ORDERS | Use Ball Point-Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

<u>Electrolyte Replacement</u>

Disregard all protocols if patient has renal failure, is on dialysis, or has a creatinine clearance <30 ml/min.
Please fill in the electrolyte level and check the appropriate box.
Patients LBW= _100_ kg
**Magnesium**      Serum magnesium level: _1.7_ mEq/L
Magnesium level 1.0-1.7 mEq/L
☒ Magnesium Sulfate 0.5 mEq/kg (LBW) in NS 250 ml infused IV over 24 hrs x 3 days.
   Recheck magnesium level in 3 days.
Magnesium level < 1.0 mEq/L
☐ Magnesium Sulfate 1mEq/kg (LBW) in NS 250 ml infused IV over 24 hrs x 1 day, then 0.5 mEq/kg
   (LBW) in NS 250 ml infused IV over 24 hrs x 2 days.
   Recheck magnesium level in 3 days.
If patient has gastric access and needs a bowel regimen,
☐ Milk of Magnesia (MOM) 15 ml q 24 per gastric tube (NG,OG, PEG).  Hold for diarrhea.

**Phosphate**      Serum phosphate level: _____ mg/dl
Phosphate level 1.0-2.5 mg/dl:
☐ Tolerating enteral nutrition: Neutra-Phos 2 packets q 6 h per gastric tube or feeding tube.
☐ No enteral nutrition: KPHO$_4$ or NaPHO$_4$ 0.15 mMol/kg (LBW) over 6 hrs x 1 dose.
   Recheck phosphate level in 3 days.
 Phosphate level < 1.0 mg/dl:
☐ Tolerating enteral nutrition: KPHO$_4$ or NaPHO$_4$ 0.25 mMol/kg (LBW) over 6 hrs x 1 dose.
   Recheck phosphate level 4 hours after end of infusion.  If <2.5 mg/dl, begin Neutra-Phos 2 packets q6h.
☐ Not tolerating enteral nutrition: KPHO4 OR NaPHO4 0.25 mMol/kg (LBW) over 6 hrs x 1 dose.
   Recheck phosphate level 4 hours after end of infusion.  If < 2.5 mg/dl, then KPHO4 or NaPHO4 0.15
   mMol/kg (LBW) IV over 6 hrs x 1 dose.

**Calcium**      Serum normalized ionized calcium level: _____ mg/dl
Normalized calcium level <4.0 mg/dl:
☐ With gastric access (NG, OG, PEG) and tolerating enteral nutrition:
   Calcium carbonate susp 1,250 mg/5 ml q6h per NG, OG, or PEG
   Recheck ionized calcium level in 3 days.
☐ Without gastric assess or not tolerating enteral  nutrition:
   Calcium gluconate 2 gm IV over 1 hr x 1 dose.
   Recheck ionized calcium level in 3 days.

**Potassium**      Serum potassium level: _____ mEq/L
Serum potassium level <4.0 mEq/L:
☐ Asymptomatic, tolerating enteral nutrition: KCl 40 mEq per enteral access x 1 dose.
☐ Asymptomatic, not tolerating enteral nutrition: KCl 20mEq IV q 2h x 2 doses.
☐ Symptomatic: KCl 20 mEq IV q1h x 4 doses.
Recheck potassium level 2 hours after end of infusion.  If <3.5mEq/L and asymptomatic, replace as per
above protocol.

| 12/16 | 0800 | | | 23.285 |
|---|---|---|---|---|
| Date | Time | Physician Signature | Physician Name(Print) | Beeper Number |

435720

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

Restraint Orders

Critical Care

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD   ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

Authorization is hereby given to dispense the Generic or Chemical Equivalent unless otherwise indicated by the words "MEDICAL NECESSITY."

ALLERGIES:   ☐ YES   ☐ NO

Describe: _____

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 4/16/98 | 0700 | Restraint Orders - Critical Care | |
| | | Patient may be restrained with: | |
| | | - Type of restraint: | |
| | | ☐ Vest   ☒ Wrist   ☐ Waist   ☐ Other: | |
| | | - Due to (state behavior): | |
| | | ☒ Pulling at essential tubes or lines   ☐ Other: | |
| | | - For up to _24°_ hours (not to exceed 72 hours) | |
| | | Restraint | |
| | | - May be discontinued when (indicate desired behavior): | |
| | | ☒ No longer pulling at essential tubes or lines | |
| | | ☒ Essential tubes or lines are discontinued   ☐ Other: | |
| | | - Check patient at least Q 1 hour and release at least Q 2 hours for personal care, positioning and skin assessment. | |
| | | - Less restrictive interventions tried prior to restraint being initiated: | |
| | | ☒ Verbal reminders   ☐ Family to sit with patient   ☐ Other: | |
| | | ☐ PT   and/or   ☐ OT   consult for suggestions for alternatives to restraints. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Signature (Physician/Attending): _____   Beeper #: 73785 | |

434276 (10/95)

--

"Authorization is hereby given to dispense the Generic or Chemical equivalent
s otherwise indicated by the words - **MEDICAL NECESSITY**"

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS          Use Ball Point - Press Firmly |
|---------|--|----------------------------------------------|
| DATE | TIME | |
| 12/13/98 | 1410 | 1) Bolus NS 500cc now. |
| | | Pia Richter RN                    d̄ |
| | | Pentrio 27281 |
| | | ① Culture of cath tip done |
| | | ② with urid culture done |
| | | ③ CXR - portable s/p line Δ. |
| | | Herkins 23281 |
| 12/13/98 | 1510 | Central line ok to use v.c. Dr. Simmons / P.R. Richter RN |
| 12/14 | | 2-4 mg Ativan → PRN for anxio |
| | | 4-8 mg MSO4 → |
| | | V/O Dr. Summer / Haines R |
| | | Josie M. Jones RN |
| 1/5/98 | 1900 | 12° chart ✓ J. Scott RN / P.J. Richter RN |
| 1/6/98 | 0700 | 12° chart ✓ J. Scott RN Robert Inman RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431841 (6/94)

MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

"Authorization is hereby given to dispense the Generic or Chemical equivalent
unless otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: □ NKA □ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 12/15/98 | 1115 | 1)K/C Findings) 2)Start Gentamycin 600 mg x 1  IV 3)Get Gentamycin level 2°, 4°, and 8° p initial dose  _signature_  RN   T. ___  _(turbid 15 ___)_ | |
| 12/15/98 | 1123 | INTERVENTIONAL RADIOLOGY - 1)HEPATIC ARTERIOGRAM (repeat Dictation) Dx: GSW LIVER; C.T. EVIDENCE OF INTRAHEPATIC 1) HEMORRHAGE  _signature_ RN   DUEE  521-1200 | |
| 12/15/98 | 1130 | SIMV 12 V.O. Dr Talabsi / _signature_ _signature_  23198  _signature_ RN | |
| 12/15/98 | 1145 | ↑ Gent dose to 800 mg  IV x 1  _signature_ RN   _signature_ III, MD  _signature_ 23788 | |
| 1/15/98 | 1300 | DC Above Hepatic Arteriogram, Send patient to _____ Interventional Radiology for percutaneous drainage of Spn and intrahepatic collections  P.O. Dr Duke /Pat Rodolph RN  _signature_ | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)   MEDICAL RECORDS

...straint Orders

Critical Care

Authorization is hereby given to dispense the Generic or Chemical Equivalent unless otherwise indicated by the words "MEDICAL NECESSITY."

ALLERGIES: ☐ YES    ☐ NO

Describe: _____

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

Restraint Orders - Critical Care

**12/15/98**

Patient may be restrained with:

- Type of restraint:

☐ Vest    ☑ Wrist    ☐ Waist    ☐ Other:

- Due to (state behavior):

☑ Pulling at essential tubes or lines    ☐ Other:

- For up to __4__ hours (not to exceed 72 hours)

Restraint

- May be discontinued when (indicate desired behavior):

☑ No longer pulling at essential tubes or lines

☑ Essential tubes or lines are discontinued    ☐ Other:

- Check patient at least Q 1 hour and release at least Q 2 hours for personal care, positioning and skin assessment.

- Less restrictive interventions tried prior to restraint being initiated:

☑ Verbal reminders    ☑ Family to sit with patient    ☐ Other:

☐ PT   and/or   ☐ OT   consult for suggestions for alternatives to restraints.

Signature (Physician/Attending): _____    Beeper #: _____

434276 (10/95)

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent ...ess otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA  ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS |
|---|---|---|
| DATE | TIME | **Use Ball Point - Press Firmly** |
| 12/15/98 0210 | | 2 cc _Jennifer Oriens R/_ Pat Radlee |
| 14/15/98 0930 | | _Send Blood Cultures and Urine Analysis V.O. Dr. Sinices / Pat Radlee RN_ _Pat Radlee RN_ |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent ...ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

| ORDERED DATE | TIME | ORDERS                Use Ball Point - Press Firmly |
|---|---|---|
| 12/14/98 | 1:50 pm | D N S L  bolus now. |
| | | X D/C Tylenol |
| | | ～ RENEE' JARVIS, RN    [signature] hurtado 23281 |
| 12/13 | 14:20 | V.O. Dr. Hurtado  # 23281 |
| | | Reconsult PT for evaluation and Rx |
| | | Activity level - bedrest |
| | | Dr. Hurtado / anna Oegun, PT |
| | | X22207 |
| | | ～ RENEE' JARVIS, RN |
| 12-13-98 1900 | | 12° CHART CHECK   RJARVIS, RN / [signature] RN |
| 12-13-98 | 19:50 | ✓ 12° chart check  [signature] |
| 12-14-98 0700 | | 12° CHART CHECK  RJARVIS, RN / [signature] |
| 12-14-98 0700 | | TRANSFUSE  2 UNITS  pRBC's  NOW |
| | | V.O.  DR. HURTADO / RJARVIS, RN |
| | | ～ RJARVIS, RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words - **MEDICAL NECESSITY**"

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT:_____kg.    HT:_____cm.

| ORDERED | | ORDERS          Use Ball Point - Press Firmly |
|---------|------|------------------------------------------|
| DATE | TIME | |
| 12/13/98 | 0 37 | ✓ ABG + CXR   Stat |
| | | ✓ Morphine long  may repeat x1 |
| | | ✓ Ativan  6mg x1 |
| | | ✓ Esmolol  30mg   x1     May repeat x1   Sala~ 2316 |
| | | ✓ please change Fley catheter |
| | | ⌒ RENEE' JARVIS, RN |
| 12/13/98 | 0 50 | 1) 12 lead EKG |
| | | 2) LFT's today & in am 12/14/98 |
| | | 3) Place DHT (Dobhoff Tube) |
| | | 4) Start Vivonex → & please DHT ❓  C. ❓ 23.01 |
| | | ⌒ RENEE' JARVIS, RN |
| 12/13/98 | 1104 | ✓ Morphine 10mg x1 now   Sala~ 23.16 |
| | | ⌒ RENEE' JARVIS, RN |
| 12/13/98 | | 1) Stat Ibuprofen 200 mg elixir qid prn - NGT  C. ❓ 23.187 |
| | | ⌒ RENEE' JARVIS, RN |
| 12/13/98 | 259 | ✓ ↓ T.V. to 700   Increase SIMV to 15   PSP # 15   Sala~ 23.198 |
| | | ⌒ RENEE' JARVIS, RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

"Authorization is hereby given to dispense the Generic or Chemical equivalent
as otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS                Use Ball Point - Press Firmly |
|---------|---|-----|
| DATE | TIME | |
| 12/14/98 | 1545 | H/H q6° |
| | | Hnguyen C3120 |
| | | (NGUYEN) |
| | | RENEE' JARVIS, RN |
| 12-14-98 | 1910 | 12°cc Jennifer Moreno R.JARVIS, RN |
| 12-14-98 | 2135 | RT 12 - chart ✓ / G.Pol → RCP |
| 12/14/98 | 2345 | Cefipime 1gm IVPB q 8° |
| | | Flagyl 500mg IVPB q 6° |
| | | noted 12-14-98 2355 Moreno RN    Hnguyen C3120 |
| | | (NGUYEN) |
| 12/15/98 | 0624 | (Daily) (am) Daily APM CBC + ICU panel  Start from this AM |
| | | Acxxx 23xxx |
| | | noted 12-15-98 0625 Moreno RN |
| 12/15/98 | 0645 | STAT ABG mom + 3 AM while intubated |
| | | Bolus + LR |
| | | Wean SIMV to CPAP xxx xxx |
| | | noted 12-15-98 0700 Moreno RN Summer 23285 |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

"Authorization is hereby given to dispense the Generic or Chemical equivalent
ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

1014

| ORDERED | | ORDERS                Use Ball Point - Press Firmly |
|---|---|---|
| DATE | TIME | |

**ORDERS**          **Use Ball Point - Press Firmly**

12/11/98  0649   D.C. difficile stool assay, Fecal WBC ... NEXT BM

~ RENEÉ JARVIS, RN          a.a.
                            Alfonso 2320?

12/14/98   V H/H post transfusion
1045
~ RENEE' JARVIS, RN
                            Nguyen 23120
                            (NGUYEN)

12/14/98   Zofran  8mg IV ∼ may repeat q 15 min if ∅
1200?        relief  to max of 32 mg  q 6° prn
           Ativan 2-4 mg IV q 2-4° prn
           Morphine SO4 2-10 mg IVP 2-4° prn
                            ___ MD
~ RENEE' JARVIS, RN      Sumner 23285

12/14/98   PT chart UR        Chris ___

12-14-98   THORAZINE  25mg  IV  Q6°  PRN  HICCUPS
1530           V.O. DR. SUMNER / RENEE' JARVIS, RN

~ RENEE' JARVIS, RN

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)              MEDICAL RECORDS

straint Orders

Critical Care

Authorization is hereby given to dispense the Generic or Chemical Equivalent unless otherwise indicated by the words "MEDICAL NECESSITY."

ALLERGIES:  ☐ YES  ☐ NO

Describe: _____

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

| ORDERED DATE | TIME | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|

Restraint Orders - Critical Care

Patient may be restrained with:

- Type of restraint:

☐ Vest    ☑ Wrist    ☐ Waist    ☐ Other:

- Due to (state behavior):

☐ Pulling at essential tubes or lines    ☐ Other:

- For up to ___24___ hours (not to exceed 72 hours)

Restraint

- May be discontinued when (indicate desired behavior):

☑ No longer pulling at essential tubes or lines

☑ Essential tubes or lines are discontinued    ☐ Other:

- Check patient at least Q 1 hour and release at least Q 2 hours for personal care, positioning and skin assessment.

- Less restrictive interventions tried prior to restraint being initiated:

☐ Verbal reminders    ☐ Family to sit with patient    ☐ Other:

☐ PT  and/or  ☐ OT  consult for suggestions for alternatives to restraints.

Signature (Physician/Attending): V.O. DR. HURTADO          Beeper #: 23381

Restraint Orders

Critical Care

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

Authorization is hereby given to dispense the Generic or Chemical Equivalent unless otherwise indicated by the words "MEDICAL NECESSITY."

ALLERGIES: ☐ YES   ☐ NO

Describe: _____

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| | | Restraint Orders - Critical Care | |
| 12/13 | 0100 | Patient may be restrained with: | |
| | | - Type of restraint: | |
| | | ☐ Vest   ☑ Wrist   ☐ Waist   ☐ Other: | |
| | | - Due to (state behavior): | |
| | | ☑ Pulling at essential tubes or lines   ☐ Other: | |
| | | - For up to __24__ hours (not to exceed 72 hours) | |
| | | Restraint | |
| | | - May be discontinued when (indicate desired behavior): | |
| | | ☑ No longer pulling at essential tubes or lines | |
| | | ☑ Essential tubes or lines are discontinued   ☐ Other: | |
| | | - Check patient at least Q 1 hour and release at least Q 2 hours for personal care, positioning and skin assessment. | |
| | | - Less restrictive interventions tried prior to restraint being initiated: | |
| | | ☐ Verbal reminders   ☐ Family to sit with patient   ☐ Other: | |
| | | ☐ PT   and/or   ☐ OT   consult for suggestions for alternatives to restraints. | |

Signature (Physician/Attending): V.O. DR. SUMNER   Beeper #: 23381

434276 (10/95)

RENEE' JARVIS, RN   RENEE' JARVIS, RN

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent
_ otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 12/13/98 | 0300 | STAT pCXR - S/P intubation, line placement STAT ABG ABG & CXR c̄ AM while intubated with sedation _____ Sumner 23285 | |
| | | _____ | |
| 12-13-98 0655 | | 12° CHART CHECK  R JARVIS, RN / John Simmons RN | |
| -13-98 0700 | | ✓ WEAN FiO₂ Δ IVF of D5½NS c̄ 20KCL  TO  NS V.O. DR. SUMNER / RENEE' JARVIS, RN RENEE' JARVIS, RN | |
| 12-13-98 0730 | | ✓ SUCRALFATE 1gm NGT Q6° V.O. DR. SUMNER / RENEE' JARVIS, RN RENEE' JARVIS, RN | |
| 12/13/98 0800 | | ✓  PAN culture  debi 23286 RENEE' JARVIS, RN | |
| 12/13/9 | | RTV/Bundle neb _____ current vent to SIMV 12, VT 700, peep++ PS11 Wean FiO₂ to keep Sat > 92%  J Brodsky | |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)                          MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA  ☐ YES

DRUG: _____

OTHER: _____

`96 92549 0 9367`
`WILFORD ,KANE **`
`BM Age 24y DOB 05/04/74`
`Visit/Admit Dt 12/07/98`

1014

WT: _____ kg.    HT: _____ cm.

| ORDERED | | ORDERS                     Use Ball Point - Press Firmly |
|---------|------|---------------------------------------------------------|
| DATE | TIME | |

12/12  V CT Abd  ASAP  c̄ PO IV Contrast

                          _(signature)_
                          2472

RENEE' JARVIS, RN

12/12  V CT Chest
       c̄ PO/IV
                          _(signature)_
                          2007

RENEE' JARVIS, RN

12/12/98   V.O. Dr. Talabe / (_____)
1400       10z mJO4 IV XT for ETSC_d
           B clesi 25/76

12/12/98   Latency RT Censult c̄ EPBB O4 hrs
           Keep Satt ↑ O2 , V/O Dr. Talabe / Bau QRn
                          Dary RN

12-12-98   12° CHART CHECK RJARVIS, RN / _(signature)_RN
1930

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)                    MEDICAL RECORDS

**HERMANN HOSPITAL**   STICU #19

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent as otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

| ORDERED | | **ORDERS**                            **Use Ball Point - Press Firmly** |
|---|---|---|
| DATE | TIME | |
| 12/12/98 | 9:00 | TRANSFER to STICU   Trauma, Dr. Duke |
| | | Dx S/p GSW, Respiratory Distress |
| | | Cond: Guarded |
| | | Vitals: Cont Monitor |
| | | Activity: OOB TID, ~~Ctt~~ |
| | | Nursing: Foley to gravity, CT to waterseal, Strict I/o, |
| | | TEDs & SCD's, |
| | | Diet: Clear-liq. |
| | | IV: D5½ NS c̄ 20 KCl @ 125 cc/hr |
| | | Meds: Tylenol 650mg po/pr q4° prn fever/pain |
| | | Ativan 2mg IV q 2-4° prn agitation |
| | | MSO4 2mg IV q 2-4° prn agitation |
| | | Vicodin 1-2 po q 3° prn pain |
| | | Phenergan 12.5mg IV q 4-6° prn N/V |
| | | Restoril 15-30 mg po qhs prn insomnia |
| | | Labs: CBC D/p Chem 7 5:00 Am |
| | | O₂ to keep sats > 93% |
| | | CT of Abd c̄ contrast today #141 |
| | | U. Warner R |
| | | 25267 |
| | | ∿ RENEE' JARVIS, RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)                    MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

"Authorization is hereby given to dispense the Generic or Chemical equivalent ...ess otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS          Use Ball Point - Press Firmly |
|---------|------|------------------------------------------|
| DATE | TIME | |
| 12/11/88 | | RT chart                    Leroy Coupers |
| 12/12/98 6:50 pm | | Lasix 10mg IV now    done |
| | | Restoril 15mg 30 mg po prn insomnia   Warnock 23267 |
| | | Pat Bryant Rm |
| | | 12/12/98 |
| 12/12/88 7:15 AM | | Chart Check    Pat Bryant |
| 12/12/88 6:05 | | 12° CC Clinic Chaplin Rm |
| 12/12/88 4:15 | | Lasix 8mg IV now    done |
| | | Pat Bryant RN  23264 |
| | | 12/12/98 |
| | | 9:40 AM |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent is otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED DATE | TIME | ORDERS    Use Ball Point - Press Firmly |
|---|---|---|
| 12/11-98 | 1530 | Transfer to SIMU - Trauma Service Dr. Duke. |
| | | DX - s/p GSW to abdomen/chest s/p ex. lap c̄ |
| | | ligation of common hepatic artery + cхолecystectomy |
| | | cond - stable |
| | | Vitals - per routine |
| | | Activity - OOB to chair tid, as tolerated |
| | | Nursing - Foley to gravity, chest tube to H₂O seal |
| | | strict I's + O's, TED's + SCD's (B)LE, clamp DHT |
| | | Diet - clears |
| | | IVF - D5 ½NS + 20mEq KCl @ 125cc/hr    temp >101⁵ + |
| | | Meds - ① Tylenol 650mg po/pr - q 4-6° PRN |
| | | ② Ativan 2mg IV q 2-4° prn agitation |
| | | ③ MSO4 2mg IV q 2-4° prn agitation |
| | | ④ Vicodin ī-īī Tabs q 3° PRN pain |
| | | ⑤ Phenergan 12.5mg IV q 4-6° prn n/v |
| | | ⑥ Benadryl 25mg IV q 4° prn insomnia |
| | | Labs - CBC c̄ P/D, chem 7 in AM. |
| | | PM @ 6-10L flow to keep sat >93% |
| | | Call Ho if SBP <90 >180, DBP <50 >110, HR <50 >13 |
| | | temp >101.5 |
| | | [signatures] Hnguyen 23120 (NGUYEN) |
| | | Pat Bryant RN 12/11/98 7P |
| | | TPT RN |
| 12/11/98 715 | | TPPB q 4 hr    [signature] RN DE4 |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
is otherwise indicated by the words - **MEDICAL NECESSITY**"

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

| ORDERED DATE | TIME | ORDERS — Use Ball Point - Press Firmly |
|---|---|---|
| 12/11 | 0630 | Hold TF until KUB cleared |
| | | V.O Dr. Hortado / R. Brutsher RN |
| | | R. Brutsher RN |
| 12/11 | 0700 | 12° Chart ✓ R. Brutsher RN / Quon Watsow |
| 12/11/98 | 0840 | CxR now [signature] 23196 |
| 12/11/98 | 1000 | C.L. diet ✓ |
| | | If tolerating liquids, D/C diet |
| | | C → H₂O... |
| | | C. Littlexxx... 23285 |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS                                    Use Ball Point - Press Firmly |
|------|------|-------------------------------------------------|
| DATE | TIME | |
| 12/6/98 | 1522 | LFT in AM |
| | | 8AM CBC c Dip |
| | | √ |
| 12-10-98 | 1900 | 12°clot √ |
| 12/10 | 1930 | Phenergen 12.5 - 25mg PRN |
| | | V.O. Dr. Hortado / R. Brutscher RN |
| | | R. Brutscher RN |
| 12/10/98 | | RN |
| 12/11 | 0800 | Reglan 10mg IV now |
| | | V.O. Dr. Hortado / R. Brutscher RN |
| | | R. Brutscher RN |
| 12/11 | 0800 | Chem 7 in am |
| | | KUB in 2 hrs |
| | | V.O. Dr. Hortado / R. Brutscher RN |
| | | R. Brutscher RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

**HERMANN HOSPITAL**

Physician's Orders

1014

**96 92549 0 9367**
WILFORD , KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

"Authorization is hereby given to dispense the Generic or Chemical equivalent ⌐ess otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

12/10/98  0945
1) A IV to D5 1/2 NS c̄ 20 KCl @ 125 c/hour
2) Start TF @ 10 cc/hour Promote FS, p̄ √ Diabstet # prior placement by MD
3) OOB to chair tid
4) RT consult
                                    C.K
                            KEUNSON 23881

12/10/98  1230
VO-Dr Samue
Ibuprofen 400 P.O. Q4° Till Fever ↓ works
retard c̄ Tylenol

12-10-98  1430
Hold TF
Advance DHT
Only ice chips
                            Hnguyen 23120

12-10-98  1520
Start TF @ 10cc/hr
Check residuals q8° if 7100 Hold TF
                            Hnguyen 23120

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)
MEDICAL RECORDS

**HERMANN HOSPITAL**

**Physician's Orders**



1014

*Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words-MEDICAL NECESSITY*

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

ALLERGIES: ☐ YES ☐ NO

DESCRIBE:

| ORDERED | | ORDERS | Use Ball Point-Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| P 10/98 | 1000 | | |

## ORTHO/TRAUMA/PLASTICS/BURNS

Physicians Orders for Rehab Services          Diagnosis: GSW

The appropriate indication for therapy must be checked for each modality ordered. An incomplete order or an order for therapy which is not indicated will not be initiated. You will be informed when this occurs.

**Restrictions/Equipment:**
Weight bearing status: (Fill in appropriate items)
____ ✓ FWB      ____ NWB
____ PWB      ____ WBAT
____ Extremity
____ Recent muscle flap/STSG (Extremity
        dependency limited to ____ minutes
____ ROM restrictions

**Equipment patient has:**
____ Knee immobilizer      ____ AFO
____ TLSO      ____ Splint
____ Corset      ____ Bledsoe brace

**INDICATION:** Decreased function of LE, LE amputation
Order: ____ ✓ Assess and treat

**INDICATION:** Burns
Order: ____ Assess and treat per protocol

**INDICATION:** Risk of Deformity
Order: ____ ✓ Assess and treat
        ____ Assess and splint as indicated
        ____ See chart for specific splinting orders

**INDICATION:** P.T. Wound Care
Order: ____ Evaluate and treat
        ____ Specific orders: _____
        _____
        Dressings: _____
        ____ Evaluate and arrange for Hermann Outpatient
              Wound services.
        ____ Modalities
        ____ Debridement
        ____ Hydrotherapy
        ____ Pulsavac Lavage

**INDICATION:** Decreased self care skills
        i.e., eating bathing, bathroom safety.
Order: ____ ✓ Activities of daily living (ADL) assess
              and treat
        ____ Supply and instruct on use of adaptive
              equipment
        ____ Safety assessment and treat

**INDICATION:** Inability to ambulate safely, decreased
functional mobility, non-ambulatory (draw sheet transfers are
done by nursing)
Order: ____ Assess and treat

**INDICATION:** Decreased hand/arm function, UE amputation
Order: ____ Assess and treat
        ____ Assess and splint as indicated
        ____ See chart for specific splinting orders

**INDICATION:** Status post THR, TKR, Rotator Cuff Repair,
Laminectomy, ACL
Order: ____ Assess and treat per protocol

**INDICATION:** Musculoskeletal and/or Neurogenic pain
Order: ____ Assess and treat

**INDICATION:** Impaired swallowing and/or communication
Order: ____ Assess and treat
        ____ Speech assess during modified barium
              swallowing study

**KEY:**
FWB - Full Weight Bearing
PWB - Partial Weight Bearing
NWB - Non-Weight Bearing
WBAT - Weight Bearing as Tolerated
STSG - Split Thickness Skin Graft
ROM - Range of Motion
TLSO - Thoracic Lumbar Spinal Orthosis
AFO - Ankle/foot Orthosis
THR - Total Hip Replacement
TKR - Total Knee Replacement
ACL - Anterior Cruciate Ligament
UE - Upper Extremity
LE - Lower Extremity

Physician Signature: _____

Physician Name: (please print) _Alicia Mary Rian_          Beeper #: _2473__

Date: _____

☐ Please have therapist contact Physician for further Rx instructions.

435406

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent is otherwise indicated by the words - **MEDICAL NECESSITY**"

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____kg.   HT: _____cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

1) Wean PS in Vent as tolerated
2) ~~Vivonex~~ TF 15cc/hr advance as per protocol Impact
3) Chem 7, CBC ē diff, ABG while intubated qam
4) B(X), ~~stat~~, Sputum C X, UA   stat

Hurtado 23281

12° Out

R. Budsher RN

12° BTV

12° RTV

1) Turn pt © side down
2) Reglan 10mg IV x 1 now
3) KUB ē Aell CXR   Sumner 23283

R. Budsher RN

12° Chart / R. Budsher RN

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

traint Orders

DEC 0 8 1998

**HERMANN HOSPITAL**

Physician's Orders

Critical Care

Authorization is hereby given to dispense the Generic or Chemical
Equivalent unless otherwise indicated by the words "MEDICAL
NECESSITY."

ALLERGIES:  ☐ YES   ☐ NO

Describe: _____

```
1014
```

96 92549 0 9367
WILFORD , KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

Restraint Orders - Critical Care

Patient may be restrained with:

- Type of restraint:

☐ Vest   ☐ Wrist   ☐ Waist   ☐ Other:

- Due to (state behavior):

☐ Pulling at essential tubes or lines   ☐ Other:

- For up to _____ hours (not to exceed 72 hours)

Restraint

- May be discontinued when (indicate desired behavior):

☐ No longer pulling at essential tubes or lines

☐ Essential tubes or lines are discontinued   ☐ Other:

- Check patient at least Q 1 hour and release at least Q 2 hours for personal care, positioning and skin
  assessment.

- Less restrictive interventions tried prior to restraint being initiated:

☐ Verbal reminders   ☐ Family to sit with patient   ☐ Other:

☐ PT   and/or   ☐ OT   consult for suggestions for alternatives to restraints.

Signature (Physician/Attending): _____   Beeper #: _____

434276 (10/95)

**HERMANN HOSPITAL**

**Physician's Orders**



**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/04/74
Visit/Admit Dt 12/07/98

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words-**MEDICAL NECESSITY**"

ALLERGIES: ☐ YES ☐ NO

DESCRIBE:

| ORDERED | | **ORDERS** | **Use Ball Point-Press Firmly** |
|---|---|---|---|
| **DATE** | **TIME** | | |

12/08/98  0  4

<u>Electrolyte Replacement</u>

Disregard all protocols if patient has renal failure, is on dialysis, or has a creatinine clearance <30 ml/min.
Please fill in the electrolyte level and check the appropriate box.
Patients LBW=_____kg
**Magnesium**      Serum magnesium level: _____mEq/L  *1.1 mg/dl*
Magnesium level 1.0-1.7 mEq/L
☑ Magnesium Sulfate 0.5 mEq/kg (LBW) in NS 250 ml infused IV over 24 hrs x 3 days.
       Recheck magnesium level in 3 days.
Magnesium level < 1.0 mEq/L
☐ Magnesium Sulfate 1mEq/kg (LBW) in NS 250 ml infused IV over 24 hrs x 1 day, then 0.5 mEq/kg
       (LBW) in NS 250 ml infused IV over 24 hrs x 2 days.
       Recheck magnesium level in 3 days.
If patient has gastric access and needs a bowel regimen,
☐ Milk of Magnesia (MOM) 15 ml q 24 per gastric tube (NG,OG, PEG).  Hold for diarrhea.

**Phosphate**      Serum phosphate level: _2.3_ mg/dl
Phosphate level 1.0-2.5 mg/dl:
☐ Tolerating enteral nutrition: Neutra-Phos 2 packets q 6 h per gastric tube or feeding tube.
☐ No enteral nutrition: $KPHO_4$ or $NaPHO_4$ 0.15 mMol/kg (LBW) over 6 hrs x 1 dose.
       Recheck phosphate level in 3 days.
 Phosphate level < 1.0 mg/dl:
☐ Tolerating enteral nutrition: $KPHO_4$ or $NaPHO_4$ 0.25 mMol/kg (LBW) over 6 hrs x 1 dose.
       Recheck phosphate level 4 hours after end of infusion.  If <2.5 mg/dl, begin Neutra-Phos 2 packets q6h.
☐ Not tolerating enteral nutrition: $KPHO4$ OR $NaPHO4$ 0.25 mMol/kg (LBW) over 6 hrs x 1 dose.
       Recheck phosphate level 4 hours after end of infusion.  If < 2.5 mg/dl, then $KPHO4$ or $NaPHO4$ 0.15
       mMol/kg (LBW) IV over 6 hrs x 1 dose.

**Calcium**      Serum normalized ionized calcium level: _4.2_ mg/dl
Normalized calcium level <4.0 mg/dl:
☐ With gastric access (NG, OG, PEG) and tolerating enteral nutrition:
       Calcium carbonate susp 1,250 mg/5 ml q6h per NG, OG, or PEG
       Recheck ionized calcium level in 3 days.
☐ Without gastric assess or not tolerating enteral  nutrition:
       Calcium gluconate 2 gm IV over 1 hr x 1 dose.
       Recheck ionized calcium level in 3 days.

**Potassium**      Serum potassium level: _____mEq/L
Serum potassium level <4.0 mEq/L:
☐ Asymptomatic, tolerating enteral nutrition: KCl 40 mEq per enteral access x 1 dose.
☐ Asymptomatic, not tolerating enteral nutrition: KCl 20mEq IV q 2h x 2 doses.
☐ Symptomatic: KCl 20 mEq IV q1h x 4 doses.
Recheck potassium level 2 hours after end of infusion.  If <3.5mEq/L and asymptomatic, replace as per
above protocol.

| 12/04/98 | 06 30 | | | 233 x 1 |
|---|---|---|---|---|
| Date | Time | Physician Signature | Physician Name(Print) | Beeper Number |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

435720