

ERMANN HOSPITAL                    MEDICATION ADMINISTRATION RECORD

```
ME:  WILFORD, KANE **        STIC STIC-19‾        GENERATED:  12-18-98   11:07pm
CT:   969254909367          SEX: M               FOR PERIOD: 12-19-98   07:00
G:    4yr                   HGT: 180.34 cm        THROUGH:    12-20-98   06:59
0,    , DUKE, JAMES H. (T   WT: 130.18 kg         ADMITTED:   12-07-98   12:22am
ERVICE: TRAUMA              BSA: 2.46 M2
LLERGIES: UNKNOWN PATIENT ALLERGIES
          NO KNOWN PATIENT ALLERGIES
AGNOSIS: WOUND OPEN/UNSPEC COMPL                  PAGE:   1 OF 2
```

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| 12-17 22 / 12-24 21 | | AMPICILLIN                    2GM NACL 0.9%                  100ML FREQ: Q6H    INFUSE @:   100 ML/HR | (442486) | 10  DC | 16 12  DC | 04 |
| 12-14 24 / 12-21 23 | | CEFEPIME                      1GM NACL 0.9%                  50ML FREQ: Q8H    INFUSE @:   100 ML/HR KEEP REFRIGERATED PROTECT FROM LIGHT | (430542) | 03  DC D | 16 | 24 |
| 12-16 16 / 12-23 15 | M | GENTAMICIN                    440MG NACL 0.9%                  100ML FREQ: Q8H    INFUSE @: 219.64 ML/HR | (436085) | 08 | 16 | 24 M |
| 12-18 21 / 12-25 20 | M | LEVOFLOXACIN 500MG/100ML D5W  500MG BASE SOLUTION            100ML FREQ: Q24    INFUSE @:   100 ML/HR PROTECT FROM LIGHT | (447630) | | 2 M | |
| 2-16 12 / 2-19 11 | | MAGNESIUM SULFATE 50%(.5G/ML)  65MEQ NACL 0.9%                  250ML FREQ: Q24    INFUSE @:   10.42 ML/HR TO RUN AS CONTINUOUS INFUSION OVER 24HRS X 3 DAYS | (435358) | | ** ORDER ENDS @ 12-19-98 11 * | |
| 2-15 08 / 1-14 07 | M | NACL 0.9%                     1000ML FREQ: Q8H    INFUSE @:   125 ML/HR | (431270) | 08 | 16 | 24 M |
| 2-16 19 / 1-15 18 | M | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD SHAKE WELL | (437471) | 09 | | |
| 2-17 18 / 1-16 17 | M | PROMOTE OBAG LIQ TF Q8 FULL STRENGTH 40CC/HR READY TO HANG ↑ per protocol   goal 110cc/hr | (442191) | 10 | 18 | 02 |
| 2-18 19 / 2-25 18 | M | VANCOMYCIN                    2000MG DEXTROSE 5% IN WATER       250ML FREQ: Q8H    INFUSE @:   125 ML/HR | (447416) | 08  Q5:05 | 16  Trough P 3rd dose | 24 M |
| 19 | | 500cc Normal Saline FU for pressure bag | | 10 | | |

| LS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | (S) | Summ | M | Mazowski |
| | | | | | |

HERMANN HOSPITAL                    MEDICATION ADMINISTRATION RECORD

NAME:   WILFORD, KANE **          BTIC STIC-19              GENERATED:  12-18-98  11:07pm
ACCT:   969254909367             SEX: M                    FOR PERIOD: 12-19-98  07:00
        24yr                     HGT: 180.34 cm            THROUGH:    12-20-98  06:59
DR: DUKE, JAMES H. (T            WT: 130.18 kg             ADMITTED:   12-07-98  12:22am
SERVICE: TRAUMA                  BSA:2.46 M2
ALLERGIES: UNKNOWN PATIENT ALLERGIES
           NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL                          PAGE:   2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | ======== P R N   O R D E R S ======== | | | |
| 12-14 15 / 01-13 14 | M | CHLORPROMAZINE 25MG INJ IM Q6HPRN ⟨AVOID ALCOHOL⟩                              (429635) | | | |
| 12-11 23 / 12-25 22 | M | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN 1 - 2 TABLETS AS NEEDED        (422239) | | | |
| 12-13 12 / 01-17 11 | M | IBUPROFEN  200MG SUSP NG QIDPRN ⟨Take with Food⟩                              (425380) | | | |
| 12-12 10 / 12-21 09 | M | LORAZEPAM 2MG INJ IV Q2-4HPRN FOR AGITATION ⟨AVOID ALCOHOL⟩ MAY GIVE 2-4MG     (422846) | 1015 DS 1450 D | 1645 DS | |
| 12-14 13 / 12-21 12 | M | MORPHINE 2MG INJ IV Q2-4HPRN MAY GIVE 2-10MG                                 (429029) | 0830 DS 1040 DS | 1540 DS 1815 DS 2100 M(4) | 0045 M(5) 0610 M(5) |
| 12-14 14 / 01-13 13 | M | ONDANSETRON 8MG INJ IV Q6HPRN MAY REPEAT Q15MIN IF NO RESULTS TO A MAX OF 32MG (429016) | | | |
| 12-12 11 / 01-11 10 | M | PROMETHAZINE 12.500MG INJ IV Q4-6HPRN FOR NAUSEA AND VOMITING                (423066) | | | |
| 12-12 11 / 1. 10 | M | TEMAZEPAM 15MG CAP PO PRN 15-30MG FOR INSOMNIA                               (423065) | ** ORDER ENDS @ 12-19-98 10 ** | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | DS | Shine Schurr | | |
| | | | | M | L Martinez |

FIRE LINE
IERMANN HOSPITAL — MEDICATION ADMINISTRATION RECORD

```
NAME:    WILFORD, KANE **         STIC STIC-19          GENERATED: 12-20-98  12:20am
:CCT:    969254909367            SEX: M                FOR PERIOD: 12-20-98  07:00
P'      )24yr                    HGT: 180.34 cm        THROUGH:    12-21-98  06:59
:       : DUKE, JAMES H. (T      WT: 130.18 kg         ADMITTED:   12-07-98 12:22am
SERVICE: TRAUMA                  BSA: 2.46 M2
ALLERGIES: UNKNOWN PATIENT ALLERGIES
           NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL                     PAGE:   1 OF 2
```

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 12-16 16 — 12-23 15 | M | GENTAMICIN                440MG    (436005)<br>NACL 0.9%                100ML<br>FREQ: Q8H    INFUSE @: 219.64 ML/HR | 08 | 16 | 24 PT |
| 12-19 18 — 01-18 17 | M | IMPACT OBAG LIQ TF 98    (450203)<br>60CC/HR READY TO HANG<br>FULL STRENGTH  9 per protocol goal 110 cc/hr | (10) | (18) 1708 | 02 off |
| 12-18 21 — 12-25 20 | M | LEVOFLOXACIN 500MG/100ML D5W    500MG    (447630)<br>BASE SOLUTION            100ML<br>FREQ: Q24    INFUSE @:   100 ML/HR<br>PROTECT FROM LIGHT | | 2M | |
| 12-15 08 — 01-14 07 | M | NACL 0.9%                1000ML    (431270)<br>FREQ: Q8H    INFUSE @:   125 ML/HR | 08 | (16) | 24 PT |
| 12-16 19 — 01-15 18 | M | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD    (437471)<br>SHAKE WELL | 09 | | |
| 12-19 21 — 12-26 20 | M | VANCOMYCIN                2000MG    (450241)<br>DEXTROSE 5% IN WATER      250ML<br>FREQ: Q12H    INFUSE @:   125 ML/HR  Q8 | 0800 | 1600 21 | 2400 PT |
| 12-20 | D | Camili X1 | 1000 | | |
| | | | | | |

| ITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | D | D Rummler | PT | Paulette Wilson |
| | | | | M | J Martinez |



RMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

...ME: WILFORD, KANE **
...T: 969254909367
...... DUKE, JAMES H. (T
RVICE: TRAUMA
ALLERGIES: UNKNOWN PATIENT ALLERGIES
         NO KNOWN PATIENT ALLERGIES
...AGNOSIS: WOUND OPEN/UNSPEC COMPL

STIC STIC-19
SEX: M
HGT: 180.34 cm
WT: 130.18 kg
BSA: 2.46 M2

GENERATED: 12-20-98  12:20am
FOR PERIOD: 12-20-98  07:00
THROUGH: 12-21-98  06:59
ADMITTED: 12-07-98 12:22am

PAGE:  2 OF  2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 2-21 | D1 | Benadryl 50mg IV | | | 0100 |
| | | ======== P R N   O R D E R S ======== | | | |
| 12-14 15 ...-...14 | M | CHLORPROMAZINE 25MG INJ IM Q6HPRN ⟨AVOID ALCOHOL⟩    (429635) | | | |
| 12-11 23 12-25 22 | M | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN 1 - 2 TABLETS AS NEEDED    (422239) | | | |
| 12-13 12 ...-17 11 | M | IBUPROFEN  200MG SUSP NG QIDPRN ⟨Take with Food⟩    (425380) | 10 | | |
| ...-12 10 ...-21 09 | M | LORAZEPAM 2MG INJ IV Q2-4HPRN FOR AGITATION ⟨AVOID ALCOHOL⟩ MAY GIVE 2-4MG    (422846) | ** ORDER STOPS WITHIN 48 HOURS ** | | |
| 2-14 13 2-21 12 | M | MORPHINE 2MG INJ IV Q2-4HPRN MAY GIVE 2-10MG    (429029) | 10(4) ** ORDER STOPS WITHIN 48 HOURS ** | | |
| 2-14 14 1-13 13 | M | ONDANSETRON 8MG INJ IV Q6HPRN MAY REPEAT Q15MIN IF NO RESULTS TO A MAX OF 32MG    (429016) | | | |
| 2-12 11 1-... 10 | M | PROMETHAZINE 12.500MG INJ IV Q4-6HPRN FOR NAUSEA AND VOMITING    (423066) | | | |

| LS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |



ERMANN HOSPITAL                           MEDICATION ADMINISTRATION RECORD

AME:    WILFORD, KANE **          ETIC STIC-19              GENERATED: 12-21-98  12:30am
CCT:    969254909367             SEX: M                    FOR PERIOD: 12-21-98  07:00
AG      4yr                      HGT: 180.34 cm            THROUGH:    12-22-98  06:59
OO      DUKE, JAMES H. (T        WT: 130.18 kg             ADMITTED:   12-07-98 12:22am
SERVICE: TRAUMA                  BSA:2.46 M2
ALLERGIES: UNKNOWN PATIENT ALLERGIES
           NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL                          PAGE:    2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | ======== P R N  O R D E R S ======== | | | |
| 12-14 15 01-1? 14 | PJ | CHLORPROMAZINE 25MG INJ IM Q6HPRN (AVOID ALCOHOL) (429635) | | | |
| 12-11 23 12-25 22 | PJ | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN 1 - 2 TABLETS AS NEEDED (422239) | | | |
| 12-13 12 01-17 11 | PJ | IBUPROFEN 200MG SUSP NG QIDPRN (Take with Food) (425380) | 1230 RJ | | |
| 12-20 07 12-27 06 | PJ | LORAZEPAM 2MG INJ IV Q2-4HPRN FOR AGITATION (AVOID ALCOHOL) MAY GIVE 2-4MG (451031) | 8 (4) RJ 13 (4) RJ | 17(4) RJ | |
| 12-14 13 12-27 12 | PJ | MORPHINE 2MG INJ IV Q2-4HPRN MAY GIVE 2-10MG (429029) | 8 (10) RJ 13 (10)RJ | 17 (10) RJ 2140(10)PJ | 0150 JA(10 0520 PJ(10) |
| 12-14 14 01-13 13 | PJ | ONDANSETRON 8MG INJ IV Q6HPRN MAY REPEAT Q15MIN IF NO RESULTS TO A MAX OF 32MG (429016) | | | |
| 12-12 11 1?-?-0 | PJ | PROMETHAZINE 12.500MG INJ IV Q4-6HPRN FOR NAUSEA AND VOMITING (423066) | | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| J | RENEE' JARVIS, RN | PJ | Paulette Totton | JA | Joe Angelica RN |



HERMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

NAME:  WILFORD, KANE **
ACCT:  969254909367
        24yr
R: DUKE, JAMES H. (T
SERVICE: TRAUMA
ALLERGIES: UNKNOWN PATIENT ALLERGIES
            NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL

STIC STIC-19
SEX: M
HGT: 180.34 cm
WT: 130.18 kg
BSA:2.46 M2

GENERATED:  12-21-98  12:30am
FOR PERIOD: 12-21-98  07:00
THROUGH:    12-22-98  06:59
ADMITTED:   12-07-98  12:22am

PAGE:  1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| 12-16 16 — 12-27 01 | PJ | GENTAMICIN                440MG     (436085) HACL 0.9%                  100ML FREQ: Q8H   INFUSE @: 219.64 ML/HR | | 08 RJ | 16 RJ | 24 PJ |
| 12-19 18 — 01-18 17 | PJ | IMPACT OBAG LIQ TF Q8    (450203) CCC/HR READY TO HANG   110 cc/b FULL STRENGTH | | 10 J (HOLD) 1230 RJ | 40 22 PJ | 02 0 6 PJ |
| 12-18 21 — 12-25 20 | PJ | LEVOFLOXACIN 500MG/100ML D5W   500MG   (447630) BASE SOLUTION              100ML FREQ: Q24   INFUSE @:   100 ML/HR PROTECT FROM LIGHT | | | 21 PJ | |
| 12-15 08 — 01-14 07 | PJ | NACL 0.9%                1000ML    (431270) FREQ: Q8H   INFUSE @:   125 ML/HR ↓ TO TKO | | 08 | 16 | 24 N |
| 12-16 19 — 01-15 18 | PJ | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD  (437471) SHAKE WELL | | 09 RJ (HOLD) | | |
| 12-19 21 — 12-26 20 | PJ | VANCOMYCIN               2000MG    (450241) DEXTROSE 5% IN WATER       250ML FREQ: Q12H  INFUSE @:   125 ML/HR Q8° | | 08 RJ | 16 RJ 24 N | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| LS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| J | RENEE' JARVIS, RN | PJ | Paulette Wilson, RN | | |

HERMANN HOSPITAL                    MEDICATION ADMINISTRATION RECORD

```
NAME:   WILFORD, KANE **          STIC STIC-19        GENERATED: T12-21-98  11:18pm
ACCT:   969254909367             SEX: M              FOR PERIOD: 12-22-98  07:00
        24yr                     HGT: 180.34 cm      THROUGH:    12-23-98  06:59
    DR: DUKE, JAMES H. (T         WT: 130.18 kg       ADMITTED:   12-07-98  12:22am
 SERVICE: TRAUMA                 BSA:2.46 M2
ALLERGIES: UNKNOWN PATIENT ALLERGIES
           NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL                   PAGE:  2 OF 2
```

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | ======= P R N   O R D E R S ======= | | | |
| 12-14 15 — 01-13 14 | PT | CHLORPROMAZINE 25MG INJ IM Q6HPRN ⟨AVOID ALCOHOL⟩                    (429635) | | | |
| 12-11 23 — 12-25 22 | PT | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN 1 - 2 TABLETS AS NEEDED                    (422239) | | | |
| 12-13 12 — 01-17 11 | PT | IBUPROFEN  200MG SUSP NG QIDPRN ⟨Take with Food⟩                    (425380) | | | |
| 12-20 07 — 12-27 06 | PT | LORAZEPAM 2MG INJ IV Q2-4HPRN FOR AGITATION ⟨AVOID ALCOHOL⟩ MAY GIVE 2-4MG                    (451031) | 9 (4) RJ 14(4) RJ | 17(4) RJ | |
| 12-14 13 — 12-27 12 | PT | MORPHINE 2MG INJ IV Q2-4HPRN MAY GIVE 2-10MG                    (429029) | 9(10) RJ 14(10) RJ | 17(10) RJ 2115 10 PT | 01 (10) JRS |
| 12-14 14 — 01-13 13 | PT | ONDANSETRON 8MG INJ IV Q6HPRN MAY REPEAT Q15MIN IF NO RESULTS TO A MAX OF 32MG                    (429016) | | | |
| 12-12 11 — 10 | PT | PROMETHAZINE 12.500MG INJ IV Q4-6HPRN FOR NAUSEA AND VOMITING                    (423066) | | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Paulette Kellogg | RJ | RENEE' JARVIS, RN | JLS | |

FIRST NAME

IERMANN HOSPITAL | MEDICATION ADMINISTRATION RECORD

IAME: WILFORD, KANE **
.CCT: 969254909367
P   24yr
l    : DUKE, JAMES H. (T
SERVICE: TRAUMA
ALLERGIES: UNKNOWN PATIENT ALLERGIES
          NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL

STIC STIC-19
SEX: M
HGT: 180.34 cm
WT: 130.18 kg
BSA: 2.46 M2

GENERATED: 12-21-98  11:18pm
FOR PERIOD: 12-22-98  07:00
THROUGH: 12-23-98  06:59
ADMITTED: 12-07-98 12:22am

PAGE:  1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| 12-16 16 / 12-27 01 | PJ | GENTAMICIN                440MG<br>HACL 0.9%                  100ML<br>FREQ: Q8H    INFUSE @: 219.64 ML/HR | (436085) | 08  RJ | 16  RJ | 24 _(initials)_ |
| 12-19 18 / 01-18 17 | PJ | IMPACT OBAG LIQ TF Q8<br>RATE READY TO HANG<br>FULL STRENGTH<br>~~106cc TF~~  ↑ TO 110 cc/⁰ | (450203) | ~~18~~<br>0730 RJ | ~~18~~<br>16 RJ | 02<br>PJ |
| 12-18 21 / 12-25 20 | PJ | LEVOFLOXACIN 500MG/100ML D5W    500MG<br>BASE SOLUTION                100ML<br>FREQ: Q24    INFUSE @: 100 ML/HR<br>PROTECT FROM LIGHT | (447630) | | 21<br>PJ | |
| 12-22 09 / 01-21 06 | PJ | HACL 0.9%                  1000ML<br>FREQ: QD    INFUSE @: 40 ML/HR<br>RATE = TKO | (454703) | 09<br>1200 RG | | 05 PJ |
| 12-16 19 / 01-15 18 | PJ | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD<br>SHAKE WELL | (437471) | 09  RJ | | |
| 12-19 21 / 12-26 20 | PJ | VANCOMYCIN                2000MG<br>DEXTROSE 5% IN WATER        250ML<br>FREQ: ~~Q12H~~ INFUSE @: 125 ML/HR<br>   Q6⁰<br>12-18-98 | (450241) | ~~08~~<br>08  RJ | ~~21~~<br>16  RJ | 24<br>PJ |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| J | RENEE' JARVIS, RN<br>M Chaquis RN | | | PJ | Paulette Netloon |


**FIRST-LINE**
ERMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

AME: WILFORD, KANE **
CCT: 969254909367
A' 24yr
DU    K: DUKE, JAMES H. (T
SERVICE: TRAUMA
ALLERGIES: UNKNOWN PATIENT ALLERGIES
          NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL

STIC STIC-19
SEX: M
HGT: 180.34 cm
WT: 130.18 kg
BSA:2.46 M2

GENERATED: 12-22-98   11:00pm
FOR PERIOD: 12-23-98   07:00
THROUGH:   12-24-98   06:59
ADMITTED:  12-07-98 12:22am

PAGE:   1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 12-16 16 / 12-27 01 | P7 | GENTAMICIN                 440MG      (436085)<br>NACL 0.9%                   100ML<br>FREQ: Q8H     INFUSE @: 219.64 ML/HR | 08 9C | 16 | 24 |
| 12-22 18 / 01-21 17 | P7 | IMPACT OBAG LIQ TF Q8      (459781)<br>105CC/HR READY TO HANG<br>FULL STRENGTH<br>110 a/hr | 10 9C | 18 | 02 |
| 12-18 21 / 12-25 20 | P7 | LEVOFLOXACIN 500MG/100ML D5W   500MG   (447630)<br>BASE SOLUTION              100ML<br>FREQ: Q24     INFUSE @: 100 ML/HR<br>PROTECT FROM LIGHT          Renewed 12/23 |  | 21 |  |
| 12-22 09 / 01-21 08 | P7 | NACL 0.9%                 1000ML    (454703)<br>FREQ: QD     INFUSE @:  40 ML/HR<br>RATE = TKO            20 | (09) |  | 05 |
| 12-16 19 / 01-15 18 | P7 | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD  (437471)<br>SHAKE WELL | 08 9C |  |  |
| 12-22 08 / 12-29 07 | P7 | VANCOMYCIN                2000MG    (456775)<br>DEXTROSE 5% IN WATER       250ML<br>FREQ: Q8H     INFUSE @: 125 ML/HR | 08 9C | 16 | 24 |
| 12/23 | 9C | ducosate Na 100mg DHT Q12° |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| IALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| P7 | Paulette Tetton N | 9C | Carlin Rm |  |  |

RMANN HOSPITAL                          MEDICATION ADMINISTRATION RECORD

ME:  WILFORD, KANE **         STIC STIC-19        GENERATED:  12-22-98  11:00pm
CT:  969254909367            SEX: M              FOR PERIOD: 12-23-98  07:00
F    /yr                     HGT: 180.34 cm      THROUGH:    12-24-98  06:59
L    /DUKE, JAMES H. (T      WT: 130.18 kg       ADMITTED:   12-07-98  12:22am
RVICE: TRAUMA                BSA:2.46 M2
LERGIES: UNKNOWN PATIENT ALLERGIES
        NO KNOWN PATIENT ALLERGIES
AGNOSIS: WOUND OPEN/UNSPEC COMPL                 PAGE:  2 OF 2

| TART TOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 23 | 8C | *Antovlax Supp PRN QD*  ======== P R N   O R D E R S ======== | | | |
| 2-14 15 / 1-13 14 | P7 | CHLORPROMAZINE 25MG INJ IM Q6HPRN  (AVOID ALCOHOL)                    (429635) | | | |
| 2-11 23 / 2-25 22 | P7 | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN  1 - 2 TABLETS AS NEEDED                    (422239)  *Renewed 12/23* | | | |
| 2-13 12 / 1-17 11 | P7 | IBUPROFEN 200MG SUSP NG QIDPRN                   (425380)  (Take with Food) | | | |
| 2-20 07 / 2-27 06 | P7 | LORAZEPAM 2MG INJ IV Q2-4HPRN                    (451031)  FOR AGITATION  (AVOID ALCOHOL)  MAY GIVE 2-4MG | | | |
| 2-14 13 / 2-27 12 | P7 | MORPHINE 2MG INJ IV Q2-4HPRN                     (429029)  MAY GIVE 2-10MG | | | |
| 2-14 14 / 1-13 13 | P7 | ONDANSETRON 8MG INJ IV Q6HPRN                    (429016)  MAY REPEAT Q15MIN IF NO  RESULTS TO A MAX OF 32MG | | | |
| 2-12 11 / 1- 0 | P7 | PROMETHAZINE 12.500MG INJ IV Q4-6HPRN            (423066)  FOR NAUSEA AND VOMITING | | | |

| | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | *Paulette Ellio N* | 8C | *Sta, Gu* | | |

HERMANN HOSPITAL          MEDICATION ADMINISTRATION RECORD

NAME:
ACCT:                     NKA

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

Page 192

For 12/23/98

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | | |
|---|---|---|---|---|---|
| 12/23/98 | | Impact @ 110 cc/hr. | 1443 | HS | 24 |
| 12/23/98 | | NJ - TKO @ 20 cc/hr. | 1445 | | |
| 12/23/98 | 2 | Gentamicin 440 mg IVPB q 8° | | 16 3 | 24 |
| 12/23/98 | 3 | Levofloxacin 500 mg IVPB q 24° | | 2 | |
| 12/23/98 | | Vancomycin 200 mg IVPB q 8° | | 1 6 3 | 24 |
| 12/23/98 | | Omeprazole 20 mg susp. P.O. q 24° | 09→given is still | | |
| 12/23/98 | 03 | Ultrace 100mg q12° | | | |
| | | dulcolax supp PRN | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | | | BP | BIPIN PATEL RN. |

ERMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

AME:
CCT:

**96 92549 0 9367**
WILFORD ,KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

*alleg:*
*Page 2 of 2*

*For 12/23/98*

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | | |
|---|---|---|---|---|---|
| | | PRN | | | |
| 23/98 | | Chlorpromazine 25 mg IM q 6° - PRN | | | |
| 23/98 | | Vicodin i - ii tabs P.O. q 3° PRN. | | 1705 π | 0045 |
| 23/98 | | Naproxen 200 mg P.O. q 6° PRN. | | | |
| 23/98 | | MSO4 - 2 mg IV q 3° - PRN severe pain not alleviated by Vicodin | | 1530S 2108 | 0535 |
| 23/98 | | Phenergan 25 mg IV q 6° PRN / N-V. | | | 1535 |
| 23/98 | | Tylenol 650 mg PO/PR q 6° PRN- HA or temp > 101.5 | | | |
| 23/98 | | Afrin Nasal spray + saline Nasal spray PRN/congestion | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | DS | | BP | BIPIN PATEL R.N. |
| | | | | | |

HMANN HOSPITAL  MEDICATION ADMINISTRATION RECORD

ME: WILFORD, KANE **  SIMU SIMU-06  GENERATED: 12-24-98  11:20pm
CT: 969254909367  SEX: M  FOR PERIOD: 12-25-98  07:00
E:  4yr  HGT: 180.34 cm  THROUGH: 12-26-98  06:59
C:  DUKE, JAMES H. (T  WT: 136.07 kg  ADMITTED: 12-07-98 12:22am
RVICE: TRAUMA  BSA:2.51 M2
LERGIES: UNKNOWN PATIENT ALLERGIES
        NO KNOWN PATIENT ALLERGIES
AGNOSIS: WOUND OPEN/UNSPEC COMPL  PAGE:  2 OF 2

| TART STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| | | ======= P R N   O R D E R S ======= | | | | |
| 12-23 15 | | ACETAMINOPHEN 650MG TAB PO Q6HPRN | (463757) | | | |
| | | FOR HEADACHE | | | | |
| 01-22 14 | (N) | FOR TEMP. OVER 101.5 F | | | | |
| 12-23 15 | | ACETAMINOPHEN 650MG SUPP PR Q6HPRN | (463754) | | | |
| | | FOR HEADACHE | | | | |
| 01-22 14 | ✍ | FOR TEMP. OVER 101.5 F | | | | |
| 12-23 15 | | CHLORPROMAZINE 25MG INJ IM Q6HPRN | (463731) | | | |
| | | <AVOID ALCOHOL> | | | | |
| 01-22 14 | ✍ | | | | | |
| 12-23 15 | | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN | (463741) | | | |
| | | 1 - 2 TABLETS AS NEEDED | | | | |
| 12-30 14 | (N) | FOR PAIN | | | | |
| 12-23 15 | | IBUPROFEN 200MG CAPLET/ PKG=24 200MG CPL PO Q6HPRN | (463745) | | | |
| | | <Take with Food> | | | | |
| 01-22 14 | ✍ | | | | | |
| 12-23 15 | | MORPHINE 2MG INJ IV Q3HPRN | (463751) | | | |
| | | FOR SEVERE PAIN | | | | |
| 12-30 14 | ✍ | IF NOT RELIEVED BY VICODIN | | | | |
| 12-23 15 | | OXYMETAZOLINE 1SPRY NASOL IN PRN | (463760) | | | |
| | | =AFRIN NASAL SPRAY | | | | |
| 01-22 14 | ✍ | | | | | |
| 12-23 15 | | PROMETHAZINE 25MG INJ IV Q6HPRN | (463753) | | | |
| | | FOR NAUSEA AND VOMITING | | | | |
| 01-22 14 | (N) | | | | | |
| 12-23 15 | | SODIUM CHLORIDE 1APPL NASOL IN PRN | (463761) | | | |
| | | FOR INHALATION ONLY | | | | |
| 01- 4 | ✍ | | | | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Geralda Musick | N3 | Pat Bryan | | |

RMANN HOSPITAL — MEDICATION ADMINISTRATION RECORD

WILFORD, KANE **
969254909367

ME:
SEX: M
HGT: 180.34 cm
WT: 130.18 kg
BSA: 2.46 M2

:MU SIMU-06

24yr
DUKE, JAMES H. (T
TRAUMA

LLERGIES: UNKNOWN PATIENT ALLERGIES
NO KNOWN PATIENT ALLERGIES
IAGNOSIS: WOUND OPEN/UNSPEC COMPL

GENERATED:  12-23-98   11:05pm
FOR PERIOD: 12-24-98   07:00
THROUGH:    12-25-98   06:59
ADMITTED:   12-07-98   12:22am

PAGE:  2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | ======== P R N   O R D E R S ======== | | | |
| 12-23 15 01-22 14 | OD | ACETAMINOPHEN 650MG TAB PO Q6HPRN FOR HEADACHE FOR TEMP. OVER 101.5 F  (463757) | | | |
| 12-23 15 01-22 14 | | ACETAMINOPHEN 650MG SUPP PR Q6HPRN FOR HEADACHE FOR TEMP. OVER 101.5 F  (463754) | | | |
| 12-23 15 01-22 14 | (M) | CHLORPROMAZINE 25MG INJ IM Q6HPRN (AVOID ALCOHOL)  (463731) | | | |
| T: 15 12-30 14 | (D) | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN 1 - 2 TABLETS AS NEEDED FOR PAIN  (463741) | | 2200 | |
| 12-23 13 01-22 14 | (M) | IBUPROFEN 200MG CAPLET/ PKG=24 200MG CPL PO Q6HPRN (Take with Food)  (463745) | | | |
| 12-23 15 12-30 14 | (M) | MORPHINE 2MG INJ IV Q3HPRN FOR SEVERE PAIN IF NOT RELIEVED BY VICODIN  (463751) | 11.00 z znuté | 1550 | 0400 |
| 12-23 15 01-22 14 | (D) | OXYMETAZOLINE SPRY NASOL IN PRN =AFRIN NASAL SPRAY  (463760) | | | |
| 2-23 15 01-22 14 | (D) | PROMETHAZINE 25MG INJ IV Q6HPRN FOR NAUSEA AND VOMITING  (463753) | | | |
| 2-23 15 + 7 | (D) | SODIUM CHLORIDE 1APPL NASOL IN PRN FOR INHALATION ONLY  (463761) | | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Kerath Athreek | PA | Pat Bryns | hw | Mary Wallace |

IMANN HOSPITAL

MEDICATION ADMINISTRATION RECORD

ME:
CT:

)6 92549 0 9367
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

| ART TOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 48 gg | | Tylenol 650 mgm q 4⁰ prn HA /or T >101 PO | | | |
| 5/8 gg | | MSO4 2 mgm q 3⁰ prn Severe Pain IV | | | 0130 Re |
| 5/8 gg | | Vicodin 1-2 q 4⁰ prn Pain PO | | 2ᵘᵘ RO | |
| 5/4x gg | | Phenergan 12.5 - 25 mgm q 4⁰ prn N/V IV | | | 0131 Re |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Gnen Swewl US | Re | Rps W J L | | |



HERMANN HOSPITAL      MEDICATION ADMINISTRATION RECORD

NAME:
ACCT

## 96 92549 0 9367
WILFORD , KANE **
BM Age 24y DOB 05/14/74
Visit/Admit Dt 12/07/98

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | | |
|---|---|---|---|---|---|
| 05/48 gp | | D5½ NS c̄ 20 meq KCl/l @ 30cc/hr | | | |
| 05/48 gp | | Gent 440 mgm g 8° IVPB | | | 24 RO |
| 05/48 gp | | Levofloxin 500 mgm g 24° IVPB | | | 24 RO |
| 05/48 gp | | Vancomycin 2gm g 8° IVPB | | | 24 RO |
| 05/48 gp | | Omeprazole oral susp 20 mgm g 24° PO | | | 24 RO |
| 05/48 gp | | Colace 100 mgm Bid PO | | | |
| 05/48 gp | | Promote @ 85cc via FT | | J | 0120 RO |
| 05/48 gp | | Alb 2.5 mgm c̄ 3cc NS g 6° PRN | | | |
| | | | | | |
| | | | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| gp | Gwen Sweed US | | | RO | Bpn |

RMANN HOSPITAL — MEDICATION ADMINISTRATION RECORD

| | |
|---|---|
| ME: WILFORD, KANE ** | ETR J553-00 |
| CT: 969254909367 | EX: M |
| F | GT: 180.34 cm |
| D /DUKE, JAMES H. (T | T: 136.07 kg |
| ERVICE: TRAUMA | BSA:2.51 M2 |

| | |
|---|---|
| GENERATED: 12-25-98  11:26pm |
| FOR PERIOD: 12-26-98  07:00 |
| THROUGH:  12-27-98  06:59 |
| ADMITTED:  12-07-98 12:22am |

LLERGIES: UNKNOWN PATIENT ALLERGIES
NO KNOWN PATIENT ALLERGIES
IAGNOSIS: WOUND OPEN/UNSPEC COMPL

PAGE:   2 OF 2

| TART STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | ======= P R N   O R D E R S ======= | | | |
| 12-23 15 / 01-22 14 | RL | ACETAMINOPHEN 650MG TAB PO Q6HPRN  (463757) FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12-23 15 / 01-22 14 | RL | ACETAMINOPHEN 650MG SUPP PR Q6HPRN  (463754) FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12-23 15 / 01-22 14 | RL | CHLORPROMAZINE 25MG INJ IM Q6HPRN  (463731) (AVOID ALCOHOL) | | | |
| | | D's to Phenergan 125 - 25mg IV q4prn | | | |
| 12-2_ 15 / 12-30 14 | RL | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q3HPRN  (463741) 1 - 2 TABLETS AS NEEDED FOR PAIN | 104 S π /S mg 2110 | 164 S π /S | mg 0305 |
| 12-23 15 / 01-22 14 | RL | IBUPROFEN 200MG CAPLET/PKG=24 200MG CPL PO Q6HPRN  (463745) (Take with Food) | | | |
| 12-23 15 / 12-30 14 | RL | MORPHINE 2MG INJ IV Q3HPRN  (463751) FOR SEVERE PAIN IF NOT RELIEVED BY VICODIN | | | mg 0100 |
| 12-23 15 / 01-22 14 | RL | OXYMETAZOLINE 1SPRY NASOL IN PRN  (463760) =AFRIN NASAL SPRAY | | | |
| 12-23 15 / 01-22 14 | RL | PROMETHAZINE 25MG INJ IV Q6HPRN  (463753) FOR NAUSEA AND VOMITING | | | |
| 12-23 15 / 1 4 | RL | SODIUM CHLORIDE 1APPL NASOL IN PRN  (463761) FOR INHALATION ONLY | | | |

| LS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | RL Orains L | | | JS | Jeslou Scour pa |
| | | | | W | Mama Hermanort |

ERMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

AME:  WILFORD, KANE **
CCT:  969254909367
r  24yr
A DUKE, JAMES H. CT
SERVICE: TRAUMA
ALLERGIES: UNKNOWN PATIENT ALLERGIES
          NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL

CTR J553-00
SEX: M
HGT: 180.34 cm
HT: 136.07 kg
BSA: 2.51 M2

GENERATED:  12-25-98  11:26pm
FOR PERIOD: 12-26-98  07:00
THROUGH:    12-27-98  06:59
ADMITTED:   12-07-98  12:22am

PAGE:  1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 12-16 16 / 12-30 15 | RC | GENTAMICIN 440MG  (436085) HACL 0.9% 100ML FREQ: Q8H  INFUSE @: 219.64 ML/HR KEEP REFRIGERATED | 08 | 16 | 24 |
| 12-18 21 / 12-30 20 | RC | LEVOFLOXACIN 500MG/100ML D5W 500MG  (447630) BASE SOLUTION 100ML FREQ: Q24  INFUSE @:  100 ML/HR PROTECT FROM LIGHT DO NOT REFRIGERATE | | 21 | |
| 12-23 16 / 01-22 15 | RC | HACL 0.9% 1000ML  (463721) FREQ: Q24  INFUSE @:  20 ML/HR FLOORSTOCK ITEM | | 16 | |
| 12-16 19 / 01-22 18 | RC | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD  (437471) SHAKE WELL KEEP REFRIGERATED | 09 | | |
| 12-24 18 / 01-23 17 | RC | PROMOTE OBAG LIG TF Q8  (468764) FULL STRENGTH 85CC/HR READY TO HANG | 10 | 18 | 02 |
| 12-22 08 / 12-30 07 | RC | VANCOMYCIN 2000MG  (456775) DEXTROSE 5% IN WATER 250ML FREQ: Q8H  INFUSE @:  125 ML/HR KEEP REFRIGERATED | 9 | 16 17 | 24 |
| 2/26 | RC | D5 1/2 NS c 20 KCL @ TKO | | 2000 | |
| 2/26 | RO | Albuterol 2.5 mg c 3cc NS q6°  prn | | | |
| 2/26 | RO | Colace 100mg po  BID | | 17 | |

| IALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| RC | RC Braverl | | Lesley Sersson RN | | Maria Tonparano |

IRST-LINE
RMANN HOSPITAL | MEDICATION ADMINISTRATION RECORD

```
ME:  WILFORD, KANE **        DBTR J553-00        GENERATED:  12-26-98  10:58pm
CT:  969254909367           SEX: M              FOR PERIOD: 12-27-98  07:00
GE: ..yr                     HGT: 180.34 cm      THROUGH:    12-28-98  06:59
C    DUKE, JAMES H. (T       WT: 136.07 kg       ADMITTED:   12-07-98 12:22am
ERVICE: TRAUMA               BSA:2.51 M2
LERGIES: UNKNOWN PATIENT ALLERGIES
         NO KNOWN PATIENT ALLERGIES
IAGNOSIS: WOUND OPEN/UNSPEC COMPL                PAGE:   2 OF  2
```

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | ======= P R N   O R D E R S ======= | | | |
| 12-23 15 01-22 14 | (mJ) | ACETAMINOPHEN 650MG TAB PO Q6HPRN  ~~s~~ 4hrs (463757) FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12-23 15 01-22 14 | mJ | ACETAMINOPHEN 650MG SUPP PR Q6HPRN  ~~s~~ 4hrs (463754) FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12-26 13 12-29 12 | (mJ) | ALBUTEROL 2.500MG INSO IH Q6HPRN  c 3cc NS (472767) | | | |
| 12-23 15 12-30 14 | mJ | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO ~~Q3HPRN~~  s 4hrs (463741) 1 - 2 TABLETS AS NEEDED FOR PAIN | | | |
| 12-23 15 01-22 14 | mJ | IBUPROFEN 200MG CAPLET/ PKG=24 200KG CPL PO Q6HPRN (463745) <Take with Food> | ) not u-ordered | | |
| 12-23 15 12-30 14 | mJ | MORPHINE 2MG INJ IV Q3HPRN (463751) FOR SEVERE PAIN IF NOT RELIEVED BY VICODIN | | | |
| 12-23 15 01-22 14 | (mJ | OXYMETAZOLINE SPRY NASOL IH PRN (463760) =AFRIN NASAL SPRAY | | ) not u-ordered | |
| 12-23 15 01-22 14 | mJ | PROMETHAZINE 25MG INJ IV Q6HPRN  ~~s~~ 4hrs (463753) FOR NAUSEA AND VOMITING  p.s - 25mg | | | |
| 12-23 15 01-. | mJ | SODIUM CHLORIDE 1APPL NASOL IH PRN (463761) FOR INHALATION ONLY | ) not | u. ordered | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| s | Maria Tenrynman | | | | |
| | | | | | |

RMANN HOSPITAL — MEDICATION ADMINISTRATION RECORD —

```
ME:  WILFORD, KANE **          DATR J553-00       GENERATED: 12-26-98  10:58pm
CT:  969254909367             SEX: M             FOR PERIOD: 12-27-98  07:00
F    /yr                      HGT: 180.34 cm      THROUGH:   12-28-98  06:59
L    DUKE, JAMES H. (T        WT: 136.07 kg       ADMITTED:  12-07-98  12:22am
RVICE: TRAUMA                 BSA: 2.51 M2
LERGIES: UNKNOWN PATIENT ALLERGIES
         NO KNOWN PATIENT ALLERGIES
IAGNOSIS: WOUND OPEN/UNSPEC COMPL                 PAGE:  1 OF 2
```

| TART STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| 12-26 17 01-25 16 | [signature] | DOCUSATE SODIUM 100MG CAP PO BID | (472769) | 09 [init] | 17 [init] | |
| 12-16 16 12-30 15 | [signature] | GENTAMICIN                440MG<br>HACL 0.9%             100ML<br>FREQ: Q8H    INFUSE @: 219.64 ML/HR<br>KEEP REFRIGERATED | (436085) | 08 [init] | 16 [init] | 24 [init] |
| 12-18 21 12-30 20 | [signature] | LEVOFLOXACIN 500MG/100ML D5W  500MG<br>BASE SOLUTION            100ML<br>FREQ: Q24    INFUSE @:    100 ML/HR<br>PROTECT FROM LIGHT<br>DO NOT REFRIGERATE | (447630) | | 21 [init] | |
| 12-16 19 01-22 18 | [signature] | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD<br>SHAKE WELL<br>KEEP REFRIGERATED | (437471) | 09 [init] | | |
| 12-24 18 01-23 17 | [signature] | PROMOTE OBAG LIQ TF Q8<br>FULL STRENGTH<br>85CC/HR READY TO HANG   *from 7PM — 7AM* | (468764) | [init] | 19 [init] | 02 |
| 12-22 08 12-30 07 | [signature] | VANCOMYCIN                2000MG<br>DEXTROSE 5% IN WATER       250ML<br>FREQ: Q8H    INFUSE @:   125 ML/HR<br>KEEP REFRIGERATED | (456775) | 08 [init] | 16 [init] | 24 [init] |
| ~~1~~ 26/98 MT | | D5 1/2 NS c̄ 20meq KCl 30cc/hr. | | | [init] ×000 | |
| ~~1~~ 26/98 MT | | Albuterol 2.5mg c̄ 3ccNS q̄ 6° PRN | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| T | Marie Ferigamin | CL | C [signature] | | |



RMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

WILFORD, KANE **
ME:   969254909367
RT: 24yr
DUKE, JAMES H. (T
) TRAUMA
ES: UNKNOWN PATIENT ALLERGIES
      NO KNOWN PATIENT ALLERGIES
AGNOSIS: WOUND OPEN/UNSPEC COMPL

ORTR J553-00
SEX: M
HGT: 180.34 cm
WT: 136.07 kg
BSA:2.51 M2

GENERATED:  12-27-98  10:47pm
FOR PERIOD: 12-28-98  07:00
THROUGH:    12-29-98  06:59
ADMITTED:   12-07-98 12:22am

PAGE:  2 OF 2

| START/STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | ======= P R N   O R D E R S ======== | | | |
| 12-27 07 | | ACETAMINOPHEN 650MG SUPP PR Q4HPRN          (473842) | | | |
| 11-26 06 | | FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12 | | ACETAMINOPHEN 650MG TAB PO Q4HPRN           (473841) | | 1730 KL | |
| 11-26 06 | | FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12-26 13 | | ALBUTEROL 2.50MG INHS IN Q6HPRN             (472767)    ** ORDER STOPS WITHIN 48 HOURS ** | | | |
| 12-29 12 | | | | | |
| 12-27 08 | | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4HPRN  (473843) 1 - 2 TABLETS AS NEEDED FOR PAIN | | | 05 RN (2) |
| 11-03 07 | | | | | |
| 12-23 15 | | MORPHINE 2MG INJ IV Q3HPRN                  (463751) FOR SEVERE PAIN IF NOT RELIEVED BY VICODIN | 0950 KL | | |
| 12-30 14 | | | | | |
| 12-27 06 | | PROMETHAZINE 25MG INJ IV Q4HPRN             (473844) FOR NAUSEA AND VOMITING 12.5-25MG | | | |
| 11-26 06 | | | | | |
| 12-23 15 | | SODIUM CHLORIDE 1APPL NASOL IN PRN          (463761) FOR INHALATION ONLY | | not M-ordered | |
| + + | | | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Maria Tamparan RN | RL | Rita Rawe ULA, LV | KL | Kim Lawrence, RN |

HERMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

NAME: WILFORD, KANE **
969254909367
AGE: 24yr
P R: DUKE, JAMES H. (T
CE: TRAUMA
ALLERGIES: UNKNOWN PATIENT ALLERGIES
NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL

DCTR J553-00
SEX: M
HGT: 180.34 cm
WT: 136.07 kg
BSA:2.51 M2

GENERATED: 12-27-98   10:47pm
FOR PERIOD: 12-28-98   07:00
THROUGH: 12-29-98   06:59
ADMITTED: 12-07-98  12:22am

PAGE:   1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 12-27-09 ... 01-26-08 | | DEXTROSE 5%-NACL 0.45%-KCL 20MEQ    1000ML    (473840) FREQ:  QD    INFUSE @:    30 ML/HR | 09 | HL | |
| 12-26-17 ... 01-25-16 | | DOCUSATE SODIUM 100MG CAP PO BID    (472769) | 09 | 17 | |
| 12-16-16 ... 12-30-15 | | GENTAMICIN              440MG NACL 0.9%                100ML    (436085) FREQ:  Q8H    INFUSE @: 219.64 ML/HR KEEP REFRIGERATED | 08 | 16 | 24 RR |
| 12-18-21 ... 12-30-20 | | LEVOFLOXACIN 500MG/100ML D5W    500MG BASE SOLUTION           100ML    (447630) FREQ:  Q24    INFUSE @:    100 ML/HR PROTECT FROM LIGHT DO NOT REFRIGERATE | | 21 RR | |
| ... 19 ... 01-22-16 | | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD    (437471) SHAKE WELL KEEP REFRIGERATED | 09 | | |
| 12-24-18 ... 01-23-17 | | PROMOTE OBAG LIQ TF QD    (468764) FULL STRENGTH 85CC/HR READY TO HANG | 10 | 18 19 | 02 |
| | | from 7PM - 7AM | | | |
| 12-22-08 ... 12-30-07 | | VANCOMYCIN              2000MG DEXTROSE 5% IN WATER      250ML    (456775) FREQ:  Q8H    INFUSE @:    125 ML/HR KEEP REFRIGERATED | 08 | 16 1700KL | 24 RR |
| 2/25 | | Drug Δ Q Shift | 09 | 21 | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Maria Terrepanna RN | RR | Rita Kaulll, RN | KL | Kim Lawrence RN |



HERMANN HOSPITAL                    MEDICATION ADMINISTRATION RECORD

NAME:   WILFORD, KANE **        DFTR J553-00        GENERATED:  12-28-98  10:50PM
ACCT:   969254909367           SEX: M              FOR PERIOD: 12-29-98  07:00
AGE:  24yr                     HGT: 180.34 cm      THROUGH:    12-30-98  06:59
P  R: DUKE, JAMES H. (T        WT: 136.07 kg       ADMITTED:   12-07-98  12:22am
S   CE: TRAUMA                 BSA:2.51 M2
ALLERGIES: UNKNOWN PATIENT ALLERGIES
           NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL                           PAGE:  2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | ======= P R N   O R D E R S ======== | | | | |
| 1. 07 \_\_\_ 01-26 06 | ✓ RM | ACETAMINOPHEN 650MG SUPP PR Q4HPRN FOR HEADACHE FOR TEMP. OVER 101.5 F | (473842) | | 1555KZ | |
| 12-27 07 \_\_\_ 01-26 06 | ✓ RM | ACETAMINOPHEN 650MG TAB PO Q4HPRN FOR HEADACHE FOR TEMP. OVER 101.5 F | (473841) | | | |
| 12-26 13 \_\_\_ 12-29 12 | ✓ RM | ALBUTEROL 2.500MG INSO IH Q6HPRN | (472767) | | ** ORDER ENDS @ 12-29-98 12 ** | |
| 12-27 08 \_\_\_ 01-03 07 | ✓ RM | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4H-PRN 1 - 2 TABLETS AS NEEDED FOR PAIN | (473843) | | | |
| 12-23 15 \_\_\_ 12-30 14 | ✓ RM | MORPHINE 2MG INJ IV Q3HPRN FOR SEVERE PAIN IF NOT RELIEVED BY VICODIN | (463751) | | 1754 | ** ORDER STOPS WITHIN 48 HOURS ** 231c RC |
| 12-27 08 \_\_\_ 0  17 | ✓ RM | PROMETHAZINE 25MG INJ IV Q4HPRN FOR NAUSEA AND VOMITING 12.5-25MG | (473844) | | | 231c RC |

| IALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| 1 | Rita Revelly RN | S1 | L. Henderson LVN | H | K. Traverse, RN |
| | | RC | RR Crew L | | |



MANN HOSPITAL

**MEDICATION ADMINISTRATION RECORD**

| | |
|---|---|
| ME:  WILFORD, KANE ** | PTR J553-00 |
| T:  969254909367 | SEX: M |
| 24yr | HGT: 180.34 cm |
| UKE, JAMES H. (T | WT: 136.07 kg |
| V.  TRAUMA | BSA:2.51 M2 |

GENERATED: 12-28-98  10:50pm
FOR PERIOD: 12-29-98  07:00
THROUGH:  12-30-98  06:59
ADMITTED:  12-07-98 12:22am

ERGIES: UNKNOWN PATIENT ALLERGIES
NO KNOWN PATIENT ALLERGIES
IGNOSIS: WOUND OPEN/UNSPEC COMPL

PAGE:  1 OF 2

| ART TOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 2-27 04 | | DEXTROSE 5%-NACL 0.45%-KCL 20MEQ    1000ML    (473840) FREQ: QD    INFUSE @:    30 ML/HR | 09 | | |
| 1-26 08 | | | *HL* | | |
| 2-26 17 | | DOCUSATE SODIUM 100MG CAP PO BID    (472789) | 09 SH | 17 SH | |
| 1-25 16 | RN | | | | |
| 2-16 16 | | GENTAMICIN    440MG    (436085) NACL 0.9%    100ML FREQ: Q8H    INFUSE @: 219.64 ML/HR KEEP REFRIGERATED | 08 SH | ** ORDER STOPS WITHIN 48 HOUR 16 | 24 |
| 2-30 15 | RN | D/C 12-29-98 | | | |
| 2-18 21 | | LEVOFLOXACIN 500MG/100ML D5W    500MG    (447630) BASE SOLUTION    100ML FREQ: Q24    INFUSE @:    100 ML/HR PROTECT FROM LIGHT DO NOT REFRIGERATE | | ** ORDER STOPS WITHIN 48 HOUR 21 | |
| 2-30 20 | RN | D/C 12-29-98 | | | |
| 2-.  . | | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD    (437471) SHAKE WELL KEEP REFRIGERATED | 09 SH | | |
| 1-22 18 | RN | | | | |
| 2-24 18 | | PROPOFOL 0MG LIQ IF QG    (468784) FULL STRENGTH 85CC/HR READY TO HANG | D/C'd    10 | 18 | 02 |
| 1-23 17 | | | | | |
| 2-22 08 | | VANCOMYCIN    2000MG    (456775) DEXTROSE 5% IN WATER    250ML FREQ: Q8H    INFUSE @:    125 ML/HR KEEP REFRIGERATED | 08 SH | ** ORDER STOPS WITHIN 48 HOUR 16 | 24 |
| 2-30 07 | RN | D/C 12-29-98 | | | |
| /26 | RN | Drg A P Shift | 09 SH | 21 RO | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Ri cta Powell RN | SH | R Henderson RN | RO | Rg RN |

HERMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

NAME:    WILFORD, KANE **
ACCT:    969254909367
AGE:     24yr
DO:      DUKE, JAMES H. (T
E.       4: TRAUMA
ALLERGIES: UNKNOWN PATIENT ALLERGIES
         NO KNOWN PATIENT ALLERGIES
DIAGNOSIS: WOUND OPEN/UNSPEC COMPL

ORTR J553-00
SEX: M
HGT: 180.34 cm
WT: 136.07 kg
BSA:2.51 M2

GENERATED:  12-29-98  11:25pm
FOR PERIOD: 12-30-98  07:00
THROUGH:    12-31-98  06:59
ADMITTED:   12-07-98 12:22am

PAGE:   2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | ======== P R N   O R D E R S ======== | | | |
| 12-27 97 01-26 06 | RL | ACETAMINOPHEN 650MG SUPP PR Q4HPRN      (473842) FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12-27 07 01-26 06 | RL | ACETAMINOPHEN 650MG TAB PO Q4HPRN       (473841) FOR HEADACHE FOR TEMP. OVER 101.5 F | | | |
| 12-27 08 01-03 07 | RL | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4HPRN  (473843) 1 - 2 TABLETS AS NEEDED FOR PAIN | 815 PS TT 1430 TT PS | 2100 TT CJN | 0330 |
| 12-23 15 12-30 14 | RL | MORPHINE 2MG INJ IV Q3HPRN              (463751) FOR SEVERE PAIN IF NOT RELIEVED BY VICODIN | ** ORDER ENDS @ 12-30-98 14 ** | | |
| 12-27 00 | RL | PROMETHAZINE 25MG INJ IV Q4HPRN         (473844) FOR NAUSEA AND VOMITING 12.5-25MG | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| RL | RL | | RN | | Sevro RN |



ERMANN HOSPITAL                    MEDICATION ADMINISTRATION RECORD

| NAME: | WILFORD, KANE ** | ORTR J553-00 | GENERATED: | 12-29-98 | 11:25pm |
| GET: | 969254909367 | SEX: M | FOR PERIOD: | 12-30-98 | 07:00 |
| GET: | 24yr | HGT: 180.34 cm | THROUGH: | 12-31-98 | 06:59 |
| ': DUKE, JAMES H. (T | | WT: 136.07 kg | ADMITTED: | 12-07-98 | 12:22am |
| L  E: TRAUMA | | BSA:2.51 M2 | | | |

LLERGIES: UNKNOWN PATIENT ALLERGIES
           NO KNOWN PATIENT ALLERGIES
IAGNOSIS: WOUND OPEN/UNSPEC COMPL                          PAGE:   1 OF  2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 12-26 17 / 01-25 16 | RL | DOCUSATE SODIUM 100MG CAP PO BID                  (472769) | 09 JS | 18 JS | |
| 12-16 19 / 01-22 18 | RL | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD        (437471) SHAKE WELL KEEP REFRIGERATED | 09 JS | - | |
| 12-24 18 / 01-23 17 | RL | PROMOTE UBAG LIQ TF QD                            (468764) FULL STRENGTH 85CC/HR READY TO HANG | 10 | 18 | 02 |
| 30 | | Drug S QShift | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| IALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| 20 | RGa Branham | JS | Lesley Saundon | | |



RMANN HOSPITAL                         MEDICATION ADMINISTRATION RECORD

ME:  WILFORD, KANE **          OBTR J553-00            GENERATED: 12-30-98  11:15pm
CT:  969254909367             SEX: M                  FOF PERIOD: 12-31-98  07:00
E:  ~yr                       HGT: 180.34 cm          THROUGH:   01-01-99  06:59
C:  DUKE, JAMES H. (T         WT: 136.07 kg           ADMITTED:  12-07-98 12:22am
RVICE: TRAUMA                 BSA: 2.51 M2
LERGIES: UNKNOWN PATIENT ALLERGIES
         NO KNOWN PATIENT ALLERGIES
AGNOSIS: WOUND OPEH/UNSPEC COMPL                       PAGE:  1 OF 1

| START TOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 2-26 17<br><br>1-25 16 | 𝒮𝒿 | DOCUSATE SODIUM 100MG CAP PO BID          (472769) | 09 ƒ𝓈 | 17 ƒ𝓈 | |
| 2-16 19<br><br>1-22 18 | 𝒮𝒿<br>𝒥 | OMEPRAZOLE ORAL SUSPENSION 20MG SUSP PO QD   (437471)<br>SHAKE WELL<br>KEEP REFRIGERATED | 09 ƒ𝓈 | | |
| 2-24 18<br><br>1-23 17 | 𝒮𝒿 | PROMOTE OBAG LIQ TF QD          (468764)<br>FULL STRENGTH<br>85CC/HR READY TO HANG          D/C 𝒹 | 10 | 18 | 02 |
| | | | | | |
| — | | | | | |
| | | | | | |
| | | ======= P R N   O R D E R S ======== | | | |
| 2-27 07<br><br>1-26 06 | 𝒮𝒿 | ACETAMINOPHEN 650MG SUPP PR Q4HPRN          (473842)<br>FOR HEADACHE<br>FOR TEMP. OVER 101.5 F | | | |
| 2-27 07<br><br>1-26 06 | 𝒥 | ACETAMINOPHEN 650MG TAB PO Q4HPRN          (473841)<br>FOR HEADACHE<br>FOR TEMP. OVER 101.5 F | | | |
| 2-27 08<br><br>1-03 07 | 𝒥 | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4HPRN   (473843)<br>1 - 2 TABLETS AS NEEDED<br>FOR PAIN | 0950 𝜋̄ ƒ𝓈<br>1430 𝜋̄ ƒ𝓈 | | |
| 2-27 08<br><br>1- | 𝒥 | PROMETHAZINE 25MG INJ IV Q4HPRN          (473844)<br>FOR NAUSEA AND VOMITING<br>12.5-25MG | | | |

| ALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| 𝒮𝒿 | Jason Thmond | | | ƒ𝓈 | Leslie Sears PA |

**DYNACARE HERMANN**
Laboratory Services

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.    969254909367  I
Patient:       **WILFORD, KANE ***
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      ORTR J553 00
Date of Birth: 05/14/1974   Age: 24 YRS   Sex: M

# EXPEDITE REPORT

## GENERAL CHEMISTRY

|  | 12/25/98 2317 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| SODIUM | 134* |  | [135-145] | MEQ/L |
| POTASSIUM | 4.3 |  | [3.5-5.0] | MEQ/L |
| CHLORIDE | 99 |  | [95-109] | MEQ/L |
| CO2 | 31 |  | [24-32] | MEQ/L |
| CREATININE | 0.8 |  | [0.5-1.4] | MG/DL |
| BUN | 17 |  | [10-20] | MG/DL |
| GLUCOSE | 145* |  | [65-110] | MG/DL |

Legend:
*= Out of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367  1
Patient:       WILFORD, KANE **
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      ORTR J553 00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

## M Y C O L O G Y     ( F U N G U S )

FUNGUS CULTURE W/SMEAR          ACCESSION #  98-349-4335        COLLECTED:  15DEC98  2328
SOURCE:  BODY FLUID,OTHER                                       RECEIVED:   15DEC98  2328
         ABSCESS

----------------- STAINS/PREPARATIONS -------------------
FUNGAL SMEAR                            12/16/98 1345
  NO YEAST OR FUNGAL ELEMENTS SEEN

----------------- PRELIMINARY REPORT --------------------
                                        12/29/98 1127
NO FUNGUS ISOLATED AFTER 2 WEEKS

Printed Date/Time

    12/29/1998 2141                    **SPLIT-CUMULATIVE**                            1

Discharge Date:
                                                                    Continued..
  MICROBIOLOGY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas  77030-1501
(713)  704-5227

Account No.    969254909367   1
Patient:        **WILFORD, KANE ****
                (00000)96925490
Physician:      DUKE, JAMES H. (TRAUMA)
Location:       ORTR J553  00
Date of Birth:  05/14/1974    Age: 24 YRS   Sex: M

| P E N D I N G     O R D E R S |
|---|

| 2/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | PRELIM |
|---|---|---|---|---|

---

**SPLIT-CUMULATIVE**

Discharge Date:                                                                    *End of Report*

PENDING

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | **WILFORD, KANE ** ** |
| | **(00000)96925490** |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | ORTR J553 00 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## M Y C O L O G Y     (F U N G U S)

```
NGUS CULTURE W/SMEAR        ACCESSION #  98-349-4335        COLLECTED:  15DEC98  2328
URCE:  BODY FLUID,OTHER                                     RECEIVED:   15DEC98  2328
              ABSCESS

--------------- STAINS/PREPARATIONS ------------------
NGAL SMEAR                           12/16/98 1345
 NO YEAST OR FUNGAL ELEMENTS SEEN

---------------- PRELIMINARY REPORT -----------------
                                     12/29/98 1127
NO FUNGUS ISOLATED AFTER 2 WEEKS
```

*Printed Date/Time*

*12/29/1998  1234*

***CUMULATIVE-INTERIM***

*1*

*Discharge Date:*

*Continued..*

*MICROBIOLOGY*

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.   969254909367  I
Patient:      **WILFORD, KANE ** **
              **(00000)96925490**
Physician:    DUKE, JAMES H. (TRAUMA)
Location:     ORTR J553 00
Date of Birth:  05/14/1974    Age: 24 YRS   Sex: M

---

## P E N D I N G      O R D E R S

| | | | | |
|---|---|---|---|---|
| 12/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | PRELIM |

---

Discharge Date:                              *CUMULATIVE-INTERIM*

                                                                      *End of Report*

        *PENDING*

**DYNACARE HERMANN**
*Laboratory Services*

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

 553

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | ORTR J553 00 |
| Date of Birth: | 05/14/1974   Age: 24 YRS   Sex: M |

# EXPEDITE REPORT

## GENERAL CHEMISTRY

|  | 12/27/98<br>1147 | REFERENCE: | UNITS: |
|---|---|---|---|
| SODIUM | 134* | [135-145] | MEQ/L |
| POTASSIUM | 4.6f | [3.5-5.0] | MEQ/L |
| CHLORIDE | 98 | [95-109] | MEQ/L |
| CO2 | 31 | [24-32] | MEQ/L |
| CREATININE | 0.8 | [0.5-1.4] | MG/DL |
| BUN | 15 | [10-20] | MG/DL |
| GLUCOSE | 149* | [65-110] | MG/DL |
| ALT (SGPT) | 86* | [0-40] | U/L |
| AST (SGOT) | 48* | [0-37] | U/L |
| GGT | 76* | [9-54] | U/L |
| ALK PHOS | 88 | [39-117] | U/L |
| LDH | 346* | [94-250] | U/L |
| BILIRUBIN TOTAL | 0.6 | [0.2-1.0] | MG/DL |
| B7  DIRECT | 0.2 | [0.0-0.2] | MG/DL |

1. /98 1147   POTASSIUM      SLIGHTLY HEMOLYZED

Legend:
= Out of Ref. Range, f= Footnote

**DYNACARE HERMANN**
Laboratory Services

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

𝓕553

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | ORTR  J553  00 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## EXPEDITE REPORT

---

### H E M A T O L O G Y

```
            12/27/98                                REFERENCE:      UNITS:
            1147
```

| HEMOPROFILE | | | |
|---|---|---|---|
| WBC X 10x3 | 14.1* | [4.8-10.8] | /CMM |
| RBC X 10x6 | 3.07* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 8.8* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 26.6* | [42.0-54.0] | % |
| MCV | 86.5 | [80.0-94.0] | FL |
| MCH | 28.6 | [27.0-31.0] | PG |
| MCHC | 33.1 | [32.0-36.0] | % |
| RDW | 14.9* | [11.5-14.5] | % |
| PLATELET X 10x3 | 645* | [133-333] | /CMM |
| MPV | 6.8* | [7.4-10.4] | FL |

Legend:
*= Out of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
Houston, Texas 77030-1501
(713) 704-5227

*J553*

| | |
|---|---|
| Account No. | 969254909367  1 |
| Patient: | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| Physician: | **DUKE, JAMES H. (TRAUMA)** |
| Location: | **ORTR J553  00** |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

# EXPEDITE REPORT

## H E M A T O L O G Y

|  | 12/27/98 1147 | | REFERENCE: | UNITS: |
|---|---|---|---|---|
| **IFFERENTIAL** | | | | |
| OLYS | 75 | | [43-84] | % |
| ANDS | 2 | | [0-8] | % |
| YMPHOCYTES | 14 | | [12-42] | % |
| ONOCYTES | 4 | | [1-13] | % |
| OSINOPHILS | 3 | | [0-6] | % |
| ASOPHILS | 1 | | [0-1] | % |
| ETAMYELOCYTES | 1* | | [<      0] | % |
| **BC MORPHOLOGY** | | | | |
| LT ESTIMATE | INC MOD* | | [NORMAL] | |
| OIKILOCYTOSIS | SLIGHT | | | |
| NISOCYTOSIS | SLIGHT | | | |
| OL  OMASIA | SLIGHT | | | |

gena:
  Out of Ref. Range

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   I
Patient:       **WILFORD, KANE ∗∗**
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      ORTR J553 00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## GENERAL CHEMISTRY

| | 12/27/98 1147 | 12/25/98 2317 | 12/24/98 0338 | 12/23/98 0149 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | **134∗** | **134∗** | **129∗** | **133∗** | [135–145] | MEQ/L |
| POTASSIUM | 4.6f | 4.3 | 4.5 | 4.9 | [3.5–5.0] | MEQ/L |
| CHLORIDE | 98 | 99 | 96 | 97 | [95–109] | MEQ/L |
| CO2 | 31 | 31 | 28 | 25 | [24–32] | MEQ/L |
| CREATININE | 0.8 | 0.8 | 0.8 | 0.7 | [0.5–1.4] | MG/DL |
| BUN | 15 | 17 | 18 | 16 | [10–20] | MG/DL |
| GLUCOSE | **149∗** | **145∗** | **189∗** | **132∗** | [65–110] | MG/DL |
| ALT (SGPT) | **86∗** | | | | [0–40] | U/L |
| AST (SGOT) | **48∗** | | | | [0–37] | U/L |
| GGT | **76∗** | | | | [9–54] | U/L |
| ALK PHOS | 88 | | | | [39–117] | U/L |
| LDH | **346∗** | | | | [94–250] | U/L |
| BILIRUBIN TOTAL | 0.6 | | | | [0.2–1.0] | MG/DL |
| BILI DIRECT | 0.2 | | | | [0.0–0.2] | MG/DL |

| | 12/22/98 1247 | 12/22/98 0309 | 12/21/98 1001 | 12/21/98 0348 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | **134∗** | **126∗** | 136 | 135 | [135–145] | MEQ/L |
| POTASSIUM | 4.5 | 4.2 | 4.5 | **5.6∗** | [3.5–5.0] | MEQ/L |
| CHLORIDE | 99 | **91∗** | 103 | 103 | [95–109] | MEQ/L |
| CO2 | 28 | 30 | 25 | **18∗** | [24–32] | MEQ/L |
| CREATININE | 0.7 | 0.6 | 0.8 | 0.9 | [0.5–1.4] | MG/DL |
| BUN | 15 | 14 | 11 | 12 | [10–20] | MG/DL |
| GLUCOSE | **131∗** | **147∗** | 93 | 101 | [65–110] | MG/DL |
| IONIZED CALCIUM | | | | **1.03∗** | [1.16–1.30] | MMOL/L |
| IONIZED CALCIUM | | | | **4.12∗** | [4.65–5.20] | MG/DL |
| NORM CA (PH 7.4) | | | | **1.10∗** | [1.16–1.30] | MMOL/L |
| NORM CA (PH 7.4) | | | | **4.40∗** | [4.65–5.20] | MG/DL |
| PHOSPHORUS | | | | **3.4∗** | [3.5–6.0] | MG/DL |
| MAGNESIUM | | | | 1.8 | [1.8–3.0] | MG/DL |

12/27/98 1147   POTASSIUM        SLIGHTLY HEMOLYZED

Legend:
∗   of Ref. Range,  f= Footnote

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   1
Patient:       **WILFORD, KANE \*\***
               **(00000)96925490**
Physician:     **DUKE, JAMES H. (TRAUMA)**
Location:      **ORTR J553 00**
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## BODY FLUIDS ANALYSIS

FECAL LEUKOCYTE    12/21/98 0253
                   No WBC's seen.

REFERENCE:        UNITS:

## HEMATOLOGY

| | 12/27/98 1147 | 12/24/98 0338 | 12/23/98 0149 | 12/22/98 0309 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| **HEMOPROFILE** | | | | | | |
| WBC X 10x3 | **14.1\*** | **18.0\*** | **20.2\*** | **18.6\*** | [4.8-10.8] | /CMM |
| RBC X 10x6 | **3.07\*** | **3.01\*** | **3.10\*** | **3.02\*** | [4.70-6.10] | /CMM |
| HEMOGLOBIN | **8.8\*** | **8.8\*** | **9.2\*** | **9.1\*** | [14.0-18.0] | G/DL |
| HEMATOCRIT | **26.6\*** | **26.5\*** | **27.9\*** | **27.1\*** | [42.0-54.0] | % |
| MCV | 86.5 | 88.1 | 89.9 | 89.8 | [80.0-94.0] | FL |
| MCH | 28.6 | 29.1 | 29.7 | 30.0 | [27.0-31.0] | PG |
| MCHC | 33.1 | 33.0 | 33.1 | 33.4 | [32.0-36.0] | % |
| RDW | **14.9\*** | **14.7\*** | | | [11.5-14.5] | % |
| PLATELET X 10x3 | **645\*** | **821\*** | **854\*** | **829\*** | [133-333] | /CMM |
| MPV | **6.8\*** | **6.8\*** | | | [7.4-10.4] | FL |
| **DIFFERENTIAL** | | | | | | |
| POLYS | 75 | 66 | 76 | 80 | [43-84] | % |
| BANDS | 2 | 4 | 1 | | [0-8] | % |
| LYMPHOCYTES | 14 | 15 | 17 | **11\*** | [12-42] | % |
| MONOCYTES | 4 | 13 | 4 | 8 | [1-13] | % |
| EOSINOPHILS | 3 | 1 | 1 | | [0-6] | % |
| BASOPHILS | 1 | 1 | 1 | | [0-1] | % |
| METAMYELOCYTES | **1\*** | | | **1\*** | [<    0] | % |
| **RBC MORPHOLOGY** | | | | | | |
| PLT ESTIMATE | **INC MOD\*** | **INC MKD\*** | **INC MKD\*** | **INC MKD\*** | [NORMAL] | |
| POIKILOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT | | |
| ANISOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT | | |
| POLYCHROMASIA | SLIGHT | SLIGHT | SLIGHT | SLIGHT | | |
| TARGET CELLS | | SLIGHT | OCCASSNL | | | |

Legend:
\* Out of Ref. Range

**CUMULATIVE-CUTOFF**

2

Continued..

DHL-121

**DYNACARE HERMANN**
*Laboratory Services*

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | **WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | ORTR J553 00 |
| Date of Birth: | 05/14/1974    Age: 24 YRS  Sex: M |

## HEMATOLOGY

|  | 12/21/98 | | REFERENCE: | UNITS: |
|---|---|---|---|---|
|  | 0451 | | | |
| **HEMOPROFILE** | | | | |
| WBC X 10x3 | 19.8* | | [4.8-10.8] | /CMM |
| RBC X 10x6 | 3.01* | | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 8.8* | | [14.0-18.0] | G/DL |
| HEMATOCRIT | 27.2* | | [42.0-54.0] | % |
| MCV | 90.5 | | [80.0-94.0] | FL |
| MCH | 29.2 | | [27.0-31.0] | PG |
| MCHC | 32.3 | | [32.0-36.0] | % |
| PLATELET X 10x3 | 786* | | [133-333] | /CMM |
| **DIFFERENTIAL** | | | | |
| POLYS | 74 | | [43-84] | % |
| LYMPHOCYTES | 22 | | [12-42] | % |
| MONOCYTES | 4 | | [1-13] | % |
| **R_ MORPHOLOGY** | | | | |
| PLT ESTIMATE | INC MOD* | | [NORMAL] | |
| POIKILOCYTOSIS | SLIGHT | | | |
| ANISOCYTOSIS | SLIGHT | | | |
| POLYCHROMASIA | SLIGHT | | | |
| TARGET CELLS | SLIGHT | | | |

## MICROBIOLOGY - BLOOD CULTURES

| | | |
|---|---|---|
| BLOOD CULTURE-AUTOMATED      ACCESSION #  BC-98-25623 | COLLECTED: | 15DEC98   0954 |
| SOURCE:  BLOOD | RECEIVED: | 15DEC98   1548 |

------------------- FINAL REPORT --------------------
                                    12/21/98 1504

NO GROWTH AT 5 DAYS

Legend:
* )t of Ref. Range

DHL-121

**DYNACARE HERMANN**
*Laboratory Services*

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   1
Patient:       WILFORD, KANE **
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      ORTR J553 00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

# MICROBIOLOGY - BLOOD CULTURES

BLOOD CULTURE-AUTOMATED        ACCESSION #  BC-98-25624        COLLECTED:  15DEC98  1549
SOURCE:  BLOOD                                                 RECEIVED:   15DEC98  1549

------------------- FINAL REPORT ---------------------
                                  12/21/98 1504

  NO GROWTH AT 5 DAYS

---

BLOOD CULTURE-AUTOMATED        ACCESSION #  BC-98-25902        COLLECTED:  18DEC98  1152
SOURCE:  BLOOD                                                 RECEIVED:   18DEC98  1542
          A LINE

------------------- FINAL REPORT ---------------------
                                  12/24/98 1444

  NO GROWTH AT 5 DAYS

---

BLOOD CULTURE-AUTOMATED        ACCESSION #  BC-98-25904        COLLECTED:  18DEC98  1153
SOURCE:  BLOOD                                                 RECEIVED:   18DEC98  1544
          R BRACHIAL

------------------- FINAL REPORT ---------------------
                                  12/22/98 0820

  AEROBIC BOTTLE: STAPHYLOCOCCUS SPECIES, NOT S. AUREUS

----------------- SUSCEPTIBILITY TESTING ---------------
                     SSNA
                     KB
AMPICILLIN             R
CLINDAMYCIN            R
ERYTHROMYCIN          R
GENTAMICIN            R
OFLOXACIN             R
OXACILLIN             R
PENICILLIN            R
VANCOMYCIN            S

---

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| Physician: | **DUKE, JAMES H. (TRAUMA)** |
| Location: | **ORTR J553 00** |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

# MICROBIOLOGY - ROUTINE

---

**BODY FLD/TISSUE CULT W/GRAM ST** ACCESSION #  98-356-2299
SOURCE:  BODY FLUID, OTHER
                        HEPTIC DRAIN

COLLECTED:  22DEC98  1247
RECEIVED:   22DEC98  1528

----------------- STAINS/PREPARATIONS ------------------
                                                     12/22/98 2154
GRAM STAIN
  FEW WBC'S;
  NO ORGANISMS SEEN

--------------------- FINAL REPORT ---------------------
                                                     12/25/98 1102

  RARE MODERATE GROUP D STREPTOCOCCUS, ENTEROCOCCUS

----------------- SUSCEPTIBILITY TESTING ---------------

| | STRENT | |
|---|---|---|
| | MIC | INTERP |
| AMPICILLIN | | S |
| G   \MICIN 500 | | S |
| S_  _ 1000 | | S |
| VANCOMYCIN | | S |

---

**CATH TIP CULTURE**                ACCESSION #  98-355-1035
SOURCE:  TIP
                        R SC TLC

COLLECTED:  21DEC98  1001
RECEIVED:   21DEC98  1055

--------------------- FINAL REPORT ---------------------
                                                     12/24/98 1150

  NO GROWTH AT 3 DAYS

---

**STOOL CULTURE**                ACCESSION #  98-355-0698
SOURCE:  STOOL

COLLECTED:  21DEC98  0253
RECEIVED:   21DEC98  0853

--------------------- FINAL REPORT ---------------------
                                                     12/24/98 0959

  NO SALMONELLA, SHIGELLA, OR CAMPYLOBACTER ISOLATED
  NORMAL ENTERIC FLORA ISOLATED

---

*Printed Date/Time*

*12/27/1998  2131*

***CUMULATIVE-CUTOFF***

5

*Discharge Date:*

*Continued..*

*MICROBIOLOGY*

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | ORTR  J553  00 |
| Date of Birth: | 05/14/1974     Age: 24 YRS   Sex: M |

## MICROBIOLOGY - ROUTINE

| | | |
|---|---|---|
| **CLOSTRIDIUM DIFFICILE TOXIN**    ACCESSION #  98-355-0703 | COLLECTED: | 21DEC98   0253 |
| SOURCE:  STOOL | RECEIVED: | 21DEC98   0855 |

---------------------- FINAL REPORT ----------------------
                              12/21/98  1419

  NO CLOSTRIDIUM DIFFICILE TOXIN DETECTED

| | | |
|---|---|---|
| **ANAEROBIC CULTURE**            ACCESSION #  98-349-4335 | COLLECTED: | 15DEC98   2328 |
| SOURCE:  BODY FLUID,OTHER | RECEIVED: | 15DEC98   2328 |
|          ABSCESS | | |

---------------------- FINAL REPORT ----------------------
                              12/21/98  1437

  NO ANAEROBES ISOLATED AFTER 5 DAYS

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   1 |
| Patient: | *WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | *DUKE, JAMES H. (TRAUMA)* |
| Location: | *ORTR J553 00* |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## C A N C E L L E D   O R D E R S

```
12/21/98    0249    HEMOPROFILE/PLATELET           Specimen Clotted. Order cancelled.
12/21/98    0249    HEMOPROFILE & DIFF & PLATELET   Specimen Clotted. Order cancelled.
DARLA, RN NOTIF. 04:17.
12/21/98    0249    DIFFERENTIAL                   Specimen Clotted. Order cancelled.
```

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  1 |
| Patient: | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| Physician: | *DUKE, JAMES H. (TRAUMA)* |
| Location: | *ORTR  J553  00* |
| Date of Birth: | *05/14/1974    Age: 24 YRS   Sex: M* |

---

## P E N D I N G   O R D E R S

| | | | | |
|---|---|---|---|---|
| 12/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | STAIN |

---

***CUMULATIVE-CUTOFF***                        *End of Report*

*PENDING*

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

*5535*

| | |
|---|---|
| *Account No.* | 969254909367   I |
| *Patient:* | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| *Physician:* | *DUKE, JAMES H. (TRAUMA)* |
| *Location:* | *SIMU SIMU 06* |
| *Date of Birth:* | *05/14/1974    Age: 24 YRS   Sex: M* |

## M I C R O B I O L O G Y  -  R O U T I N E

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  98-356-2299          COLLECTED:   22DEC98   1247
SOURCE:  BODY FLUID,OTHER                                        RECEIVED:    22DEC98   1528
                   HEPTIC DRAIN

------------------ STAINS/PREPARATIONS -----------------
GRAM STAIN                              12/22/98 2154
  FEW WBC'S;
  NO ORGANISMS SEEN

-------------------- FINAL REPORT --------------------
                                        12/25/98 1102
RARE MODERATE GROUP D STREPTOCOCCUS, ENTEROCOCCUS

----------------- SUSCEPTIBILITY TESTING ----------------
                         STRENT
                    MIC INTERP
AMPICILLIN                S
G⌐  ⌐MICIN 500            S
S⌐  ⌐1000                 S
VANCOMYCIN                S

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.  969254909367   I
Patient:     WILFORD, KANE **
             (00000)96925490
Physician:   DUKE, JAMES H. (TRAUMA)
Location:    SIMU SIMU 06
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

---

### P E N D I N G    O R D E R S

| 2/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | STAIN |
|---------|------|------------------------|-------------|-------|

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| *Account No.* | 969254909367   1 |
| *Patient:* | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| *Physician:* | *DUKE, JAMES H. (TRAUMA)* |
| *Location:* | *SIMU SIMU 06* |
| *Date of Birth:* | *05/14/1974*   *Age: 24 YRS*   *Sex: M* |

## G E N E R A L   C H E M I S T R Y

| | 12/24/98 0338 | 12/23/98 0149 | 12/22/98 1247 | 12/22/98 0309 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | 129* | 133* | 134* | 126* | [135-145] | MEQ/L |
| POTASSIUM | 4.5 | 4.9 | 4.5 | 4.2 | [3.5-5.0] | MEQ/L |
| CHLORIDE | 96 | 97 | 99 | 91* | [95-109] | MEQ/L |
| CO2 | 28 | 25 | 28 | 30 | [24-32] | MEQ/L |
| CREATININE | 0.8 | 0.7 | 0.7 | 0.6 | [0.5-1.4] | MG/DL |
| BUN | 18 | 16 | 15 | 14 | [10-20] | MG/DL |
| GLUCOSE | 189* | 132* | 131* | 147* | [65-110] | MG/DL |

| | 12/21/98 1001 | 12/21/98 0348 | REFERENCE: | UNITS: |
|---|---|---|---|---|
| SODIUM | 136 | 135 | [135-145] | MEQ/L |
| POTASSIUM | 4.5 | 5.6* | [3.5-5.0] | MEQ/L |
| CHLORIDE | 103 | 103 | [95-109] | MEQ/L |
| CO2 | 25 | 18* | [24-32] | MEQ/L |
| CREATININE | 0.8 | 0.9 | [0.5-1.4] | MG/DL |
| BUN | 11 | 12 | [10-20] | MG/DL |
| GLUCOSE | 93 | 101 | [65-110] | MG/DL |
| IONIZED CALCIUM | | 1.03* | [1.16-1.30] | MMOL/L |
| IONIZED CALCIUM | | 4.12* | [4.65-5.20] | MG/DL |
| NORM CA (PH 7.4) | | 1.10* | [1.16-1.30] | MMOL/L |
| NORM CA (PH 7.4) | | 4.40* | [4.65-5.20] | MG/DL |
| PHOSPHORUS | | 3.4* | [3.5-6.0] | MG/DL |
| MAGNESIUM | | 1.8 | [1.8-3.0] | MG/DL |

## B O D Y   F L U I D S   A N A L Y S I S

| | | REFERENCE: | UNITS: |
|---|---|---|---|
| FECAL LEUKOCYTE | 12/21/98 0253 | | |
| | No WBC's seen. | | |

nd:
ut of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  1 |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIMU SIMU 06 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## H E M A T O L O G Y

| | 12/24/98 0338 | 12/23/98 0149 | 12/22/98 0309 | 12/21/98 0451 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| **HEMOPROFILE** | | | | | | |
| WBC X 10x3 | 18.0* | 20.2* | 18.6* | 19.8* | [4.8-10.8] | /CMM |
| RBC X 10x6 | 3.01* | 3.10* | 3.02* | 3.01* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 8.8* | 9.2* | 9.1* | 8.8* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 26.5* | 27.9* | 27.1* | 27.2* | [42.0-54.0] | % |
| MCV | 88.1 | 89.9 | 89.8 | 90.5 | [80.0-94.0] | FL |
| MCH | 29.1 | 29.7 | 30.0 | 29.2 | [27.0-31.0] | PG |
| MCHC | 33.0 | 33.1 | 33.4 | 32.3 | [32.0-36.0] | % |
| RDW | 14.7* | | | | [11.5-14.5] | % |
| PLATELET X 10x3 | 821* | 854* | 829* | 786* | [133-333] | /CMM |
| MPV | 6.8* | | | | [7.4-10.4] | FL |
| **DIFFERENTIAL** | | | | | | |
| POLYS | 66 | 76 | 80 | 74 | [43-84] | % |
| B: | 4 | 1 | | | [0-8] | % |
| LYMPHOCYTES | 15 | 17 | 11* | 22 | [12-42] | % |
| MONOCYTES | 13 | 4 | 8 | 4 | [1-13] | % |
| EOSINOPHILS | 1 | 1 | | | [0-6] | % |
| BASOPHILS | 1 | 1 | | | [0-1] | % |
| METAMYELOCYTES | | | 1* | | [<      0] | % |
| **RBC MORPHOLOGY** | | | | | | |
| PLT ESTIMATE | INC MKD* | INC MKD* | INC MKD* | INC MOD* | [NORMAL] | |
| POIKILOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT | | |
| ANISOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT | | |
| POLYCHROMASIA | SLIGHT | | SLIGHT | SLIGHT | | |
| TARGET CELLS | SLIGHT | OCCASSNL | | SLIGHT | | |

## M I C R O B I O L O G Y  -  B L O O D   C U L T U R E S

BLOOD CULTURE-AUTOMATED        ACCESSION # BC-98-25623        COLLECTED: 15DEC98  0954
SOURCE: BLOOD                                                 RECEIVED: 15DEC98  1548

- - - - - - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - -
                                      12/21/98 1504
   NO GROWTH AT 5 DAYS


Le   d:
*   : of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   I
Patient:       **WILFORD, KANE ***
               **(00000)96925490**
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *SIMU SIMU 06*
Date of Birth: *05/14/1974    Age: 24 YRS    Sex: M*

## M I C R O B I O L O G Y  -  B L O O D  C U L T U R E S

BLOOD CULTURE-AUTOMATED        ACCESSION #  BC-98-25624        COLLECTED:  15DEC98   1549
SOURCE:  BLOOD                                                 RECEIVED:   15DEC98   1549

----------------- FINAL REPORT -------------------
                              12/21/98 1504
   NO GROWTH AT 5 DAYS

BLOOD CULTURE-AUTOMATED        ACCESSION #  BC-98-25902        COLLECTED:  18DEC98   1152
SOURCE:  BLOOD                                                 RECEIVED:   18DEC98   1542
            A LINE

----------------- FINAL REPORT -------------------
                              12/24/98 1444
   NO GROWTH AT 5 DAYS

BLOOD CULTURE-AUTOMATED        ACCESSION #  BC-98-25904        COLLECTED:  18DEC98   1153
SOURCE:  BLOOD                                                 RECEIVED:   18DEC98   1544
            R BRACHIAL

----------------- FINAL REPORT -------------------
                              12/22/98 0820
   AEROBIC BOTTLE: STAPHYLOCOCCUS SPECIES, NOT S. AUREUS

----------------- SUSCEPTIBILITY TESTING ---------------
                    SSNA
                     KB
AMPICILLIN           R
CLINDAMYCIN          R
ERYTHROMYCIN         R
GENTAMICIN           R
OFLOXACIN            R
OXACILLIN            R
PENICILLIN           R
VANCOMYCIN           S

---

*Printed Date/Time*

     *12/24/1998  2137*              ***SPLIT-CUMULATIVE***                           3

*Discharge Date:*                                                         *Continued..*

                    *MICROBIOLOGY*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIMU SIMU 06 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## M I C R O B I O L O G Y   -   R O U T I N E

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION # 98-356-2299          COLLECTED:   22DEC98   1247
SOURCE:  BODY FLUID,OTHER                                       RECEIVED:    22DEC98   1528
              HEPTIC DRAIN

----------------- STAINS/PREPARATIONS -------------------
GRAM STAIN                              12/22/98 2154
  FEW WBC'S;
  NO ORGANISMS SEEN

----------------- PRELIMINARY REPORT ------------------
                                        12/24/98 1023

  RARE MODERATE GROUP D STREPTOCOCCUS, ENTEROCOCCUS

---

CATH TIP CULTURE             ACCESSION #  98-355-1035          COLLECTED:   21DEC98   1001
SOURCE:  TIP                                                   RECEIVED:    21DEC98   1055
              R SC TLC

-  ----------------- FINAL REPORT --------------------
                                        12/24/98 1150

  NO GROWTH AT 3 DAYS

---

STOOL CULTURE                ACCESSION #  98-355-0698          COLLECTED:   21DEC98   0253
SOURCE:  STOOL                                                 RECEIVED:    21DEC98   0853


----------------- FINAL REPORT --------------------
                                        12/24/98 0959

  NO SALMONELLA, SHIGELLA, OR CAMPYLOBACTER ISOLATED
  NORMAL ENTERIC FLORA ISOLATED

---

**DYNACARE HERMANN**
*Laboratory Services*

6411 Fannin
**Houston, Texas 77030-1501**
(713) 704-5227

| | |
|---|---|
| *Account No.* | 969254909367  I |
| *Patient:* | **WILFORD, KANE ★★** |
| | **(00000)96925490** |
| *Physician:* | *DUKE, JAMES H. (TRAUMA)* |
| *Location:* | *SIMU SIMU 06* |
| *Date of Birth:* | *05/14/1974*   *Age: 24 YRS*   *Sex: M* |

## M I C R O B I O L O G Y  -  R O U T I N E

CLOSTRIDIUM DIFFICILE TOXIN       ACCESSION #  98-355-0703          COLLECTED:   21DEC98   0253
SOURCE:  STOOL                                                      RECEIVED:    21DEC98   0855

------------------ FINAL REPORT --------------------
                               12/21/98  1419
   NO CLOSTRIDIUM DIFFICILE TOXIN DETECTED

ANAEROBIC CULTURE              ACCESSION #  98-349-4335          COLLECTED:   15DEC98   2328
SOURCE:  BODY FLUID,OTHER                                        RECEIVED:    15DEC98   2328
         ABSCESS

------------------ FINAL REPORT --------------------
                               12/21/98  1437

   NO ANAEROBES ISOLATED AFTER 5 DAYS

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   I
Patient:       WILFORD, KANE **
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      SIMU  SIMU 06
Date of Birth: 05/14/1974   Age: 24 YRS  Sex: M

---

## C A N C E L L E D    O R D E R S

| | | | |
|---|---|---|---|
| 12/21/98 | 0249 | HEMOPROFILE/PLATELET | Specimen Clotted. Order cancelled. |
| 12/21/98 | 0249 | HEMOPROFILE & DIFF & PLATELET | Specimen Clotted. Order cancelled. |

DARLA, RN NOTIF. 04:17.

| | | | |
|---|---|---|---|
| 12/21/98 | 0249 | DIFFERENTIAL | Specimen Clotted. Order cancelled. |

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   1 |
| Patient: | **WILFORD, KANE ** |
| | **(00000)96925490** |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIMU SIMU 06 |
| Date of Birth: | 05/14/1974   Age: 24 YRS   Sex: M |

## P E N D I N G   O R D E R S

| 12/22/98 | 1247 | BODY FLD/TISSUE CULT W/GRAM ST | 98-356-2299 | PRELIM |
|---|---|---|---|---|
| 12/21/98 | 0449 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/21/98 | 0449 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/21/98 | 0449 | DIFFERENTIAL | | DRAWN |
| 12/21/98 | 0247 | CHEM 7 / BASIC METABOLIC SCRN | | DRAWN |
| 12/21/98 | 0247 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/21/98 | 0247 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/21/98 | 0247 | DIFFERENTIAL | | DRAWN |
| 12/21/98 | 0051 | MRSA CULTURE | | DRAWN |
| 12/21/98 | 0051 | RESISTANT ACINETOBACTER SCREEN | | DRAWN |
| 12/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | STAIN |

553

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIMU SIMU 06 |
| Date of Birth: | 05/14/1974   Age: 24 YRS   Sex: M |

## G E N E R A L   C H E M I S T R Y

| | 12/23/98 0149 | 12/22/98 1247 | 12/22/98 0309 | 12/21/98 1001 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | 133* | 134* | 126* | 136 | [135-145] | MEQ/L |
| POTASSIUM | 4.9 | 4.5 | 4.2 | 4.5 | [3.5-5.0] | MEQ/L |
| CHLORIDE | 97 | 99 | 91* | 103 | [95-109] | MEQ/L |
| CO2 | 25 | 28 | 30 | 25 | [24-32] | MEQ/L |
| CREATININE | 0.7 | 0.7 | 0.6 | 0.8 | [0.5-1.4] | MG/DL |
| BUN | 16 | 15 | 14 | 11 | [10-20] | MG/DL |
| GLUCOSE | 132* | 131* | 147* | 93 | [65-110] | MG/DL |

| | 12/21/98 0348 | REFERENCE: | UNITS: |
|---|---|---|---|
| SODIUM | 135 | [135-145] | MEQ/L |
| POTASSIUM | 5.6* | [3.5-5.0] | MEQ/L |
| CHLORIDE | 103 | [95-109] | MEQ/L |
| CO2 | 18* | [24-32] | MEQ/L |
| CREATININE | 0.9 | [0.5-1.4] | MG/DL |
| BUN | 12 | [10-20] | MG/DL |
| GLUCOSE | 101 | [65-110] | MG/DL |
| IONIZED CALCIUM | 1.03* | [1.16-1.30] | MMOL/L |
| IONIZED CALCIUM | 4.12* | [4.65-5.20] | MG/DL |
| NORM CA (PH 7.4) | 1.10* | [1.16-1.30] | MMOL/L |
| NORM CA (PH 7.4) | 4.40* | [4.65-5.20] | MG/DL |
| PHOSPHORUS | 3.4* | [3.5-6.0] | MG/DL |
| MAGNESIUM | 1.8 | [1.8-3.0] | MG/DL |

## B O D Y   F L U I D S   A N A L Y S I S

| | | REFERENCE: | UNITS: |
|---|---|---|---|
| FECAL LEUKOCYTE | 12/21/98 0253 | | |
| | No WBC's seen. | | |

Legend:
Out of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367  1
Patient:       **WILFORD, KANE ***
               **(00000)96925490**
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *SIMU SIMU 06*
Date of Birth: *05/14/1974    Age: 24 YRS   Sex: M*

## HEMATOLOGY

| | 12/23/98 0149 | 12/22/98 0309 | 12/21/98 0451 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|
| **HEMOPROFILE** | | | | | |
| WBC X 10x3 | 20.2* | 18.6* | 19.8* | [4.8-10.8] | /CMM |
| RBC X 10x6 | 3.10* | 3.02* | 3.01* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 9.2* | 9.1* | 8.8* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 27.9* | 27.1* | 27.2* | [42.0-54.0] | % |
| MCV | 89.9 | 89.8 | 90.5 | [80.0-94.0] | FL |
| MCH | 29.7 | 30.0 | 29.2 | [27.0-31.0] | PG |
| MCHC | 33.1 | 33.4 | 32.3 | [32.0-36.0] | % |
| PLATELET X 10x3 | 854* | 829* | 786* | [133-333] | /CMM |
| **DIFFERENTIAL** | | | | | |
| POLYS | 76 | 80 | 74 | [43-84] | % |
| BANDS | 1 | | | [0-8] | % |
| LYMPHOCYTES | 17 | 11* | 22 | [12-42] | % |
| MONOCYTES | 4 | 8 | 4 | [1-13] | % |
| EOSINOPHILS | 1 | | | [0-6] | % |
| BASOPHILS | 1 | | | [0-1] | % |
| METAMYELOCYTES | | 1* | | [<      0] | % |
| **RBC MORPHOLOGY** | | | | | |
| PLT ESTIMATE | INC MKD* | INC MKD* | INC MOD* | [NORMAL] | |
| POIKILOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | | |
| ANISOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | | |
| POLYCHROMASIA | | SLIGHT | SLIGHT | | |
| TARGET CELLS | OCCASSNL | | SLIGHT | | |

## MICROBIOLOGY - BLOOD CULTURES

BLOOD CULTURE-AUTOMATED        ACCESSION # BC-98-25623        COLLECTED:  15DEC98  0954
SOURCE:  BLOOD                                                RECEIVED:   15DEC98  1548

--------------------- FINAL REPORT ---------------------
                                    12/21/98 1504
   NO GROWTH AT 5 DAYS

Legend:
*   Out of Ref. Range

---

Printed Date/Time
           12/23/1998 2139                    *SPLIT-CUMULATIVE*                              2

Discharge Date:                                                                    *Continued..*

           *HEMATOLOGY   MICROBIOLOGY*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIMU  SIMU  06 |
| Date of Birth: | 05/14/1974     Age: 24 YRS   Sex: M |

## M I C R O B I O L O G Y  -  B L O O D   C U L T U R E S

---

BLOOD CULTURE-AUTOMATED          ACCESSION #   BC-98-25624          COLLECTED:   15DEC98   1549
SOURCE:  BLOOD                                                      RECEIVED:    15DEC98   1549

------------------ FINAL REPORT ------------------
                                12/21/98 1504
   NO GROWTH AT 5 DAYS

---

BLOOD CULTURE-AUTOMATED          ACCESSION #   BC-98-25902          COLLECTED:   18DEC98   1152
SOURCE:  BLOOD                                                      RECEIVED:    18DEC98   1542
         A LINE

------------------ PRELIMINARY REPORT ------------------
                                12/23/98 1432
   NO GROWTH AT 5 DAYS

---

BLOOD CULTURE-AUTOMATED          ACCESSION #   BC-98-25904          COLLECTED:   18DEC98   1153
SOURCE:  BLOOD                                                      RECEIVED:    18DEC98   1544
         R BRACHIAL

------------------ FINAL REPORT ------------------
                                12/22/98 0820
   AEROBIC BOTTLE: STAPHYLOCOCCUS SPECIES, NOT S. AUREUS

------------------ SUSCEPTIBILITY TESTING ------------------
                  SSNA
                  KB
AMPICILLIN          R
CLINDAMYCIN         R
ERYTHROMYCIN        R
GENTAMICIN          R
OFLOXACIN           R
OXACILLIN           R
PENICILLIN          R
VANCOMYCIN          S

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   I
Patient:       **WILFORD, KANE ***
               *(00000)96925490*
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *SIMU SIMU 06*
Date of Birth: *05/14/1974    Age: 24 YRS   Sex: M*

---

## M I C R O B I O L O G Y   -   R O U T I N E

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION # 98-356-2299          COLLECTED:  22DEC98  1247
SOURCE:  BODY FLUID,OTHER                                       RECEIVED:   22DEC98  1528
               HEPTIC DRAIN

------------------ STAINS/PREPARATIONS ------------------
GRAM STAIN                              12/22/98 2154
  FEW WBC'S;
  NO ORGANISMS SEEN

------------------ PRELIMINARY REPORT ------------------
                                        12/23/98 1513

  RARE YOUNG GROWTH, REINCUBATING

---

CATH TIP CULTURE              ACCESSION #  98-355-1035          COLLECTED:  21DEC98  1001
SOURCE:  TIP                                                    RECEIVED:   21DEC98  1055
               R SC TLC

-- --------------- PRELIMINARY REPORT ------------------
                                        12/23/98 1204

  NO GROWTH AT 2 DAYS

---

STOOL CULTURE                 ACCESSION #  98-355-0698          COLLECTED:  21DEC98  0253
SOURCE:  STOOL                                                  RECEIVED:   21DEC98  0853

------------------ PRELIMINARY REPORT ------------------
                                        12/23/98 1125

  NORMAL ENTERIC FLORA ISOLATED

---

CLOSTRIDIUM DIFFICILE TOXIN   ACCESSION #  98-355-0703          COLLECTED:  21DEC98  0253
SOURCE:  STOOL                                                  RECEIVED:   21DEC98  0855

--------------------- FINAL REPORT ---------------------
                                        12/21/98 1419

  NO CLOSTRIDIUM DIFFICILE TOXIN DETECTED

---

*Printed Date/Time*

        *12/23/1998  2139*

                              **SPLIT-CUMULATIVE**                          4

*Discharge Date:*                                              *Continued..*

                              *MICROBIOLOGY*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:   **WILFORD, KANE \*\***
           **(00000)96925490**
Physician:   DUKE, JAMES H. (TRAUMA)
Location:   SIMU SIMU 06
Date of Birth:  05/14/1974   Age: 24 YRS   Sex: M

---

## M I C R O B I O L O G Y  -  R O U T I N E

---

ANAEROBIC CULTURE            ACCESSION #  98-349-4335          COLLECTED:  15DEC98   2328
SOURCE:  BODY FLUID,OTHER                                      RECEIVED:   15DEC98   2328
         ABSCESS

- - - - - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - - - - - - -
                                     12/21/98 1437

   NO ANAEROBES ISOLATED AFTER 5 DAYS

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.   969254909367  I
Patient:      **WILFORD, KANE ***
              **(00000)96925490**
Physician:    *DUKE, JAMES H. (TRAUMA)*
Location:     *SIMU  SIMU 06*
Date of Birth: *05/14/1974    Age: 24 YRS   Sex: M*

---

## C A N C E L L E D     O R D E R S

| | | | |
|---|---|---|---|
| .2/21/98 | 0249 | HEMOPROFILE/PLATELET | Specimen Clotted. Order cancelled. |
| .2/21/98 | 0249 | HEMOPROFILE & DIFF & PLATELET | Specimen Clotted. Order cancelled. |
| )ARLA, RN NOTIF. 04:17. | | | |
| .2/21/98 | 0249 | DIFFERENTIAL | Specimen Clotted. Order cancelled. |

---

*Printed Date/Time*

*12/23/1998  2139*

*SPLIT-CUMULATIVE*

6

*Discharge Date:*

*CANCELLED*

*Continued..*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

*Account No.* 969254909367  *I*
*Patient:* **WILFORD, KANE ***
**(00000)96925490**
*Physician:* **DUKE, JAMES H. (TRAUMA)**
*Location:* *SIMU SIMU 06*
*Date of Birth:* *05/14/1974   Age: 24 YRS   Sex: M*

---

## PENDING ORDERS

| | | | | |
|---|---|---|---|---|
| 12/22/98 | 1247 | BODY FLD/TISSUE CULT W/GRAM ST | 98-356-2299 | PRELIM |
| 12/21/98 | 1001 | CATH TIP CULTURE | 98-355-1035 | PRELIM |
| 12/21/98 | 0449 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/21/98 | 0449 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/21/98 | 0449 | DIFFERENTIAL | | DRAWN |
| 12/21/98 | 0253 | STOOL CULTURE | 98-355-0698 | PRELIM |
| 12/21/98 | 0247 | CHEM 7 / BASIC METABOLIC SCRN | | DRAWN |
| 12/21/98 | 0247 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/21/98 | 0247 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/21/98 | 0247 | DIFFERENTIAL | | DRAWN |
| 12/21/98 | 0051 | MRSA CULTURE | | DRAWN |
| 12/21/98 | 0051 | RESISTANT ACINETOBACTER SCREEN | | DRAWN |
| 12/20/98 | 0525 | TIMED UREA NITROGEN | | DRAWN |
| 12/20/98 | 0355 | PREALBUMIN | | DRAWN |
| 12/18/98 | 1152 | BLOOD CULTURE-AUTOMATED | BC-98-25902 | PRELIM |
| 12/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | STAIN |

---

```
     HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY           ====  ====      DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER            ===   ===       THE UNIVERSITY OF TEXAS
     6411 FANNIN                 =     =        MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501          ===   ===       6431 FANNIN, SUITE 2.132
    (713) 797-2800              ====  ====         HOUSTON, TX 77030
 (713) 793-5344 (FAX)          ===== =====          (713) 792-5235
```

PT NAME: WILFORD ,KANE **                ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974   AGE:  24  SEX: M       DT PERF: 12/24/98  AT  12:00  HRS.
MR#: 96925490  9367      STATUS:  IA     REQUISITION NO: 01241181
                                         MED RECORDS (CHART) COPY
N/S: SIMU RM/BD: SIMU06  OR VISIT CLINIC:
INDICATIONS: OPN WOUND SITE NOS-COMP

EXAM(S) PERFORMED: CHEST 1 VIEW (110 KV @ 6.4MAS)

INDICATION:  Shortness of breath.
FINDINGS:  Portable view of the chest dated 12/24/98 at 1215 hours
is compared to 12/23/98 at 0415 hours.  Compared to the prior
examination, there is redemonstration of a right-sided pleural
effusion with two right-sided chest tubes in place.  The remainder
of the life support lines remain in stable position.  The lungs are
hypoinflated.  Subsegmental atelectasis is noted in both lung
bases.

```
                         READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA)     RESIDENT:
APPROV RAD:                          RESULTS REC'D:   98/12/25   09:19
RESULTS APPROVED:  12/24/98  12:00   RESULTS READ :
                         · PAGE 1
```

```
      HERMANN HOSPITAL        ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
   ?ARTMENT OF RADIOLOGY      ====  ====        DEPARTMENT OF RADIOLOGY
   TEXAS MEDICAL CENTER       ===   ===         THE UNIVERSITY OF TEXAS
        6411 FANNIN            =     =          MEDICAL SCHOOL AT HOUSTON
   HOUSTON, TX 77030-1501     ===   ===         6431 FANNIN, SUITE 2.132
        (713) 797-2800        ====  ====            HOUSTON, TX 77030
     (713) 793-5344 (FAX)     ===== =====            (713) 792-5235
```

---

PT NAME: WILFORD ,KANE **              DT PERF: 12/24/98  AT  12:00   HRS.
MR#: 96925490  9367                    REQUISITION NO: 01241181

---

                        READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)      RESIDENT:
A°PROVING RAD:                         RESULTS REC'D:  98/12/25   09:19
   ;ULTS APPROVED:  12/24/98  12:00    RESULTS READ :
09:19 12/25/98 FROM ????,HDRDRLF2
A3DA4001

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIC2 SIC2 19 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## G E N E R A L     C H E M I S T R Y

| | 12/22/98 1247 | 12/22/98 0309 | 12/21/98 1001 | 12/21/98 0348 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | 134* | 126* | 136 | 135 | [135-145] | MEQ/L |
| POTASSIUM | 4.5 | 4.2 | 4.5 | 5.6* | [3.5-5.0] | MEQ/L |
| CHLORIDE | 99 | 91* | 103 | 103 | [95-109] | MEQ/L |
| CO2 | 28 | 30 | 25 | 18* | [24-32] | MEQ/L |
| CREATININE | 0.7 | 0.6 | 0.8 | 0.9 | [0.5-1.4] | MG/DL |
| BUN | 15 | 14 | 11 | 12 | [10-20] | MG/DL |
| GLUCOSE | 131* | 147* | 93 | 101 | [65-110] | MG/DL |
| IONIZED CALCIUM | | | | 1.03* | [1.16-1.30] | MMOL/L |
| IONIZED CALCIUM | | | | 4.12* | [4.65-5.20] | MG/DL |
| NORM CA (PH 7.4) | | | | 1.10* | [1.16-1.30] | MMOL/L |
| NORM CA (PH 7.4) | | | | 4.40* | [4.65-5.20] | MG/DL |
| PHOSPHORUS | | | | 3.4* | [3.5-6.0] | MG/DL |
| MAGNESIUM | | | | 1.8 | [1.8-3.0] | MG/DL |

## B O D Y   F L U I D S   A N A L Y S I S

| | | REFERENCE: | UNITS: |
|---|---|---|---|

FECAL LEUKOCYTE     12/21/98 0253
                   No WBC's seen.

Le   d:
*.    t of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas  77030-1501**
**(713) 704-5227**

Account No.    969254909367   1
Patient:       *WILFORD, KANE ***
               *(00000)96925490*
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *SIC2 SIC2  19*
Date of Birth: *05/14/1974    Age: 24 YRS   Sex: M*

---

# H E M A T O L O G Y

| | 12/22/98 0309 | 12/21/98 0451 | REFERENCE: | UNITS: |
|---|---|---|---|---|
| **HEMOPROFILE** | | | | |
| WBC X 10x3 | **18.6*** | **19.8*** | [4.8-10.8] | /CMM |
| RBC X 10x6 | **3.02*** | **3.01*** | [4.70-6.10] | /CMM |
| HEMOGLOBIN | **9.1*** | **8.8*** | [14.0-18.0] | G/DL |
| HEMATOCRIT | **27.1*** | **27.2*** | [42.0-54.0] | % |
| MCV | 89.8 | 90.5 | [80.0-94.0] | FL |
| MCH | 30.0 | 29.2 | [27.0-31.0] | PG |
| MCHC | 33.4 | 32.3 | [32.0-36.0] | % |
| PLATELET X 10x3 | **829*** | **786*** | [133-333] | /CMM |
| | | | | |
| **DIFFERENTIAL** | | | | |
| POLYS | 80 | 74 | [43-84] | % |
| LYMPHOCYTES | **11*** | 22 | [12-42] | % |
| MONOCYTES | 8 | 4 | [1-13] | % |
| MYELOCYTES | **1*** | | [<      0] | % |
| | | | | |
| **RBC MORPHOLOGY** | | | | |
| PLT ESTIMATE | INC MKD* | INC MOD* | [NORMAL] | |
| POIKILOCYTOSIS | SLIGHT | SLIGHT | | |
| ANISOCYTOSIS | SLIGHT | SLIGHT | | |
| POLYCHROMASIA | SLIGHT | SLIGHT | | |
| TARGET CELLS | | SLIGHT | | |

## M I C R O B I O L O G Y   -   B L O O D   C U L T U R E S

---

BLOOD CULTURE-AUTOMATED        ACCESSION #  BC-98-25623        COLLECTED:  15DEC98   0954
SOURCE:  BLOOD                                                 RECEIVED:   15DEC98   1548

---

-------------------- FINAL REPORT --------------------
                              12/21/98 1504

   NO GROWTH AT 5 DAYS

Legend:
  Out of Ref. Range

---

Printed Date/Time

        *12/22/1998  2140*                **SPLIT-CUMULATIVE**                              2

Discharge Date:                                                            *Continued..*

        *HEMATOLOGY    MICROBIOLOGY*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.     969254909367   1
Patient:       **WILFORD, KANE **
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      SIC2 SIC2 19
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

---

## M I C R O B I O L O G Y   -   B L O O D   C U L T U R E S

---

LOOD CULTURE-AUTOMATED       ACCESSION #   BC-98-25624          COLLECTED:   15DEC98   1549
OURCE:  BLOOD                                                   RECEIVED:    15DEC98   1549

------------------- FINAL REPORT ---------------------
                                    12/21/98 1504

NO GROWTH AT 5 DAYS

---

LOOD CULTURE-AUTOMATED       ACCESSION #   BC-98-25902          COLLECTED:   18DEC98   1152
OURCE:  BLOOD                                                   RECEIVED:    18DEC98   1542
              A LINE

------------------ PRELIMINARY REPORT -------------------
                                    12/22/98 1530

NO GROWTH AT 4 DAYS

---

LU   CULTURE-AUTOMATED        ACCESSION #   BC-98-25904         COLLECTED:   18DEC98   1153
OURCE:  BLOOD                                                   RECEIVED:    18DEC98   1544
              R BRACHIAL

------------------- FINAL REPORT ---------------------
                                    12/22/98 0820

AEROBIC BOTTLE: STAPHYLOCOCCUS SPECIES, NOT S. AUREUS

------------------ SUSCEPTIBILITY TESTING ----------------
                   SSNA
                   KB
MPICILLIN          R
LINDAMYCIN         R
RYTHROMYCIN        R
ENTAMICIN          R
FLOXACIN           R
XACILLIN           R
PENICILLIN         R
ANCOMYCIN          S

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   I
Patient:       **WILFORD, KANE ***
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      SIC2 SIC2 19
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## M I C R O B I O L O G Y   -   R O U T I N E

---

**CATH TIP CULTURE**        ACCESSION #  98-355-1035          COLLECTED:  21DEC98  1001
SOURCE:  TIP                                                   RECEIVED:   21DEC98  1055
                R SC TLC

------------------ PRELIMINARY REPORT ------------------
                                        12/22/98 0806
  NO GROWTH AT 1 DAY

---

**STOOL CULTURE**           ACCESSION #  98-355-0698          COLLECTED:  21DEC98  0253
SOURCE:  STOOL                                                RECEIVED:   21DEC98  0853

------------------ PRELIMINARY REPORT ------------------
                                        12/22/98 1150
  NO AEROBIC ENTERIC FLORA ISOLATED

---

**CLOSTRIDIUM DIFFICILE TOXIN**    ACCESSION #  98-355-0703   COLLECTED:  21DEC98  0253
SOURCE:  STOOL                                                RECEIVED:   21DEC98  0855

------------------ FINAL REPORT ------------------
                                        12/21/98 1419
  NO CLOSTRIDIUM DIFFICILE TOXIN DETECTED

---

**ANAEROBIC CULTURE**       ACCESSION #  98-349-4335          COLLECTED:  15DEC98  2328
SOURCE:  BODY FLUID,OTHER                                     RECEIVED:   15DEC98  2328
                ABSCESS

------------------ FINAL REPORT ------------------
                                        12/21/98 1437
  NO ANAEROBES ISOLATED AFTER 5 DAYS

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:        **WILFORD, KANE ***
                 **(00000)96925490**
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *SIC2  SIC2  19*
Date of Birth: *05/14/1974   Age: 24 YRS   Sex: M*

---

```
                     C A N C E L L E D      O R D E R S
```

| | | | |
|---|---|---|---|
| 2/21/98 | 0249 | HEMOPROFILE/PLATELET | Specimen Clotted. Order cancelled. |
| 2/21/98 | 0249 | HEMOPROFILE & DIFF & PLATELET | Specimen Clotted. Order cancelled. |
| ARLA, RN NOTIF. 04:17. | | | |
| 2/21/98 | 0249 | DIFFERENTIAL | Specimen Clotted. Order cancelled. |

*Printed Date/Time*

*12/22/1998  2140*

***SPLIT-CUMULATIVE***

5

*Discharge Date:*

*Continued..*

*CANCELLED*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIC2  SIC2  19 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## P E N D I N G     O R D E R S

| Date | Time | Test | Number | Status |
|------|------|------|--------|--------|
| 12/22/98 | 1247 | BODY FLD/TISSUE CULT W/GRAM ST | 98-356-2299 | RECVD |
| 12/21/98 | 1001 | CATH TIP CULTURE | 98-355-1035 | PRELIM |
| 12/21/98 | 0449 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/21/98 | 0449 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/21/98 | 0449 | DIFFERENTIAL | | DRAWN |
| 12/21/98 | 0253 | STOOL CULTURE | 98-355-0698 | PRELIM |
| 12/21/98 | 0247 | CHEM 7 / BASIC METABOLIC SCRN | | DRAWN |
| 12/21/98 | 0247 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/21/98 | 0247 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/21/98 | 0247 | DIFFERENTIAL | | DRAWN |
| 12/21/98 | 0051 | MRSA CULTURE | | DRAWN |
| 12/21/98 | 0051 | RESISTANT ACINETOBACTER SCREEN | | DRAWN |
| 12/20/98 | 0525 | TIMED UREA NITROGEN | | DRAWN |
| 12/20/98 | 0355 | PREALBUMIN | | DRAWN |
| 12/19/98 | 0305 | OXYHEMOGLOBIN | | DRAWN |
| 12/19/98 | 0305 | ARTERIAL BLOOD GAS | | DRAWN |
| 12/19/98 | 0305 | ARTERIAL BLOOD GAS/OXY PANEL | | DRAWN |
| 12/19/98 | 0305 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/19/98 | 0305 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/19/98 | 0305 | DIFFERENTIAL | | DRAWN |
| 12/18/98 | 1152 | BLOOD CULTURE-AUTOMATED | BC-98-25902 | PRELIM |
| 12/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | STAIN |

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   I
Patient:        **WILFORD, KANE** **
                **(00000)96925490**
Physician:      **DUKE, JAMES H. (TRAUMA)**
Location:       **SIC2 SIC2 19**
Date of Birth:  05/14/1974    Age: 24 YRS   Sex: M

## GENERAL CHEMISTRY

| | 12/19/98 2348 | 12/19/98 0844 | 12/19/98 0843 | 12/19/98 0305 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | 136 | | | 136 | [135-145] | MEQ/L |
| POTASSIUM | 4.1 | | | 4.1 | [3.5-5.0] | MEQ/L |
| CHLORIDE | 103 | | | 106 | [95-109] | MEQ/L |
| CO2 | 21* | | | 22* | [24-32] | MEQ/L |
| CREATININE | 0.7 | | | 0.7 | [0.5-1.4] | MG/DL |
| BUN | 10 | | | 10 | [10-20] | MG/DL |
| GLUCOSE | 118* | | | 124* | [65-110] | MG/DL |
| IONIZED CALCIUM | 1.05* | | | 0.95* | [1.16-1.30] | MMOL/L |
| IONIZED CALCIUM | 4.20* | | | 3.80* | [4.65-5.20] | MG/DL |
| NORM CA (PH 7.4) | 1.08* | | | 1.03* | [1.16-1.30] | MMOL/L |
| NORM CA (PH 7.4) | 4.32* | | | 4.12* | [4.65-5.20] | MG/DL |
| PHOSPHORUS | 3.3 | | | 2.6 | [2.5-4.5] | MG/DL |
| MAGNESIUM | 1.9 | | 1.2* | 2.2 | [1.8-3.0] | MG/DL |
| BILIRUBIN TOTAL | | | | | [0.2-1.0] | MG/DL |
| BILI DIRECT | | 2.4*f | | | [0.0-0.2] | MG/DL |

| | 12/18/98 0219 | 12/17/98 0213 | 12/16/98 1342 | 12/16/98 1341 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | 137 | | | | [135-145] | MEQ/L |
| POTASSIUM | 4.1 | | | | [3.5-5.0] | MEQ/L |
| CHLORIDE | 111* | | | | [95-109] | MEQ/L |
| CO2 | 25 | | | | [24-32] | MEQ/L |
| CREATININE | 0.7 | | | | [0.5-1.4] | MG/DL |
| BUN | 11 | | | | [10-20] | MG/DL |
| GLUCOSE | 140* | | | | [65-110] | MG/DL |
| IONIZED CALCIUM | 1.02* | 1.04* | | | [1.16-1.30] | MMOL/L |
| IONIZED CALCIUM | 4.08* | 4.16* | | | [4.65-5.20] | MG/DL |
| NORM CA (PH 7.4) | 1.04* | 1.03* | | | [1.16-1.30] | MMOL/L |
| NORM CA (PH 7.4) | 4.16* | 4.12* | | | [4.65-5.20] | MG/DL |
| PHOSPHORUS | 3.3 | 3.3 | | | [2.5-4.5] | MG/DL |
| MAGNESIUM | 2.3 | 2.4 | | | [1.8-3.0] | MG/DL |
| BILIRUBIN TOTAL | | | 26.3*f | 8.9*f | [0.2-1.0] | MG/DL |

12/19/98 0844 BILI DIRECT    SAMPLE CHEST DRAINAGE
12/16/98 1342 BILIRUBIN TOTAL HEPATIC DRAINAGE
                            FOOTNOTE ADDED ON   12/16/98   AT 1538 BY LISIAA
12/16/98 1341 BILIRUBIN TOTAL CHEST FLUID
                            FOOTNOTE ADDED ON   12/16/98   AT 1537 BY LISIAA

Legend:
*  ut of Ref. Range,  f= Footnote

Printed Date/Time
        12/20/1998 2134                    **CUMULATIVE-CUTOFF**                          Continued..

Discharge Date:

· *CHEMISTRY*

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.   969254909367  1
Patient:   **WILFORD, KANE **
**(00000)96925490**
Physician:   *DUKE, JAMES H. (TRAUMA)*
Location:   *SIC2 SIC2 19*
Date of Birth:   *05/14/1974*   Age: 24 YRS   Sex: M

## GENERAL CHEMISTRY

|  | 12/16/98 0243 | 12/15/98 0627 | 12/14/98 0331 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|
| SODIUM | **147*** | 144 | 144 | [135-145] | MEQ/L |
| POTASSIUM | 4.4 | 4.2 | 4.2 | [3.5-5.0] | MEQ/L |
| CHLORIDE | **115*** | **113*** | 107 | [95-109] | MEQ/L |
| CO2 | **21*** | **23*** | 31 | [24-32] | MEQ/L |
| CREATININE | 0.8 | 0.8 | 0.9 | [0.5-1.4] | MG/DL |
| BUN | 13 | 17 | **21*** | [10-20] | MG/DL |
| GLUCOSE | 110 | 109 | **118*** | [65-110] | MG/DL |
| IONIZED CALCIUM | **1.04*** | **1.15*** |  | [1.16-1.30] | MMOL/L |
| IONIZED CALCIUM | **4.16*** | **4.60*** |  | [4.65-5.20] | MG/DL |
| NORM CA (PH 7.4) | **1.08*** | SEE NOTE*f |  | [1.16-1.30] | MMOL/L |
| NORM CA (PH 7.4) | **4.32*** | SEE NOTE* |  | [4.65-5.20] | MG/DL |
| PHOSPHORUS | 2.9 | 2.5f |  | [2.5-4.5] | MG/DL |
| MAGNESIUM | **1.7*** | 2.2 | 2.0 | [1.8-3.0] | MG/DL |
| ALT (SGPT) |  |  | **151*** | [0-40] | U/L |
| AST (SGOT) |  |  | **51*** | [0-37] | U/L |
| GGT |  |  | **55*** | [9-54] | U/L |
| A?  ?HOS |  |  | 67 | [39-117] | U/L |
| L. |  |  | **515*** | [94-250] | U/L |
| BILIRUBIN TOTAL |  |  | **1.9*** | [0.2-1.0] | MG/DL |
| BILI DIRECT |  |  | **1.1*** | [0.0-0.2] | MG/DL |

12/15/98 0627  NORM CA (PH 7.4)          UNABLE TO CALCULATE NORM CA DUE TO HIGH PH
12/15/98 0627  PHOSPHORUS     ICTERIC
                              FOOTNOTE ADDED ON   12/15/98  AT 0717 BY LISLSS

## URINE CHEMISTRY

|  | 12/20/98 1045 | REFERENCE: | UNITS: |
|---|---|---|---|
| HR.COLLECTION | 12 |  | HR |
| TOTAL VOLUME | 4400 |  | ML |

**TIMED URINE UREA NITROGEN**

|  |  |  |  |
|---|---|---|---|
| UUN | 251 |  | MG/DL |
| UUN,TIMED | 11 |  | G/TIME |

UUN,TIMED REFERENCE RANGE:  12 - 20 G/24 HR
          NOTE: REFERENCE RANGE CHANGED.

Legend:
*= Out of Ref. Range,  f= Footnote

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:   *WILFORD, KANE ***
   *(00000)96925490*
Physician:   *DUKE, JAMES H. (TRAUMA)*
Location:   *SIC2 SIC2 19*
Date of Birth:   *05/14/1974   Age: 24 YRS   Sex: M*

| | 12/19/98 2348 | 12/17/98 0839 | 12/17/98 0742 | 12/15/98 2326 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| TLD GENTA | | 0800 | UN | 1330 | | |
| TYPE (GENTA) | | PEAK | TROUGH | PHARMACO | | |
| GENTAMICIN | | 9.9f | 0.9f | 1.0f | | UG/ML |
| TYPE (VANCO) | THROUGH | | | | | |
| TLD (VANCO) | 1600 | | | | | |
| VANCOMYCIN | 7.2f | | | | | UG/ML |

| | 12/15/98 1925 | 12/15/98 1734 | | REFERENCE: | UNITS: |
|---|---|---|---|---|---|
| TLD GENTA | 1330 | 1330 | | | |
| TYPE (GENTA) | PHARMACO | RANDOM | | | |
| GENTAMICIN | 2.4f | 4.8f | | | UG/ML |
| GENTAMICIN | THERAPEUTIC RANGE: | | | | |
| | TROUGH: LESS THAN 2.0 UG/ML | | | | |
| | PEAK:   4.0-10.0 UG/ML | | | | |
| | TOXIC:  GREATER THAN 12.0 UG/ML | | | | |
| VANCOMYCIN | THERAPEUTIC RANGE: | | | | |
| | TROUGH: 5 - 10 UG/ML | | | | |
| | PEAK:   20 - 40 UG/ML | | | | |
| | TOXIC:  GREATER THAN 40 UG/ML | | | | |

Legend:
f   footnote

Printed Date/Time

*12/20/1998 2134*

***CUMULATIVE-CUTOFF***

3

Discharge Date:

*Continued..*

*TOXICOLOGY*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   I
Patient:    *WILFORD, KANE ***
*(00000)96925490*
Physician:    *DUKE, JAMES H. (TRAUMA)*
Location:    *SIC2  SIC2  19*
Date of Birth:    *05/14/1974*    Age: 24 YRS    Sex:  M

## BLOOD GAS ANALYSIS

|  | 12/19/98 0305 | 12/18/98 0219 | 12/17/98 0259 | 12/16/98 0243 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|---|
| SOURCE | ARTERIAL* | ARTERIAL* | ARTERIAL* | ARTERIAL* |  |  |  |
| PT TEMP | 39.3 | 37.3 | 37.7 | 37.0 |  |  | C |
| FIO2 | 30 | 30 | 30 |  |  |  | % |
| PH | 7.44 | 7.42 | 7.45 | 7.47* |  | [7.35-7.45] |  |
| PCO2 | 36 | 39 | 34* | 32* |  | [35-45] | MMHG |
| PO2 | 86* | 68* | 76* | 69* |  | [88-108] | MMHG |
| HCO3 | 24 | 25 | 23 | 24 |  | [22-26] | MMOL/L |
| BE | 2 | 1 | 0 | 1 |  | [-2-2] | MMOL/L |
| OXYHGB | 95.4 | 93.6* | 95.0 | 94.6* |  | [95.0-100.0] | % |

|  | 12/15/98 0716 | 12/14/98 0740 | 12/14/98 0249 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SOURCE | ARTERIAL | ARTERIAL* | ARTERIAL* |  |  |  |
| PT TEMP | 038.2C | 39.3 | 38.7 |  |  | C |
| FIO2 | 30% | 30 | 50 |  |  | % |
| PH | 7.46* | 7.49* | 7.51* |  | [7.35-7.45] |  |
| PCO2 | 37 | 37 | 37 |  | [35-45] | MMHG |
| PO2 | 86* | 79* | 74* |  | [88-108] | MMHG |
| HCO3 | 26 | 28* | 30* |  | [22-26] | MMOL/L |
| BE | 4* | 6* | 8* |  | [-2-2] | MMOL/L |
| OXYHGB |  | 96.0 | 95.2 |  | [95.0-100.0] | % |
| T HGB |  | 8.5* |  |  | [14.0-18.0] | G/DL |

Legend:
*- Out of Ref. Range

Printed Date/Time

12/20/1998  2134

*CUMULATIVE-CUTOFF*

4

Discharge Date:

*Continued..*

*BLOOD GAS*

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   1
Patient:    **WILFORD, KANE **
(00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:    SIC2 SIC2 19
Date of Birth:   05/14/1974     Age: 24 YRS   Sex: M

## HEMATOLOGY

|  | 12/19/98 2348 | 12/19/98 0306 | 12/18/98 0219 | 12/17/98 0213 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| **HEMOPROFILE** |  |  |  |  |  |  |
| WBC X 10x3 | 17.5* | 14.7* | 16.9* | 23.8* | [4.8-10.8] | /CMM |
| RBC X 10x6 | 2.97* | 2.85* | 2.80* | 2.39* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 8.9* | 8.3* | 8.4* | 8.7* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 26.4* | 25.8* | 25.4* | 26.4* | [42.0-54.0] | % |
| MCV | 89.0 | 90.7 | 90.7 | 90.4 | [80.0-94.0] | FL |
| MCH | 29.9 | 29.2 | 29.9 | 29.9 | [27.0-31.0] | PG |
| MCHC | 33.6 | 32.1 | 32.9 | 33.2 | [32.0-36.0] | % |
| RDW | 14.7* |  |  | 15.1* | [11.5-14.5] | % |
| PLATELET X 10x3 | 719* | 652* | 556* | 223 | [133-333] | /CMM |
| MPV | 7.2* |  |  | 7.6 | [7.4-10.4] | FL |
| **DIFFERENTIAL** |  |  |  |  |  |  |
| POLYS | 85* | 77 | 82 | 66 | [43-84] | % |
| BANDS | 3 | 1 | 2 | 5 | [0-8] | % |
| LYMPHOCYTES | 8* | 13 | 13 | 15 | [12-42] | % |
| MONOCYTES | 4 | 7 | 3 | 11 | [1-13] | % |
| EOSINOPHILS |  | 2 |  | 3 | [0-6] | % |
| NUCLEATED RBC'S |  | 1 | 1 | 2 |  |  |
| **RBC MORPHOLOGY** |  |  |  |  |  |  |
| PLT ESTIMATE | INC MOD* | INC MOD* | INC MOD* | NORMAL | [NORMAL] |  |
| POIKILOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT |  |  |
| ANISOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT |  |  |

|  | 12/16/98 0243 | 12/15/98 1738 | 12/15/98 1242 | 12/15/98 0627 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| **HEMOPROFILE** |  |  |  |  |  |  |
| WBC X 10x3 | 17.4* |  |  | 18.6* | [4.8-10.8] | /CMM |
| RBC X 10x6 | 2.74* |  |  | 2.86* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 8.4* | 8.2* | 8.2* | 8.9* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 25.1* | 25.3* | 25.6* | 26.1* | [42.0-54.0] | % |
| MCV | 91.9 |  |  | 91.4 | [80.0-94.0] | FL |
| MCH | 30.5 |  |  | 31.1* | [27.0-31.0] | PG |
| MCHC | 33.2 |  |  | 34.0 | [32.0-36.0] | % |
| PLATELET X 10x3 | 426* |  |  | 492* | [133-333] | /CMM |
| **DIFFERENTIAL** |  |  |  |  |  |  |
| POLYS | 79 |  |  | 79 | [43-84] | % |
| BANDS | 2 |  |  | 2 | [0-8] | % |

Legend:
* Out of Ref. Range

F.     Date/Time

12/20/1998 2134

Discharge Date:

**CUMULATIVE-CUTOFF**

5

Continued..

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
ston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   1
Patient:   **WILFORD, KANE \*\***
                  **(00000)96925490**
Physician:   DUKE, JAMES H. (TRAUMA)
Location:   SIC2  SIC2  19
Date of Birth:   05/14/1974   Age: 24 YRS   Sex: M

## HEMATOLOGY

| | 12/16/98 0243 | 12/15/98 1738 | 12/15/98 1242 | 12/15/98 0627 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| ERENTIAL | | | | | | |
| PHOCYTES | 11* | | | 8* | [12-42] | % |
| )CYTES | 6 | | | 7 | [1-13] | % |
| :NOPHILS | 2 | | | 2 | [0-6] | % |
| AMYELOCYTES | | | | 2* | [< 0] | % |
| MORPHOLOGY | | | | | | |
| ESTIMATE | INC SL | | | INC SL | [NORMAL] | |
| KILOCYTOSIS | | | | SLIGHT | | |
| :OCYTOSIS | SLIGHT | | | SLIGHT | | |

| | 12/15/98 0418 | 12/14/98 2141 | 12/14/98 1554 | 12/14/98 1416 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| OP' 'ILE | | | | | | |
| G1    N | 8.7* | 8.8* | 9.0* | 8.9* | [14.0-18.0] | G/DL |
| TOCRIT | 26.9* | 26.2* | 28.0* | 27.8* | [42.0-54.0] | % |

| | 12/14/98 0331 | REFERENCE: | UNITS: |
|---|---|---|---|
| )PROFILE | | | |
| X 10x3 | 15.3* | [4.8-10.8] | /CMM |
| X 10x6 | 2.59* | [4.70-6.10] | /CMM |
| 3LOBIN | 7.7* | [14.0-18.0] | G/DL |
| TOCRIT | 23.3* | [42.0-54.0] | % |
| | 90.0 | [80.0-94.0] | FL |
| | 29.6 | [27.0-31.0] | PG |
| | 32.9 | [32.0-36.0] | % |
| | 14.4 | [11.5-14.5] | % |
| :LET X 10x3 | 459* | [133-333] | /CMM |
| | 7.2* | [7.4-10.4] | FL |
| RENTIAL | | | |
| : | 76 | [43-84] | % |
| !OCYTES | 13 | [12-42] | % |
| YTES | 8 | [1-13] | % |
| OPHILS | 3 | [0-6] | % |

d:
t of Ref. Range

ted t   Time

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
ston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   1 |
| Patient: | **WILFORD, KANE **** |
| | **(00000)96925490** |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIC2 SIC2 19 |
| Date of Birth: | 05/14/1974   Age: 24 YRS   Sex: M |

## H E M A T O L O G Y

12/14/98
0331

REFERENCE:        UNITS:

: MORPHOLOGY
  ESTIMATE           INC SL
KILOCYTOSIS          SLIGHT                        [NORMAL]
SOCYTOSIS            SLIGHT

## U R I N A L Y S I S

12/15/98
0954

REFERENCE:        UNITS:

E MACROSCOPIC ANALYSIS

| | | |
|---|---|---|
| R | DK YELLO | |
| IT Y | SLIGHT | [CLEAR] |
| ITY | 1.025 | [1.005-1.035] |
| | 5.0 | [4.5-8.0] |
| EIN | **1+*** | [NEGATIVE] |
| OSE | NEGATIVE | [NEGATIVE] |
| NES | TRACE | [NEGATIVE] |
| O | **LARGE*** | [NEGATIVE] |
| RUBIN | **POSITIVE*f** | [NEGATIVE] |
| ILINOGEN | **>=8.0*** | [0.1-1.0]   EU/DL |
| CYTE ESTER | **SMALL*** | [NEGATIVE] |
| TE | **POSITIVE*** | [NEGATIVE] |

E MICROSCOPIC ANALYSIS

| | | |
|---|---|---|
| OUS EPITH | FEW | |
| PF | **20-25*** | |
| PF | **13-18*** | |
| RIA | FEW | [/HPF] |
| : | FEW | [/LPF] |
| HOUS | FEW | [/LPF] |

d:
t of Ref. Range, f= Footnote
JBIN...... 12/15/98 0954 Confirmed by Ictotest.

ea        ime

12/20/1998 2134        ***CUMULATIVE-CUTOFF***        7

rge Date:                                          Continued..

URINALYSIS              HEMATOLOGY

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   1
Patient:   **WILFORD, KANE ‡‡**
            **(00000)96925490**
Physician:   *DUKE, JAMES H. (TRAUMA)*
Location:   *SIC2  SIC2  19*
Date of Birth:   *05/14/1974*   Age: 24 YRS   Sex: M

---

## I M M U N O L O G Y

| | 12/19/98 | | | |
|---|---|---|---|---|
| | 2348 | | REFERENCE: | UNITS: |
| EALBUMIN | **7.2** | * | (18.0-45.0) | MG/DL |

## B L O O D   B A N K
### BLOOD GROUP AND TYPE

| | | ABO/RH TYPE |
|---|---|---|
| 12/14/98 | 0707 | A POS |

### ANTIBODY SCREENING AND TESTING

| | | ANTIBODY SCREEN |
|---|---|---|
| 12/14/98 | 0707 | NEGATIVE |

## B L O O D   C O M P O N E N T   T R A N S F U S I O N   S U M M A R Y

| DONOR NUMBER | PRODUCT/BLOOD COMPONENT | TRANSFUSION DATE |
|---|---|---|
| 3513906 | PLASMA | 12/07/98 |
| 3511705 | PLASMA | 12/07/98 |
| 105956831 | RBC | 12/14/98 |
| 105953950 | RBC | 12/14/98 |
| 3518872 | RBC | 12/07/98 |
| 3502544 | RBC | 12/07/98 |
| 3520066 | RBC | 12/07/98 |
| 3518845 | RBC | 12/07/98 |
| 3511872 | RBC | 12/07/98 |
| 192373107 | RBC | 12/07/98 |
| 3511589 | RBC | 12/07/98 |
| 192373100 | RBC | 12/07/98 |
| 3506032 | RBC | 12/07/98 |
| 3500756 | RBC | 12/07/98 |
| 3502091 | RBC | 12/07/98 |
| 105955036 | RBC | 12/07/98 |

end:
Out of Ref. Range

'rin.     ate/Time

*12/20/1998 2134*

*CUMULATIVE-CUTOFF*

8

scharge Date:

*Continued..*

*IMMUNOLOGY     BLOOD BANK     BLOOD BANK*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.     969254909367   I
Patient:        **WILFORD, KANE ***
                **(00000)96925490**
Physician:      **DUKE, JAMES H. (TRAUMA)**
Location:       **SIC2 SIC2 19**
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

---

# B L O O D   B A N K   C R O S S M A T C H   S E C T I O N

| DONOR NUMBER | XM RESULT | XM DATE |
|---|---|---|
| 105956831 | COMPAT | 12/14/98 |
| 105953950 | COMPAT | 12/14/98 |

# M I C R O B I O L O G Y  -  B L O O D   C U L T U R E S

---

OOD CULTURE-AUTOMATED          ACCESSION #  BC-98-25178        COLLECTED:  09DEC98  1040
URCE:  BLOOD                                                   RECEIVED:   09DEC98  1159
                R ARM

------------------ FINAL REPORT ----------------------
                              12/15/98  1413

NO GROWTH AT 5 DAYS

---

OOD CULTURE-AUTOMATED          ACCESSION #  BC-98-25179        COLLECTED:  09DEC98  1040
U  :  BLOOD                                                    RECEIVED:   09DEC98  1200

------------------ FINAL REPORT ----------------------
                              12/15/98  1413

NO GROWTH AT 5 DAYS

---

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIC2 SIC2 19 |
| Date of Birth: | 05/14/1974   Age: 24 YRS  Sex: M |

## MICROBIOLOGY - BLOOD CULTURES

BLOOD CULTURE-AUTOMATED          ACCESSION #  BC-98-25452          COLLECTED:  13DEC98  0803
SOURCE:  BLOOD                                                     RECEIVED:   13DEC98  1323
              LINE

----------------- FINAL REPORT ----------------------
                                    12/16/98 1034
  AEROBIC AND ANAEROBIC BOTTLES:
  ESCHERICHIA COLI

----------------- SUSCEPTIBILITY TESTING ----------------
                      E COLI
            MIC INTERP

| | MIC | INTERP |
|---|---|---|
| AMIKACIN | | S |
| AMPICILL/SULBAC | | R |
| AMPICILLIN | | R |
| CEFAZOLIN | | R |
| CEFIPIME | | S |
| CEFOTAXIME | | S |
| CE  TIN | | S |
| CEF  IDIME | | S |
| CIPROFLOXACIN | | S |
| GENTAMICIN | | S |
| IMIPENEM | | S |
| LEVOFLOXACIN | | S |
| PIPERACILLIN | | R |
| PIPERCIL/TAZO | | S |
| TOBRAMYCIN | | S |
| TRIMETH/SULFA | | R |

BLOOD CULTURE-AUTOMATED          ACCESSION #  BC-98-25453          COLLECTED:  13DEC98  0804
SOURCE:  BLOOD                                                     RECEIVED:   13DEC98  1324
              LF RADIAL LINE

------------------- FINAL REPORT ----------------------
                                    12/16/98 1037
  AEROBIC AND ANAEROBIC BOTTLES:
  GRAM NEGATIVE RODS,LACTOSE FERMENTERS
  REFER TO CULTURE # BC-98-25452 FOR IDENTIFICATION AND
   SUSCEPTIBILITY RESULTS

**DYNACARE HERMANN**
**Laboratory Services** -

  6411 Fannin
.ouston, Texas 77030-1501
  (713) 704-5227

Account No.    969254909367   1
Patient:       **WILFORD, KANE** **
               **(00000)96925490**
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *SIC2 SIC2 19*
Date of Birth: *05/14/1974*   Age: *24 YRS*   Sex: *M*

---

## MICROBIOLOGY - BLOOD CULTURES

---

.OOD CULTURE-AUTOMATED       ACCESSION #   BC-98-25623       COLLECTED:   15DEC98   0954
.URCE:  BLOOD                                                RECEIVED:    15DEC98   1548


----------------- PRELIMINARY REPORT ------------------
                                    12/20/98 1503

NO GROWTH AT 5 DAYS

---

.OOD CULTURE-AUTOMATED       ACCESSION #   BC-98-25624       COLLECTED:   15DEC98   1549
.URCE:  BLOOD                                                RECEIVED:    15DEC98   1549


----------------- PRELIMINARY REPORT ------------------
                                    12/20/98 1503

NO GROWTH AT 5 DAYS

---

.O   \ULTURE-AUTOMATED       ACCESSION #   BC-98-25902       COLLECTED:   18DEC98   1152
Uk  .:  BLOOD                                                RECEIVED:    18DEC98   1542
            A LINE

----------------- PRELIMINARY REPORT ------------------
                                    12/20/98 1500

NO GROWTH AT 2 DAYS

---

.OOD CULTURE-AUTOMATED       ACCESSION #   BC-98-25904       COLLECTED:   18DEC98   1153
.URCE:  BLOOD                                                RECEIVED:    18DEC98   1544
            R BRACHIAL

----------------- PRELIMINARY REPORT ------------------
                                    12/20/98 1341

AEROBIC BOTTLE: GRAM POSITIVE COCCI IN CLUSTERS
CALLED LYDIA GONZALES,SIC2,X44290 12/20/98 1345

---

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | **WILFORD, KANE ** |
| | **(00000)96925490** |
| Physician: | **DUKE, JAMES H. (TRAUMA)** |
| Location: | *SIC2  SIC2  19* |
| Date of Birth: | *05/14/1974   Age: 24 YRS   Sex: M* |

---

## MICROBIOLOGY - ROUTINE

---

ESPIRATORY CULT/GRAM ST          ACCESSION #   98-352-3203          COLLECTED:   18DEC98   1159
OURCE:   SPUTUM                                                     RECEIVED:    18DEC98   1945


------------------ STAINS/PREPARATIONS -------------------
RAM STAIN                                12/18/98  2249
  FEW WBC'S; NO SQUAMOUS EPITHELIAL CELLS;
  NO ORGANISMS SEEN

--------------------- FINAL REPORT ---------------------
                                         12/20/98  1010
FEW UPPER RESPIRATORY FLORA

---

RINE CULTURE               ACCESSION #   98-352-2219          COLLECTED:   18DEC98   1152
OURCE:   CLEAN CATCH URINE                                    RECEIVED:    18DEC98   1357


--------------- FINAL REPORT ---------------------
                                         12/20/98  1249
NO GROWTH AT 2 DAYS

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:       ⁻ WILFORD, KANE **
                  (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:     SIC2  SIC2  19
Date of Birth: 05/14/1974   Age: 24 YRS  Sex: M

---

# MICROBIOLOGY - ROUTINE

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  98-349-4335          COLLECTED:  15DEC98  2328
SOURCE: BODY FLUID, OTHER                                        RECEIVED:   15DEC98  2328
            ABSCESS

------------------ STAINS/PREPARATIONS -------------------
GRAM STAIN                              12/16/98 1404
  MODERATE WBC'S;
  NO SQUAMOUS EPITHELIAL CELLS;
  RARE GRAM NEGATIVE RODS
  GRAM POSITIVE COCCI IN PAIRS

---------------------- FINAL REPORT ----------------------
                                        12/19/98 1139

  MANY GROUP D STREPTOCOCCUS, ENTEROCOCCUS
  MODERATE ENTEROBACTER AEROGENES
  FEW ESCHERICHIA COLI

--  -------------- SUSCEPTIBILITY TESTING ----------------

| | STRENT | ENTAER | E COLI |
|---|---|---|---|
| | MIC  INTERP | INTERP | INTERP |
| AMIKACIN | | S | S |
| AMPICILLIN | R | R | R |
| CEFAZOLIN | | R | I |
| CEFIPIME | | S | S |
| CEFOTAXIME | | S | S |
| CEFOXITIN | | S | |
| CEFTAZIDIME | | S | S |
| GENTAMICIN | | S | S |
| GENTAMICIN 500 | S | | |
| IMIPENEM | | S | S |
| LEVOFLOXACIN | | S | S |
| PIPERACILLIN | | S | R |
| PIPERCIL/TAZO | | S | S |
| STREP 1000 | S | | |
| TOBRAMYCIN | | S | S |
| VANCOMYCIN | S | | |

---

ANAEROBIC CULTURE              ACCESSION #  98-349-4335          COLLECTED:  15DEC98  2328
SOURCE: BODY FLUID, OTHER                                        RECEIVED:   15DEC98  2328
            ABSCESS

------------------- PRELIMINARY REPORT -------------------
                                        12/18/98 1430

  NO ANAEROBES AFTER 2 DAYS

---

Printed Date/Time

         12/20/1998 2134

Discharge Date:

         MICROBIOLOGY

**CUMULATIVE-CUTOFF**

13

Continued..

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367   1
Patient:       WILFORD, KANE **
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      SIC2 SIC2 19
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

# MICROBIOLOGY - ROUTINE

---

CATH TIP CULTURE          ACCESSION #  98-349-4108          COLLECTED:  15DEC98  1454
SOURCE:  TIP                                                RECEIVED:   15DEC98  2238


-------------------- FINAL REPORT --------------------
                              12/18/98 1059
   NO GROWTH AT 3 DAYS

---

URINE CULTURE             ACCESSION #  98-349-2707          COLLECTED:  15DEC98  1454
SOURCE:  CLEAN CATCH URINE                                  RECEIVED:   15DEC98  1556


-------------------- FINAL REPORT --------------------
                              12/17/98 1035
   NO GROWTH AT 2 DAYS

---

RESPIRATORY CULT/GRAM ST  ACCESSION #  98-347-0831          COLLECTED:  13DEC98  0803
SOURCE:  SPUTUM                                             RECEIVED:   13DEC98  1259


----------------- STAINS/PREPARATIONS -------------------
GRAM STAIN                    12/14/98 0532
   MANY WBC'S;
   RARE SQUAMOUS EPITHELIAL CELLS;
   RARE GRAM POSITIVE COCCI IN PAIRS

-------------------- FINAL REPORT --------------------
                              12/15/98 1254
   FEW UPPER RESPIRATORY FLORA

---

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIC2 SIC2 19 |
| Date of Birth: | 05/14/1974   Age: 24 YRS   Sex: M |

## MICROBIOLOGY - ROUTINE

URINE CULTURE            ACCESSION #  98-347-0657          COLLECTED:   13DEC98   0803
SOURCE:  CLEAN CATCH URINE                                 RECEIVED:    13DEC98   0958

---------------- FINAL REPORT ----------------
                                  12/15/98 1047
  >100,000/ML ESCHERICHIA COLI

--------------- SUSCEPTIBILITY TESTING ----------------
                     E COLI
                     INTERP

| | |
|---|---|
| AMOX/CLAV | R |
| AMPICILLIN | R |
| CEFAZOLIN | R |
| CEFIPIME | S |
| CEFOTAXIME | S |
| CEFTAZIDIME | S |
| CEFTRIAXONE | S |
| CIPROFLOXACIN | S |
| GENTAMICIN | S |
| NITROFURANTOIN | S |
| NORFLOXACIN | S |
| PIPERACILLIN | R |
| PIPERCIL/TAZO | S |
| TICAR/CLAV | R |
| TRIMETH/SULFA | R |

## MYCOLOGY (FUNGUS)

FUNGUS CULTURE W/SMEAR       ACCESSION #  98-349-4335        COLLECTED:   15DEC98   2328
SOURCE:  BODY FLUID, OTHER                                  RECEIVED:    15DEC98   2328
         ABSCESS

--------------- STAINS/PREPARATIONS ----------------
FUNGAL SMEAR                          12/16/98 1345
  NO YEAST OR FUNGAL ELEMENTS SEEN

**CUMULATIVE-CUTOFF**

15

Continued..

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367  1
Patient:       WILFORD, KANE **
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      SIC2  SIC2  19
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

# MICROBIOLOGY - MISCELLANEOUS

RSA CULTURE            ACCESSION #   98-348-0985        COLLECTED:   14DEC98   1006
SOURCE:  NASAL SWAB                                     RECEIVED:    14DEC98   1006

------------------- FINAL REPORT --------------------
                                   12/16/98 1545
   NO METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS ISOLATED

RSA CULTURE            ACCESSION #   98-348-0986        COLLECTED:   14DEC98   1006
SOURCE:  RECTAL SWAB                                    RECEIVED:    14DEC98   1006

------------------- FINAL REPORT --------------------
                                   12/16/98 1543
   NO METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS ISOLATED

ANT ACINETOBACTER SCREEN ACCESSION #  98-348-0985      COLLECTED:   14DEC98   1006
SOURCE:  NASAL SWAB                                     RECEIVED:    14DEC98   1006

------------------- FINAL REPORT --------------------
                                   12/16/98 1545
   NO ACINETOBACTER ISOLATED

RESISTANT ACINETOBACTER SCREEN ACCESSION #  98-348-0986  COLLECTED:  14DEC98   1006
SOURCE:  RECTAL SWAB                                    RECEIVED:    14DEC98   1006

------------------- FINAL REPORT --------------------
                                   12/16/98 1544
   NO ACINETOBACTER ISOLATED

RSA CULTURE            ACCESSION #   98-351-1335        COLLECTED:   17DEC98   0130
SOURCE:  NASAL SWAB                                     RECEIVED:    17DEC98   0829

------------------- FINAL REPORT --------------------
                                   12/19/98 1352
   NO METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS ISOLATED

Printed Date/Time                                                    16
        12/20/1998  2134        **CUMULATIVE-CUTOFF**              Continued..

Discharge Date:

              MICROBIOLOGY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:      WILFORD, KANE **
              (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:     SIC2 SIC2 19
Date of Birth: 05/14/1974   Age: 24 YRS   Sex: M

## MICROBIOLOGY - MISCELLANEOUS

---

MRSA CULTURE                    ACCESSION #   98-351-1336          COLLECTED:   17DEC98   0130
SOURCE:   RECTAL SWAB                                              RECEIVED:    17DEC98   0829


------------------- FINAL REPORT ---------------------
                              12/19/98 1351
  NO METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS ISOLATED

---

RESISTANT ACINETOBACTER SCREEN ACCESSION #   98-351-1335          COLLECTED:   17DEC98   0130
SOURCE:   NASAL SWAB                                              RECEIVED:    17DEC98   0829


------------------- FINAL REPORT ---------------------
                              12/19/98 1353
  NO ACINETOBACTER ISOLATED

---

RESISTANT ACINETOBACTER SCREEN ACCESSION #   98-351-1336          COLLECTED:   17DEC98   0130
SOURCE:   RECTAL SWAB                                             RECEIVED:    17DEC98   0829


------------------- FINAL REPORT ---------------------
                              12/19/98 1351
  NO ACINETOBACTER ISOLATED

---

Printed Date/Time
          12/20/1998  2134              **CUMULATIVE-CUTOFF**                          17

Discharge Date:                                                          Continued..

MICROBIOLOGY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  1 |
| Patient: | WILFORD, KANE ** |
| | (00000)96925490 |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIC2 SIC2 19 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## CANCELLED ORDERS

```
12/19/98   1453    CATH TIP CULTURE            ORDERED IN ERROR
12/19/98   1452    CATH TIP CULTURE            ORDERED IN ERROR
12/19/98   0836    TOTAL BILIRUBIN             ORDERED IN ERROR
12/18/98   1152    RESPIRATORY CULT/GRAM ST    MEDICAL CONTRAINDICATIONS
12/17/98   0213    OXYHEMOGLOBIN               Specimen Clotted. Order cancelled.
12/17/98   0213    ARTERIAL BLOOD GAS          Specimen Clotted. Order cancelled.
12/17/98   0213    ARTERIAL BLOOD GAS/OXY PANEL Specimen Clotted. Order cancelled:
LARGE CLOT; RICK MANRIQ. NOTIF. 02:37
12/15/98   2059    OXYHEMOGLOBIN               Specimen unacceptable for testing.
12/15/98   2059    ARTERIAL BLOOD GAS          Specimen unacceptable for testing.
12/15/98   2059    ARTERIAL BLOOD GAS/OXY PANEL Specimen unacceptable for testing.
SPECIMEN MISLABLED, NOTIFIED BRANT TO RECOLLECT 12/15/98 21:21
```

Printed Date/Time

12/20/1998  2134                    **CUMULATIVE-CUTOFF**                              18

Discharge Date:

*CANCELLED*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:        **WILFORD, KANE ***
                (00000)96925490
Physician:    *DUKE, JAMES H. (TRAUMA)*
Location:     *SIC2  SIC2  19*
Date of Birth: *05/14/1974    Age: 24 YRS   Sex: M*

## P E N D I N G   O R D E R S

| Date | Time | Order | ID | Status |
|------|------|-------|-----|--------|
| 12/20/98 | 0525 | TIMED UREA NITROGEN | | DRAWN |
| 12/20/98 | 0355 | PREALBUMIN | | DRAWN |
| 12/19/98 | 0305 | OXYHEMOGLOBIN | | DRAWN |
| 12/19/98 | 0305 | ARTERIAL BLOOD GAS | | DRAWN |
| 12/19/98 | 0305 | ARTERIAL BLOOD GAS/OXY PANEL | | DRAWN |
| 12/19/98 | 0305 | HEMOPROFILE/PLATELET | | DRAWN |
| 12/19/98 | 0305 | HEMOPROFILE & DIFF & PLATELET | | DRAWN |
| 12/19/98 | 0305 | DIFFERENTIAL | | DRAWN |
| 12/18/98 | 1153 | BLOOD CULTURE-AUTOMATED | BC-98-25904 | PRELIM |
| 12/18/98 | 1152 | BLOOD CULTURE-AUTOMATED | BC-98-25902 | PRELIM |
| 12/17/98 | 0256 | OXYHEMOGLOBIN | | DRAWN |
| 12/17/98 | 0256 | ARTERIAL BLOOD GAS | | DRAWN |
| 12/17/98 | 0256 | ARTERIAL BLOOD GAS/OXY PANEL | | DRAWN |
| 12/17/98 | 0213 | CHEM 7 / BASIC METABOLIC SCRN | | DRAWN |
| 12/17/98 | 0213 | CHEM 7, MG, PHOS, ION CA PANEL | | PROCES |
| 12/17/98 | 0130 | MRSA CULTURE | | DRAWN |
| 12/17/98 | 0130 | RESISTANT ACINETOBACTER SCREEN | | DRAWN |
| 12/15/98 | 2328 | ANAEROBIC CULTURE | 98-349-4335 | PRELIM |
| 12/15/98 | 2328 | FUNGUS CULTURE W/SMEAR | 98-349-4335 | STAIN |
| 12/15/98 | 1549 | BLOOD CULTURE-AUTOMATED | BC-98-25624 | PRELIM |
| 1   5/98 | 0954 | BLOOD CULTURE-AUTOMATED | BC-98-25623 | PRELIM |

**CUMULATIVE-CUTOFF**

Discharge Date:                                                                 End of Report

*PENDING*

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.    969254909367   I
Patient:       **WILFORD, KANE ★★**
               **(00000)96925490**

Physician:     **DUKE, JAMES H. (TRAUMA)**
Location:      **SIC2 SIC2 19**
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

# WHOLE BLOOD CHEMISTRY

|  | 12/07/98 0335 | 12/07/98 0241 | REFERENCE: | UNITS: |
|---|---|---|---|---|
| NA WB | 136 | 136 | [135-145] | MEQ/L |
| K WB | 5.2* | 3.9 | [3.5-5.0] | MEQ/L |
| GLUCOSE WB | 261* | 289* | [65-110] | MG/DL |

# GENERAL CHEMISTRY

|  | 12/13/98 1156 | 12/13/98 0317 | 12/12/98 0228 | 12/11/98 0321 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM |  | 137 | 139 | 138 | [135-145] | MEQ/L |
| POTASSIUM |  | 5.2* | 4.1 | 3.9 | [3.5-5.0] | MEQ/L |
| CHLORIDE |  | 103 | 105 | 103 | [95-109] | MEQ/L |
| CO2 |  | 30 | 30 | 32 | [24-32] | MEQ/L |
| CREATININE |  | 0.9 | 0.8 | 0.8 | [0.5-1.4] | MG/DL |
|  |  | 16 | 12 | 14 | [10-20] | MG/DL |
| GLUCOSE |  | 201* | 135* | 129* | [65-110] | MG/DL |
| MAGNESIUM |  | 2.0 |  |  | [1.8-3.0] | MG/DL |
| ALT (SGPT) | 196* |  |  | 619* | [0-40] | U/L |
| AST (SGOT) | 49* |  |  | 112* | [0-37] | U/L |
| GGT | 60* |  |  | 76* | [9-54] | U/L |
| ALK PHOS | 95 |  |  | 91 | [39-117] | U/L |
| LDH | 596* |  |  | 884* | [94-250] | U/L |
| BILIRUBIN TOTAL | 2.3* |  |  | 1.0 | [0.2-1.0] | MG/DL |
| BILI DIRECT | 1.5* |  |  | 0.4* | [0.0-0.2] | MG/DL |

|  | 12/10/98 0253 | 12/08/98 0407 | 12/07/98 0525 | 12/07/98 0028 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| SODIUM | 141 | 141 | 139 | 137 | [135-145] | MEQ/L |
| POTASSIUM | 3.8 | 5.0 | 4.6 | 3.5 | [3.5-5.0] | MEQ/L |
| CHLORIDE | 104 | 108 | 112* | 103 | [95-109] | MEQ/L |
| CO2 | 35* | 25 | 20* | 24 | [24-32] | MEQ/L |
| CREATININE | 0.8 | 1.1f | 0.8 | 1.5* | [0.5-1.4] | MG/DL |
| BUN | 14 | 15 | 13 | 14 | [10-20] | MG/DL |
| GLUCOSE | 119* | 146* | 229* | 173* | [65-110] | MG/DL |
| IONIZED CALCIUM |  | 1.05* | 0.96* |  | [1.16-1.30] | MMOL/L |
| IONIZED CALCIUM |  | 4.20* | 3.84* |  | [4.65-5.20] | MG/DL |
| NORM CA (PH 7.4) |  | 1.11* | 0.93* |  | [1.16-1.30] | MMOL/L |
| NORM CA (PH 7.4) |  | 4.44* | 3.72* |  | [4.65-5.20] | MG/DL |

12/08/98 0407   CREATININE    SLIGHT HEMOLYSIS

Legend:
    ut of Ref. Range, f= Footnote

Printed Date/Time

12/13/1998 2133

**CUMULATIVE-CUTOFF**

Discharge Date:

CHEMISTRY    CHEMISTRY

Continued..

I

DHL-121

**DYNACARE HERMANN**
**Laboratory-Services**

**6411 Fannin**
**Houston, Texas  77030-1501**
**(713) 704-5227**

| | |
|---|---|
| Account No. | 969254909367   I |
| Patient: | **WILFORD, KANE **** |
| | **(00000)96925490** |
| Physician: | **DUKE, JAMES H. (TRAUMA)** |
| Location: | SIC2  SIC2  19 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

## GENERAL CHEMISTRY

| | 12/10/98<br>0253 | 12/08/98<br>0407 | 12/07/98<br>0525 | 12/07/98<br>0028 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| PHOSPHORUS | | 2.3* | 2.5 | | [2.5-4.5] | MG/DL |
| MAGNESIUM | | 1.1* | 1.1* | | [1.8-3.0] | MG/DL |
| ALT (SGPT) | | | 648* | | [0-40] | U/L |
| AST (SGOT) | | | 506* | | [0-37] | U/L |
| GGT | | | 41 | | [9-54] | U/L |
| ALK PHOS | | | 37* | | [39-117] | U/L |
| LDH | | | 1386* | | [94-250] | U/L |
| BILIRUBIN TOTAL | | | 1.6* | | [0.2-1.0] | MG/DL |
| BILI DIRECT | | | 0.8* | | [0.0-0.2] | MG/DL |
| AMYLASE | | | 73f | | [28-100] | U/L |
| LIPASE | | | < 20*f | | [30-190] | U/L |
| AMYLASE | NOTE: (09/03/98) REFERENCE RANGE CHANGED. | | | | | |
| LIPASE | Please note: Units of measure and Reference Range changed 06/06/97. | | | | | |

| | 12/07/98<br>0042 | REFERENCE: | UNITS: |
|---|---|---|---|
| **ALCOHOL LEVEL** | | | |
| ALCOHOL,PLASMA | <0.013f | | % |
| ALCOHOL,PLASMA | NORMAL: LESS THAN    0.013% | | |
| | TOXIC:  GREATER THAN 0.1% | | |

**SCREEN FOR DRUGS OF ABUSE**

| | | |
|---|---|---|
| AMPHETAMINES | NEGATIVE | [NEGATIVE] |
| BARBITURATES | NEGATIVE | [NEGATIVE] |
| BENZODIAZEPINES | NEGATIVE | [NEGATIVE] |
| COCAINE | NEGATIVE | [NEGATIVE] |
| OPIATES | POSITIVE* | [NEGATIVE] |
| THC (MARIJUANA) | NEGATIVEf | [NEGATIVE] |
| THC (MARIJUANA) | NOTE:  ADS Screen: Drugs reported as positive have not been confirmed by a second method.  To order confirmation, contact Laboratory. | |

Legend:
= ^ ^ of Ref. Range, f= Footnote

Printed Date/Time
12/13/1998 2133

Discharge Date:

CHEMISTRY   TOXICOLOGY

**CUMULATIVE-CUTOFF**

2

Continued..

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:      WILFORD, KANE **
              (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:     SIC2 SIC2 19
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## BLOOD GAS ANALYSIS

|          | 12/13/98 1039 | 12/13/98 0215 | 12/12/98 2357 | 12/12/98 1127 | REFERENCE:    | UNITS: |
|----------|---------------|---------------|---------------|---------------|---------------|--------|
| SOURCE   | ARTERIAL*     | ARTERIAL*     | ARTERIAL*     | ARTERIAL*     |               |        |
| PT TEMP  | 38.6          | 37.2          | 37.6          | 36.7          |               | C      |
| FIO2     | 100           | 100           | 100           | 30            |               | %      |
| PH       | 7.44          | 7.40          | 7.37          | 7.46*         | [7.35-7.45]   |        |
| PCO2     | 43            | 47*           | 51*           | 39            | [35-45]       | MMHG   |
| PO2      | 159*          | 336*          | 70*           | 78*           | [88-108]      | MMHG   |
| HCO3     | 29*           | 29*           | 29*           | 28*           | [22-26]       | MMOL/L |
| BE       | 6*            | 5*            | 4*            | 4*            | [-2-2]        | MMOL/L |
| OXYHGB   | 97.7          | 97.6          | 93.6*         | 95.6          | [95.0-100.0]  | %      |
| T HGB    | 9.3*          |               | 10.1*         |               | [14.0-18.0]   | G/DL   |

|          | 12/10/98 0451 | 12/10/98 0253 | 12/09/98 0257 | 12/08/98 0621 | REFERENCE:    | UNITS: |
|----------|---------------|---------------|---------------|---------------|---------------|--------|
| SOURCE   | ARTERIAL*     | ARTERIAL*     | ARTERIAL*     | ARTERIAL*     |               |        |
| PT TEMP  | 38.9          | 38.5          | 39.0          | 38.3          |               | C      |
| F        | 30            | 30            | 40            | 30            |               | %      |
| PH       | 7.48*         | 7.44          | 7.45          | 7.43          | [7.35-7.45]   |        |
| PCO2     | 44            | 49*           | 45            | 44            | [35-45]       | MMHG   |
| PO2      | 67*           | 58*           | 76*           | 77*           | [88-108]      | MMHG   |
| HCO3     | 33*           | 33*           | 31*           | 29*           | [22-26]       | MMOL/L |
| BE       | 9*            | 9*            | 8*            | 5*            | [-2-2]        | MMOL/L |
| OXYHGB   | 92.7*         | 88.9*         | 94.1*         | 95.0          | [95.0-100.0]  | %      |

|          | 12/07/98 0530 | 12/07/98 0335 | 12/07/98 0241 | REFERENCE:    | UNITS: |
|----------|---------------|---------------|---------------|---------------|--------|
| SOURCE   | ARTERIAL*     | ARTERIAL*     | ARTERIAL*     |               |        |
| PT TEMP  | 36.8          | 37.0          | 35.8          |               | C      |
| FIO2     | 40            |               | 100           |               | %      |
| PH       | 7.29*         | 7.24*         | 7.32*         | [7.35-7.45]   |        |
| PCO2     | 41            | 52*           | 44            | [35-45]       | MMHG   |
| PO2      | 141*          | 111*          | 394*          | [88-108]      | MMHG   |
| HCO3     | 20*           | 22            | 23            | [22-26]       | MMOL/L |
| BE       | -6*           | -5*           | -3*           | [-2-2]        | MMOL/L |
| OXYHGB   | 97.1          |               |               | [95.0-100.0]  | %      |
| T HGB    | 13.9*         |               |               | [14.0-18.0]   | G/DL   |

Legend:
*    t of Ref. Range

Printed Date/Time
          12/13/1998  2133          **CUMULATIVE-CUTOFF**                    4

Discharge Date:                                                          Continued..

          BLOOD GAS

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909367  I |
| Patient: | **WILFORD, KANE \*\*** |
| | **(00000)96925490** |
| Physician: | DUKE, JAMES H. (TRAUMA) |
| Location: | SIC2  SIC2  19 |
| Date of Birth: | 05/14/1974    Age: 24 YRS   Sex: M |

# HEMATOLOGY

| | 12/13/98 0317 | 12/12/98 0228 | 12/11/98 0550 | 12/10/98 0253 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| **HEMOPROFILE** | | | | | | |
| WBC X 10x3 | 31.0* | 30.2* | 27.7* | 24.9* | [4.8-10.8] | /CMM |
| CORRECTED WBC | | 26.1 | | | | /CMM |
| RBC X 10x6 | 3.02* | 3.16* | 2.94* | 3.12* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 9.1* | 9.7* | 9.0* | 9.6* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 27.1* | 29.0* | 27.6* | 29.1* | [42.0-54.0] | % |
| MCV | 89.7 | 91.7 | 93.8 | 93.3 | [80.0-94.0] | FL |
| MCH | 30.2 | 30.5 | 30.7 | 30.7 | [27.0-31.0] | PG |
| MCHC | 33.7 | 33.2 | 32.7 | 32.9 | [32.0-36.0] | % |
| RDW | 13.7 | 14.1 | | | [11.5-14.5] | % |
| PLATELET X 10x3 | 453* | 410* | 306 | 214 | [133-333] | /CMM |
| MPV | 7.1* | 6.9* | | | [7.4-10.4] | FL |
| **DIFFERENTIAL** | | | | | | |
| P | 85* | 70 | 85* | 84 | [43-84] | % |
| B. | 10* | 7 | 4 | | [0-8] | % |
| LYMPHOCYTES | 2* | 13 | 7* | 9* | [12-42] | % |
| MONOCYTES | 2 | 4 | 3 | 7 | [1-13] | % |
| EOSINOPHILS | | 5 | 1 | | [0-6] | % |
| METAMYELOCYTES | 1* | 1* | | | [<      0] | % |
| NUCLEATED RBC'S | 3 | | 6 | 1 | | |
| **RBC MORPHOLOGY** | | | | | | |
| PLT ESTIMATE | INC SL | INC SL | NORMAL | NORMAL | [NORMAL] | |
| POIKILOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT | | |
| ANISOCYTOSIS | SLIGHT | SLIGHT | SLIGHT | SLIGHT | | |
| POLYCHROMASIA | SLIGHT | | | | | |

Legend:
' ... t of Ref. Range

*Printed Date/Time*

*12/13/1998  2133*

***CUMULATIVE-CUTOFF***

5

*Discharge Date:*

*Continued..*

*HEMATOLOGY*

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909367  I
Patient:    **WILFORD, KANE **
(00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:    SIC2 SIC2  19
Date of Birth:    05/14/1974    Age: 24 YRS    Sex: M

## HEMATOLOGY

| | 12/09/98 0257 | 12/08/98 0415 | 12/08/98 0122 | 12/07/98 1754 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| **HEMOPROFILE** | | | | | | |
| WBC X 10x3 | | 13.5* | | | [4.8-10.8] | /CMM |
| RBC X 10x6 | | 3.54* | | | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 9.5* | 10.7* | 10.9* | 12.6* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 28.1* | 32.3* | 31.8* | 35.7* | [42.0-54.0] | % |
| MCV | | 91.3 | | | [80.0-94.0] | FL |
| MCH | | 30.1 | | | [27.0-31.0] | PG |
| MCHC | | 33.0 | | | [32.0-36.0] | % |
| PLATELET X 10x3 | | 101* | | | [133-333] | /CMM |
| **DIFFERENTIAL** | | | | | | |
| POLYS | | 81 | | | [43-84] | % |
| BANDS | | 1 | | | [0-8] | % |
| LYMPHOCYTES | | 12 | | | [12-42] | % |
| MONOCYTES | | 5 | | | [1-13] | % |
| MYELOCYTES | | 1* | | | [<    0] | % |
| **RBC MORPHOLOGY** | | | | | | |
| PLT ESTIMATE | | DEC SL | | | [NORMAL] | |
| POIKILOCYTOSIS | | SLIGHT | | | | |
| ANISOCYTOSIS | | SLIGHT | | | | |

| | 12/07/98 1201 | 12/07/98 0530 | 12/07/98 0335 | 12/07/98 0241 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| **HEMOPROFILE** | | | | | | |
| WBC X 10x3 | | 16.5* | | | [4.8-10.8] | /CMM |
| RBC X 10x6 | | 4.45* | | | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 13.5* | 13.4* | 12.2* | 8.4* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 41.4* | 40.2* | 36.7* | 24.6* | [42.0-54.0] | % |
| MCV | | 90.3 | | | [80.0-94.0] | FL |
| MCH | | 30.2 | | | [27.0-31.0] | PG |
| MCHC | | 33.4 | | | [32.0-36.0] | % |
| PLATELET X 10x3 | | 87* | | | [133-333] | /CMM |
| **DIFFERENTIAL** | | | | | | |
| POLYS | | 76 | | | [43-84] | % |
| BANDS | | 5 | | | [0-8] | % |
| LYMPHOCYTES | | 15 | | | [12-42] | % |
| MONOCYTES | | 4 | | | [1-13] | % |

Legend:
*= out of Ref. Range

Printed Date/Time
12/13/1998 2133                    **CUMULATIVE-CUTOFF**                    6

Discharge Date:                                                    Continued..

*HEMATOLOGY*

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367   I
Patient:   **WILFORD, KANE** **
            **(00000)96925490**
Physician:   **DUKE, JAMES H. (TRAUMA)**
Location:   **SIC2 SIC2 19**
Date of Birth: 05/14/1974   Age: 24 YRS   Sex: M

## HEMATOLOGY

| | 12/07/98 1201 | 12/07/98 0530 | 12/07/98 0335 | 12/07/98 0241 | REFERENCE: | UNITS: |
|---|---|---|---|---|---|---|
| RBC MORPHOLOGY | | | | | | |
| PLT ESTIMATE | | DEC SL | | | [NORMAL] | |
| POIKILOCYTOSIS | | SLIGHT | | | | |
| ANISOCYTOSIS | | SLIGHT | | | | |

| | 12/07/98 0028 | REFERENCE: | UNITS: |
|---|---|---|---|
| HEMOPROFILE | | | |
| HEMOGLOBIN | 12.6* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 36.3* | [42.0-54.0] | % |

## COAGULATION

| | 12/07/98 0525 | 12/07/98 0042 | REFERENCE: | UNITS: |
|---|---|---|---|---|
| PROTIME | 14.2* | 12.0 | [11.1-13.1] | SEC |
| INR | 1.39f | 0.98f | | |
| PTT | 33.7 | 21.7* | [25.0-34.0] | SEC |

Legend:
* = Out of Ref. Range, f= Footnote
INR         RECOMMENDED RANGES FOR PROTIME INR:
            2.0-3.0 for most medical and surgical thromboembolic states.
            3.0-4.5 for artificial heart valves and recurrent embolism.

Printed Date/Time

12/13/1998 2133                    **CUMULATIVE-CUTOFF**                    7

Discharge Date:                                                        Continued..

COAGULATION                    HEMATOLOGY

HERMANN HOSPITAL           ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
ARTMENT OF RADIOLOGY       ====  ====        DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER       ===   ===         THE UNIVERSITY OF TEXAS
6411 FANNIN                =      =          MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501     ===   ===         6431 FANNIN, SUITE 2.132
(713) 797-2800             ====  ====          HOUSTON, TX 77030
(713) 793-5344 (FAX)       ===== =====            (713) 792-5235

---

PT NAME: WILFORD ,KANE **              ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974   AGE:  24  SEX: M     DT PERF: 12/09/98  AT  19:20  HRS.
MR#: 96925490  9367     STATUS:  IA    REQUISITION NO: 01231909
                                       MED RECORDS (CHART) COPY
N/S: ORTR RM/BD: J553    OR VISIT CLINIC:
INDICATIONS: OPN WOUND SITE NOS-COMP

EXAM(S) PERFORMED: ABDOMEN SINGLE VIEW

ABDOMINAL FILM, 12-09-98:
**********
IMPRESSION:
1.  The feeding tube tip is suboptimally located and recommend
repositioning it.
2.  The significance of distention of multiple small bowel loops is
not clear from this one exam.  This possibly represents ileus but
correlation for an obstruction is suggested.  Note that this film
was obtained on 12-09-98, but just now submitted for interpretation
12-29-98.
**********
FINDINGS:   A nasogastric tube is coiled in the gastric lumen.  A
feeding tube is also coiled in the gastric lumen with its tip near
the fundus.  Multiple loops of air-distended large and small bowel
are present.  Some of the small bowel loops are pathologically
dilated.  A right upper quadrant drain is present assuming a course
near the dome of the right lobe of the liver.

---

                        READ RADIOLOGIST:
ADN MD: DUKE, JAMES H. (TRAUMA)      RESIDENT:
APPROV RAD:                          RESULTS REC'D:  98/12/30  09:27
RESULTS APPROVED:  12/09/98  19:20   RESULTS READ :
                        PAGE 1

DHL-121

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909367  1
Patient:      **WILFORD, KANE **
              **(00000)96925490**
Physician:    **DUKE, JAMES H. (TRAUMA)**
Location:     **SIC2 SIC2 19**
Date of Birth: 05/14/1974   Age: 24 YRS   Sex: M

---

12/07/98
0042

REFERENCE:        UNITS:

**URINE DRUG SCREEN**
URINE DRUG SCRN      12/07/98 0042
                     Presumptive for Opiate
                     Confirmed for Phenothiazines

URINE DRUG SCRN NOTE: Drugs reported as "Confirmed" have been identified by two
            independent methods. Drugs reported as "Presumptive" have been identified
            by only one method. (Additional confirmation may be obtained from outside
            reference laboratories at additional cost to the patient upon physician's
            request. The specimens will be retained for 1 week.)
                     DRUGS TESTED FOR IN URINE MEDICAL DRUG SCREEN
                  (*Class of drugs tested. See Laboratory Manual for
                        individual drugs in each drugs in class)
            *Barbiturates, *Benzodiazepines, *Opiates, *Phenothiazines,
            *Sedative-Hypnotics, *Sympathomimetic Amines, *Tricyclic Antidepressants,
            Acetominophen, Carbamazepine, Cocaine/metabolite, Lidocaine, Methadone,
            Phencyclidine, Propoxyphene, Salicylate, THC (Marijuana),
            Diphenhydramine/Dimenhydrinate.

---



STATE'S EXHIBIT NO. 128

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



STATE'S
EXHIBIT
128



STATE'S EXHIBIT NO. 129

# AFFIDAVIT

Before me, the undersigned authority, personally appeared <u>RENEE SORENSEN</u>, who being by me duly sworn, deposed as follows:

My name is Renee Sorensen and I am of sound mind, capable of making this affidavit, and am personally acquainted with the facts herein stated:

I am the custodian of the records of <u>HERMANN HOSPITAL, 6411 FANNIN, HOUSTON, TEXAS 77030</u>

Attached here are **132** pages of records from the medical records of :

_____ Kevin Walter -AKA- Kane Wilford _____
(Name of Patient)

Hospital Stay Period: 1-10-99 ~ 1-16-99
(Admission and Discharge Date)

These said pages of records are kept by said Hospital in the regular course of business, and it was the regular course of business of said Hospital for an employee or representative of said Hospital, with knowledge of the act, event, condition, opinion or diagnosis recorded, to make the record was made at or near the time or reasonably soon thereafter. The record attached hereto is the original or exact duplicate of the original and no other documents exit on the files for the above named person, which pertain to the admission and discharge, noted above.

_____ Renee Sorensen _____
(Signature)

SWORD TO AND SUBSCRIBED before me on this **6TH** day of **Oct**, 1999.

_____ Faye Long _____
Notary Public in and for the STATE OF TEXAS

_____ FAYE LONG _____
(Printed Name)

My Commission Expires: 4-28-2002

STATE'S
EXHIBIT
129

FAYE LONG
Notary Public
STATE OF TEXAS
My Commission Expires 04-28-2002

# HERMANN HOSPITAL

## Patient Registration

0100

| Patient Type | Privacy Code | Religion | Pre Admit By | Admit By | Print By |
|---|---|---|---|---|---|
| INPAT | BAP | | PRRMP | NASMH | 01/13/99  09:10 |

| Date Admitted | Time | MR Account Number | Patient Location | Accom. Data | Service | Financial Class | Acc. Code |
|---|---|---|---|---|---|---|---|
| 01/10/99 | 15:05 | 969254909010 | J602 | Z | TRM | EMP/GROUP NON- | |

| Discharge Date | Age | Date of Birth | Sex | MS | Social Security No. | Race | Admit Clinic | Admit Source | Acc. Code |
|---|---|---|---|---|---|---|---|---|---|
| | 24 | 05/14/1974 | M | S | 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 | B | EMERG | ER | |

**PATIENT DEMOGRAPHIC INFO**

Patient's Name: WALTER , KEVIN   VIP:

Patient's Address (1): 3817 BENNINGTON

Patient's Address (2):

City, State, Zip: HOUSTON       TX    77016

Country/County: HAR       Phone: 713-631-9092

Patient's Employer: METROPOLITAN TRANSIT AUTH

Employer's Address (1): 1201 LOUISIANA

Employer's Address (2):

City, State, Zip: HOUSTON       TX    77002

Employer's Phone: 713-739-4000  Ext:    LOE: 0

Occupation: CLEANER

Patient's Spouse:

Father's Name:

Mother's Name:

Mother's Account Number:

**EMERGENCY**

Name: WALTER-DOMINO , TWANETTE    Relation: M

Employer's Name:

Home Phone: 713-633-7919

Work Phone:   -   - 0

**COMPLAINT**

789.07 GENERALIZED ABD PAIN

Proc:                    ELOS: 99

**GUARANTO INFORMATION**

Guarantor's Name: WALTER , KEVIN
CPI #: 96925490       DOB: 05/14/74
Address (1): 3817 BENNINGTON

Address (2):

City, State, Zip: HOUSTON       TX    77016

Home Phone: 713-631-9092       Relation: P

Social Security No.: 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

Guarantor's Employer: METROPOLITAN TRANSIT AUTH

Address (1): 1201 LOUISIANA

Address (2):

City, State, Zip: HOUSTON       TX    77002

Work Phone: 713-739-4000  Ext:

Occupation: CLEANER

Effective Date: 09/01/97

**MEDICAL**

Admitting Physician: DUKE, JAMES H. (TRAUMA)    UPIN DR# B87573
Fax: 713-797-2963                                04965

Attending Physician: DUKE, JAMES H. (TRAUMA)    UPIN DR# B87573
Fax: 713-797-2963                                04965

PCP Physician: MACGREGOR CLINIC       UPIN O
713-741-2273                        DR# 13541

IPA/PHO:

Referring Physician: MACGREGOR CLINIC    UPIN O
Address:                                DR# 13541

City, State, Zip: HOUSTON       TX    77030
Transferring Institution:

Last Hospital Activity Date

I/P                Clinic Site:

O/P                Life Flight #:       MOA: C

E/R                Discount Type:

**PRIMARY INSURANCE**

Insurance Co.: PRUDENTIAL HMO       Code: P70

Insured: WALTER , KEVIN V

                    D.O.I.
S.S.# or Certificate#: 45935310601   (If w. Comp.)

Group#: 60535    Eff. Date: 12/04/98  Contr: PRUHMO
Verified
With:       Date:

Phone: 800-876-7778    Ext:

AOB: Y    Authorization: DR STADE OK

Medicare B:    Blueshield:

Mail Claim to: PRUDENTIAL HMO
P.O. BOX 2884
HOUSTON       TX    77252

Rev Agcy:       Ph.:

**SECONDARY INSURANCE**

Insurance Co.:       Code:

Insured:

S.S.# or Certificate#:

Group#:       Eff. Date:  /  /
Verified
With:       Date:

Phone:       Ext:

AOB:    Authorization:

Medicare B:    Blueshield:

Mail Claim to:

Rev Agcy:   -   Ph.:

| Comments | | | | Info By |
|---|---|---|---|---|
| OU TO ADMIT APPR BY MARY | | K-CM | | MOTHER |

| I/P | ASM | AGMT | CD | Diagnosis Codes | Procedure Codes |
|---|---|---|---|---|---|
| | | | | | |

cc: #JAMES H. DUKE, M.D., FAX # 7135007268
cc: ZACHARIAH THOMAS, M.D.

# HERMANN HOSPITAL

NAME OF PATIENT:          WALTER, KEVIN
UNIT #:
SSN#:                    96925490
DOB:
ROOM NUMBER:
DATE OF ADMISSION:        01/09/99
DATE OF DISCHARGE:        01/06/99
ATTENDING PHYSICIAN:      #JAMES H. DUKE M.D.

ADMISSION DIAGNOSIS:       Empyema.

DISCHARGE DIAGNOSIS:       Empyema, liver abscess.

HISTORY OF PRESENT ILLNESS: This is a 24-year-old black male status post exploratory lap for a gunshot wound. He was sent home with an open wound and had open wound dressing changes by home health. He also had two drains placed in the right upper quadrant, one with bilious drainage and another with serosanguinous drainage. The patient came in with severe pain and abdominal cramping. He took some Vicodin and had severe nausea and slight fever.

HOSPITAL COURSE: The patient was admitted to the hospital for follow-up investigation and a CT scan of the abdomen was done which showed loculated effusions on the right lung base. There was drainage in the superior aspect of the liver with minimal fluid collection. The patient was admitted to the hospital. His complete blood cell count was white blood cell count 20.1, hemoglobin 8.4 and hematocrit 26.0. Sodium was 135, potassium 3.2, chloride 97, CO2 29, BUN 14, creatinine 1.3 and glucose of 157. His ALT was increased to 349, AST was increased to 270, GTT was 337, LDH 358, total bilirubin was 0.8. The patient was treated with intravenous antibiotics. Interventional Radiology did a guided right chest tube drainage and the right liver hematoma drainage. There was adequate drainage during the next few days. Later the drainage was decreased. On the day of discharge, the drainage from the abdominal drain was 10 cc and chest tube drainage was 10 cc. We plan to keep the drainage of the abdominal and chest to the leg bag and to continue draining it. The patient was treated with antibiotics, Ampicillin and Levoquin. The patient was tolerating a regular diet.

DISCHARGE SUMMARY
(CONTINUED)

2

# HERMANN HOSPITAL

WALTER, KEVIN (C. WILFORD)
UNIT #: 96925490
PAGE 2

PROCEDURES:
1.  January 11, 1999 - ultrasound guided placement of chest tube
    and left upper quadrant drainage perihepatic.
2.  CT scan on January 9, 1998 - no fluid collection in
    costophrenic sulcus.  Gram stain of the fluid showed
    Enterococcus.

CONDITION AT DISCHARGE:  Condition at the time of discharge was
stable.

DISCHARGE DIET:  Discharge at the time of discharge was regular.

DISCHARGE MEDICATIONS:  Ampicillin 500 mg q.i.d. and Levoquin 500
mg 1 q.d.

SPECIAL INSTRUCTIONS:  Special instructions were given to keep
the drainage of the right upper quadrant and the chest to the leg
bag.  Regular home health dressing changes to the open abdominal
wound and regular.

FOLLOW-UP:  He was instructed to follow-up with Dr. Duke in ten
days and to call office number 704-6025 for an appointment.

DICTATED BY:                              REVIEWED BY:


ZACHARIAH THOMAS M.D.             #JAMES H. DUKE M.D.
RESIDENT                          ATTENDING PHYSICIAN

/92        J:     6778      CL:
D:  01/16/99                T:  01/19/99


DISCHARGE SUMMARY

Disclosure and Consent
Medical and Surgical Procedures

**HERMANN HOSPITAL**

DISC & CON MEDI & SUR PROC

┌ **96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99 ┘

4003

Patient Name _____
Last _____ WALTER _____
First _____ Kevin _____
Middle _____

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedures to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you, it is simply an effort to make you better informed so you may give or withhold your consent to the procedure

I (we) voluntarily request that Dr. _Cohen /Associates_____ , as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, treat my condition which has been explained to me as: _biloma, pleural fluid collection_ _biloma drainage tube, exchange and chest tube placement_____

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: _biloma drainage tube exchange, Right chest__ _tube placement and correction of _____; intrahepatic drain_ _placement with imaging guidance_____

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) ☐ do ☐ do not consent to the use of blood and blood products as deemed necessary.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions and even death. I (we) also realize that the following risks and hazards may occur in connection with the particular procedure: _pain, infection, bleeding_ _damage/injury to adjacent structures / contrast reaction_____

(See Following Pages)

I (We) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (We) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (We) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords. teeth or eyes. I (We) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache or chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of treatment, the procedures to be used and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) understand that no warranty or guarantee has been made to me as to result or cure.

I (we) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

I (we) authorize my physician and the hospital to dispose of, in accordance with accustomed practice, any tissues or body parts surgically removed.

DATE _11 JAN 99_ TIME _1041_ X _Kevin Walter_
Signature of Patient or Other Legally Responsible Person

_Brenda Judson_
Signature of Witness

6411 Fannin
Witness Address

Houston, Texas 77030-1501
Witness City, State, Zip Code

Consent could not be obtained in person. I explained by telephone all necessary information and obtained informed consent. The conversation was witnessed by the person whose signature appears above.

_____
Signature of Physician

Disclosure and Consent
Medical and Surgical Procedures

**HERMANN HOSPITAL**
DISC & CON MEDI & SUR PROC

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

4003

Patient Name _____
Last _____
First _____
Middle _____

TO THE PATIENT: You have the right, as a patient, to be informed about your condition and the recommended surgical, medical or diagnostic procedures to be used so that you may make the decision whether or not to undergo the procedure after knowing the risks and hazards involved. This disclosure is not meant to scare or alarm you, it is simply an effort to make you better informed so you may give or withhold your consent to the procedure

I (we) voluntarily request that Dr. _____, as my physician, and such associates, technical assistants and other health care providers as they may deem necessary, treat my condition which has been explained to me as: _____
_____
_____
_____

I (we) understand that the following surgical, medical, and/or diagnostic procedures are planned for me and I (we) voluntarily consent and authorize these procedures: _____
_____
_____
_____

I (we) understand that my physician may discover other or different conditions which require additional or different procedures than those planned. I (we) authorize my physician, and such associates, technical assistants and other health care providers to perform such other procedures which are advisable in their professional judgment.

I (we) do ☐ do not consent to the use of blood and blood products as deemed necessary.

Just as there may be risks and hazards in continuing my present condition without treatment, there are also risks and hazards related to the performance of the surgical, medical, and/or diagnostic procedures planned for me. I (we) realize that common to surgical, medical, and/or diagnostic procedures is the potential for infection, blood clots in veins and lungs, hemorrhage, allergic reactions and even death. I (we) also realize that the following risks and hazards may occur in connection with the particular procedure: _____
_____
_____
_____

### (See Following Pages)

I (We) understand that anesthesia involves additional risks and hazards but I (we) request the use of anesthetics for the relief and protection from pain during the planned and additional procedures. I (We) realize the anesthesia may have to be changed possibly without explanation to me (us).

I (We) understand that certain complications may result from the use of any anesthetic including respiratory problems, drug reaction, paralysis, brain damage or even death. Other risks and hazards which may result from the use of general anesthetics range from minor discomfort to injury to vocal cords, teeth or eyes. I (We) understand that other risks and hazards resulting from spinal or epidural anesthetics include headache or chronic pain.

I (we) have been given an opportunity to ask questions about my condition, alternative forms of treatment, the procedures to be used and the risks and hazards involved, and I (we) believe that I (we) have sufficient information to give this informed consent.

I (we) understand that no warranty or guarantee has been made to me as to result or cure.

I (we) certify this form has been fully explained to me, that I (we) have read it or have had it read to me, that the blank spaces have been filled in, and that I (we) understand its contents.

I (we) authorize my physician and the hospital to dispose of, in accordance with accustomed practice, any tissues or body parts surgically removed.

DATE_____   TIME_____

X _____
Signature of Patient or Other Legally Responsible Person

_____
Signature of Witness

6411 Fannin
Witness Address

Houston, Texas 77030-1501
Witness City, State, Zip Code

Consent could not be obtained in person. I explained by telephone all necessary information and obtained informed consent. The conversation was witnessed by the person whose signature appears above.

_____
Signature of Physician

# RISKS AND HAZARDS

The following are the risks and hazards associated with treatments and procedures established by the Texas Medical Disclosure Panel. Full disclosure of these risks and hazards is required by the physician or health care provider to the patient or person authorized to consent for the patient.

> (i)   The Texas Medical Disclosure Panel has not
> established a risk disclosure standard for the pro-
> posed procedure(s). My physician has discussed
> with me the risks of the procedure(s) such that I
> am able to give my informed consent.
>
> PT. INITIALS

> (ii)  Blood transfusions:
> (1)  fever
> (2)  transfusion reaction, which may include
>      kidney failure and/or anemia
> (3)  heart failure
> (4)  hepatitis
> (5)  AIDS
> (6)  other infections
>
> PT. INITIALS

### 1.   Anesthesia.

> ☐ (A)  Epidural.
>      (1) Risks are enumerated in the informed con-
>          sent form.
>   (B)  General.
>      (1) Risks are enumerated in the informed con-
>          sent form.
>   (C)  Spinal.
>      (1) Risks are enumerated in the informed con-
>          sent form.
>
> PT. INITIALS

### Digestive system treatments and procedures.

> ☐ (A)  Cholecystectomy with or without common bile
>        duct exploration.
>      (1) Pancreatitis.
>      (2) Injury to the tube between the liver and the
>          bowel.
>      (3) Retained stones in the tube between the liver
>          and the bowel.
>      (4) Narrowing or obstruction of the tube between
>          the liver and the bowel.
>      (5) Injury to the bowel and/or intestinal
>          obstruction.
>
> PT. INITIALS

### 3.   Ear treatments and procedures.

> ☐ (A)  Stapedectomy.
>      (1) Diminished or bad taste.
>      (2) Total or partial loss of hearing in the operated
>          ear.
>      (3) Brief or long-standing dizziness.
>      (4) Eardrum hole requiring more surgery.
>      (5) Ringing in the ear.
>
> PT. INITIALS

> ☐ (B)  Reconstruction of auricle of ear for congenital
>        deformity or trauma.
>      (1) Less satisfactory appearance compared to
>          possible alternative artificial ear.
>      (2) Exposure of implanted material.
>
> PT. INITIALS

> ☐ (C)  Tympanoplasty with mastoidectomy.
>      (1) Facial nerve paralysis.
>      (2) Altered or loss of taste.
>      (3) Recurrence of original disease process.
>      (4) Total loss of hearing in operated ear.
>      (5) Dizziness.
>      (6) Ringing in the ear.
>
> PT. INITIALS

### 4.   Endocrine system treatments and procedures.

> ☐ (A)  Thyroidectomy.
>      (1) Injury to nerves resulting in hoarseness or
>          impairment of speech.
>      (2) Injury to parathyroid glands resulting in low
>          blood calcium levels that require extensive
>          medication to avoid serious degenerative
>          conditions, such as cataracts, brittle bones,
>          muscle weakness and muscle irritability.
>      (3) Lifelong requirement of thyroid medication.
>
> PT. INITIALS

### 5.   Eye treatments and procedures.

> ☐ (A)  Eye muscle surgery.
>      (1) Additional treatment and/or surgery.
>      (2) Double vision.
>      (3) Partial or total loss of vision.
>
> PT. INITIALS

> ☐ (B)  Surgery for cataract with or without implan-
>        tation of intraocular lens.
>      (1) Complications requiring additional treatment
>          and/or surgery.
>      (2) Need for glasses or contact lenses.
>      (3) Complications requiring the removal of
>          implanted lens.
>      (4) Partial or total loss of vision.
>
> PT. INITIALS

> ☐ (C)  Retinal or vitreous surgery.
>      (1) Complications requiring additional treatment
>          and/or surgery.
>      (2) Recurrence or spread of disease.
>      (3) Partial or total loss of vision.
>
> PT. INITIALS

> ☐ (D)  Reconstructive and/or plastic surgical procedures
>        of the eye and eye region, such as blepharoplasty,
>        tumor, fracture, lacrimal surgery, foreign body,
>        abscess, or trauma.
>      (1) Worsening or unsatisfactory appearance.
>      (2) Creation of additional problems such as:
>          a. Poor healing or skin loss.
>          b. Nerve damage.
>          c. Painful or unattractive scarring.
>          d. Impairment of regional organs, such as eye
>             or lip function.
>      (3) Recurrence of the original condition.
>
> PT. INITIALS

> ☐ (E)  Photocoagulation and/or cryotherapy.
>      (1) Complications requiring additional treatment
>          and/or surgery.
>      (2) Pain.
>      (3) Partial or total loss of vision.
>
> PT. INITIALS

> ☐ (F)  Corneal surgery, such as corneal transplant,
>        refractive surgery and pterygium.
>      (1) Complications requiring additional treatment
>          and/or surgery.
>      (2) Possible pain.
>      (3) Need for glasses or contact lenses.
>      (4) Partial or total loss of vision.
>
> PT. INITIALS

> ☐ (G)  Glaucoma surgery by any method.
>      (1) Complications requiring additional treatment
>          and/or surgery.
>      (2) Worsening of the glaucoma.
>      (3) Pain.
>      (4) Partial or total loss of vision.
>
> PT. INITIALS



**Consents, Authorizations, Disclosures, And Waivers**

_ atient Registration

**HERMANN HOSPITAL**

Con Auth Disc Waiv

**96 92549 0 9010**
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

2000

**CONSENT FOR MEDICAL TREATMENT**
Knowing that I am suffering from a condition requiring hospital care, I hereby voluntarily consent to such hospital care encompassing diagnostic procedures and medical treatment by my physician, his/her assistants or his/her designees, as may be necessary in his/her judgment. I acknowledge that no guarantees have been made as to the result of treatments or examination in the hospital.

**AUTHORIZATION FOR RELEASE OF INFORMATION & DISCLOSURE OF INFORMATION FOR HOSPITAL PAYMENT**
The undersigned hereby authorizes Hermann Hospital to release to his/her doctor, insurance carrier, the Social Security Administration, its intermediaries or carriers, third party administrators, or any party that is or may be liable for all or part of the hospital charges, such diagnostic and therapeutic information (including any treatment for alcohol, drug abuse, or reportable communicable and/or sexually transmitted disease, including acquired immune deficiency syndrome or human immuno-deficiency virus infection) as may be necessary for the purpose of enabling the insurance carrier, third party administrator, or Social Security Administration to determine the benefits available to the patient for the services rendered during this period of hospitalization. I hereby authorize my employer or agent and D̶ ̶·̶·̶rs to release any information necessary to determine benefits payable by any insurance policy or benefit plan under which I may be covered.

**WAIVER FOR PERSONAL VALUABLES**
The undersigned understands that Hermann Hospital is not responsible for personal effects, purses, wallets, dentures, property or valuables including rings, watches, and money unless same has been checked into the hospital safe and a receipt issued. Property checked into the safe will not be surrendered without receipt.

**PATIENT'S RIGHTS AND RESPONSIBILITIES:** The patient/guarantor acknowledges receipt of statement of the "Patient's Rights and Responsibilities."

_____ **MEDICARE PATIENTS:** Medicare Certification and Authorization: I certify that the information given to apply for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf.

_____ **MEDICARE PATIENTS:** An Important Message from Medicare: I acknowledge that I have been provided a copy of the notice entitled "An Important Message from Medicare" detailing my rights as a Medicare hospital patient and the procedure for requesting a review by the Peer Review Organization in this area.

_____ **CHAMPUS/CHAMPVA PATIENTS:** If the patient is covered by CHAMPUS/CHAMPVA, "An Important Message from CHAMPUS" form has been presented to the patient or guarantor.

This form has been fully explained to me and I certify that I understand its contents.

Patient _____ Date _____ Witness _____

Patient is ☐ a minor  ☐ unable to consent because _____

I hereby consent on his/her behalf and in his/her stead this _____ day of _____ 19____

Signature of Closest
Relative or Legal Guardian _____ Print Name _____

**Leaving Against Medical Advice**

I, the undersigned am  ☐ Leaving  ☐ Taking

against medical advice at my own risk, and hereby release Hermann Hospital and attending doctors of all responsibility.

Signed _____ Print Name _____ Witness _____

‾‾‾e Above Consents And Disclosures Pertain To The Admission, Occasion Of Service On: _____
                                                                                        Date

Do Not Remove From
Medical Records

**HERMANN HOSPITAL**

Consents, Authorizations, Disclosures, and Waivers

**96 92549 0 9010**

WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

'atient Registration

---

**AGREEMENTS, AUTHORIZATIONS, & IRREVOCABLE ASSIGNMENTS**

**FINANCIAL AGREEMENT**
The undersigned agrees, whether signing as patient, agent, guarantor, or otherwise for or on behalf of the patient, that in consideration of the services rendered to the patient, he/she hereby individually obligates himself/herself, jointly and severally, to pay Hermann Hospital (the "Hospital") for all hospital charges. Payment is due at time of service. Accounts not paid within 30 days of the date of invoice will be charged interest at the rate of 12% APR, compounded monthly, until paid. The undersigned authorizes the Hospital or its agents to verify any information received relative to the undersigned including applicable credit history, employment and insurance coverage status. Hospital specifically disavows any arrangements of monthly payments and that should such arrangements become necessary in the future that such must be agreed to by an authorized representative of the hospital and be in writing signed by such authorized representative.

**ASSIGNMENT OF INSURANCE BENEFITS - HOSPITAL**
In consideration of services rendered, the undersigned irrevocably assigns and transfers to Hermann Hospital (the "Hospital"), for himself/herself and dependents, all rights, title, and interest in the claims or causes of action regarding benefits payable for services rendered by the Hospital provided in any insurance policy(ies) or benefit plan. Said irrevocable assignment and transfer shall be for the purpose of granting the Hospital an independent right of recovery on said claims, policy(ies) of insurance or benefit plan against any third party but shall not be construed to be an obligation of the Hospital to pursue any such claim or right of recovery. The undersigned hereby irrevocably assigns to the Hospital all right, title, and interest in all claims or benefits payable out of any third-party action against any other person, entity, or insurance company, or out of recovery under the uninsured motorist provisions or the medical payment provisions of any automobile insurance policy(ies) under which the patient may be entitled to recover. The undersigned further authorizes and appoints the Hospital as attorney in fact to pursue on his/her behalf, any claim to which he/she may be entitled to pursue or otherwise obtain benefits from any responsible party, including but not limited to the Crime Victims Compensation Division of the Texas Attorney General's Office i the event that the patient's hospitalization is necessitated by injuries received as the result of a violent crime, but in no event shall this be construed to be an obligation of the Hospital. The undersigned understands that if the Hospital is not paid in full by proceeds of any insurance policies or benefit plan the ''is assignment does not release his/her obligation and liability to the Hospital for payment of services and items provided by the Hospital in accordance i the financial agreement above.

**ASSIGNMENT OF INSURANCE BENEFITS - DOCTOR**
I hereby irrevocably assign to the Doctors, all rights, title and interest in the benefits payable to me by any insurance policy(ies) or benefit plan under which I am covered for services rendered by those Doctors. I understand that I am responsible to these Doctors for all charges not covered by this assignment and hereby promise to pay to the doctors any remaining balance. I further assign the amount necessary to pay their medical bills out of any recovery or settlement out of any third party action against any other person or his insurance company, or out of recovery under the uninsured motorist provision or the medical payment provisions of my automobile insurance policy. I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or related Medicare claim. I request that payment of authorized benefits be made on my behalf.

**DECLARATION:** I have read and understand the above agreements, authorizations, and irrevocable assignments. The terms and consequences of this document have been fully explained to me and I have signed it freely and without inducement other than the rendition of services. All questions have been fully answered. I understand that physicians are independent contractors and are not employees of the Hospital.

**A PHOTOCOPY OF THIS DOCUMENT SHALL BE CONSIDERED AS EFFECTIVE AND VALID AS THE ORIGINAL**

| PATIENT SIGNATURE | DATE | PRINT NAME | DATE |
|---|---|---|---|
| X KEVIN WALTER | 1-9-99 | X Twynette Walter (mothe, |  |
| GUARANTOR/INSURED SIGNATURE | DATE | PRINT NAME | RELATIONSHIP |
| Inia - Waltv | 1-9-99 |  |  |
| WITNESS SIGNATURE | DATE | PRINT NAME |  |

· above AGREEMENTS, AUTHORIZATIONS, AND IRREVOCABLE ASSIGNMENTS pertain to the admission/occasion of

service on: ___1 - 9 - 99___

**Do Not Remove From Medical Records**

8

Medical Record Copy

**PAGE 1**

HERMANN HOSPITAL
EMERGENCY CENTER RECORD
PRESS HARD YOU ARE MAKING 4 COPIES

WALTER CHEYAN
B I R D A Y 05/14/1974

DUKE, JAMES H. (TRAUMA)

TIME: ___ DATE: 03/30/99 TRIAGE NURSE: POWELL RN, CHERYL
ARRIVAL CODE: ___ MODE OF INJURY: NONE/NOT KNOWN

PATIENT'S HOME PHONE: ___ WORK PHONE: ___

URGENCY CODE ☐ I  ☐ II  ☐ III

TIME 0020 TEMP: ___ PULSE: ___ RESP: ___ BP: ___

| TIME | PHYSICIAN / PREFERRED CODE | TIME(S) NOTIFIED | TIME(S) RESPONDED / ARRIVED | COMMENTS |
|------|---------------------------|------------------|----------------------------|----------|
| IN ROOM | | WT. | POLICE NOTIFIED | PREVIOUS EC VISIT | EC SERVICE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PRE-ARRIVAL INFORMATION | CURRENT MEDICATIONS: | ALLERGIES: |
|------------------------|---------------------|------------|

CC: ___

HPI: Pt is 24 y/o Black ♂ c̄ rmks his drain is clogged. Pt has
abd pain/cramping. S/P GSW on 7 Dec 98 c̄ laparotomy c̄ healing by
2° intention c̄ bid wet to dry dsg. Has ___ drains - one bilious drainage -
one for ___ ___ drainage. Drains flushed by home health earlier
this evening.

PM Hx: Ø

PSHx: GSW c̄ laparotomy

FHx: Ø

SOC Hx: Ø Smoke / Ø EtOH / Drugs

ROS: Ø C/P/SOB Ø N/V/D

T: ___ P: ___ R: ___ BP: ___ GENERAL APPEARANCE: Pt is ambulatory Black ♂ NKD

PE: Gen: AAO x3

HEENT: Atraumatic, PERRL, TMs clear, Nares clear,
Mouth / Throat clear

Chest/Lun: CTA ___ bilat

CVS: RRR

Abd: Soft, NT ⊕ BS, wound c̄ wet to dry dressing ___

Ext: AF ROM; all ext

Neurov: Motor & Sensation; intact

| PG 1 __ SIGNATURE & ID | PG 3 __ 5 SIGNATURE & ID | ATTENDING SIGNATURE & ID |
|------------------------|--------------------------|--------------------------|

9

HERMANN HOSPITAL
EMERGENCY CENTER RECORD
PAGE 2

PRESS HARD YOU ARE MAKING 4 COPIES

DATE

| TIME | DIAGNOSTIC INTERVENTIONS: | RESULTS/INTERPRETATIONS |
|------|---------------------------|--------------------------|

ALT 349  AST 270  GGT 337  Aphos 201  LDH 358
TBili 0.8  Dbili 0.6  Amylase 74  Lipase 312

135 / 97 / 14 \ 157  20.1 > 8.4 <
3.2 \ 29 / 1.3 /          26.5

CT Abd — (R) loculated effusion
(L) Liver fluid collection + drain in place

TREATMENT INTERVENTIONS:

Ø

OBSERVATIONS/CLINICAL COURSE SUMMARY:

Pt seen c̄ faculty Attending, Dr Hollingshea

ATTENDING PHYSICIAN'S COMMENTS: 34 yo NΦ c/o Abdo cramping pain ? if drain
occluded PMHx: GSW to Abdo c̄ resultant + liver
Rben — S/P percutaneous drain  Exam: afebrile
non tender PMP  CT Abdo → Rben liver
Af Acute (B) liver  Aben
D/ Adult D) Dube  collection

CLINICAL IMPRESSION(S): 1. loculated effusion (R) 2. fluid in liver  3.

DISCHARGE INSTRUCTIONS                          DISCHARGE MED. (DOSE/SIG/QTY.)

Admit

| ☐ SOCIAL WORKER NOTIFIED  ☐ HOME | | DISPOSITION OF PATIENT ☐ INPATIENT  ☐ OBSERVATION | ☐ PATIENT TRANSFERRED | ☐ DECEASED |
|---|---|---|---|---|
| FOLLOW UP DATE & TIME | BED CONTROL NOTIFIED | | REASON FOR TRANSFER | NEXT OF KIN NOTIFIED |
| FOLLOW UP SITE | BED ASSIGNED | | ACCEPTING FACILITY | PASTORAL CARE NOTIFIED |
| INSTRUCTION SHEET COMPLETED & UNDERSTOOD  ☐ YES  ☐ NO | REPORT GIVEN TO | ROOM | ACCEPTING PHYSICIAN | MEDICAL EXAMINER NOTIFIED |
| CLASSIFICATION (CIRCLE ONE) 1 2 3 4 5 6 | ADMIT ATTENDING M.D. | | MODE OF TRANSFER | BODY RELEASED TO |
| CONDITION OF DISCHARGE | ADMIT SERVICE  Trauma | | COPY OF CHART, X-RAYS, & RESULTS: | FAMILY PHYSICIAN NOTIFIED |
| NURSE'S SIGNATURE | DISCHARGE OF VALUABLES | | DISPOSITION OF VALUABLES | DISPOSITION OF VALUABLES |
| PHYSICIAN'S SIGNATURE & ID | PHYSICIAN'S SIGNATURE & ID | | PHYSICIAN'S SIGNATURE & ID | PHYSICIAN'S SIGNATURE & ID |

MEDICAL RECORDS

V1505

# Emergency Center Nursing Record

Ec Nurs Rec

**96 92549 0 9010**
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

TR.

DATE: 1/10/98 TIME: 2357 RN #: 777 TRIAGE ACUITY: I (II) III
NAME: Walter, Kevin SEX: M DOB: 5/14/74 RACE: B

**ARRIVAL MODE:**
- ☐ AMBULATORY
- ☑ WHEELCHAIR
- ☐ CARRIED
- ☐ AMBULANCE #
- ☐ HFD #
- ☐ LIFE FLIGHT

**ACCOMPANIED BY:**
- ☐ RELATIVE
- ☐ FRIEND
- ☐ POLICE
- ☐ SELF
- ☐ OTHER _____

**TREATMENT PTA:**
- ☐ C-SPINE IMMOB
- ☐ O₂: VIA
- ☐ ET: SIZE SITE
- ☐ IV: SIZE SITE TYPE

## TRIAGE

CHIEF COMPLAINT: ® abd/thorax Pain
CONTRIBUTING HISTORY: S/p GSW x 3 on 12/7/98 c̄ A) liver injury
now AA pain pt feels drains are clogged/c̄
PAST MEDICAL HISTORY: GSW '98
CURRENT MEDICATIONS: Vicodin, Colace
ALLERGIES: Benadryl
VITAL SIGNS: T 97.2 PULSE 125 RESP 16 B/P 109/60 WEIGHT lbs. 310 oz LAST TETANUS WTD LMP N/A
TRIAGE INTERVENTION: ☐ LAB ___ TIME ___ ☐ X-RAY TO ___ VIA ___ BXR ___ ☐ VIA ☐ C-COLLAR ☐ ICE
☐ DRESSING ☐ OTHER ___
SERVICE: ☐ MEDICAL ☐ SURGICAL ☐ PEDIATRIC ☐ OB/GYN ☐ TRAUMA ☐ OTHER ___ RN SIGNATURE _____ RN

99.

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| DTP | ☐ | ☐ | ☐ | ☐ |
| Polio | ☐ | ☐ | ☐ | ☐ |
| Hib | ☐ | ☐ | ☐ | ☐ |
| MMR | ☐ | ☐ | ☐ | ☐ |
| Hepb | ☐ | ☐ | ☐ | ☐ |

Referral Information Given?
Comments ___

## ASSESS

**RESPIRATORY**
- Airway
- Clear
- Quiet
- Noisy
- Obstructed
- Breathing ☑
- Nonlabored
- Labored
- Shallow
- Irregular
- Rapid
- Absent

Lung Sounds
- N/A
- Clear ☑
- Coarse Crackles ☑
- Fine Crackles
- Wheezes
- Decreased
- Absent

**CIRCULATION**
- N/A
- Cap Refill:
- < 2 sec ☑
- > 2 sec

**INTEGUMENTARY**
- N/A
- Skin Color
  - Pink
  - Flushed
  - Pale
  - Cyanotic
  - Jaundice
  - Rash
- Skin Temperature
  - Warm
  - Cool
  - Hot
  - Cold
- Skin Moisture
  - Dry
  - Moist
  - Diaphoretic
- Skin Turgor
  - Resilient
  - Tenting
- Edema Area
  - Pitting 1+
  - 2+
  - 3+
  - 4+

**Wounds**
- Laceration
  - Size:
  - Location:
- Abrasions
  - Location:
- Contusions
  - Location:

**GU**
- N/A
- Vag Bleeding
- Amount:
  - scant
  - light
  - moderate
  - heavy
- FHT (rate)
- Urine Dip
- CVA L R L R
- Tenderness ☐☐ ☐☐

**GI**
- N/A
- Abdomen
  - Soft
  - Obese
  - Distended
  - Tender
  - Location:
- Prior Surg Scar
- Bowel Sounds:
  - active
  - hypo
  - hyper
  - quiet
- Hemoccult:
  - feces ___ emesis
  - positive
  - negative

**VISUAL ACUITY**
- OD 20/ 20/
- OS 20/ 20/
- OU 20/ 20/
- Corrected
- Light percept
- Count fingers

**MUSCULOSKELETAL/NEURO**
**VASCULAR**
- N/A
- Deformity
- Swelling
- Discoloration
- Location:
- Pulses L R L R
- Radial: Weak
  - Strong
  - Absent
- Pedal: Weak
  - Strong
  - Absent
- Sensation:
  - Present
  - Diminished
  - Absent
- Strength
- Grasps: Equal
  - Strong
  - Weak
- Pedal: Equal
  - Strong
  - Weak
- R.O.M.: full
  - decreased
  - none

## PLANNING & INTERVENTION / DIS

**NURSING DIAGNOSIS**
- ☑ Anxiety
- ☐ Body Temp, alteration
- ☑ Comfort, alteration
- ☐ Fluid Volume Deficit
- ☐ Skin Integrity, Impaired
- ☐ Infection, Potential
- ☐ Knowledge Deficit
- ☐ Mobility, Impaired
- ☐ Noncompliance
- ☐ Respiratory Function, Altered
- ☐ Other ___

**PLANNING & INTERVENTION** TIME OUTCOME
- ☐ Gowned/prep.for exam
- ☐ Side Rails Up
- ☑ Blood Drawn Site
- ☐ Blood Drawn Site
- ☐ UA Obtained CCMS
- ☐ ABG site ___
- ☐ EKG
- ☐ Cardiac Monitor
- ☐ BP Monitor
- ☐ Oxygen mode: ___
  - liters/min. ___

**PLANNING & INTERVENTION**
- ☐ Foley #
- ☐ Down drain bag
- ☐ Urometer
- ☐ Straight cath
- ☐ Mini cath
- ☐ Pelvic Exam
- ☐ Tepid/Sponge bath
- ☐ NG inserted
  - # ___ R ___ L ___
- ☐ OG inserted
  - LCS ___ Inter suction
- ☐ Eye Irrigation
  - OD ___ OS ___ OU ___
  - Fluid ___
  - Amount ___
- ☐ Emotional Support
- ☐ Family Notified
- ☐ Social Worker Notified
- ☐ Other ___

TIME OUTCOME

**X-RAY**
- ☐ SPINE
- ☐ CHEST
- ☐ SKULL
- ☐ ABDOMEN
- ☐ EXTREMITIES
- ☐ OTHER

Time to Xray | Time to Via | Time Back from Xray

COMMENTS: ___

RN Init. CR Signature _____ RN Init. ___ Signature ___ RN Init. ___ Signature ___

| Time | Temp. | Pulse | Resp. | BP - Pos. | | Initial |
|---|---|---|---|---|---|---|
| | | | 18 | 110/17 | | |

**HERMANN HOSPITAL**

Ec Nurs Rec

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

| Time | Medication | Dosage | Mode | Site | Response/Evaluation | Initial |
|---|---|---|---|---|---|---|
| | | | | | | |

| Time | Initial | IV # | Vol./Solution/Additives | Cath. Size/Site | Rate | Time Dc. | Amt. Abs. | PO | NG | Urine |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

INTAKE / OUTPUT

I & O to be totaled on discharge from Emergency Center   Total Intake ___   Total Output ___

| TIME | TREATMENTS/PROCEDURES | NURSE'S NOTES/PATIENT PROBLEMS |
|---|---|---|

DISPOSITION OF VALUABLES: ☐ NONE  ☐ LOCK BOX  ☐ TO FAMILY MEMBER  ☐ WITH PATIENT
DISPOSITION OF CLOTHING: ☐ WITH PATIENT  ☐ TO FAMILY MEMBER  ☐ POLICE  ☐ LOCK BOX  ☐ DISCARD
DISCHARGE: TIME ____ MODE: ☐ AMB  ☐ W/C  ☐ STRETCHER  ☐ CARRIED  ☐ AMBULANCE TO: ☐ HOME  ☐ POLICE CUSTODY  ☐ OTHER
f: TIME ____ MODE: ☐ AMB  ☐ W/C  ☐ STRETCHER  ☐ CARRIED TO: ____
TRANSFER: TIME ____ FACILITY ____ MORGUE ____  ☐ AMA  ☐ LBT
PATIENT TEACHING: VERBALIZED UNDERSTANDING ☐
COMMENTS/REFERRAL: ☐ See E.C. Continuation Sheet

RN Init. ____ Signature ____   RN Init. ____ Signature ____   RN Init. ____ Signature ____

# HERMANN HOSPITAL

Physician's Orders

1014

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

"Authorization is hereby given to dispense the Generic or Chemical equivalent
...ss otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS |
|---|---|---|
| DATE | TIME | **Use Ball Point - Press Firmly** |

| | | |
|---|---|---|
| 1/11/99 1448 | 1448 | ✓ R̄ |
| | | ① Fentanyl 50 µgram ] IV |
| | | Versed 1 mg. |
| | | ② Chest tube to gravity drainage.   # 54 |
| | | ③ AA CXR @ 2100 AM/AH CXR @ 2100 |
| | | ④ Resume previous orders / per home team. |
| | | [signature] M.D. |
| | | SCH N01014 |
| | | 22890 |
| 1/11/99 | 1530 | Vicodin T. TT tab q4h prn for pain |
| | | Regular diet |
| | | T.O. Dr. Von Maszewski / Mary Adams RN |
| | | /AB00 |
| | | Mary Adams RN   1/11/99 |
| 1/11/99 | 1630 | Morphine Sulfate 2-4 mg. IV q 3-4h prn for |
| | | severe pain |
| | | T.O. Dr. Von Maszewski / Mary Adams RN |
| | | /AB00 |
| | | Mary Adams RN   1/11/99 1755 |
| 1/12/99 0200 | 0200 | 24° chart ✓   Evelyn B. Lourigne |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)            MEDICAL RECORDS            12

**HERMANN HOSPITAL**

Physician's Orders

96 92549 0 9010
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

1014

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words - MEDICAL NECESSITY"

ALLERGIES: ☐ NKA ☐ YES

DRUG: ______

OTHER: ______

WT: ______ kg. HT: ______ cm.

| ORDERED DATE | ORDERED TIME | ORDERS — Use Ball Point - Press Firmly |
|---|---|---|
| 1/10/98 | | ① [illegible] |
| | | ② Schedule CT guided drainage of fluid collection in chest + liver |
| | | [signature] Spring 23 [illegible] |
| | | 1/10/99 [signature] |
| | | [signature] 1/10/98 |
| | | 1/10/99 2400 2400cc [illegible] |
| | | Vascular Radiology |
| 1/11/99 | 1135 | Versed 1mg IVP |
| | | Fentanyl 50 micrograms IVP |
| | 1137 | Versed 1mg IVP |
| | | Fentanyl 50 micrograms IVP |
| | | Versed 1mg IV |
| | 1220 | Fentanyl 50 micrograms IV |
| | | Versed 1mg IV |
| | | Fentanyl 50 micrograms IV |
| | | [signature] 901-3907 |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

14

---

"Authorization is hereby given to dispense the Generic or Chemical equivalent less otherwise indicated by the words - **MEDICAL NECESSITY**"

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

1014

ALLERGIES: ☐ NKA ☑ YES
#22966
DRUG: benadryl _____

OTHER: _____

WT: 80 270 kg.   HT: 5'11" cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 1/10/99 | 1430 | xfer to floor / Trauma / Duke | |

xfer to floor / Trauma / Duke
w/a Empyema
stable condition
vitals per routine
All: Benadryl
Act as tolerated
Strict I/O, Record drain output @shift
  call M.D. for T>38.5, U/O<30cc/hr,
   SBP<90 or >190, DBP>110, HR<50 or >130
Clear Liquid Diet
NPO ⊼ MN
D5 1/2 NS + 20 meq KCL @ 125cc/hr
Meds ① Tylenol 650mg PO/PR @4° PRN T>38°
   ② Phenergan 12.5mg IV/IM
        @3-4° PRN N/V
   ③ Ampicillin 1gm IV @6°
   ④ Gentamycin 400mg IV QD
   ⑤ Heparin SQ 5000u BID

Labs/films:  lytes/BUN/Cr
       CBC/D/P     / in AM 1/11/99
       PT/PTT

Inspirex 10x/hr
IPPB @4-6° PRN

AE Booth MD
24780

FAXED
1435

1/10/99

1/10/99 2600
     2700

AE Booth MD

Cooper MD

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

# HERMANN HOSPITAL

## Physician's Orders

"...thorization is hereby given to dispense the Generic or Chemical equivalent
unless otherwise indicated by the words - **MEDICAL NECESSITY"**

ALLERGIES: ☒YES ☐NO

DESCRIBE: _Benadryl - anxious_

5'11"          270 lb

**PHYSICIAN'S ORDERS**

**96 92549 0 9010**

WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

1014

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 1/10 | 3:30 AM | | HOSPITALIZATION ORDERS |

1. Hospitalization Status: ☒Observation ☐ Post Procedure ☒In-Patient (check one)

2. Diagnosis:

3. Chief Complaint:

4. Procedure:

5. Attending Physician: _Duke_          Resident: _Beyer / Von Maszewski_

6. Service: _TRAUMA_          /Team:

- Vitals q4hrs
- Diet → NPO
- IV → D5½NS c 20 KCl → 110 cc/h
- Labs → CBC c diff / Chem 7 in AM sent
- Allergies → NKDA
- Measure Drns output q shift
- Send drn fluid for _____ cx's sent
- Send UA and c cx if string urine sent
- Strict I&O's
- Call HO c T > 101.5   BP > 135 < 10  SBP > 190 < 90  HR > 135 < 60
- Ampicillin 1gm IV q6hrs
- Gentamicin 400mg IV qd
- c Tylenol 650mg po/pr q6hrs prn T > 101.
- Send Blood Cx's x 2 sent prior to
- _____ starting Antibiotics

Noted 1/10/99 ____          G. Beyer
          2177

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

16

**HERMANN HOSPITAL**

| Consultant's Report | Cons Rep |
|---|---|

**96 92549 0 9010**
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

1023

TO: _Duke_                    _Trauma_
   (Consulting Physician)         (Consulting Service)

FROM: _Marshburn_               _ER_
   (Attending Physician)         (Attending Service)

RE: _24 y/o BM s/p Ex lap for GSW_
   (Reason of Consultation Request)

12/7/98. C/O abd cramping/pain this evening. Reports takes Vicodin qhs c occasional nausea. Pt has a laparotomy wound healing by 2° intention c bid W→D drsg 2's by home health. He also has two drains in place in RUQ, one c bilious drainage & one c serosanguinous drainage. Pt is also concerned that his drains are clogged, although they were flushed by Home health early this evening.

VS: 97² 109/65 125 16   Wt 310#   Meds: Vicodin, Colace

PE: CTA Ⓑ     RRR & M

Abd - soft, NT, ND, ⊕BS
   Midline incision c Montgomery straps - dressing removed - pink
   granulation tissue seen c good wound closure, ® drainage, ®
   erythema, ® fluctuance
   · Superior drain c bilious material - dressing C/D/I c bilious
   material, easily flushed.
   · Inferior drain c serosanguinous material dressing C/D/I c
   easily flushed

CBC, Chem7, LFTs Ⓟ

20.1 ⟨8.4 / 26.0    135 | 97 | 14 ⟨157
                    3.2 | 29 | 1.3

ALT 349↑   TBili 0.8
AST 270↑   DBili 0.6↑
GGT 537↑   Amyl 74
A® 264↑    Lipase 312↑
LDH 358↑

CT - loculated effusion ® lung base
   tumor superior aspect of liver c minimal fluid collection.
   drain in liver c sizable fluid collection, tip in collection

A/P: Admit to CCU. NPO. Treat c IVAbx for ?nidus source of loculated
   ® pleural effusion w. intrahepatic fluid collection. Pt discussed
   c Dr. Duke.

M Von - Margenti 23783

(...itional space is required, please use another sheet.)
DISTRIBUTION: WHITE - Medical Records
CANARY - Attending Physician
PINK - Consulting Physician

434464 (10/95)

                              (Consultant's Signature)

17

Hermann Hospital
## TRAUMA / STICU  PROBLEM LIST



**96 92549 0 9010**
WALTER  ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

1149

Attending:

Admit Date:   STICU:            Hospital:

D/C Date:     STICU:            Hospital:

| DIAGNOSIS/ PROBLEM | PLAN &/or PROCEDURE PERFORMED & DATE | RESOLVED YES / NO | | CONSULT (If applicable) |
|---|---|---|---|---|
| Biloma | IR for drain | | | Service: Duke Attending: Cohen Date: |
| Pleural effusion | IR CT | | | Service: Cohen Attending: Date: |
| | | | | Service: Attending: Date: |
| | | | | Service: Attending: Date: |
| | | | | Service: Attending: Date: |
| | | | | Service: Attending: Date: |
| | | | | Service: Attending: Date: |

435433

Hermann Hospital

## Day of Discharge Orders

**96 92549 0 9010**

WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

1010

Admitting Date: _1/9/99_

Admitting Dx.: _Empyema_

Discharge Date: _1/11/99_

Discharge Dx.: _same_

Referring M.D.: _____

| Procedures / Treatment Performed / Date | Pertinent Test Results |
|---|---|
| 1/11/99 – US guided placement of RE chest tube, 10F drainage tube perihepatic | CT 1/9/99 – fluid collection in castophrenic sulcus. fluid loculated Gram Stain – Enterococcus |

| Discharge Medication | Dose | Times per Day | Drug Class | Comments/Final Progress Notes (For Stays < 48 Hrs) |
|---|---|---|---|---|
| Ampicillin | 500 mg | four | B DFI | |
| Levaquin | 500 mg | one | B DFI | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Patient Provided with Medication Information Sheet/Sheets

Discharge Diet If Appropriate: _Regular_

Describe diet instruction provided: _____

Signature of R.D. (if applicable) _____

Follow-Up Care:

| | Physician | Date | Office Number | Fax Number |
|---|---|---|---|---|
| 1 | Dr. Duke | 10 days | 704-6025 | |
| 2 | Dr. Middlebrook | 10 days | 704-2823 | |
| 3 | | | | |

Home Care Agency: _____   Office #: _____   Fax #: _____

Referred for: _Dressing changes bid & wound care / drain care_

Special Instructions: _____

When to call the doctor - Call _Surgery Clinic_ at _704-6025_ for _fever, any questions_
Phone          Danger Signals

Resumption of Normal Activities:   Date you can return to work: _____   Date you can resume driving a car: _____

Date you can resume your normal sexual activities: _____

Patient Education Materials provided: _____

By signing this form, I acknowledge receipt of the above information.

Patient/Family Member Signature: _Kevin Walter_   Phone Where You Can Be Reached: _____

Signatures: _____ MD   M.D.-Beeper #: _____   Discharging R.N. _Angela M _____ RN

Unit Secretary: _____ FAX TO   1  Attending Physician
2  Follow-Up Physician(s)
3  Home Health Central Intake (40022) if Home Health Ordered Above.

Form 431612 (3/96)

White Copy-Hospital Medical Records          Yellow Copy-Patient

19

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words - **MEDICAL NECESSITY**"

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

1014

1602

96 92549 0 9010
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS — Use Ball Point - Press Firmly |
|---|---|---|
| DATE | TIME | |
| 1/15/99 | 1701 | 12° chart check done by Sname-Keith R3, RN |
| | | Heplock IV |
| | | Home health: |
| | | Dressing changes to abd wound bid c̄ 4x4s |
| | | Drain care bid |
| | | Please DC flush Pleurovac and attach leg bags to chest & abdominal drains |
| | | M Von-Maszewski 23283 |
| | | 1/16/99 George L. Jones, U.S. |
| | | 0124 |
| 1/16/99 | 03 | 24° chart ✓ ——————— mi-tha Roberson |
| 1/16/99 | | D/c home — after fixing re drain to leg bags — Thou 24278 |
| 1-16-99 | 0435 | Renae Niteveu U S |
| (L) | | 1/16/99 1015 Angela Mizen RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS

20

## ANTIBIOTIC/PHYSICIAN REORDERS

**HERMANN HOSPITAL**

**Antibiotic/Physician Reorders**



| Patient Name | : WALTER, KEVIN |
| Medical Record # | : 96925490 |
| Location | : GSUR J602-00 |
| Print Date : 01/14/99 | |

orization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words-**MEDICAL NECESSITY"**

ALLERGIES: ☐ YES  ☐ NO

DESCRIBE:

| ORDERED | | ORDERS | Use Ball Point-Press Firmly |
|---|---|---|---|
| DATE | TIME | | |

THE ORDERS BELOW ARE SCHEDULED TO EXPIRE WITHIN 48 HOURS UNLESS RENEWED. PLEASE INDICATE WHETHER THE FOLLOWING SHOULD BE CONTINUED BEYOND THE INDICATED STOP DATE OR DISCONTINUED BY CHECKING THE APPROPRIATE LINE BELOW.

| DRUG | DOSE | ROUTE | FREQ | START | STOP | CONTINUE | DC | ORDER # |
|---|---|---|---|---|---|---|---|---|
| AMPICILLIN 1G-NS 50ML | | IV | Q6 | 01/10/99 | 01/17/99 | _____ | ✓ | 519811 |
| HEPARIN | | SQ | BID | 01/10/99 | 01/17/99 | ✓ | _____ | 521682 |

FAXED

notes 1/15/99
martha Jaskusov RN

VON MASZEWSKI
NAME (PRINTED)

MV-Margul
SIGNATURE

1/15/99
DATE

0844
TIME

23283
BEEPER #

1/15/99  Esther Clopper, RN

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

1/15/99 @ 1500  martha Jaskusov RN

9/

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words - **MEDICAL NECESSITY**"

```
96 92549 0 9010
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99
```

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.    HT: _____ cm.

| ORDERED | | ORDERS (#63 #64) Use Ball Point - Press Firmly |
|---|---|---|
| DATE | TIME | |
| 1/14/99 | 0651 | ① CT Chest + Abdomen c̄ contrast |
| | | ...07:05... ...M53 Siemens 200-5540... /s/ Von Harewski 23283 |
| | | 1/14/99 Ethel Cooper, us |
| | | 1/14/99 @ 0945 Smmma-Keith Pg, RN |
| 1/14/99 | 0710 | D/C CT of the abdomen. Do CT of the chest T.O. Javier Alaniz PA /s/ Amy Altman m̄ |
| | | 1/14/99 10:25 Ethel Cooper, us |
| | | 1/14/99 @ 1335 Smmma-Keith Pg, RN |
| | | 1/15 0100 2400 cc ✓ |
| 1/15/99 | 0310 | ① D/c IV Ampicillin ✓ ② D/c IV Gentamicin ✓ ③ Ampicillin 500 mg PO QID ④ Levoflox 500 mg PO QD |

FAXED

...Von Weiss M53 Siemens 200-5540... /s/ Von Marzewski 23283

1/15/99 @ 1845 ...

1/15/99    Ethel Cooper, us

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)

MEDICAL RECORDS   Smmma-Keith Pg, RN

22

---

"Authorization is hereby given to dispense the Generic or Chemical equivalent unless otherwise indicated by the words - **MEDICAL NECESSITY**"

**HERMANN HOSPITAL**

Physician's Orders

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

1014

ALLERGIES: ☐ NKA ☑ YES

DRUG: Benadryl

OTHER: _____

WT: _____ kg.  HT: _____ cm.

| ORDERED DATE | TIME | ORDERS   Use Ball Point - Press Firmly |
|---|---|---|
| 1-12-99 | 1300 | D/c Benadryl order per T.O. Alaniz, PAC 24010 |
| | | Mimi Giap, RPh |
| | | 1-12-99 @ 1400 24010 |
| | | Renew Metoject |
| 1/12/99 | 3⁰pm | ① Flush All 3 drains c̄ 15 cc NS q Phen |
| | | ② Dressing Change to Abd wounds |
| | | W-T-D c̄ NS + Kerlex |
| | | Cover c̄ Abd + hold c̄ Montgomery straps |
| | | Change BID |
| | | [signatures] |
| | | 1-12-99 5pm |
| 1-12-99 | | q 4 Sp 72° Chart |
| 1-13-99 | 0100 | 24° Chart ched - |
| 1/14/99 | | 24 hr. Chart ✓ Peter Sutany RN |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)    MEDICAL RECORDS

**HERMANN HOSPITAL**

Physician's Orders

"Authorization is hereby given to dispense the Generic or Chemical equivalent
unless otherwise indicated by the words - **MEDICAL NECESSITY**"

**96 92549 0 9010**
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

1014

ALLERGIES: ☐ NKA ☐ YES

DRUG: _____

OTHER: _____

WT: _____ kg.   HT: _____ cm.

| ORDERED | | ORDERS | Use Ball Point - Press Firmly |
|---|---|---|---|
| DATE | TIME | | |
| 1/12/99 | 0945 | ↑ Gentamycin to 600 mg IV QD | AEBosth MD 24780 |
| 1/12/99 | 1:45 | ① Culture all 3 tubes + Identify all 3 As seperate specimen EMJ A (ie -Abd drain, CT upper, CT lower) Send for C+S, gramstain | |
| 1/12/99 | 145pm | ① Culture + Sensitivity c gramstain 18   a) Intrahepatic Drain   b) C-T site ② T+C X 2units PRBC's Transfuse when ready Give Tylenol 650mg + Benadryl 25mg po c Each unit ③ Please consent pt for Blood — | J Alburg for/ A. Oishe 24010 |
| 1-12-99 | @1735 | Renee Metzger U-S/pm | Steve Vick 1-12-99 |

**PLEASE INCLUDE YOUR BEEPER OR PHONE NUMBER WITH YOUR SIGNATURE**

431641 (6/95)        **MEDICAL RECORDS**

## Radiology Consultation Notes

```
96 92549 0 9010
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99
```

Date: 1-1-99   ( ) Inpatient: _____   ( ) Outpatient
Type of Imaging Procedure: _____

Diagnostic/Clinical Information: _____

### PATIENT ASSESSMENT

Time of arrival: _____   NPO Since: _____
Vital Signs (Baseline): B/P: 150/53  P: ___  R: ___
LAB VALUES (if applicable)   O₂ SAT 99%
BUN: ____ CREAT: ____ PT: ____ PTT: ____ Other: ____
Age: ____ Weight: ____ Height: ____
Allergies: _____

ID Bracelet:   Yes ☑   No ☐

Consent:   Yes ☑   No ☐

Prep Skin   Yes ☑   No ☐   Prepsite: _____
Betadine ☐   HIB/CLENS ☐   Other ☐

Pregnant:   Yes ☐   No ☐   LMP: _____

Contrast Type: _____   Amt: _____
PRIOR CONTRAST          ☐ No   ☑ Yes
CONTRAST REACTION       ☐ No   ☑ Yes

HISTORY:

**RESPIRATORY**
- ☐ Asthma
- ☐ COPD
- ☐ SOB

**CARDIOVASCULAR**
- ☐ CHF
- ☐ ANGINA
- ☐ HTN
- ☐ MI
- ☐ Murmur/Arrythmia

**Nuerologic**
- ☐ TIA
- ☐ CVA
- ☐ Seizure

**Liver/Metabolic**
- ☐ Jaundice
- ☐ Hepatitis
- ☐ Bleeding Problems
- ☐ Diabetes

Other serious illness? List: _____

Current Medication: _____

| Teachings: | Written | Verbal | Flouro |
|---|---|---|---|
| Pre Procedure | ☐ | ☐ | Time: |
| Post Procedure | ☐ | ☐ | |
| Post Sedation | ☐ | ☐ | |

Comments: _____

Report called by: _____   Time: 13 00   Report given to: _____
Dismissed to ( ) room # 6025   ( ) home:   accompanied by: _____
Dismissed per ( ) W/C ( ) Stretcher   ( ) Bed   ( ) Ambulatory   Discharged Time: _____
Transportation called at: _____

---

Post-

TIME/SIGNATURE _____

NEUROLOGICAL _____

**Activity**
- Able to move 4 extremities
- Able to move 2 extremities
- Able to move 0 extremities

**Level of Consciousness**
- Alert, awake
- Drowsy, but easily aroused
- Aroused by stimuli
- Supor, aroused by vigorous continuous stimuli
- Responds to pain only
- No response to pain

SKIN _____

**RESPIRATORY**
- Respirations _____
- Breath Sounds _____
- O₂ _____

**CARDIOVASCULAR**
- EDEMA _____
- APICAL/RADIAL PULSES _____

| PULSES | Ext. | Pulse | | |
|---|---|---|---|---|
| | | Femoral | Dorsal | Pedis |
| | | Post | Dictal | |
| PRE | R | | | |
| | L | | | |
| POST | R | | | |
| | L | | | |

DRSG/INCISION Skin Post Op   ☐ Bandaid   ☐ Tegaderm   ☐ Sutured   ☐ Steri Strip

| PUNCTURE SITE(S) | Bleeding | Absent ☐ | Present ☐ |
|---|---|---|---|
| | Swelling | Absent ☐ | Present ☐ |

435140

25

| Radiologist | Ron C | Vital Signs | | | | | | NURSES NOTES |
|---|---|---|---|---|---|---|---|---|
| Nurse | BJustice RN | Time | B.P. | O2 Sat | Heart Rate | Resp Rate | | Pt coming #1 Pt. |
| Technologist | K Martin | 1130 | 149/77 | 100 | 105 | | | O.D., Alert to family Monitors applied |
| MEDICATION ADMINISTRATION | | 1135 | 157/52 | 99 | 104 | | | EKG, NIBP, O2 Sat. Ct. |
| TIME | DRUG NAME | DOSE/ROUTE | 1140 | 163/77 | 99 | 110 | | | Rang @, response to |
| 1135 | Versed Fentanyl | 1mg IVP 50 mcg IVP | 1145 | 149/77 | 99 | 111 | | | Ultrasound pt. A. |
| 1137 | Versed Fentanyl | 1mg IVP 50 mg IVP | 1150 | 157/78 | 98 | 109 | | | Prepped + draped. |
| 1220 | Versed | 1ms IV | 1155 | 147/76 | 99 | 109 | | | Local steri-... |
| 1220 | Fentanyl | 50 mcg IV | 1200 | 139/84 | 97 | 114 | | | Steri... ...ng... |
| 1250 | Versed | 1ms IV | 1205 | 167/76 | 98 | 112 | | | to Chest tube    BJ |
| 1250 | Fentanyl | 50 mcg IV | 1210 | 163/96 | 96 | 210 | | | 1230 - Liver abscess |
| | | | 1215 | 165/92 | 180 | 108 | | | drainage started. |
| | | | 1220 | 178/93 | 100 | 110 | | | 1300 - Procedure over. |
| | | | 1225 | 161/108 | 100 | 112 | | | Steri dressing applied to |
| TIME | IV FLUIDS | SITE/CONDITION | 1230 | 168/97 | 100 | 110 | | | site.  ...new x-rays |
| 1300 | NS 500cc | | 1235 | 158/91 | 100 | 110 | | | done    ...RN |
| | | | 1240 | 162/92 | 100 | 110 | | | |
| | | | 1245 | 168/95 | 98 | 109 | | | |
| | | | 1250 | 167/91 | 98 | 112 | | | |
| | | | 1255 | 163/82 | 100 | 114 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | INTAKE = | | | | | | | | |
| | | | | | | | | | |
| | OUTPUT = | | | | | | | | |
| | | | | | | | | | |

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

4.4875

## Radiology Consultation Notes

96 92549 0 9010
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

2130

Date: 1-11-99 (X) Inpatient:_____ ( ) Outpatient

Type of Imaging Procedure: (R) Chest tube doing

Diagnostic/Clinical Information: GSW

| Physical Exam: | | Pre- | Post- |
|---|---|---|---|
| TIME/SIGNATURE | | 1330 intact | 1450 |
| NEUROLOGICAL | | intact | intact |

## PATIENT ASSESSMENT

Time of arrival: 1330   NPO Since: 0600
Vital Signs (Baseline): B/P: 147   P: 117   R:
LAB VALUES (if applicable) 187
BUN:____ CREAT:____ PT:____ PTT:____ Other:____
Age:____ Weight: 240 Height:____
Allergies: Benadryl

| Activity | | Pre | Post |
|---|---|---|---|
| Able to move 4 extremities | | ✓ | |
| Able to move 2 extremities | | | ✓ |
| Able to move 0 extremities | | | |

| Level of Consciousness | | | |
|---|---|---|---|
| Alert, awake | | | |
| Drowsy, but easily aroused | | | |
| Aroused by stimuli | | | |
| Stupor, aroused by vigorous continuous stimuli | | | |
| Responds to pain only | | | |
| No response to pain | | | |

| ID Bracelet: | Yes ☒   No ☐ |
|---|---|
| Consent: | Yes ☒   No ☐ |
| Prep Skin | Yes ☒   No ☐   Prepsite:____ |
| Betadine ☐   HIB/CLENS ☐   Other☐ ____ |
| Pregnant: | Yes ☐   No ☐   LMP: NA |

Contrast Type:____   Amt:____
PRIOR CONTRAST   ☒ No   ☐ Yes
CONTRAST REACTION   ☒ No   ☐ Yes

HISTORY:

**RESPIRATORY**
- ☐ Asthma
- ☐ COPD
- ☐ SOB

**CARDIOVASCULAR**
- ☐ CHF
- ☐ ANGINA
- ☐ HTN
- ☐ MI
- ☐ Murmur/Arrythmia

**Nuerologic**
- ☐ TIA
- ☐ CVA
- ☐ Seizure

**Liver/Metabolic**
- ☐ Jaundice
- ☐ Hepatitis
- ☐ Bleeding Problems
- ☐ Diabetes

Other serious illness? List: gunshot wound

Current Medication: NK

| | | | |
|---|---|---|---|
| **SKIN** | | wd | → |

| R E S P I R A T O R Y | Respirations | Reg | → |
| | Breath Sounds | Bilateral Rhonchi | → |
| | O₂ | na | |

| C A R D I O V A S C U L A R | EDEMA | ~ | |
| | APICAL/RADIAL PULSES | ~ | |

| PULSES | Ext. | Pulse |
|---|---|---|
| | | Femoral   Dorsal   Pedis |
| | | Post   Dictal |
| PRE | R | |
| | L | |
| POST | R | na |
| | L | |

| Teachings: | Written | Verbal | Flouro Time:____ |
|---|---|---|---|
| Pre Procedure | ☐ | ☐ | |
| Post Procedure | ☐ | ☐ | |
| Post Sedation | ☒ | ☒ | |

Comments:____

| DRSG/INCISION Skin Post Op | ☐ Bandaid   ☒ Tegaderm | ☐ Sutured   ☐ Steri Strip |
|---|---|---|
| PUNCTURE SITE(S) | Bleeding   Absent ☒   Present ☐ | Swelling   Absent ☒   Present ☐ |

Report called by: RN   Time: 1450   Report given to: Carol
Dismissed to ( ) room #____   ( ) home: accompanied by:____
Dismissed per ( ) W/C   ( ) Stretcher   (X) Bed   ( ) Ambularoty   Discharged Time: 1502
Transportation called at: 1440

435140

27

| Radiologist | Coslin | | | Vital Signs | | | | | NURSES NOTES |
|---|---|---|---|---|---|---|---|---|---|
| Nurse | Hep | | Time | B.P. | O2 Sat | Heart Rate | Resp Rate | | Baseline VS recorded present IV patent |
| Technologist | Kelly Frazt | | 1405 | 140/80 | 99% | 116 | 18 | | in ® hand. |
| MEDICATION ADMINISTRATION | | | 1410 | — | 98% | 117 | 18 | | Placed ® ant. |
| TIME | DRUG NAME | DOSE/ROUTE | 1415 | 136/78 | 98% | 115 | 16 | | chest tube. to |
| 1355 | Fentanyl | 25 mcg | 1420 | — | 99% | 116 | 18 | | gravity per |
| 1355 | Versed | 0.5 mg | 1425 | 167/81 | 97% | 117 | 20 | | Dr. Cohn. Chest |
| 1415 | Versed | 0.5 mg | 1430 | — | 98% | 114 | | | tube sutured + |
| 1415 | Fentanyl | 25 mcg | 1435 | 139/85 | 98 | 116 | | | secured. connecting |
| | | | 1440 | 147/80 | 98% | 120 | | | joints taped |
| | | | | | | | | | spirally. Pt |
| | | | | | | | | | fully awake s̄ |
| | | | | | | | | | Distress. Report |
| | | | | | | | | | given. |
| TIME | IV FLUIDS | SITE/CONDITION | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | INTAKE = | | | | | | | | |
| | | | | | | | | | |
| | OUTPUT = | | | | | | | | |
| | | | | | | | | | |

28

**HERMANN HOSPITAL**

Pt. H&P / Prog Notes

96 9254 0 9010
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99



2014

| Date & Time | Date of Service |
|---|---|

| Date & Time | |
|---|---|
| 1-9-99 | C.C. ABDOMINAL PAIN - FEW HOURS |
| | P.I. This 24 y/o m showed a GSW ct R lobe of liver, as well as several other areas on 12-7-98. To correct this diffuse incontinence, the common hepatic duct was ligated. The defect while diaphragm could not be identified. At the ventricle in diaphragm - transdiaphragmatic pleural cutaneous fistula (bile) through this R C. tube. I.R. placed drains in the pharm cerebra and the defect c in the liver. He was continued to drain bile from the intraabdominal cavity and serosanguinous fluid from the pleural cavity. |
| | |
| | Tonight he began experiencing RUQ pain. He suspected that the bile cavity was plugged. A home health nurse attempted to irrigate cavity. He came to the ER seeking assistance |
| | |
| | P.G.: WD WN Black BM in acute distress |
| | Temp 97.2 BP 109/67 P 125 RR 16 |
| | HEENT: eyes: pupils PERRL; sclera clear |
| | ears: WNL |
| | Nose: clear |
| | throat: clear |
| | Neck: supple |
| | chest: decreased BS Rth; otherwise clear |
| | C.V.: tachycardia |
| | 29 |

| Date & Time | | Date of Service |
|---|---|---|
| | ABD: MIDLINE WOUND. BUNG CLOSED (B) 2° INTENTION c | |
| | SHEERI STRIPS | |
| | TWO DRAINS IN PLACE RUQ | |
| | EXT: NO DEFORMITY | |
| | NEURO: SENSORIUM: ORIENTED | |
| | SENSORY: NO DEFICIT | |
| | MOTOR: INTACT | |
| | | |
| | IMP: OCCLUDED INTRAHEPATIC DRAIN | |
| | | |
| | PLAN: ADMIT COU | |
| | ANTIBO. | |
| | C.S. ABD | |
| | WBC 20.1  BILI  0.8 ; DREG 0.6 | |
| | DWG | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**HERMANN HOSPITAL**

Pt. H&P / Prog Notes

2014

96 92549 0 9010

WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99



Date of Service

| Date & Time | |
|---|---|
| | Trauma IICD |
| 1-10-99 | Discussed c Dr Springer |
| | Tmx 100  BP 149/84  P 116  RR 22 |
| | I-O : 1260/675 (minimal drainage from drains) |
| | Clear liquids |
| | Antibx = Ampicillin/Gent |
| | C.V. : fluid collection Rt crthopericol surface. |
| | catis present in body washout. Spring and Rt chest |
| | intrahepatic drain inadvertently pulled out |
| | |
| | Plan: 1. R - Drainage body spaces |
| | Admit |
| | |
| | Duke |
| 11 Jan 99 | U/R |
| 1045 | about removal. Pt s/p GSW c intrahepatic dra |
| | which fell out and (R) pleural fluid collection of |
| | LGT / FNO.  requested by Sm to replace |
| | intrahepatic drain and place drain cathete |
| | in (R) pleural fluid collect. |
| | I discussed w/ pt the follow: risks/benefits |
| | and be desired to proceed (pain, infe, bleeding, |
| | injury to adjacent structures) |
| | |
| | |

31

| | Date of Service |
| Date & Time | |
| | Procedure Note |
| 1/11/99<br>1 30PM | Procedure = (R) chest tube drain<br>(B&P liver biloma/hematoma drain |
| | Physician = Pang, Wallace |
| | Procedure: using U/S 8F chest tube placed |
| | 10 F drainage tube placed in R lobe liver |
| | bileoma / hematoma |
| | purulent material obtained from chest tube |
| | Sanguinous fluid from the drainage cath |
| | Complication = none |
| | Meds. Pang Versed 2cc |
| | 100 ug Fentanyl 2cc |
| | [signature] 809-3907 |
| 1/11/99<br>1443 | VIR<br>(R) pleural fluid draining tube noted to have Ø output post procedure so CT was obtained. Catheter noted to be outside of collection and chest wall. Intrahepatic catheter in dome of liver was noted to be in good position. Chest tube catheter replaced 10 APL pigtail from interlobular approach. Position within collection confirmed with post procedural CT and no evidence of PTX. Replaced catheter secured & post chest cath embloved.<br>Proc - Replacement (R) chest tube drain ; CTG<br>Physician: Cohen/Schneider<br>Complics - none                          CONT'D ↓ |

**HERMANN HOSPITAL**

Pt. H&P / Prog Notes



2014

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

| Date & Time | | Date of Service |
|---|---|---|
| 1/1/99 | VR C'coated | |
| | DRAINS - purulent/sanguinous fluid drained thru to gravity | |
| | Meds : Inj Versed | |
| | 50 µg Fentanyl | |
| | See full detailed report to follow | |
| | Pt returned to floor in pre procedural condition | |
| | _(signature)_ | |
| | GCM NP/RN 22890 | |
| 1/12/99 0446 | TRAUMA MS3 | |
| | S: Pt. basically OK. Feels that he may need something stronger for pain. Tolerating reg. diet well now. | |
| | O: Tm 100.2   BP 103/55  P 129  R 24   2038/2100 | |
| | Chest tube. water seal c̄ 50 cc | |
| | Lungs  CTA, ↓ BS Ⓡ side. | |
| | CV: RRR, S₁ + S₂ clear. | |
| | Abd: Soft, ND, NTTP. ⊕ BS. ⊖ BM ⊕ flatus. | |
| | Ext: ∅ cyanosis/edema | |
| | A/P: ① cont. wound care | |
| | ② Chest tube to water seal now, very little drainage for 14 hours | |
| | ③ Pain fairly well controlled — MSO₄ for breakthrough pain | |
| | _(signature)_ MS3 | |
| | Siemons | |
| | 240-5592 | |

| Date & Time | | Date of Service |
|---|---|---|
| 1/12/99 8:05 AM | IR - Fellow | |
| | Pt doing well s/p Chest tube x2 (one Removed yesterday) | |
| | P (R) liver drain. | |
| | (R) liver drain = 330cc fluid/24° | |
| | (R) chest tube ≤ 50cc/24° | |
| | Plan: ① if chest tube drainage continues to fall, | |
| | can remove | |
| | IR Staff ② liver drain appears clogged can flush c | |
| | Agree with above 15 cc NS. | |
| | Significant drainage from both tubes | |
| | No changes suggested     Alan Cole  Saaton 40 F 3907 | |
| 12-99 | Team STD | |
| | Discussed c Dr SPRINGER | |
| | Tmp 100.2  BP 103/55  P 29  RR 24 | |
| | I-O: 2938/2400  C.T. - 50mL; ABD: 350 | |
| | RUG Drain | |
| | Culture: ABD Drain · Enterococcus - no Resistance · as to source | |
| | Antibx. Ampicillin | |
| | Hgb 7.9. | |
| | Plans culture Both C.T. & intrahepatic Drain individually | |
| | Transfuse 2un PRBC | |
| | Duke | |
| | | |
| | | |

**HERMANN HOSPITAL**

Pt. H&P / Prog Notes

2014

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99



| Date & Time | Date of Service |
|---|---|
| | TRAUMA MS3 |
| 1/13/99 | S: P2, 5 %. resting comfortably. Pain well controlled. |
| | O: Tm 100.9 BP 178/80 P 110 R 20 I-0 3900/2067 |
| | Drain ex + chest tube insertion site ex sent. |
| | IV site leaking (EBL 10 cc). |
| | Lungs CTA. Chest tube in place. ↓ BS Ⓡ side. |
| | CV RRR S₁ S₂ clean.        ↳ ↑ 20 cc overnight |
| | Abd soft. NT/P, ND. |
| | Ext: NT. ↓ cyanosis / edema. |
| | A/P: ① IV site fixed. |
| | ② Cont. current care. |
| | Ken W Simmons MS3 |
| | 301-5542 |
| | Trauma R: |
| | I/O - 3900 / 2081    UOP - 1850   Abd drain - 180   T-tube 10 |
| | chest drain 21 |
| | Blood & Urine/v - neg |
| | Abd drain fluid - Enterococcus lo VRR Ⓑ to Amp & Gent |
| | 1/11 Body fluid (chest or abd ?) - Enterococci, Ⓖ Ⓑ |
| | Continue Abx |
| | Alvin Margulin 23283 |
| | |
| | |
| | |
| | 35 |

|  | Date of Service |
|---|---|

| Date & Time | |
|---|---|
| 1/13/99 5:00AM | ZK- Plan |
| | Tm - 100° |
| | Pt doing well |
| | + drain from midline drain to nothing |
| | Chest drain < 21 cc/24° |
| | intrahepatic drain 180 cc/24° |
| | will remove mid abdomen drain. |
| | Can reimage chest to see if collection in pleural |
| | space exists prior to removal |
| | EdR 404-3907 |

**TRAUMA ATTENDING NOTE · Date** 1/13/99 **PATIENT** Walter, 602

Patient seen, examined and discussed with L Trauma Team, __ ICU Team; Specifically reviewed plan with Dr. ____

| System | Comment | | Plan |
|---|---|---|---|
| | HD 3 c Ⓓ du diff lee | | |
| | 100° USⒺ | | |
| | 3900 ~ / 261 ↑ | agitate 1 Dcu | chest tu 21 |
| | tolerating regular diet | | |
| | Amp / Gent | | |
| | . | | |
| | | **Signature:** | |
| | | Christine S. Cocanour, M.D. | |

430016 (Back Page)

**HERMANN HOSPITAL**

Pt. H&P / Prog Notes

2014

**96 92549 0 9010**
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99



| | Date of Service |
|---|---|

| Date & Time | Trauma MS3 |
|---|---|
| 1/14/99 | S: Pt. feels great + c̄ s/s. Eating fairly well, hungry |
| 0553 | O: Tm 100.3  BP 128/70  P 106  R 20 |
| | I-O: Not rec |
| | Chest tube drain : ~15 cc / 24 hours. |
| | Lungs : CTA Ⓑ, slightly ↓ Ⓡ side. |
| | CV: RRR, Tachy, S₁ S₂ clear |
| | Abd: soft, ND, NTTP  ⊕ BS. |
| | Ext : ∅ cyanosis/edema : |
| | A/P: ① Cont. current care. |
| | ② Tolerating reg. diet - feed more - |
| | ③ Reimage chest. |
| | [signature] MS3 pg 99 554₀ |
| | |
| | Trauma R₃ |
| | looks great. AF.i. Satori, |
| | I/O  2950/2240  Abd drain 40cc  Chest drain - 2(cc |
| | Reimage chest today to eval effusion |
| 1/14/99 | IR R₃ |
| 08:57 | Tm 99² |
| | Abd drain 40 cc  CT 21 cc last 24h. |
| | Intrahepatic |
| | A/P: Abd hep. drain output ↓, but still draining 40 cc. Pt |
| | improving, c̄ infection. |
| | Consider d/c drain when further ↓ output. |
| | Cont. f/u.  A. Thein, MD 23968 |

96 92549 0 9010
WALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

| Date & Time | TRAUMA/GENERAL SURGERY ATTENDING NOTE | | | Date of Service |
|---|---|---|---|---|
| | Date 1/9/99 Patient Walter | | | |
| | Pt seen, examined & discussed with Dr. Sprager | | | |
| | Pleural Effusion | | | |
| | System | Comment Bilomia | Plan | |
| | Neuro | A & A | ? Empyema | |
| | Pulmonary | RR = 20   CT = 2( | Enterococci gm ⊕ Rods | |
| | C.V. | 128/70   P = 106 | | |
| | ABD | Benign | Repeat CT | |
| | I/O | | Amb Gait | |
| | TM = 100.3 | | | |

Frederick A. Moore, M.D.    FAM

1/4/99   DR STAFF
3:30p   T= 99²

ONLY Sm AmT of OUTPUT FROM ℝCT
CXR c RESIDUAL PLEURAL/PARENCH DZ
PLANS FOR RE-CT ℝ CHEST NOTED
IF RESIDUAL FLUID PRESENT WILL RAN
↓ SIZE OF TUBE
CONT EXT DRAINAGE OF HOP DRAIN (65-70)
SUBPHRENIC/SUBPLEURAL CATITAV

430016 (Back Page)

38

**HERMANN HOSPITAL**

Pt. H&P / Prog Notes



2014

```
96 92549 0 9010
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99
```

| Date & Time | Date of Service |
|---|---|
| | Trauma MS3 |
| 1/15/99 0443 | S: Pt feels great, 5 %. Wants a Sprite. Means well. ⊕ BM - |
| | O. Tm 100.0   BP 121/77   P106 |
| | I-O Not rec. Intrahepatic drain 50cc/24h, CT ∅. |
| | Lungs: CTA Ⓑ. Better than yesterday. |
| | CV: RRR S₁ ↑S₂ clear. |
| | Abd: Soft, ND, NTTP. ⊕ BS. |
| | Ext: ∅ pain or edema. |
| | A/P: ① IR ∅ suggests D/c intrahepatic drain when ↑ output. Drainage has ↑ over 24h. Continue intrahepatic drain. |
| | ② CT ∅ drainage /24h. Check chest CT to determine # of PTX/HTX. If PTX/HTX gone, D/c CT. CT 14cc drainage /24hrs. |
| | ── MS3 Sreenorg 2#/5572 |
| 1/15/99 8:00AM | IR - Fellow |
| | Pt Afebrile |
| | VSS   CT = 99cc/24°   intrahepatic - 50cc/24° |
| | Will √ CT for residual fluid. If not then can remove chest tube. |
| | Fed R #404-3907 |
| 1/15/99 08:40am. Case Management: Chart reviewed. Please page for any anticipated D/c needs — Linda Buehner RN B3B2 |

39

| Date & Time | Date of Service |
|---|---|
| | *nutrition note* |
| 1/15/99 | *nutrition status screened, pt found to require routine nutrition care. Pt tolerating General diet, according to I&O's pt is eating ≈ 88% of meals. Briefly discussed General diet, NKFA reported. No snack will be provided. In one week pt will be revisited for any changes.* |
| | *E. Johns, Dietitian Tech* |

TRAUMA/GENERAL SURGERY ATTENDING NOTE

Date 1/15/99 Patient _Walker_

Pt seen, examined & discussed with Dr. _Spencer_

| System | Comment | Plan |
|---|---|---|
| Neuro | A&O, DC | 3 Remove Tube |
| Pulmonary | RR = 80   CT = 14 | Follow UP CT Chest |
| C.V. | 181/72, P = 106 | ↓ |
| ABD | Benign | Fluid Collection gone |
| I/O = 3640/3534 | | P.O ABT's |
| TM ≈ 100.0 | | |

Frederick A. Moore, M.D.

430016 (Back Page)

40

**HERMANN HOSPITAL**
Pt. H&P / Prog Notes

2014

96 92549 0 9010
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99



| Date & Time | Date of Service |
|---|---|
| | Trauma R1 |
| 1/16/99 | - pt "felling better" - Taking po. |
| | Vital Tmax 99.4 · OP 109/77    P.103.  I/O 3/20/2679. |
| | Abd. drain 10cc  CT.10cc   10cc |
| | CVS  S₁ S₂ RR |
| | Abd. - soft. / NT / BS ⊕ |
| | - open wound noted. Clean, dry |
| | granulating, |
| | Lngs. Breath sounds⊕ both scale |
| | + over ® Basal. |
| | A/p. s/p SSO came c pain - stable |
| | · the pain has ↓. |
| | · ↓ Abd & chest  drain   ? D/c drain. |
| | - CT - some located collection Lungs & |
| | Liver still bit stable. |
| | - Tollering PO. |
| | - per team |
| | - possible D/c home.    2 Thomas |
| | 26288 |
| 1/16/99 | IR R₃  PN |
| 10:25 | Pt.  no c/o. |
| | Tmax 99⁴    CT : 9cc  Abd drain: 10 CC |
| | CT was removed as no sig. output remarks |
| | chest CT : No  sig. collection around  Chest |
| | tube |
| A/P | Pt.  doing well. |
| | Pt.  to be d/c home  by primary Team. |
| | Pt to be  f/u  c  Dr. Middlebrook. |
| | A. Thein, MD |
| | 23468 |

| Date of Service | |
|---|---|
| **Date & Time** | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

430016 (Back Page)



# HERMANN HOSPITAL
## MEDICATION ADMINISTRATION RECORD

NAME: WALTER, KEVIN
ACCT: 969254909010
AGE: 24yr
DOCTOR: DUKE, JAMES H. (T
SE   CE: TRAUMA
AL   ES: DIPHENHYDRAMINE

DIAGNOSIS: *#789.07

UUR J602-00
SEX: M
HGT: 152.40 cm
WT: 122.46 kg
BSA:2.12 M2

GENERATED: 01-16-99  12:38am
FOR PERIOD: 01-16-99  07:00
THROUGH: 01-17-99  06:59
ADMITTED: 01-09-99 11:50pm

PAGE:   1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 01-15 09 / 01-22 08 | M | AMPICILLIN 500MG CAP PO QID                                    (540303) | 09 ⟋ 13 | 17 21 | |
| 01-10 16 / 02-09 15 | | DEXTROSE 5%-NACL 0.45%-KCL 20MEQ      1000ML             (521731) FREQ:  Q8H      INFUSE @:    125 ML/HR FLOORSTOCK ITEM              HL | 08 | 16 | 24 |
| 01-10 17 / 01-22 16 | M | HEPARIN 5000UNIT INJ SQ BID                                   (521682) | 09 ⟋ | 17 | |
| 01-15 09 / 01-22 08 | M | LEVOFLOXACIN 500MG TAB 500MG TAB PO QD                  (540305) (Take 1 hr before or 2 hours after dairy products) Avoid laxatives, antacids and iron-containing products. | 09 ⟋ | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Martha Tadesse R | | | | |
| | Angela Magu, RN | | | | 47 |

HERMANN HOSPITAL                    MEDICATION ADMINISTRATION RECORD

NAME:  WALTER, KEVIN
ACCT:  969254909010
AGE:   24yr
DOCTOR: DUKE, JAMES H. (T
S?   TE: TRAUMA
A.    IES: DIPHENHYDRAMINE

```
OUR J602-00          GENER.TED:  01-16-99  12:38am
EX: M                FOR PE.I.D: 01-16-99  07:00
HGT: 152.40 cm        THROUGH:   01-17-99  06:59
 T: 122.46 kg         ADMITTED:  01-09-99 11:50pm
BSA:2.12 M2
```

DIAGNOSIS: *#789.07                                    PAGE:   2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  | ======== P R N   O R D E R S ======== |  |  |  |
| 0   16 / 02-09 15 | M | ACETAMINOPHEN 650MG SUPP PR Q4HPRN TEMP>38.5 SEE PO ORDER   (521734) |  |  |  |
| 01-16 16 / 02-09 15 | M | ACETAMINOPHEN 650MG TAB PO Q4HPRN TEMP>38.5C SEE PR ORDER   (521736) |  |  |  |
| 01-12 17 / 02-11 16 | M | DIPHENHYDRAMINE 25MG CAP PO PRN GIVE WITH EACH UNIT   (529608) |  |  |  |
| 01-12 09 / 01-19 08 | M | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4HPRN 1 - 2 TABLETS AS NEEDED FOR PAIN   (527807) | 80  12:00 | 16  20 | 24 |
| 01-12 09 / 01-19 08 | M | MORPHINE 2MG INJ IV Q3-4HPRN 2-4MG FOR SEVERE PAIN   (527806) |  |  |  |
| 01-10 16 / 02-09 15 | M | PROMETHAZINE 12.500MG INJ IV Q3-4HPRN IV/IM FOR NAUSEA AND VOMITING   (521681) |  |  |  |

| ITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| M | Chantha Tadessie |  |  |  |  |

HERMANN HOSPITAL

## MEDICATION ADMINISTRATION RECORD

NAME:   WALTER, KEVIN
ACCT:   969254909010
AGE:    24yr
P   R: DUKE, JAMES H. (T
S   CE: TRAUMA
ALLERGIES: DIPHENHYDRAMINE

DIAGNOSIS: *#789.07

HOUR J602-00
SEX: M
HT: 152.40 cm
WT: 122.46 kg
BSA:1.12 M2

GENERATED: 01-15-99  12:40am
FOR PERIOD: 01-15-99  07:00
THROUGH:   01-16-99  06:59
ADMITTED:  01-09-99  11:50pm

PAGE:  1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| 01-10 07 / 01-17 06 | | AMPICILLIN                 1GM<br>NACL 0.9%                 50ML<br>FREQ: Q6    INFUSE @: 100 ML/HR<br>KEEP REFRIGERATED | (51981) | 07 *Evp*<br>13 | 19 | 01 |
| 01-10 16 / 02-09 15 | | DEXTROSE 5%-NACL 0.45%-KCL 20MEG  1000ML<br>FREQ: Q8H    INFUSE @: 125 ML/HR<br>FLOORSTOCK ITEM | (52173) | 08<br>*Expiroday* | 16<br>*Expiroday* | 24 |
| 01-13 07 / 01-20 12 | | GENTAMICIN                600MG<br>NACL 0.9%                 100ML<br>FREQ: Q24    INFUSE @: 127 ML/HR<br>KEEP REFRIGERATED | (52877) | 13 | | |
| 01-10 17 / 01-17 16 | | HEPARIN 5000UNIT INJ SQ BID | (52168) | 09 *Evp* | 17 *Evp* | |
| 1/13/99 | CC | *Ampicillin 500mg PO q8d* | | | 21<br>*gm* | |
| 1/15/99 | CC | *Leusflsd 500mg po qd* | | | 21<br>*gm* | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | *Dora Jefferson* | *Evp* | *Emma Keith Pz, RN* | *AAL* | *Carolyn A. Dewguil* |
| CC | *Cethel Cooper, RN* | | | | |

HERMANN HOSPITAL                  MEDICATION ADMINISTRATION RECORD

NAME:   WALTER, KEVIN              4SUR J602-00          GENERATED: 01-15-99 12:40am
ACCT:   969254909010              SEX: M                FOR PERIOD: 01-15-99 07:00
AGE:    24yr                      HGT: 152.40 cm        THROUGH:    01-16-99 06:59
        DR: DUKE, JAMES H. (T     WT: 122.46 kg         ADMITTED:   01-09-99 11:50pm
        ICE: TRAUMA               BSA:2.12 M2
ALLERGIES: DIPHENHYDRAMINE

DIAGNOSIS: *#789.07                                     PAGE:   2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | ======== P R N   O R D E R S ======== | | | | |
| 10 16 / 02-09 15 | A | ACETAMINOPHEN 650MG SUPP PR Q4HPRN   (521734) TEMP>38.5 SEE PO ORDER | | | |
| 01-10 16 / 02-09 15 | F | ACETAMINOPHEN 650MG TAB PO Q4HPRN   (521736) TEMP>38.5C SEE PR ORDER | | | |
| 01-12 17 / 02-11 16 | A | DIPHENHYDRAMINE 25MG CAP PO PRN   (529608) GIVE WITH EACH UNIT | | | |
| 01-12 09 / 01-19 08 | A | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4HPRN   (527807) 1 - 2 TABLETS AS NEEDED FOR PAIN | | 1950 | |
| 01-12 09 / 01-19 08 | A | MORPHINE 2MG INJ IV Q3-4HPRN   (527806) 2-4MG FOR SEVERE PAIN | | | 143 pr |
| 01-10 16 / 19 15 | A | PROMETHAZINE 12.500MG INJ IV Q3-4HPRN   (521681) IV/IM FOR NAUSEA AND VOMITING | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Dora Jefferson | | | gne | Carolyn A. Langford |
| | | | | | 46 |

# HERMANN HOSPITAL — MEDICATION ADMINISTRATION RECORD

NAME: WALTER, KEVIN
ACCT: 969254909010
    24yr
    OR: DUKE, JAMES H. (T
SERVICE: TRAUMA
ALLERGIES: DIPHENHYDRAMINE

DIAGNOSIS: #4789.07

GSUR J602-00
SEX: M
HGT: 152.40 cm
WT: 122.46 kg
BSA: 2.12 M2

GENERATED: 01-14-99  01:09am
FOR PERIOD: 01-14-99  07:00
THROUGH:  01-15-99  06:59
ADMITTED:  01-09-99 11:50pm

PAGE:  2 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | ======= P R N   O R D E R S ======= | | | |
| 01-10 16  02-09 15 | 100 | ACETAMINOPHEN 650MG TAB PO Q4HPRN  (521736) TEMP>38.5C SEE PR ORDER | | | |
| 01-10 16  02-09 15 | 06 | ACETAMINOPHEN 650MG SUPP PR Q4HPRN  (521734) TEMP>38.5 SEE PO ORDER | | | |
| 01-12 17  02-11 16 | 06 | DIPHENHYDRAMINE 25MG CAP PO PRN  (529608) GIVE WITH EACH UNIT | | | |
| 01-12 09  01-19 08 | 06 | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4HPRN  (527807) 1 - 2 TABLETS AS NEEDED FOR PAIN | | | |
| 01-12 09  01-19 08 | 06 | MORPHINE 2MG INJ IV Q3-4HPRN  (527806) 08 2-4MG FOR SEVERE PAIN | 12 | 16 gr  30 4mg  PD 30 g | 24  04 |
| 01-10 16  09 15 | 100 | PROMETHAZINE 12.500MG INJ IV Q3-4HPRN  (521691) IV/IM FOR NAUSEA AND VOMITING | | 30  16 gr | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| 100 | Dehra Sading  N/ERP | | Tumie Ruth  RS, RN | | Jm Jeanette ray |

**HERMANN HOSPITAL** — MEDICATION ADMINISTRATION RECORD

NAME: WALTER, KEVIN
ACCT: 969254909010
24yr
DR: DUKE, JAMES H. (T
SERVICE: TRAUMA
ALLERGIES: DIPHENHYDRAMINE

DIAGNOSIS: *#789.07

GSUR J602-00
SEX: M
HGT: 152.40 cm
WT: 122.46 kg
BSA: 2.12 M2

GENERATED: 01-14-99  01:08am
FOR PERIOD: 01-14-99  07:00
THROUGH:   01-15-99  06:59
ADMITTED:  01-09-99  11:50pm

PAGE:  1 OF 2

| START / STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| 01-10 07 / 01-17 06 | (initials) | AMPICILLIN 1GM / NACL 0.9% 50KL / FREQ: Q6  INFUSE @: 100 ML/HR / KEEP REFRIGERATED | (519811) | 07 / 13 *(sig)* | 19 *(sig)* | 01 |
| 01-10 16 / 02-09 15 | (initials) | DEXTROSE 5%-NACL 0.45%-KCL 20MEQ 1000ML / FREQ: Q8H  INFUSE @: 125 ML/HR / FLOORSTOCK ITEM | (521731) | 08 *(sig)* | 16 | 24 |
| 01-13 07 / 01-20 06 | (initials) | GENTAMICIN 600MG / NACL 0.9% 100KL / FREQ: Q24  INFUSE @: 127 ML/HR / KEEP REFRIGERATED | (528772) | 07 / 1300 *(sig)* | | |
| 01-10 17 / 01-17 16 | (initials) | HEPARIN 5000UNIT INJ SQ BID | (521682) | 09 *(sig)* | 17 *(sig)* | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| A3 | *(signature)* | *(initials)* | *(signature)* | *(initials)* | *(signature)* RN |

HERMANN HOSPITAL                    MEDICATION ADMINISTRATION RECORD

| NAME: | WALTER, KEVIN | GSUR J602-80 | GENERATED: | 01-13-99 | 01:18am |
|---|---|---|---|---|---|
| ACCT: | 969254909010 | SEX: M | FOR PERIOD: | 01-13-99 | 07:00 |
| AGE: | 24yr | HGT: 152.40 cm | THROUGH: | 01-14-99 | 06:59 |
| DR: DUKE, JAMES H. (T | | WT: 122.46 kg | ADMITTED: | 01-09-99 | 11:50pm |
| /ICE: TRAUMA | | BSA:2.12 M2 | | | |

ALLERGIES: DIPHENHYDRAMINE

DIAGNOSIS: *&789.07                                    PAGE:   2 OF  2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | ======= P R N   O R D E R S ======= | | | |
| — 10 18 | | ACETAMINOPHEN 650MG TAB PO Q4HPRN TEMP>38.5C SEE PR ORDER | (521736) | | |
| 02-09 15 | PF | | | | |
| 01-10 18 | | ACETAMINOPHEN 650MG SUPP PR Q4HPRN TEMP>38.5 SEE PO ORDER | (521734) | | |
| 02-09 15 | >F | | | | |
| 01-12 17 | | DIPHENHYDRAMINE 25MG CAP PO PRN GIVE WITH EACH UNIT | (529608) | | |
| 02-11 6 | AF | | | | |
| 01-12 09 | | HYDROCODONE W/APAP 5MG/500MG 1TAB TAB PO Q4HPRN 1 - 2 TABLETS AS NEEDED FOR PAIN | (527807) | | |
| 01-19 08 | PF | | | | |
| 01-12 09 | | MORPHINE 2MG INJ IV Q3-4PRN 2-4MG FOR SEVERE PAIN | (527806) | 1500 JF | A 2330 (05) RA |
| 01-19 08 | >F | | | | |
| 01-10 18 | | PROMETHAZINE 12.500MG INJ IV Q3-4PRN IV/IM FOR NAUSEA AND VOMITING | (521681) | 1500 JF | |
| 99 15 | >F | | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| PF | Dathy | | | do | Delen Seting |

**HERMANN HOSPITAL**

MEDICATION ADMINISTRATION RECORD

NAME: WALTER, KEVIN
ACCT: 969254909010
AGE: 24yr
DR: DUKE, JAMES H. (T
ICE: TRAUMA
ERGIES: DIPHENHYDRAMINE

DIAGNOSIS: *#789.07

GSUR J602-00
SEX: M
HGT: 152.40 cm
WT: 122.46 kg
BSA:2.12 M2

GENERATED: 01-13-99  01:18am
FOR PERIOD: 01-13-99  07:00
THROUGH:   01-14-99  06:59
ADMITTED:  01-09-99 11:50pm

PAGE:  1 OF 2

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 01-10 07 01-17 06 | PF | AMPICILLIN                 1GM<br>NACL 0.9%                  50ML<br>FREQ: Q6   INFUSE @:   100 ML/HR<br>KEEP REFRIGERATED | (519811) 07 13 | 19 | 01 |
| 01-10 16 02-09 15 | PF | DEXTROSE 5%-NACL 0.45%-KCL 20MEQ   1000ML<br>FREQ: Q8H   INFUSE @:   125 ML/HR<br>FLOORSTOCK ITEM | 08 19 | 19 | 23 06 |
| 01-13 07 01-20 06 | PF | GENTAMICIN                 600MG<br>NACL 0.9%                  100ML<br>FREQ: Q24   INFUSE @:   127 ML/HR<br>KEEP REFRIGERATED | 07 1300 | | |
| 01-10 17 01-17 16 | PF | HEPARIN 5000UNIT INJ SQ BID | 09 | 17 | |
| | | | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| PF | | | | | |

**HERMANN HOSPITAL**                    MEDICATION ADMINISTRATION RECORD

NAME:   WALTER, KEVIN
ACCT:   969254909010
AGE:    34yr
DR:     DUKE, JAMES H. (T
SVCE:   TRAUMA
ALLERGIES: DIPHENHYDRAMINE

DIAGNOSIS: *#789.07

NEUR J602-00
SEX: M
HGT: 152.40 cm
WT: 122.46 kg
BSA: 2.12 M2

GENERATED: 01-11-99  11:10pm
FOR PERIOD: 01-12-99  07:00
THROUGH:   01-13-99  06:59
ADMITTED:  01-09-99  11:50pm

PAGE:   1 OF 1

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|---|
| 01-10 07 — 01-17 06 | fu | AMPICILLIN 1GM<br>NACL 0.9% 50ML<br>FREQ: Q6   INFUSE @:   100 ML/HR<br>KEEP REFRIGERATED | (5198 1) | 08 9N<br>14 N | 20 ΔF | N |
| 01-10 16 — 02-09 15 | fu | DEXTROSE 5%-NACL 0.45%-KCL 20MEQ 1000ML<br>FREQ: Q8H   INFUSE @:   125 ML/HR<br>FLOORSTOCK ITEM | (5217 1) | 08<br>1400 9N | 16 | 24 |
| 01-10 07 — 01-17 06 | gu | GENTAMICIN 400MG<br>NACL 0.9% 100ML<br>FREQ: Q24   INFUSE @:   217.86 ML/HR<br>KEEP REFRIGERATED | (5198 3) | 08 9N | Δ Q | |
| 01-10 17 — 01-17 16 | gu | HEPARIN 5000UNIT INJ SQ BID | (5216 2) | 09 9N | X<br>2100<br>PF | |
| 1/11/99 | gu | MS 2-4 y ī 3-4°<br>PRN for severe pain | | 9 00 9N<br>16 41<br>16 41 | 16 41<br>16 44 2030<br>22 45 | 0 45<br>04 45 |
| 1/11/99 | gu | Vicodin ī - īī tab q̄ 4°<br>PRN | | | | |
| | | ======== P R N   O R D E R S ======== | | | | |
| 01-10 16 — 02-09 15 | gu | ACETAMINOPHEN 650MG TAB PO Q4HPRN<br>TEMP>38.5C<br>SEE PR ORDER | (5217 6) | | 2000 9N | |
| 01-10 16 — 02-09 15 | fu | ACETAMINOPHEN 650MG SUPP PR Q4HPRN<br>TEMP>38.5<br>SEE PO ORDER | (5217 4) | | | |
| 01-10 16 — 9 15 | gu | PROMETHAZINE 12.500MG INJ IV Q3-4HPRN<br>IV/IM<br>FOR NAUSEA AND VOMITING | (5216 1) | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| Cou | Aimlyn B Lampone LVN | 9N | Slone Vergta | PF | Petrus |

**HERMANN HOSPITAL**                    MEDICATION ADMINISTRATION RECORD

NAME:
ACCT:

**96 92549 0 9010**
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

602

2/2

| START / STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | | |
|---|---|---|---|---|---|
| 1-12-99 | | Gentamicin 600mg QD IV | | | |
| 1-12-99 | | Transfuse 2u PRBC IV | | 21/pf | 0215 pf |
| | | NS For Transfusion | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1/12 | RN | Tylenol 650 mg c̄ each unit P.O. | | 2000gv | d/poo |
| 1/12 | RN | Benadryl 25 mg c̄ each unit P.O. | DC | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | GN | | MC | |

52