

**FIRE LINE**

HERMANN HOSPITAL — MEDICATION ADMINISTRATION RECORD

```
NAME:   WALTER, KEVIN          SSUR J602-00        GENERATED: 01-10-99  11:04pm
ACCT:   969254909010           SEX: M              FOR PERIOD: 01-11-99  07:00
        34yr                   HGT: 152.40 cm      THROUGH:   01-12-99  06:59
     R: DUKE, JAMES H. (T      WT: 122.46 kg       ADMITTED:  01-09-99 11:50pm
   SERVICE: TRAUMA             BSA: 2.12 M2
   ALLERGIES: DIPHENHYDRAMINE

   DIAGNOSIS: *#789.07                             PAGE:   1 OF  1
```

| START / STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | 07:00-15:00 | 15:01-23:00 | 23:01-0 |
|---|---|---|---|---|---|
| 01-10 07 / 01-17 06 | | AMPICILLIN 1GM / NACL 0.9% 50ML (51981) / FREQ: Q6   INFUSE @:  100 ML/HR / KEEP REFRIGERATED | 0800 | 1T 2000 rbc | 0200 |
| 01-10 16 / 02-09 15 | | DEXTROSE 5%-NACL 0.45%-KCL 20MEQ 1000ML (52173) / FREQ: Q8H   INFUSE @:  125 ML/HR / FLOORSTOCK ITEM | 08 | 16 | 24 |
| 01-10 07 / 01-17 06 | | GENTAMICIN 400MG / NACL 0.9% 100ML (51983) / FREQ: Q24   INFUSE @: 217.86 ML/HR / KEEP REFRIGERATED | 0800 | | |
| 01-10 17 / 01-17 16 | | HEPARIN 5000UNIT INJ SQ BID (52162) | 08 | 1630 1T 2100 | |
| 1/11/99 | | MS 2-4mg Q 3-4 hr. prn for selene | 1945 | 0145 0445 | |
| 1/11/99 | | Vicoden J. II tabs q4h prn P0. | 1625 | | |
| | | ======== P R N  O R D E R S ======== | | | |
| 01-10 16 / 02-09 15 | | ACETAMINOPHEN 650MG TAB PO Q4HPRN (52173b) / TEMP>38.5C / SEE PR ORDER | | | |
| 01-10 16 / 02-09 15 | | ACETAMINOPHEN 650MG SUPP PR Q4HPRN (52173a) / TEMP>38.5 / SEE PO ORDER | | | |
| 01-10 16 / 15 | | PROMETHAZINE 12.500MG INJ IV Q3-4HPRN (52168) / IV/IM / FOR NAUSEA AND VOMITING | | 23 | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | Dora Jefferson | | | | Martha Tedesse |

**HERMANN HOSPITAL** — MEDICATION ADMINISTRATION RECORD

NAME:
ACCT:

**96 92549 0 9010**
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

All: Benadryl
COU 9
1/10/99

Wt: 270b
Ht: 5'11"

| START / STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | | |
|---|---|---|---|---|---|
| 1/10 | 🔿 | IVF: D5½NS c̄ 20mEq KCl @ 110cc/hr | | | 2400² |
| 1/10 | 🔿 | Ampicillin 1gm Q6° IV | 0800 BS 1400 BS | 2000 BS | 0200 JS |
| 1/10 | 🔿 | Gentamycin 400mg QD IV | 0900 BS | | |
| | JS | Heparin 5000 units SQ BID | | 2100 JS | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1/12 | 🔿 | Tylenol 650mg Q6° prn T>101  PO/PR | | | 0100 JS c̄ app H₂O |
| | | | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| mg | Amy Ammon RN | BS | Tammy Crysleder | | |
| | | JS | John Fischer RN | | SL |

HERMANN HOSPITAL

MEDICATION ADMINISTRATION RECORD

NAME:
ACCT:

**6 92549 0 9010**

wALTER , KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/09/99

All: Benadryl
Coug
1/9/99

WT. 270lb
Ht 5'11"

| START STOP | RECONCILE/ INITIALS | MEDICATION, DOSE, ROUTE, FREQUENCY | | | | |
|---|---|---|---|---|---|---|
| 1/10 | P | IVF: D5½NS c̄ 20meq KCl @ 110cc/hr | | | | 05/1½ |
| 1/10 | P | Ampicillin 1gm Q6° IV | | | | |
| 1/10 | P | Gentamicin 40mg Q8° IV | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE | INITIALS | NAME & PROFESSIONAL TITLE |
|---|---|---|---|---|---|
| | | | | | |

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:       WALTER, KEVIN
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974   Age: 24 YRS   Sex: M

## G E N E R A L   C H E M I S T R Y

|  | 01/11/99 0428 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| SODIUM | 137 |  | [135-145] | MEQ/L |
| POTASSIUM | 3.1* |  | [3.5-5.0] | MEQ/L |
| CHLORIDE | 98 |  | [95-109] | MEQ/L |
| CO2 | 31 |  | [24-32] | MEQ/L |
| CREATININE | 1.0 |  | [0.5-1.4] | MG/DL |
| BUN | 9* |  | [10-20] | MG/DL |
| GLUCOSE | .107 |  | [65-110] | MG/DL |

Legend:
out of Ref. Range

**DYNACARE HERMANN**
*Laborat___ Services*

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.     9692549090010  1
Patient:        WALTER, KEVIN
                (00000)96925490
Physician:      DUKE, JAMES H. (TRAUMA)
Location:       GSUR J602 00
Date of Birth:  05/14/1974    Age: 24 YRS  Sex: M

## HEMATOLOGY

| | 01/11/99 0428 | REFERENCE: | UNITS: |
|---|---|---|---|
| **HEMOPROFILE** | | | |
| WBC X 10x3 | 8.6 | [4.8-10.8] | /CMM |
| RBC X 10x6 | 2.76* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 7.9* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 23.2* | [42.0-54.0] | % |
| MCV | 83.8 | [80.0-94.0] | FL |
| MCH | 28.6 | [27.0-31.0] | PG |
| MCHC | 34.1 | [32.0-36.0] | % |
| RDW | 15.9* | [11.5-14.5] | % |
| PLATELET X 10x3 | 433* | [133-333] | /CMM |
| MPV | 6.6* | [7.4-10.4] | FL |
| **DIFFERENTIAL** | | | |
| POLYS | 65 | [43-84] | % |
| ___HOCYTES | 21 | [12-42] | % |
| M___OCYTES | 10 | [1-13] | % |
| EOSINOPHILS | 3 | [0-6] | % |
| BASOPHILS | 0 | [0-1] | % |
| **RBC MORPHO'___** | | | |
| PLT ESTIMATE | INC SL | [NORMAL] | |

## COAGULATION

| | 01/11/99 0428 | REFERENCE: | UNITS: |
|---|---|---|---|
| PROTIME | 13.4* | [11.1-13.1] | SEC |
| INR | 1.23f | | |
| aPTT | 25.7 | [25.0-34.0] | SEC |

Legend:
*= Out of Ref. Range, f= Footnote
INR          RECOMMENDED RANGES FOR PROTIME INR:
             2.0-3.0 for most medical and surgical thromboembolic states.
             3.0-4.5 for artificial heart valves and recurrent embolism.

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909610   1
Patient:       WALTER, KEVIN
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974   Age: 24 YRS   Sex: M

## BLOOD BANK
### BLOOD GROUP AND TYPE

01/12/99   1536   ABO/RH TYPE
                  A POS

### ANTIBODY SCREENING AND TESTING

01/12/99   36   ANTIBODY SCREEN
                NEGATIVE

## BLOOD COMPONENT TRANSFUSION SUMMARY

| DONOR NUMBER | PRODUCT/BLOOD COMPONENT | TRANSFUSION DATE |
|---|---|---|
| 3526875 | RBC | 01/13/99 |
| 3533161 | RBC | 01/12/99 |

## BLOOD BANK CROSSMATCH SECTION

| DONOR NUMBER | XM RESULT | XM DATE |
|---|---|---|
| 3526875 | COMPAT | 01/12/99 |
| 3533161 | COMPAT | 01/12/99 |

## MICROBIOLOGY - BLOOD CULTURES

BLOOD CULTURE-AUTOMATED     ACCESSION #  BC-99-00717     COLLECTED:  10JAN99  0536
SOURCE:  BLOOD                                           RECEIVED:   10JAN99  1008

- - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - -
                                            01/15/99  1451

   NO GROWTH AT 5 DAYS

BLOOD CULTURE-AUTOMATED     ACCESSION #  BC-99-00718     COLLECTED:  10JAN99  0537
SOURCE:  BLOOD                                           RECEIVED:   10JAN99  1009

- - - - - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - -
                                            01/15/99  1022

   NO GROWTH AT 5 DAYS

58

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   9692549090010   1
Patient:      WALTER, KEVIN
              (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:     GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

## M I C R O B I O L O G Y         R O U T I N E

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-013-1165        COLLECTED:  13JAN99  0715
SOURCE:  BODY FLUID,OTHER                                      RECEIVED:   13JAN99  0734

```
----------------- STAINS/PREPARATIONS -------------------
GRAM STAIN                          01/13/99 1245
  MANY WBC'S;
  NO ORGANISMS SEEN

----------------- PRELIMINARY REPORT -----------------
                                    01/15/99 1204
  RARE GRAM POSITIVE COCCI IN CLUSTERS
```

---

WOUND/EXUDATE CULT W/GRAM ST    ACCESSION #  99-013-1166        COLLECTED:  13JAN99  0715
SOURCE:  WOUND                                                 RECEIVED:   13JAN99  0734
         CHEST TUBE

```
----------------- STAINS/PREPARATIONS -------------------
GRAM STAIN                          01/13/99 1354
  NO WBC'S;
  NO SQUAMOUS EPITHELIAL CELLS;
  NO ORGANISMS SEEN

----------------- PRELIMINARY REPORT -----------------
                                    01/14/99 0927
  FEW STAPHYLOCOCCUS SPECIES, NOT S. AUREUS
```

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2416        COLLECTED:  11JAN99  1447
SOURCE:  PLEURAL FLUID                                         RECEIVED:   11JAN99  1540

```
----------------- STAINS/PREPARATIONS -------------------
GRAM STAIN                          01/11/99 1756
  MANY WBC'S;
  NO ORGANISMS SEEN

----------------- FINAL REPORT -----------------
                                    01/14/99 1024
  NO GROWTH AT 3 DAYS
```

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909010   1
Patient:   WALTER, KEVIN
           (00000)96925490
Physician:   DUKE, JAMES H. (TRAUMA)
Location:   GSUR J602 00
Date of Birth:   05/14/1974   Age: 24 YRS   Sex: M

## M I C R O B I O L O G Y · R O U T I N E

---

ANAEROBIC CULTURE           ACCESSION #  99-011-2416        COLLECTED:  11JAN99  1447
SOURCE:  PLEURAL FLUID                                      RECEIVED:   11JAN99  1540


- - - - - - - - - - - - - -  PRELIMINARY REPORT  - - - - - - - - - - - - - - - - -
                                                01/15/99 1506

   NO GROWTH AT 4 DAYS

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2405     COLLECTED:  11JAN99  1445
SOURCE:  ABSCESS                                            RECEIVED:   11JAN99  1533
         LIVER ABSCESS

- - - - - - - - - - - - - -  STAINS/PREPARATIONS  - - - - - - - - - - - - - - - - -
GRAM STAIN                                      01/11/99 1747
   FEW WBC'S; MANY RBC'S
   RARE GRAM POSITIVE COCCI IN PAIRS

- - -  - - - - - - - - - - - -  FINAL REPORT  - - - - - - - - - - - - - - - - - -
                                                01/14/99 1024

   ***THIS REPORT CONTAINS A CORRECTION***
   MANY GROUP D STREPTOCOCCUS, ENTEROCOCCUS
   NOTE THAT AMPICILLIN WAS CHANGED FROM RESISTANT TO
     SENSITIVE.

- - - - - - - - - - - - - -  SUSCEPTIBILITY TESTING  - - - - - - - - - - - - - - -
                     STRENT
                 MIC INTERP
AMPICILLIN             S
GENTAMICIN 500         S
STREP 1000             S
VANCOMYCIN             S

---

ANAEROBIC CULTURE           ACCESSION #  99-011-2405        COLLECTED:  11JAN99  1445
SOURCE:  ABSCESS                                            RECEIVED:   11JAN99  1533
         LIVER ABSCESS

- - - - - - - - - - - - - -  PRELIMINARY REPORT  - - - - - - - - - - - - - - - - -
                                                01/15/99 1506

   NO ANAEROBES AFTER 4 DAYS

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:        WALTER, KEVIN
               (00000)96925490
Physician:      DUKE, JAMES H. (TRAUMA)
Location:        GSUR J602 00
Date of Birth:  05-14-1974    Age: 24 YRS   Sex: M

## M I C R O B I O L O G Y   -   R O U T I N E

---

URINE CULTURE          ACCESSION #  99-010-0477          COLLECTED:  10JAN99  0535
SOURCE:  CLEAN CATCH URINE                               RECEIVED:   10JAN99  0630

· · · · · · · · · · · · · · · FINAL REPORT · · · · · · · · · · · · · · · · · · ·
                              01/11/99 0734

   NO GROWTH AT 1 DAY

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0732   COLLECTED:  10JAN99  0534
SOURCE:  BODY FLUID, OTHER                               RECEIVED:   10JAN99  1001
         DRAIN

· · · · · · · · · · · · STAINS/PREPARATIONS · · · · · · · · · · · · · · · · ·
GRAM STAIN                              01/10/99 1206
   NO WBC'S; NO SQUAMOUS EPITHELIAL CELLS;
   GRAM POSITIVE COCCI IN PAIRS

· · · · · · · · · · · · · · · FINAL REPORT · · · · · · · · · · · · · · · · · · ·
                              01/13/99 1112

   MANY KLEBSIELLA OXYTOCA
   MANY GROUP D STREPTOCOCCUS, ENTEROCOCCUS
   FEW ACINETOBACTER BAUMANNII (A. ANITRATUS)

· · · · · · · · · · · · · · · SUSCEPTIBILITY TESTING · · · · · · · · · · · · · ·

|              | STRENT | | KLEOXY | | LF2 | |
|--------------|:------:|:--------:|:------:|:--------:|:------:|:--------:|
|              | MIC | INTERP | MIC | INTERP | MIC | INTERP |
| AMIKACIN     |   |   |   | S |   | S |
| AMPICILL/SUL |   |   |   | S |   | S |
| AMPICILLIN   |   | S |   | R |   | S |
| CEFAZOLIN    |   |   |   | S |   | R |
| CEFIPIME     |   |   |   | S |   | S |
| CEFOTAXIME   |   |   |   | S |   | S |
| CEFOXITIN    |   |   |   | S |   | R |
| CEFTAZIDIME  |   |   |   | S |   | S |
| CIPROFLOXACIN|   |   |   | S |   | S |
| GENTAMICIN   |   |   |   | S |   | S |
| GENTAMICIN 500|  | S |   |   |   |   |
| IMIPENEM     |   |   |   | S |   | S |
| LEVOFLOXACIN |   |   |   | S |   | S |
| PIPERACILLIN |   |   |   | S |   | S |
| PIPERCIL/TAZO|   |   |   | S |   | S |
| STREP 1000   |   | S |   |   |   |   |
| TOBRAMYCIN   |   |   |   | S |   | S |
| TRIMETH/SULFA|   |   |   | S |   | S |
| VANCOMYCIN   |   | S |   |   |   |   |

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| *Account No.* | *969254909010   1* |
| *Patient:* | *WALTER, KEVIN* |
| | *(00000)96925490* |
| *Physician:* | *DUKE, JAMES H. (TRAUMA)* |
| *Location:* | *GSUR J602 00* |
| *Date of Birth:* | *05/14/1974   Age: 24 YRS   Sex: M* |

## M I C R O B I O L O G Y   R O U T I N E

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0716          COLLECTED:  10JAN99  0533
SOURCE:  BODY FLUID, OTHER                                        RECEIVED:   10JAN99  0953
                DRAIN

- - - - - - - - - - - - - -  STAINS/PREPARATIONS  - - - - - - - - - - - - - - - -
GRAM STAIN                                      01/10/99 1159
  FEW WBC'S; MANY RBC'S
  NO ORGANISMS SEEN

- - - - - - - - - - - - - - - -  FINAL REPORT  - - - - - - - - - - - - - - - - -
                                                01/13/99 1122
  FEW REFER  CULTURE # 99-010-0732 FOR IDENTIFICATION
   AND SUSCEPTIBILITY RESULTS
  RARE GROUP D STREPTOCOCCUS, ENTEROCOCCUS

- - - - - - - - - - - - - -  SUSCEPTIBILITY TESTING  - - - - - - - - - - - - - -
                     STRENT
                   MIC INTERP
AMPICILLIN               S
GENTAMICIN 500           S
STREP 1000               S
VANCOMYCIN               S

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

| | |
|---|---|
| Account No. | 969254909010   1 |
| Patient: | *WALTER, KEVIN* |
| | *(00000)96925490* |
| Physician: | *DUKE, JAMES H. (TRAUMA)* |
| Location: | *GSUR  J602  00* |
| Date of Birth: | *05/14/1974    Age: 24 YRS  Sex: M* |

## P E N D I N G   O R D E R S

| | | | | |
|---|---|---|---|---|
| 01/13/99 | 0715 | WOUND/EXUDATE CULT W/GRAM ST | 99-013-1166 | PRELIM |
| 01/13/99 | 0715 | BODY FLD/TISSUE CULT W/GRAM ST | 99-013-1165 | PRELIM |
| 01/12/99 | 1536 | IMMEDIATE SPIN CROSSMATCHT1250 | 99-012-3230 | PROCES |
| 01/11/99 | 1447 | ANAEROBIC CULTURE | 99-011-2416 | PRELIM |
| 01/11/99 | 1445 | ANAEROBIC CULTURE | 99-011-2405 | PRELIM |
| 01/10/99 | 0537 | BLOOD CULTURE-AUTOMATED | BC-99-00718 | PRELIM |
| 01/10/99 | 0536 | BLOOD CULTURE-AUTOMATED | BC-99-00717 | PRELIM |

HERMANN HOSPITAL

# BLOOD BANK



**DYNACARE HERMANN**
*Laboratory* ♡ *Services*
6411 Fannin, Ste. B450 • Houston, TX. 77030

REPORT # 1

Blood Bank and Transfusion Service

PATIENT TYPE: A  POS
PATIENT ANTIBODIES:
SPEC #: 99-012-2230
DONOR TYPE: A  POS
DONOR ANTIGENS:
COMPONENT: RBC
DONOR #: 3526875
CROSSMATCH INTERP:   COMPAT
TECH: LISSAR DATE: 01/12/99 TIME: 17:54
CROSSMATCH EXP DATE: 01/15/99

PATIENT:  WALTER, KEVIN
MED REC:  (00000)96925490
DOCTOR:   DUKE, JAMES H. (TRAU
AGE:  24  SEX:  M
NURSING STATION:  6SUR

| Prior to transfusion we have verified that: | DATE 1/13/99 | TIME BEGAN 0215 | TIME COMPLETE 0630 | |
|---|---|---|---|---|
| 1. Blood group and unit number on blood bag label match this original slip. | VS | PRE-INFUSION | AFTER 15 MIN. | POST INFUSION |
| 2. Duplicate tag on blood bag matches this original lab slip including patient name & number. | T | 99 | 99⁶ | 100⁹ |
| 3. Patient's name and number on wrist band matches duplicate attached to blood bag. | P | 110 | 112 | 114 |
| SIGNATURE Patte | R | 22 | 20 | 22 |
| SIGNATURE H. Sutter RN | BP | 138/88 | 146/84 | 144/81 |
| DHL - 319 | REACTION ☐ COMPLETE TRANSFUSION REACTION REPORT | BY | | |

Antibody Screen: _____ neg

RETURN UNUSED BLOOD WITHIN 30 MINUTES

---

REPORT # 2

**ᵢACARE HERMANN**
*Laboratory* ♡ *Services*
6411 Fannin, Ste. B450 • Houston, TX. 77030

Blood Bank and Transfusion Service

PATIENT TYPE: A  POS
PATIENT ANTIBODIES:
SPEC #: 99-012-2230
DONOR TYPE: A  POS
DONOR ANTIGENS:
COMPONENT: RBC
DONOR #: 3533161
CROSSMATCH INTERP:   COMPAT
TECH: LISSAR DATE: 01/12/99 TIME: 17:54
CROSSMATCH EXP DATE: 01/15/99

PATIENT:  WALTER, KEVIN
MED REC:  (00000)96925490
DOCTOR:  DUKE, JAMES H. (TRAU
AGE:  24  SEX:  M
NURSING STATION:  6SUR

| Prior to transfusion we have verified that: | DATE 1-12-99 | TIME BEGAN 2100 | TIME COMPLETE 0100 | |
|---|---|---|---|---|
| 1. Blood group and unit number on blood bag label match this original slip. | VS | PRE-INFUSION | AFTER 15 MIN. | POST INFUSION |
| 2. Duplicate tag on blood bag matches this original lab slip including patient name & number. | T | 100⁹ | 100 | 99² |
| 3. Patient's name and number on wrist band matches duplicate attached to blood bag. | P | 114 | 110 | 112 |
| SIGNATURE Patrick | R | 20 | 20 | 20 |
| SIGNATURE Clembet Luston | BP | 143/83 | 148/88 | 158/96 |
| HL - 319 | REACTION ☐ COMPLETE TRANSFUSION REACTION REPORT | BY | | |

Antibody Screen: _____ neg

RETURN UNUSED BLOOD WITHIN 30 MINUTES

1807 R7/79

# BLOOD BANK

**BLOOD BANK & TRANSFUSION SERVICE**
Hermann Hospital Houston, Texas

Diagnosis: _Gen to Live_

[ ] Stat  [X] Routine  [ ] Pre-Op  [ ] In Extremis

**CONSENT HAS BEEN OBTAINED** [ ] YES  [ ] NO

DATE OF SURGERY: _____

Call When Ready [X] YES  [ ] NO   EXT: _44875_

Hermann Hospital

**96 92549 0 9010**
WALTER ,KEVIN
BM Age 24y DOB 05/14/74
Visit/Admit Dt 01/10/99

2212

## INSTRUCTIONS

1. Only accurately labeled samples will be accepted.  (Patient name, hospital number, date, initials of person collecting specimen).
2. A freshly drawn sample is required every 3 days for crossmatching red blood cell transfusions.
3. Keep original for the patient's chart and send remainder of form to Transfusion Service with blood specimen.
4. **INFORMED CONSENT IS REQUIRED.**

## REQUEST FOR BLOOD COMPONENTS

**EMERGENCY RELEASE:** In consideration of the critical condition of this patient, I request the immediate release of blood/blood components for transfusion without compatibility testing.

_signature_ / _Dr Duke_                    _signature_              _1/12/99  11:45_
Physician                              Person Authorized by Physician   Date/Time

### RED CELLS

Indication Code (circle):  1  2  3  4  5  (6)  7  8  9  10  11

**Type and cross match** _2_ UNITS OR _____ mL (Pediatric Patient only)

Current Hct _23.2_ %  Hgb _7.9_ g/dL

SPECIAL CIRCUMSTANCES (requires a second indication code):

_____ Leukocyte-reduced [ Indication code (circle): 1  2  3 ]

_____ CMV Negative [ Indication code (circle): 1  2  3  4  5  6  7 ]

_____ Irradiated [ Indication code (circle): 1  2  3  4  5  6  7  8 ]

_____ Washed [ Indication code (circle): 1  2 ]

_____ Other: _____

### PLATELETS

Indication Code (circle):  1  2  3  4  5  6  7

_____ DOSE (Adult dose = 6 units)

_____ PHERESIS PLATELET (Single Donor; equivalent to 6-8 random donor units)

_____ UNITS (Pediatric patient)

Current Platelet Count: _____

SPECIAL CIRCUMSTANCES (requires a second indication code):

_____ Leukocyte-reduced [ Indication code (circle): 1  2  3 ]

_____ CMV negative [ indication code(circle): 1  2  3  4  5  6  7 ]

_____ Irradiated [ Indication code (circle): 1  2  3  4  5  6  7  8 ]

_____ Other: _____

### CRYOPRECIPITATE

Indication Code (circle):  1  2  3  4  5  6

_____ DOSE (Adult dose = 6 units)

_____ UNITS (Pediatric Patient or fibrin glue)

Current Fibrinogen _____ mg/dL

### PLASMA

Indication Code (circle):  1  2  3  4

_____ UNITS OR _____ mL (Pediatric Patient only)

Current PT: _____  PTT: _____

## TRANSFUSION ORDER

Date / Time: _1-12-99_        _T & C X 2 4 PRBC_
_11:45am_           _Transfuse when ready_

The patient has consented to the administration of blood products.
ORDERING PHYSICIAN SIGNATURE: _Javier Alaniz PA / Dr. Duke_   PAGER#: _24010_   Date: _1-12-99_

435498

```
     HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
  PARTMENT OF RADIOLOGY         ====  ====         DEPARTMENT OF RADIOLOGY
   TEXAS MEDICAL CENTER          ===   ===          THE UNIVERSITY OF TEXAS
        6411 FANNIN                =     =          MEDICAL SCHOOL AT HOUSTON
   HOUSTON, TX 77030-1501        ===   ===         6431 FANNIN, SUITE 2.132
      (713) 797-2800            ====  ====             HOUSTON, TX 77030
    (713) 793-5344 (FAX)        ===== =====             (713) 792-5235
```

---

PT NAME: WALTER ,KEVIN                      ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974     AGE:  24  SEX: M        DT PERF: 01/15/99  AT  09:45  HRS.
MR#: 96925490   9010     STATUS:  IA        REQUISITION NO: 01253928
                                            MED RECORDS (CHART) COPY
N/S: GSUR RM/BD: J602      OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CT CHEST W/CM

CHEST CT, 01/15/99:
REASON FOR STUDY:  Evaluate right pleural fluid collection.
* * * * * * * * * *
IMPRESSION:
1.  Improvement in the right hydropneumothorax with a small amount
of loculated fluid and air seen laterally.
2.  Probable loculated fluid and air in the major fissure with a
necrotic parenchymal pneumonia thought less likely.
    Improved aeration in both lung bases with minimal subsegmental
 .electasis persisting..
4.  Improved right upper lobe pneumonia.
5.  Query right hepatic lobe pseudoaneurysm versus venous fistula
as discussed.
* * * * * * * * * * *
THORACIC CT.
TECHNIQUE:  Seven (7) mm thick transaxial enhanced helical CT
images were obtained from the lung apices down to the diaphragm
utilizing a pitch of 1:1.  Comparison is made to an earlier study
dated 12/12/98.
FINDINGS:  Since earlier the same day, the right pleural fluid has
decrease   There is, however, a small lateral component with
several foci of air within this and this is thought to be
loculated.  The right thoracotomy tube remains in place.  A fluid
and air collection is seen in the right midlung and this appears to
conform to the location of the major fissure and likely represents
loculated fluid and this also contains several foci of air
collections.  There is improved aeration in the lung bases
bilaterally with minimal subsegmental atelectasis persisting.  Ill-
defined opacity in the right lung apex has decreased in size and is
compatible with resolving inflammation/infection.
A small bore pigtail catheter is now located in the previously
noted heterogeneous right hepatic lobe mass.  There now, however,
appears to be a central area of enhancement within this defect

---

                          READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA) .    RESIDENT:
                                      -   RESULTS REC'D:  99/01/15  15:48
APPROV RAD:                              RESULTS READ :
RESULTS APPROVED:  01/15/99  09:45

                        . PAGE 1

66

```
HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
DEPARTMENT OF RADIOLOGY    ====  ====        DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER       ===   ===          THE UNIVERSITY OF TEXAS
    6411 FANNIN            =      =          MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501     ===   ===         6431 FANNIN, SUITE 2.132
    (713) 797-2800         ====  ====           HOUSTON, TX 77030
  (713) 793-5344 (FAX)     ===== =====            (713) 792-5235
```

---

PT NAME: WALTER ,KEVIN                    DT PERF: 01/15/99  AT   09:45  HRS.
MR#: 96925490  9010                       REQUISITION NO: 01253928

raising the possibility of a venous fistula versus pseudoaneurysm.
This finding was discussed with Dr. Allen Cohen in the
Interventional Department of Radiology.  The upper abdomen is
otherwise unremarkable.

---

                              READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
APPROVING RAD:                          RESULTS REC'D:  99/01/15  15:48
  RESULTS APPROVED:  01/15/99  09:45    RESULTS READ :
15.48 01/15/99 FROM ????,HDRDRLF2
A8279704

```
HERMANN HOSPITAL          ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
ARTMENT OF RADIOLOGY       ====  . ====     DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER        ===   ===       THE UNIVERSITY OF TEXAS
     6411 FANNIN              =     =       MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501      ===   ===       6431 FANNIN, SUITE 2.132
    (713) 797-2800          ====  ====         HOUSTON, TX 77030
  (713) 793-5344 (FAX)      ===== =====          (713) 792-5235
```

PT NAME: WALTER ,KEVIN                       ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974    AGE:    24  SEX: M        DT PERF: 01/15/99  AT  09:45  HRS.
MR#: 96925490   9010       STAT

C8

```
    HERMANN HOSPITAL         ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
 PARTMENT OF RADIOLOGY       ====   ====        DEPARTMENT OF RADIOLOGY
   TEXAS MEDICAL CENTER      ===    ===          THE UNIVERSITY OF TEXAS
       6411 FANNIN           =      =           MEDICAL SCHOOL AT HOUSTON
 HOUSTON, TX 77030-1501      ===    ===          6431 FANNIN, SUITE 2.132
     (713) 797-2800          ====   ====           HOUSTON, TX 77030
  (713) 793-5344 (FAX)       ===== =====            (713) 792-5235
```

PT NAME: WALTER ,KEVIN                    ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974   AGE:   24  SEX: M       DT PERF: 01/12/99  AT  18:45  HRS.
MR#: 96925490  9010     STATUS:  IA       REQUISITION NO: 01252158
                                          MED RECORDS (CHART) COPY

N/S: GSUP RM/BD: J602      OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CHEST 2 VWS, PA & LAT

PA AND LATERAL CHEST RADIOGRAPHS, 01/12/99:
CLINICAL HISTORY:    Generalized abdominal pain, placement of a
chest tube.
* * * * * * * * * * *
IMPRESSION:
1.  There is new placement of a right-sided lateral chest tube,
which extends into an area that contains a loculated pneumothorax.
2.   Large right pleural effusion.
* * * * * * * * * *
  OMMENT:    PA and lateral chest radiographs are submitted dated
01/12/99
There has been interval removal of nasogastric and left subclavian
lines.  There has been interval placement of a right-sided chest
drain into the lateral aspect of the right pleural compartment.  It
is within a space that contains a pneumothorax which is loculated.
Other portions of the right lung show a pleural effusion, but it is
uncertain if this is also loculated.  Decubitus films may be of
assistance in better defining the possibility of further
loculations.
There are two other drains, one of which overlies the superior
portions of the right liver.  The exit site is anterior.  The left
and third drain on this film appears to be subphrenic, and exits
laterally.
The visualized portions of the left lung show a metallic fragment,
most likely a bullet, overlying the medial aspects of the left
clavicle.  The left lung is otherwise clear.  The cardiovascular
silhouette is difficult to assess on the right side, but the left
side shows a heart size that is upper limits of normal.
This report was dictated by a Radiology resident/fellow.  The
images and the contents of the report were personally reviewed by
an attending physician.

_____
                     READ RADIOLOGIST:
 ATTN MD: DUKE, JAMES H. (TRAUMA).      RESIDENT:
APPROV RAD:                     -       RESULTS REC'D:  99/01/13  17:57
RESULTS APPROVED:   01/12/99  18:45     RESULTS READ :
                          PAGE 1

                                                        69

```
    HERMANN HOSPITAL        =====  =====    PROFESSIONAL SERVICES PROVIDED BY:
 PARTMENT OF RADIOLOGY      ====   ====      DEPARTMENT OF RADIOLOGY
   TEXAS    DICAL CENTER    ===    ===       THE UNIVERSITY OF TEXAS
        6411 FANNIN         =      =        MEDICAL SCHOOL AT HOUSTON
  HOUSTON, TX 77030-1501    ===    ===       6431 FANNIN, SUITE 2.132
       (713) 797-2800       ====   ====         HOUSTON, TX 77030
   (713) 793-5344 (FAX)     =====  =====          (713) 792-5235
```

PT NAME: WALTER ,KEVIN                  DT PERF: 01/12/99  AT  18:45  HRS.
MR#: 96925490  9010                     REQUISITION NO: 01252158

---

```
                              READ RADIOLOGIST:
  ATTN: ML: DUKE, JAMES H. (TRAUMA)    RESIDENT:
  APPROVING RAD:                        RESULTS REC'D:  99/01/13  17:57
    ESULTS APPROVED:  01/12/99  18:45   RESULTS READ :
  17:57 01/13/99 FROM ????,HDRDRLF2.
  A8279348
```

70

```
HERMANN HOSPITAL        ===== =====   PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY   ====  ====       DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER    ===   ===        THE UNIVERSITY OF TEXAS
    6411 FANNIN         =      =        MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501  ===   ===        6431 FANNIN, SUITE 2.132
    (713) 797-2800      ====  ====           HOUSTON, TX 77030
(713) 793-5344 (FAX)    ===== =====            (713) 792-5235
```

PT NAME: WALTER ,KEVIN                   ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974    AGE:   24  SEX: M     DT PERF: 01/11/99  AT  13:25  HRS.
MR#: 96925490  9010     STATUS:  IA      REQUISITION NO: 01251925
                                         MED RECORDS (CHART) COPY
N/S: GSUR RM/BD: J602    OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CT ABDOMEN W/O CM


CHEST CT, 01-11-99:
INDICATION:  Evaluate chest tube placement.  Patient is a 24-year-
old Black male status post gunshot wound with chest tube placed for
drainage as well as intrahepatic catheter to drain a fluid
collection in the liver.
***********
IMPRESSION:
1.  Succ  ful placement of a liver drainage catheter.
    Misplaced chest tube catheter.  The catheter is within the
   .bcutaneous tissue.
3.  No change in the position of the subdiaphragmatic catheter.
***********
TECHNIQUE:  Axial CT images of the chest were obtained at 10 mm
intervals  The images were then displayed in soft tissue windows
and in lung windows.
FINDINGS:  The study shows that the patient has a large collection
of fluid within the liver.  There is contrast within this fluid
collection.  In addition, the drainage catheter is seen entering
the patient's right mid axillary line entering into this liver
collection.  The patient also has a drainage catheter entering near
the patient's midline.  This catheter appears to be within the
subdiaphragmatic space.  The patient had a posterior right
loculated fluid collection on CT scan dated 01-10-99.  This
collection is no longer evident.  However, the chest tube drainage
catheter is seen to be coiled in the soft tissue.  The patient has
basilar atelectasis as well as fluid collection still in the
subhepatic region.  In addition, the patient has mild to moderate
fluid with a combination of pleural thickening along the right
lateral chest wall.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

---

                        READ RADIOLOGIST:
                                      RESIDENT:
ATTN MD: DUKE, JAMES H. (TRAUMA).
APPROV RAD:                          RESULTS REC'D:  99/01/12  16:25
RESULTS  PROVED:  01/11/99  13:25    RESULTS READ :
                        PAGE 1

```
    HERMANN HOSPITAL        ===== =====    PROFESSIONAL SERVICES PROVIDED BY:
 PARTMENT OF RADIOLOGY      ====  ====       DEPARTMENT OF RADIOLOGY
  TEXAS MEDICAL CENTER       ===   ===        THE UNIVERSITY OF TEXAS
       6411 FANNIN            =     =         MEDICAL SCHOOL AT HOUSTON
  HOUSTON, TX 77030-1501     ===   ===         6431 FANNIN, SUITE 2.132
      (713) 797-2800        ====  ====            HOUSTON, TX 77030
   (713) 793-5344 (FAX)     ===== =====             (713) 792-5235
```

PT NAME: WALTER ,KEVIN                    DT PERF: 01/11/99  AT  13:25   HRS.
MR#: 96925490   9010                      REQUISITION NO: 01251925

---

                              READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
 PPROVING RAD:                              RESULTS REC'D:  99/01/12  16:25
  SULTS APPROVED:  01/11/99  13:25          RESULTS READ :
16:25 01/12/99 FROM ????,HDRDRLF2·
A8279157

                                                                    7²

```
    HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
 PARTMENT OF RADIOLOGY        ====  ====         DEPARTMENT OF RADIOLOGY
  TEXAS MEDICAL CENTER        ===   ===          THE UNIVERSITY OF TEXAS
       6411 FANNIN            =     =           MEDICAL SCHOOL AT HOUSTON
 HOUSTON, TX 77030-1501       ===   ===          6431 FANNIN, SUITE 2.132
      (713) 797-2800          ====  ====            HOUSTON, TX 77030
   (713)    -5344 (FAX)       ===== =====             (713) 792-5235
```

---

PT NAME: WALTER ,KEVIN                    ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974    AGE:   24  SEX: M       DT PERF: 01/11/99  AT  13:25  HRS.
MR#: 96925490  9010        STATUS:  IA     REQUISITION NO: 01252001
                                           MED RECORDS (CHART) COPY
N/S: GSUR RM/BD: J602      OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CT GUIDE/CYST ASPIRAT   CHEST

CT-GUIDED CHEST TUBE DRAINAGE PLACEMENT, 01-11-99:
INDICATION:  Patient is a 24-year-old Black male status post
gunshot wound who had a chest tube placed within the right pleural
space which no longer is in its proper position.
PHYSICIANS:  Dr. Pong and Dr. Cohen.  Dr. Cohen was present
throughout the procedure.
PROCEDURE:  After obtaining informed consent, the patient was laid
supine on the CT table.  An area was chosen along the patient's
 ight mid clavicular line for percutaneous access.  This area was
 .en sterilized and draped.  Under CT guidance, a needle was placed
into the right pleural fluid collection.  Through this access site,
a wire was placed through the hub of the needle.  This was
exchanged for an 8-French dilator and eventually an 8-French
drainage catheter was placed in the pleural fluid collection.  CT
images show proper placement of the catheter.  There were no
complications from the procedure.  The patient left the Angiography
Suite in good condition.
COMPLICATIONS:  None.
MEDICATI   :  The patient received Versed and Fentanyl for
consciou, sedation.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

---

                        READ RADIOLOGIST:
 ATTN MD: DUKE, JAMES H. (TRAUMA).     RESIDENT:
 APPROV   D.                           RESULTS REC'D:  99/01/12  16:25
 RESULTS APPROVED:  01/11/99  13:25    RESULTS READ :
                           PAGE 1

```
    HERMANN HOSPITAL          =====  =====        PROFESSIONAL SERVICES PROVIDED BY:
  PARTMENT OF RADIOLOGY       ====   ====           DEPARTMENT OF RADIOLOGY
  TEXAS MEDICAL CENTER        ===    ===            THE UNIVERSITY OF TEXAS
       6411 FANNIN             =      =            MEDICAL SCHOOL AT HOUSTON
  HOUSTON, TX 77030-1501      ===    ===            6431 FANNIN, SUITE 2.132
      (713) 797-2800          ====   ====               HOUSTON, TX 77030
    (713) 793-5344 (FAX)      =====  =====                (713) 792-5235
```

PT NAME: WALTER ,KEVIN                         DT PERF: 01/11/99  AT  13:25  HRS.
MR#: 96925490  9010                            REQUISITION NO: 01252001

---

READ RADIOLOGIST:

ATTN: MD  UKE, JAMES H. (TRAUMA)     RESIDENT:
  PROVIN  RAD:                              RESULTS REC'D:  99/01/12   16:25
  SULTS APPROVED:  01/11/99  13:25          RESULTS READ :
16:26 01/12/99 FROM ????,HDRDRLF2
A8279158

HERMANN HOSPITAL                  ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
ARTMENT OF RADIOLOGY              ==== ====            DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER              === ===            THE UNIVERSITY OF TEXAS
6411 FANNIN                   = =             MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501            === ===           6431 FANNIN, SUITE 2.132
(71   797-2800               ==== ====               HOUSTON, TX 77030
(713)  3-5344 (FAX)          ===== =====               (713) 792-5235

---

PT NAME: WALTER ,KEVIN                    ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974    AGE:   24  SEX: M       DT PERF: 01/11/99  AT  13:25   HRS.
MR#: 96925490   9010       STATUS:   IA    REQUISITION NO: 01252001
                                           MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602     OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CT GUIDED ASPIRATION OF CHEST

CT-GUIDED CHEST TUBE DRAINAGE PLACEMENT, 01-11-99:
INDICATION:  Patient is a 24-year-old Black male status post
gunshot wound who had a chest tube placed within the right pleural
space which no longer is in its proper position.
PHYSICIANS:  Dr. Pong and Dr. Cohen.  Dr. Cohen was present
throughout the procedure.
PROCEDURE:  After obtaining informed consent, the patient was laid
supine on the CT table.  An area was chosen along the patient's
  ht mid clavicular line for percutaneous access.  This area was
 en sterilized and draped.  Under CT guidance, a needle was placed
into the right pleural fluid collection.  Through this access site,
a wire was placed through the hub of the needle.  This was
exchanged for an 8-French dilator and eventually an 8-French
drainage catheter was placed in the pleural fluid collection.  CT
images show proper placement of the catheter.  There were no
complications from the procedure.  The patient left the Angiography
Suite in good condition.
COMPLICA   NS:  None.
MEDICAT  S:  The patient received Versed and Fentanyl for
conscious sedation.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

---

                              READ RADIOLOGIST:
                                     RESIDENT:
ATTN MD  JKE, JAMES H. (TRAUMA)                    RESULTS REC'D:  99/01/12   16:25
APPROV RAD:                          RESULTS READ :
RESULTS APPROVED:  01/11/99   13:25  RESULTS READ :
                              . PAGE 1

```
      HERMANN HOSPITAL        =====  =====    PROFESSIONAL SERVICES PROVIDED BY:
   ARTMENT OF RADIOLOGY       ====   ====      DEPARTMENT OF RADIOLOGY
   TEXAS MEDICAL CENTER       ===    ===        THE UNIVERSITY OF TEXAS
       6411 FANNIN             =      =         MEDICAL SCHOOL AT HOUSTON
   HOUSTON, TX 77030-1501     ===    ===         6431 FANNIN, SUITE 2.132
     (713) 797-2800           ====   ====          HOUSTON, TX 77030
   (713) 793-5344 (FAX)       =====  =====           (713) 792-5235
```

PT NAME: WALTER ,KEVIN                      DT PERF: 01/11/99  AT  13:25   HRS.
MR#: 96925490   9010                        REQUISITION NO: 01252001

---

                                    READ RADIOLOGIST:
                                             RESIDENT:
  ATTN: MD: DUKE, JAMES H. (TRAUMA)
  PPROVIN   AD:                            RESULTS REC'D:  99/01/12   16:25
   SULTS APPROVED:  01/11/99  13:25        RESULTS READ :
 16:26 01/12/99 FROM ????,HDRDRLF2
 A8279159

76

HERMANN HOSPITAL
PARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER
6411 FANNIN
HOUSTON, TX 77030-1501
(713) 797-2800
(713) 793-5344 (FAX)

PROFESSIONAL SERVICES PROVIDED BY:
DEPARTMENT OF RADIOLOGY
THE UNIVERSITY OF TEXAS
MEDICAL SCHOOL AT HOUSTON
6431 FANNIN, SUITE 2.132
HOUSTON, TX 77030
(713) 792-5235

PT NAME: WALTER ,KEVIN
DOB: 05/14/1974    AGE:    24  SEX: M
MR#: 96925490  9010       STATUS:  IA

ORD'D BY: DUKE, JAMES H. (TRAUMA)
DT PERF: 01/11/99  AT  10:45  HRS.
REQUISITION NO: 01252023
MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602     OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: ABSCESS DRAINAGE LIVER

ABDOMINAL DRAINAGE IN THE PATIENT'S LIVER:
INDICATION:  The patient is a 24-year-old Black male status post
gunshot wound with a fluid collection within the liver.
PHYSICIANS:  Dr. Pong and Dr. Cohen.
PROCEDURE:  Under ultrasound guidance, an area was chosen along the
patient's right axillary line for percutaneous access.  This area
was then sterilized and draped.  1% lidocaine solution was used for
local anesthetic.  A small skin incision was made to the patient
·in.  Under ultrasound guidance, an 18-gauge needle was placed
.anshepaticly into the liver fluid collection.  A wire was placed
into the collection.  Contrast instillation insured proper
placement of the needle.  Using Seldinger technique, this was
exchanged for an 8-French dilator and eventually for an 8-French
all-purpose drain catheter.  Old blood was aspirated from the
collection.  The catheter was pigtailed and sutured to the
patient's skin.
COMPLICATIONS:  None.
MEDICATIONS:  The patient received Versed and Fentanyl for
conscious sedation.
FOLLOW-U    The patient is to have follow-up CT to evaluate.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA).       RESIDENT:
APPROV RAD:                             RESULTS REC'D:  99/01/12   16:26
RESULTS APPROVED:  01/11/99   10:45     RESULTS READ :
                              PAGE 1

```
     HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
  DEPARTMENT OF RADIOLOGY       ====  ====        DEPARTMENT OF RADIOLOGY
  TEXAS MEDICAL CENTER          ===   ===         THE UNIVERSITY OF TEXAS
       6411 FANNIN               =     =          MEDICAL SCHOOL AT HOUSTON
  HOUSTON, TX 77030-1501        ===   ===         6431 FANNIN, SUITE 2.132
      (713) 797-2800            ====  ====            HOUSTON, TX 77030
   (713) 793-5344 (FAX)         ===== =====            (713) 792-5235
```

PT NAME. WALTER ,KEVIN                    DT PERF: 01/11/99  AT  10:45   HRS.
MR#: 96925490   9010                      REQUISITION NO: 01252023

---

                              READ RADIOLOGIST:
  ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
  APPROVING RAD:                          RESULTS REC'D:  99/01/12  16:26
  RESULTS APPROVED:  01/11/99  10:45      RESULTS READ :
  16:27 01/12/99 FROM ????,HDRDRLF2-
  A8279160
```
```

78

```
HERMANN HOSPITAL          =====  =====     PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY      ====   ====        DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER       ===    ===          THE UNIVERSITY OF TEXAS
6411 FANNIN                 =      =          MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501     ===    ===          6431 FANNIN, SUITE 2.132
(713) 797-2800             ====   ====            HOUSTON, TX 77030
(713)    -5344 (FAX)       =====  =====             (713) 792-5235
```

---

PT NAME: WALTER ,KEVIN                    ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974      AGE:  24  SEX: M      DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 96925490   9010      STATUS:  IA      REQUISITION NO: 01252023
                                           MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602      OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: DRAIN,PERITONEL ABS,TRNSABDOM M

ABDOMINAL DRAINAGE IN THE PATIENT'S LIVER.
INDICATION:  The patient is a 24-year-old Black male status post
gunshot wound with a fluid collection within the liver.
PHYSICIANS:  Dr. Pong and Dr. Cohen.
PROCEDURE:  Under ultrasound guidance, an area was chosen along the
patient's right axillary line for percutaneous access.  This area
was then sterilized and draped.  1% lidocaine solution was used for
local anesthetic.  A small skin incision was made to the patient
in.  Under ultrasound guidance, an 18-gauge needle was placed
_anshepaticly into the liver fluid collection.  A wire was placed
into the collection.  Contrast instillation insured proper
placement of the needle.  Using Seldinger technique, this was
exchanged for an 8-French dilator and eventually for an 8-French
all-purpose drain catheter.  Old blood was aspirated from the
collection.  The catheter was pigtailed and sutured to the
patient's skin.
COMPLICATIONS:  None.
MEDICATIONS:  The patient received Versed and Fentanyl for
consciou  sedation.
FOLLOW-UP:  The patient is to have follow-up CT to evaluate.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

---

                              READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA).     RESIDENT:
APPROV R.D.                           RESULTS REC'D:  99/01/12  16:26
RESULTS APPROVED:  01/11/99  10:45    RESULTS READ :
                          PAGE 1

```
     HERMANN HOSPITAL          =====  =====      PROFESSIONAL SERVICES PROVIDED BY:
  PARTMENT OF RADIOLOGY         ====   ====        DEPARTMENT OF RADIOLOGY
 TEXAS MEDICAL CENTER           ===    ===         THE UNIVERSITY OF TEXAS
       6411 FANNIN               =      =         MEDICAL SCHOOL AT HOUSTON
 HOUSTON, TX 77030-1501         ===    ===         6431 FANNIN, SUITE 2.132
     (713) 797-2800             ====   ====           HOUSTON, TX 77030
  (713) 793-5344 (FAX)          =====  =====           (713) 792-5235
```

PT NAME: WALTER ,KEVIN                    DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 96925490  9010                       REQUISITION NO: 01252023

READ RADIOLOGIST:
                                          RESIDENT:
 ATTN: MD: DUKE, JAMES H. (TRAUMA)        RESULTS REC'D:  99/01/12  16:26
 PPROVIN  AD:                            RESULTS READ :
  SULTS  PROVED:  01/11/99  10:45
16:27 01/12/99 FROM ????,HDRDRLF2.
A8279161

```
   HERMANN HOSPITAL          ===== =====    PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY        ====   ====       DEPARTMENT OF RADIOLOGY
 TEXAS MEDICAL CENTER        ===    ===        THE UNIVERSITY OF TEXAS
      6411 FANNIN            =       =         MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501       ===    ===        6431 FANNIN, SUITE 2.132
    (713) 797-2800           ====   ====          HOUSTON, TX 77030
  (713) 793-5344 (FAX)       ===== =====          (713) 792-5235
```

PT NAME: WALTER ,KEVIN                    ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974    AGE:   24  SEX: M      DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 96925490   9010       STATUS:  IA    REQUISITION NO: 01252023
                                          MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602    OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: SINGLE VIEW ABDOMEN -VASCULAR

ABDOMINAL DRAINAGE IN THE PATIENT'S LIVER:
INDICATION:  The patient is a 24-year-old Black male status post
gunshot wound with a fluid collection within the liver.
PHYSICIANS:  Dr. Pong and Dr. Cohen.
PROCEDURE:  Under ultrasound guidance, an area was chosen along the
patient's right axillary line for percutaneous access.  This area
was then sterilized and draped.  1% lidocaine solution was used for
local anesthetic.  A small skin incision was made to the patient
skin.  Under ultrasound guidance, an 18-gauge needle was placed
anshepaticly into the liver fluid collection.  A wire was placed
into the collection.  Contrast instillation insured proper
placement of the needle.  Using Seldinger technique, this was
exchanged for an 8-French dilator and eventually for an 8-French
all-purpose drain catheter.  Old blood was aspirated from the
collection.  The catheter was pigtailed and sutured to the
patient's skin.
COMPLICATIONS:  None.
MEDICATIONS:  The patient received Versed and Fentanyl for
conscious sedation.
FOLLOW-U:  The patient is to have follow-up CT to evaluate.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

```
                              READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA).    RESIDENT:
APPROV RAD:                          RESULTS REC'D:  99/01/12  16:26
RESULTS APPROVED:  01/11/99  10:45   RESULTS READ :
                              PAGE 1
```

```
HERMANN HOSPITAL          ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY      ====   ====       DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER        ===    ===        THE UNIVERSITY OF TEXAS
      6411 FANNIN             =      =        MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501      ===    ===        6431 FANNIN, SUITE 2.132
    (713) 797-2800          ====   ====          HOUSTON, TX 77030
  (713) 793-5344 (FAX)      ===== =====           (713) 792-5235
```

PT NAME: WALTER ,KEVIN                     DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 96925490  9010                        REQUISITION NO: 01252023

---

READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
PPROVING RAD:                        RESULTS REC'D:  99/01/12  16:26
  ESULTS  PROVED:  01/11/99  10:45   RESULTS READ :
16:27 01/12/99 FROM ????,HDRDRLF2
A8279162

82

```
    HERMANN HOSPITAL          ===== =====       PROFESSIONAL SERVICES PROVIDED BY:
  PARTMENT OF RADIOLOGY       ====  ====         DEPARTMENT OF RADIOLOGY
   TEXAS MEDICAL CENTER        ===   ===          THE UNIVERSITY OF TEXAS
      6411 FANNIN               =     =          MEDICAL SCHOOL AT HOUSTON
 HOUSTON, TX 77030-1501        ===   ===          6431 FANNIN, SUITE 2.132
    (713) 797-2800             ====  ====           HOUSTON, TX 77030
  (713) 793-5344 (FAX)         ===== =====            (713) 792-5235
```

---

PT NAME: WALTER ,KEVIN                          ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974   AGE:   24  SEX: M             DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 96925490  9010        STATUS:  IA          REQUISITION NO: 01252024
                                                MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602     OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CHEST TUBE INSERTION-FLUORO

CHEST TUBE DRAINAGE AS WELL AS LIVER ABSCESS DRAINAGE, 01-11-99:
INDICATION:  Patient is a 24-year-old Black male status post
gunshot wound.  The patient developed a right pleural effusion
which appears to be infected.  In addition, the patient had a fluid
collection within the liver which had a drain which was removed
inadvertently.
**********
IMPRESSION:
     Placement of an 8-French right chest tube.
     Successful placement of an 8-French drainage catheter into the
liver collection.
**********
PHYSICIANS:  Pong and Cohen.  Dr. Cohen was present throughout the
procedure.
PROCEDURE:  After obtaining informed consent, the patient was laid
on his left side.  An area along the patient's back side was chosen
just to the right of the spine.  This place was chosen for
percutaneous access using ultrasound guidance.  The area was then
sterilized and draped.  1% lidocaine solution was used for local
anesthetic.  Under ultrasound guidance, an 18-gauge needle was
inserted into the right pleural fluid collection.  Purulent
material was obtained.  A J-wire was placed into the collection.
This was exchanged for an 8-French dilator.  Using Seldinger
technique, this was eventually exchanged for an 8-French drainage
catheter.  The tube was connected to external drainage and suction.
About 60 cc of serosanguinous as well as purulent material was
obtained.
An area over the patient's right mid axillary line was chosen for
percutaneous access for the liver collection drainage.  This area
was sterilized and draped.  1% lidocaine solution was used for
local anesthetic.  A small skin incision was made.  Under
ultrasound guidance, an 18-gauge needle was placed into the right
hepatic fluid collection.  Old blood was aspirated from the

---

```
                            READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA)     RESIDENT:
APPROV RAD:                          RESULTS REC'D:  99/01/12  16:27
RESULTS APPROVED:  01/11/99  10:45   RESULTS READ :
                            PAGE 1
```

```
HERMANN HOSPITAL          ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY     ====  ====          DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER       ===   ===          THE UNIVERSITY OF TEXAS
     6411 FANNIN             =     =         MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501     ===   ===          6431 FANNIN, SUITE 2.132
   (713) 797-2800          ====  ====            HOUSTON, TX 77030
(713) 793-5344 (FAX)       ===== =====            (713) 792-5235
```

PT NAME: WALTER , KEVIN                    DT PERF: 01/11/99  AT  10:45   HRS.
MR#: 969?5^90  9010                        REQUISITION NO: 01252024

collection.  A wire was advanced into the collection.  Using
Seldinger technique, this was eventually exchanged for an 8-French
dilator and eventually an 8-French all-purpose drain catheter.
Contrast instillation into the collection showed that it was in the
proper position.
COMPLICATIONS:  None.
MEDICATIONS:  The patient received Versed and Fentanyl for
conscious sedation.
FOLLOW-UP:  The patient was sent for CT for follow-up to determine
proper placement of the tube.
This report was dictated by a Radiology Resident/Fellow.  The
images a  the contents of the report were personally reviewed by
an Attending Physician.

```
                              READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
`PPROVING RAD:                       RESULTS REC'D:  99/01/12   16:27
 :SULTS APPROVED:  01/11/99  10:45   RESULTS READ :
16:27 01/ /99 FROM ????,HDRDRLF2
A8279163
```

84

```
      HERMANN HOSPITAL           ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
 PARTMENT OF RADIOLOGY           ====  ====        DEPARTMENT OF RADIOLOGY
   TEXAS MEDICAL CENTER           ===   ===         THE UNIVERSITY OF TEXAS
       6411 FANNIN                  =     =         MEDICAL SCHOOL AT HOUSTON
 HOUSTON, TX 77030-1501           ===   ===        6431 FANNIN, SUITE 2.132
      (713) 797-2800              ====  ====            HOUSTON, TX 77030
   (713) 793-5344 (FAX)           ===== =====            (713) 792-5235
```

---

PT NAME: WALTER ,KEVIN                        ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974   AGE:   24  SEX: M           DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 96925490  9010      STATUS:  IA          REQUISITION NO: 01252024
                                              MED RECORDS (CHART) COPY
N/S: GSUR RM/BD: J602      OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: VASC CHEST SINGLE VIEW FRONT

CHEST TUBE DRAINAGE AS WELL AS LIVER ABSCESS DRAINAGE, 01-11-99:
INDICATION:  Patient is a 24-year-old Black male status post
gunshot wound.  The patient developed a right pleural effusion
which appears to be infected.  In addition, the patient had a fluid
collection within the liver which had a drain which was removed
inadvertently.
* * * * * * * * * *
IMPRESSION:
    Placement of an 8-French right chest tube.
    Successful placement of an 8-French drainage catheter into the
liver collection.
* * * * * * * * * *
PHYSICIANS:  Pong and Cohen.  Dr. Cohen was present throughout the
procedure.
PROCEDURE:  After obtaining informed consent, the patient was laid
on his left side.  An area along the patient's back side was chosen
just to the right of the spine.  This place was chosen for
percutaneous access using ultrasound guidance.  The area was then
sterilized and draped.  1% lidocaine solution was used for local
anesthetic.  Under ultrasound guidance, an 18-gauge needle was
inserted into the right pleural fluid collection.  Purulent
material was obtained.  A J-wire was placed into the collection.
This was exchanged for an 8-French dilator.  Using Seldinger
technique, this was eventually exchanged for an 8-French drainage
catheter.  The tube was connected to external drainage and suction.
About 60 cc of serosanguinous as well as purulent material was
obtained.
An area over the patient's right mid axillary line was chosen for
percutaneous access for the liver collection drainage.  This area
was sterilized and draped.  1% lidocaine solution was used for
local anesthetic.  A small skin incision was made.  Under
ultrasound guidance, an 18-gauge needle was placed into the right
hepatic fluid collection.  Old blood was aspirated from the

---

                         READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA).    RESIDENT:
APPROV RAD:                          RESULTS REC'D:  99/01/12  16:27
RESULTS APPROVED:  01/11/99  10:45   RESULTS READ :
                         PAGE 1

85

```
   HERMANN HOSPITAL      ===== =====    PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY    ====  ====     DEPARTMENT OF RADIOLOGY
 TEXAS MEDICAL CENTER    ===   ===      THE UNIVERSITY OF TEXAS
     6411 FANNIN          =     =       MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501   ===   ===      6431 FANNIN, SUITE 2.132
   (713) 797-2800        ====  ====        HOUSTON, TX 77030
 (713) 793-5344 (FAX)    ===== =====        (713) 792-5235
```

PT NAME: WALTER ,KEVIN                    DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 969?3?90  9010                       REQUISITION NO: 01252024

collection.  A wire was advanced into the collection.  Using
Seldinger technique, this was eventually exchanged for an 8-French
dilator and eventually an 8-French all-purpose drain catheter.
Contrast instillation into the collection showed that it was in the
proper position.
COMPLICATIONS:  None.
MEDICATIONS:  The patient received Versed and Fentanyl for
conscious sedation.
FOLLOW-UP:  The patient was sent for CT for follow-up to determine
proper placement of the tube.
This report was dictated by a Radiology Resident/Fellow.  The
images a  the contents of the report were personally reviewed by
an Attending Physician.

                         READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
`PPROVING RAD:                           RESULTS REC'D:  99/01/12   16:27
  :SULTS APPROVED:  01/11/99  10:45      RESULTS READ :
16:27 01/  /99 FROM ????,HDRDRLF2.
A8279164

                                                                    86

HERMANN HOSPITAL    ===== =====    PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY  ==== ====    DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER   === ===    THE UNIVERSITY OF TEXAS
6411 FANNIN    = =    MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501  === ===    6431 FANNIN, SUITE 2.132
(713) 797-2800    ==== ====    HOUSTON, TX 77030
(713) 793-5344 (FAX)  ===== =====    (713) 792-5235

PT NAME: WALTER ,KEVIN        ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974  AGE:  24  SEX: M    DT PERF: 01/11/99  AT  10:45  HRS.
MR#: 96925490  9010    STATUS:  IA    REQUISITION NO: 01252024
                                MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602    OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: TUBE THORACOST W/WO WAT SEAL

CHEST TUBE DRAINAGE AS WELL AS LIVER ABSCESS DRAINAGE, 01-11-99:
INDICATION:  Patient is a 24-year-old Black male status post
gunshot wound.  The patient developed a right pleural effusion
which appears to be infected.  In addition, the patient had a fluid
collection within the liver which had a drain which was removed
inadvertently.
* * * * * * * * * *
IMPRESSION:
  Placement of an 8-French right chest tube.
.  Successful placement of an 8-French drainage catheter into the
liver collection.
* * * * * * * * * *
PHYSICIANS:  Pong and Cohen.  Dr. Cohen was present throughout the
procedure.
PROCEDURE:  After obtaining informed consent, the patient was laid
on his left side.  An area along the patient's back side was chosen
just to the right of the spine.  This place was chosen for
percutaneous access using ultrasound guidance.  The area was then
sterilized and draped.  1% lidocaine solution was used for local
anesthetic.  Under ultrasound guidance, an 18-gauge needle was
inserted into the right pleural fluid collection.  Purulent
material was obtained.  A J-wire was placed into the collection.
This was exchanged for an 8-French dilator.  Using Seldinger
technique, this was eventually exchanged for an 8-French drainage
catheter.  The tube was connected to external drainage and suction.
About 60 cc of serosanguinous as well as purulent material was
obtained.
An area over the patient's right mid axillary line was chosen for
percutaneous access for the liver collection drainage.  This area
was sterilized and draped.  1% lidocaine solution was used for
local anesthetic.  A small skin incision was made.  Under
ultrasound guidance, an 18-gauge needle was placed into the right
hepatic fluid collection.  Old blood was aspirated from the

READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA).  RESIDENT:
APPROV RAD:                  RESULTS REC'D:  99/01/12  16:27
RESULTS APPROVED:  01/11/99  10:45    RESULTS READ :

87

HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
PARTMENT OF RADIOLOGY      ==== ====       DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER        === ===         THE UNIVERSITY OF TEXAS
6411 FANNIN                  =   =          MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501      === ===        6431 FANNIN, SUITE 2.132
(713) 797-2800             ==== ====          HOUSTON, TX 77030
(713) 793-5344 (FAX)       ===== =====         (713) 792-5235

---

PT NAME: WALTER ,KEVIN                    DT PERF: 01/11/99  AT  10:45   HRS.
MR#: 96925490  9010                       REQUISITION NO: 01252024

collection.  A wire was advanced into the collection.  Using
Seldinger technique, this was eventually exchanged for an 8-French
dilator and eventually an 8-French all-purpose drain catheter.
Contrast instillation into the collection showed that it was in the
proper position.
COMPLICATIONS:  None.
MEDICATIONS:  The patient received Versed and Fentanyl for
conscious sedation.
FOLLOW-UP:  The patient was sent for CT for follow-up to determine
proper placement of the tube.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

---

                              READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
  PPROVING RAD:                      RESULTS REC'D:  99/01/12   16:27
    ESULTS APPROVED:  01/11/99  10:45    RESULTS READ :
16:27 01/12/99 FROM ????,HDRDRLF2
A8279165

88

```
      HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
   PARTMENT OF RADIOLOGY        ====   ====        DEPARTMENT OF RADIOLOGY
   TEXAS MEDICAL CENTER         ===    ===         THE UNIVERSITY OF TEXAS
        6411 FANNIN             =        =        MEDICAL SCHOOL AT HOUSTON
   HOUSTON, TX 77030-1501       ===    ===         6431 FANNIN, SUITE 2.132
       (71?? 797-2800           ====   ====            HOUSTON, TX 77030
    (713) 7?3-5344 (FAX)        ===== =====            (713) 792-5235
```

PT NAME: WALTER ,KEVIN                    ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974    AGE:    24  SEX: M     DT PERF: 01/10/99  AT  00:03  HRS.
MR#: 96925490  9010        STATUS:  IA    REQUISITION NO: 01251045
                                          MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602     OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CT ABDOMEN W/CM

ABDOMINAL CT, 01-10-99:
CLINICAL HISTORY:  Rule out abscess.
**********
IMPRESSION:
1.  Loculated right pleural fluid collection with an enhancing rim
which is not being drained by the right chest tube.
2.  Fluid collection in the right lobe of the liver with the
drainage catheter which has decreased in size since the prior
:tudy.
.  Bullet in the right flank.
**********
TECHNIQUE:  7 mm cuts were obtained through the abdomen followed by
10 mm cuts through the pelvis with the use of oral and IV contrast.
FINDINGS:  Comparison is made to 12-26-98 study.  The patient is
status post gunshot wound with the bullet in the right flank.  The
right chest tube is present with a loculated pleural fluid
collection just superior to the chest tube.  The second drain is
present in the right lobe of the liver with a fluid collection
measuring approximately 10 cm AP x 5 cm transversely.  This fluid
collection has decreased in size and has become more confluent
since the prior study.  It has an enhancing rim.  The remainder of
the liver is unremarkable.  The spleen, pancreas, both kidneys, and
both adrenal glands are within normal limits.  Scarring versus
atelectasis are present in the right lower lobe.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

```
                            READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
APPROV RAD:                          RESULTS REC'D:  99/01/10  18:03
RESULTS APPROVED:  01/10/99  00:03   RESULTS READ :
                              PAGE 1
```

```
    HERMANN HOSPITAL        ===== =====    PROFESSIONAL SERVICES PROVIDED BY:
 PARTMENT OF RADIOLOGY      ====   ====       DEPARTMENT OF RADIOLOGY
 TEXAS MEDICAL CENTER       ===    ===        THE UNIVERSITY OF TEXAS
      6411 FANNIN            =      =         MEDICAL SCHOOL AT HOUSTON
 HOUSTON, TX 77030-1501     ===    ===        6431 FANNIN, SUITE 2.132
    (713) 797-2800          ====   ====          HOUSTON, TX 77030
  (713) 793-5344 (FAX)      ===== =====            (713) 792-5235
```

PT NAME: WALTER ,KEVIN                 DT PERF: 01/10/99  AT  00:03  HRS.
MR#: 96925490  9010                    REQUISITION NO: 01251045

READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
`PPROVIG RAD:                          RESULTS REC'D:  99/01/10  18:03
  SULTS APPROVED:  01/10/99  00:03    RESULTS READ :
18:03 01/10/99 FROM ????,HDRDRLF2-
A8278783

90

```
HERMANN HOSPITAL          ===== =====     PROFESSIONAL SERVICES PROVIDED BY:
:PARTMENT OF RADIOLOGY     ====  ====       DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER        ===   ===        THE UNIVERSITY OF TEXAS
    6411 FANNIN              =      =        MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501      ===   ===        6431 FANNIN, SUITE 2.132
    (713) 797-2800          ====  ====          HOUSTON, TX 77030
 (713) 7?:-5344 (FAX)       ===== =====           (713) 792-5235
```

PT NAME: WALTER ,KEVIN                  ORD'D BY: DUKE, JAMES H. (TRAUMA)
DOB: 05/14/1974    AGE:   24  SEX: M     DT PERF: 01/10/99  AT   00:03 HRS.
MR#: 96925490  9010      STATUS:   IA    REQUISITION NO: 01251045
                                         MED RECORDS (CHART) COPY

N/S: GSUR RM/BD: J602     OR VISIT CLINIC:
INDICATIONS: GENERALIZED ABD PAIN

EXAM(S) PERFORMED: CT PELVIS W/ CM

ABDOMINAL CT, 01-10-99:
CLINICAL HISTORY:  Rule out abscess.
***********
IMPRESSION:
1.  Loculated right pleural fluid collection with an enhancing rim
which is not being drained by the right chest tube.
2.  Fluid collection in the right lobe of the liver with the
drainage catheter which has decreased in size since the prior
 tudy.
 .  Bullet in the right flank.
***********
TECHNIQUE:  7 mm cuts were obtained through the abdomen followed by
10 mm cuts through the pelvis with the use of oral and IV contrast.
FINDINGS:  Comparison is made to 12-26-98 study.  The patient is
status post gunshot wound with the bullet in the right flank.  The
right chest tube is present with a loculated pleural fluid
collection just superior to the chest tube.  The second drain is
present in the right lobe of the liver with a fluid collection
measuring approximately 10 cm AP x 5 cm transversely.  This fluid
collection has decreased in size and has become more confluent
since the prior study.  It has an enhancing rim.  The remainder of
the liver is unremarkable.  The spleen, pancreas, both kidneys, and
both adrenal glands are within normal limits.  Scarring versus
atelectasis are present in the right lower lobe.
This report was dictated by a Radiology Resident/Fellow.  The
images and the contents of the report were personally reviewed by
an Attending Physician.

                         READ RADIOLOGIST:
ATTN MD: DUKE, JAMES H. (TRAUMA)     RESIDENT:
APPROV R:E                           RESULTS REC'D:    99/01/10   18:03
RESULTS APPROVED:  01/10/99  00:03   RESULTS READ :
                         PAGE 1

91

```
HERMANN HOSPITAL          ===== =====      PROFESSIONAL SERVICES PROVIDED BY:
DEPARTMENT OF RADIOLOGY    ====  ====        DEPARTMENT OF RADIOLOGY
TEXAS MEDICAL CENTER       ===   ===         THE UNIVERSITY OF TEXAS
    6411 FANNIN            =     =          MEDICAL SCHOOL AT HOUSTON
HOUSTON, TX 77030-1501     ===   ===        6431 FANNIN, SUITE 2.132
    (713) 797-2800         ====  ====          HOUSTON, TX 77030
  (713) 793-5344 (FAX)     ===== =====            (713) 792-5235
```

PT NAME: WALTER ,KEVIN                    DT PERF: 01/10/99  AT   00:03   HRS.
MR#: 96925490  9010                       REQUISITION NO: 01251045

---

READ RADIOLOGIST:
ATTN: MD: DUKE, JAMES H. (TRAUMA)    RESIDENT:
APPROVING RAD:                          RESULTS REC'D:  99/01/10   18:03
  ESULTS APPROVED:  01/10/99  00:03    RESULTS READ :
18:03 01/10/99 FROM ????,HDRDRLF2
A8278784

92



**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:       WALTER, KEVIN
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

## M I C R O B I O L O G Y  -  R O U T I N E

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-013-1165       COLLECTED:  13JAN99   0715
SOURCE:  BODY FLUID,OTHER                                      RECEIVED:   13JAN99   0734

- - - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - -
                                              01/13/99 1245
GRAM STAIN
   MANY WBC'S;
   NO ORGANISMS SEEN

- - - - - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - -
                                              01/14/99 0928

   NO GROWTH AT 1 DAY

---

WOUND/EXUDATE CULT W/GRAM ST   ACCESSION #  99-013-1166       COLLECTED:  13JAN99   0715
SOURCE:  WOUND                                                RECEIVED:   13JAN99   0734
               EST TUBE

- - - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - -
                                              01/13/99 1354
GRAM STAIN
   NO WBC'S;
   NO SQUAMOUS EPITHELIAL CELLS;
   NO ORGANISMS SEEN

- - - - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - -
                                              01/14/99 0927

   FEW STAPHYLOCOCCUS SPECIES, NOT S. AUREUS

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2416       COLLECTED:  11JAN99   1447
SOURCE:  PLEURAL FLUID                                        RECEIVED:   11JAN99   1540

- - - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - -
                                              01/11/99 1756
GRAM STAIN
   MANY WBC'S;
   NO ORGANISMS SEEN

- - - - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - -
                                              01/14/99 1024

   NO GROWTH AT 3 DAYS

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    9692549090010  1
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

---

## M I C R O B I O L O G Y - R O U T I N E

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2405       COLLECTED:  11JAN99  1445
SOURCE:  ABSCESS                                              RECEIVED:   11JAN99  1533
             LIVER ABSCESS

- - - - - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - -
GRAM STAIN                                01/11/99 1747
    FEW WBC'S; MANY RBC'S
    RARE GRAM POSITIVE COCCI IN PAIRS

- - - - - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - - -
                                          01/14/99 1024
    ***THIS REPORT CONTAINS A CORRECTION***
    MANY GROUP D STREPTOCOCCUS, ENTEROCOCCUS
    NOTE THAT AMPICILLIN WAS CHANGED FROM RESISTANT TO
    SENSITIVE.

- - - - - - - - - - - - - - SUSCEPTIBILITY TESTING - - - - - - - - - - - - - -
                         STREPT
                         MIC INTERP
A.  CILLIN                  S
GENTAMICIN 500              S
STREP 1000                 S
VANCOMYCIN                  S

**DYNACARE HERMANN**
*Laboratory Services*

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.    969254909010   1
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

---

## P E N D I N G   O R D E R S

| | | | | |
|---|---|---|---|---|
| 01/13/99 | 0715 | WOUND/EXUDATE CULT W/GRAM ST | 99-013-1166 | PRELIM |
| 01/13/99 | 0715 | BODY FLD/TISSUE CULT W/GRAM ST | 99-013-1165 | PRELIM |
| 01/12/99 | 1536 | IMMEDIATE SPIN CROSSMATCHT1250 | 99-012-3230 | PROCES |
| 01/11/99 | 1447 | ANAEROBIC CULTURE | 99-011-2416 | PRELIM |
| 01/11/99 | 1445 | ANAEROBIC CULTURE | 99-011-2405 | PRELIM |
| 01/10/99 | 0537 | BLOOD CULTURE-AUTOMATED | BC-99-00718 | PRELIM |
| 01/10/99 | 0536 | BLOOD CULTURE-AUTOMATED | BC-99-00717 | PRELIM |

---

Printed Date/Time       01/14/1999  1303        **CUMULATIVE-INTERIM**

                                                            *End of Report*

Discharge Date:

        *PENDING*

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.    9692549090I0   I
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## GENERAL CHEMISTRY

|               | 01/11/99 0428 | REFERENCE: | UNITS: |
|---------------|---------------|------------|--------|
| SODIUM        | 137           | [135-145]  | MEQ/L  |
| POTASSIUM     | 3.1*          | [3;5-5.0]  | MEQ/L  |
| CHLORIDE      | 98            | [95-109]   | MEQ/L  |
| CO2           | 31            | [24-32]    | MEQ/L  |
| CREATININE    | 1.0           | [0.5-1.4]  | MG/DL  |
| BUN           | 9*            | [10-20]    | MG/DL  |
| GLUCOSE       | 107           | [65-110]   | MG/DL  |

Legend:
ut of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    9692549090110   1
Patient:       *WALTER, KEVIN*
               *(00000)96925490*
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *GSUR .J602  00*
Date of Birth: *05/14/1974    Age: 24 YRS  Sex: M*

## H E M A T O L O G Y

|  | 01/11/99 0428 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| **HEMOPROFILE** |  |  |  |  |
| WBC X 10x3 | 8.6 |  | [4.8-10.8] | /CMM |
| RBC X 10x6 | 2.76* |  | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 7.9* |  | [14.0-18.0] | G/DL |
| HEMATOCRIT | 23.2* |  | [42.0-54.0] | % |
| MCV | 83.8 |  | [80.0-94.0] | FL |
| MCH | 28.6 |  | [27.0-31.0] | PG |
| MCHC | 34.1 |  | [32.0-36.0] | % |
| RDW | 15.9* |  | [11.5-14.5] | % |
| PLATELET X 10x3 | 433* |  | [133-333] | /CMM |
| MPV | 6.6* |  | [7.4-10.4] | FL |
| **DIFFERENTIAL** |  |  |  |  |
| POLYS | 65 |  | [43-84] | % |
| LYMPHOCYTES | 21 |  | [12-42] | % |
| MONOCYTES | 10 |  | [1-13] | % |
| EOSINOPHILS | 3 |  | [0-6] | % |
| BASOPHILS | 0 |  | [0-1] | % |
| **RBC MORPHOLOGY** |  |  |  |  |
| PLT ESTIMATE | INC SL |  | [NORMAL] |  |

## C O A G U L A T I O N

|  | 01/11/99 0428 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| PROTIME | 13.4* |  | [11.1-13.1] | SEC |
| INR | 1.23f |  |  |  |
| aPTT | 25.7 |  | [25.0-34.0] | SEC |

Legend:
*= Out of Ref. Range, f= Footnote
INR          RECOMMENDED RANGES FOR PROTIME INR:
             2.0-3.0 for most medical and surgical thromboembolic states.
             3.0-4.5 for artificial heart valves and recurrent embolism.

**YNACARE HERMANN**
**Laboratory Services**

411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    9692549090010   i
Patient:       *WALTER, KEVIN*
               *(00000)96925490*
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *GSUR J602  00*
Date of Birth: *05/14/1974*    Age: 24 YRS  Sex: M

## B L O O D   B A N K
### BLOOD GROUP AND TYPE

ABO/RH TYPE
1/12/99   1536     A POS

### ANTIBODY SCREENING AND TESTING

ANTIBODY SCREEN
1/12/99   1536     NEGATIVE

## B L O O D   C O M P O N E N T   T R A N S F U S I O N   S U M M A R Y

| DONOR NUMBER | PRODUCT/BLOOD COMPONENT | TRANSFUSION DATE |
|---|---|---|
| 3526875 | RBC | 01/13/99 |
| 3533161 | RBC | 01/12/99 |

## B L O O D   B A N K   C R O S S M A T C H   S E C T I O N

| DONOR NUMBER | XM RESULT | XM DATE |
|---|---|---|
| 3526875 | COMPAT | 01/12/99 |
| 3533161 | COMPAT | 01/12/99 |

## M I C R O B I O L O G Y   -   B L O O D   C U L T U R E S

CULTURE-AUTOMATED        ACCESSION #   BC-99-00717        COLLECTED:  10JAN99   0536
:  BLOOD                                                  RECEIVED:   10JAN99   1008

---------- PRELIMINARY REPORT -------------------
                                01/14/99 1302
ROWTH AT 4 DAYS

CULTURE-AUTOMATED        ACCESSION #   BC-99-00718        COLLECTED:  10JAN99   0537
:  BLOOD                                                  RECEIVED:   10JAN99   1009

---------- PRELIMINARY REPORT -------------------
                                01/14/99 1302
ROWTH AT 4 DAYS

d Date/Time    01/14/1999  2138                                                    3

*SPLIT-CUMULATIVE*

rge Date:                                                              *Continued..*

BLOOD BANK   MICROBIOLOGY        BLOOD BANK   BLOOD BANK

98

NACARE HERMANN
lboratory Services

'''1 Fannin
usto   s 77030-1501
   (7 5) 704-5227

Account No.   969254009010   1
Patient:   WALTER, KEVIN
(00000)96925490
Physician:   DUKE, JAMES H. (TRAUMA)
Location:   GSUR J602 00
Date of Birth:   05/14/1974    Age: 24 YRS   Sex: M

## M I C R O B I O L O G Y     R O U T I N E

/TISSUE CULT W/GRAM ST ACCESSION #  99-013-1165       COLLECTED: 13JAN99  0715
    BODY FLUID,OTHER                                  RECEIVED:  13JAN99  0734

- - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - - - - -
AIN                                  01/13/99 1245
VBC'S;
GANISM SEEN

- - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - - - -
                                     01/14/99 0928
WTH AT 1 DAY

UDATE CULT W/GRAM ST   ACCESSION #  99-013-1166       COLLECTED: 13JAN99  0715
    WOUND                                             RECEIVED:  13JAN99  0734
        CHEST TUBE

- - -  - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - - - - -
IN                                   01/13/99 1354
'S;
AMOUS EPITHELIAL CELLS;
ANISMS SEEN

- - - -  - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - - - - - -
                                     01/14/99 0927
APHYLOCOCCUS SPECIES, NOT S. AUREUS

/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2416       COLLECTED: 11JAN99  1447
    PLEURAL FLUID                                     RECEIVED:  11JAN99  1540

- - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - - - -
IN                                   01/11/99 1756
BC'S;
ANISMS SEEN

- - - - - -  - - - - FINAL REPORT - - - - - - - - - - - - - - - - - - - -
                                     01/14/99 1024
TH AT 3 DAYS

e Time
   01/14/1999 2138              **SPLIT-CUMULATIVE**                        4

ate:                                                          Continued..

        MICROBIOLOGY                                                   G G

VACARE HERMANN
boratory Services

1 Fannin
usto... exas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:       WALTER, KEVIN
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## M I C R O B I O L O G Y - R O U T I N E

IC CULTURE            ACCESSION #  99-011-2416         COLLECTED:  11JAN99   1447
   PLEURAL FLUID                                       RECEIVED:   11JAN99   1540

---------- PRELIMINARY REPORT ------------------
                               01/14/99 1319
)WTH AT 3 DAYS

)/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2405      COLLECTED:  11JAN99   1445
   ABSCESS                                             RECEIVED:   11JAN99   1533
        LIVER ABSCESS

------- -- STAINS/PREPARATIONS -------------------
                               01/11/99 1747
.IN
:C'S; MANY RBC'S
:RAM POSITIVE COCCI IN PAIRS

-- -------- FINAL REPORT -------------------
                               01/14/99 1024
'S REPORT CONTAINS A CORRECTION***
:ROUP I STREPTOCOCCUS, ENTEROCOCCUS
:HAT AMPICILLIN WAS CHANGED FROM RESISTANT TO
TIVE.

--------- SUSCEPTIBILITY TESTING ----------------
             STRENT
        MIC INTERP
IN              S
IN 500          S
00              S
IN              S

C CULTURE             ACCESSION #  99-011-2405         COLLECTED:  11JAN99   1445
   ABSCESS                                             RECEIVED:   11JAN99   1533
        LIVER ABSCESS

---------- PRELIMINARY REPORT -------------------
                               01/14/99 1320
EROBES AFTER 3 DAYS

te-Time
     01/14/1999 2138                    **SPLIT-CUMULATIVE**                        5
Date:                                                                   Continued..

     MICROBIOLOGY

NACARE HERMANN
aboratory Services

'11 Fannin
us   .exas 77030-1501
(/13) 704-5227

Account No.      969254909010   1
Patient:         WALTER, KEVIN
                 (00000)96925490
Physician:       DUKE, JAMES H. (TRAUMA)
Location:        GSUR J602 00
Date of Birth:   05/14/1974    Age: 24 YRS   Sex: M

## MICROBIOLOGY - ROUTINE

:ULTURE              ACCESSION #  99-010-0477          COLLECTED:  10JAN99  0535
   CLEAN CATCH URINE                                   RECEIVED:   10JAN99  0630

- - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - - - - - - -
                                   01/11/99 0734

OWTH AT 1 DAY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

.D/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0732      COLLECTED:  10JAN99  0534
   BODY FLUID,OTHER                                    RECEIVED:   10JAN99  1001
       DRAIN

- - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - -
'AIN                               01/10/99 1206
C'S; NO SQUAMOUS EPITHELIAL CELLS;
POSITIVE COCCI IN PAIRS

- - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - - - -
                                   01/13/99 1112

KLEBSIELLA OXYTOCA
GROUP D STREPTOCOCCUS, ENTEROCOCCUS
CINETOBACTER BAUMANNII (A. ANITRATUS)

- - - - - - - - - SUSCEPTIBILITY TESTING - - - - - - - - - - - - - -

| | STRENT | | KLEOXY | | LF2 | |
|---|---|---|---|---|---|---|---|
| | MIC | INTERP | MIC | INTERP | MIC | INTERP |
| N | | | | S | | S |
| L/SULBAC | | | | S | | S |
| LIN | | S | | R | | S |
| IN | | | | S | | R |
| E | | | | S | | S |
| IME | | | | S | | S |
| IN | | | | S | | R |
| DIME | | | | S | | S |
| OXACIN | | | | S | | S |
| :IN | | | | S | | S |
| :IN 500 | | S | | | | |
| M | | | | S | | S |
| XACIN | | | | S | | S |
| ILLIN | | | | S | | S |
| L/TAZO | | | | S | | S |
| )00 | | S | | | | |
| :IN | | | | S | | S |
| /SULFA | | | | S | | S |
| :IN | | S | | | | |

IACARE HERMANN
boratory Services

1 Fannin
ston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:    WALTER, KEVIN
           (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:    GSUR J602 (0)
Date of Birth:    05/14/1974    Age: 24 YRS  Sex: M

## M I C R O B I O L O G Y   -   R O U T I N E

/TISSUE CULT W/GRAM ST ACCESSION #   99-010-0716
  BODY FLUID,OTHER
        DRAIN

COLLECTED:   10JAN99   0533
RECEIVED:    10JAN99   0953

--------- STAINS/PREPARATIONS -------------------
IN                           01/10/99 1159
C'S; MANY RBC'S
ANISMS SEEN

------------- FINAL REPORT --------------------
                             01/13/99 1122
FER TO CULTURE # 99-010-0732 FOR IDENTIFICATION
USCEPTIBILITY RESULTS
ROUP D STREPTOCOCCUS, ENTEROCOCCUS

--------- SUSCEPTIBILITY TESTING ----------------
                STRENT
        MIC INTERP
IN              S
IN 500          S
:O              S
:N              S

SPLIT-CUMULATIVE                                      7

ate:                                            Continued..

     MICROBIOLOGY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 94-5227

Account No.    9692549090010   1
Patient:       *WALTER, KEVIN*
               *(00000)96925490*
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *GSUR  J602  00*
Date of Birth: *05/14/1974    Age: 24 YRS   Sex:  M*

## P E N D I N G   O R D E R S

| | | | | |
|---|---|---|---|---|
| 13/99 | 0715 | WOUND/EXUDATE CULT W/GRAM ST | 99-013-1166 | PRELIM |
| 13/99 | 0715 | BODY FLD/TISSUE CULT W/GRAM ST | 99-013-1165 | PRELIM |
| 12/99 | 1536 | IMMEDIATE SPIN CROSSMATCHT1250 | 99-012-3230 | PROCES |
| 11/99 | 1447 | ANAEROBIC CULTURE | 99-011-2416 | PRELIM |
| 11/99 | 1445 | ANAEROBIC CULTURE | 99-011-2405 | PRELIM |
| 10/99 | 0537 | BLOOD CULTURE-AUTOMATED | BC-99-00718 | PRELIM |
| 10/99 | 0536 | BLOOD CULTURE-AUTOMATED | BC-99-00717 | PRELIM |

d Date/Time      *01/14/1999  2138*               **SPLIT-CUMULATIVE**                      *End of Report*

scharge Date:

*PENDING*

ARE HERMANN
tory Services

�4i·   ·nin
Te.   77030-1501
13) 704-5227

Account No.   969254909010   1
Patient:      WALTER, KEVIN
              (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:     GSUR J602 00
Date of Birth: 05/14/1974   Age: 24 YRS   Sex: M

## GENERAL CHEMISTRY

01/11/99
0428

| | REFERENCE: | UNITS: |
|---|---|---|
| 137 | [135-145] | MEQ/L |
| 3.1* | [3.5-5.0] | MEQ/L |
| 98 | [95-109] | MEQ/L |
| 31 | [24-32] | MEQ/L |
| 1.0 | [0.5-1.4] | MG/DL |
| 9* | [10-20] | MG/DL |
| 107 | [65-110] | MG/DL |

01/13/1999  2138

**SPLIT-CUMULATIVE**

*Continued..*

CARE HERMANN
ratory Services

ɾ  ᴦannin
on,    ᴧs 77030-1501
   (713) 704-5227

Account No.    9692549090l0   1
Patient:    WALTER, KEVIN
             (00000)96925490
Physician:   DUKE, JAMES H. (TRAUMA)
Location:    GSUR J602 00
Date of Birth:  05/14/1974    Age: 24 YRS  Sex: M

## H E M A T O L O G Y

| | 01/11/99 0428 | REFERENCE: | UNITS: |
|---|---|---|---|
| FILE | | | |
| ᴣ | 8.6 | [4.8-10.8] | /CMM |
| ᴣ | 2.76* | [4.70-6.10] | /CMM |
| ᴣ | 7.9* | [14.0-18.0] | G/DL |
| ᴣ | 23.2* | [42.0-54.0] | % |
| | 83.8 | [80.0-94.0] | FL |
| | 28.6 | [27.0-31.0] | PG |
| | 34.1 | [32.0-36.0] | % |
| | 15.9* | [11.5-14.5] | % |
| X 10x3 | 433* | [133-333] | /CMM |
| | 6.6* | [7.4-10.4] | FL |
| ᴛIAL | | | |
| | 65 | [43-84] | % |
| ES | 21 | [12-42] | % |
| | 10 | [1-13] | % |
| LS | 3 | [0-6] | % |
| | 0 | [0-1] | % |

**HOLOGY**
ᴀTE  ᴇ        INC SL                          [NORMAL]

## C O A G U L A T I O N

| | 01/11/99 0428 | REFERENCE: | UNITS: |
|---|---|---|---|
| | 13.4* | [11.1-13.1] | SEC |
| | 1.23ƒ | | |
| | 25.7 | [25.0-34.0] | SEC |

Reᶠ ᵀange, f= Footnote
   RECOMMENDED RANGES FOR PROTIME INR:
      2.0-3.0 for most medical and surgical thromboembolic states.
      3.0-4.5 for artificial heart valves and recurrent embolism.

ᴇTime
   01/13/1999  2138              **SPLIT-CUMULATIVE**                          2

ᴀᴛe:                                                                  Continued..

*HEMATOLOGY   COAGULATION*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
..uston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *GSUR J602 00*
Date of Birth: *05/14/1974*    Age: 24 YRS    Sex: M

## B L O O D   B A N K

**BLOOD GROUP AND TYPE**

ABO/RH TYPE
01/12/99    1536    A POS

**ANTIBODY SCREENING AND TESTING**

ANTIBODY SCREEN
01/12/99    1536    NEGATIVE

## B L O O D   C O M P O N E N T   T R A N S F U S I O N   S U M M A R Y

| DONOR NUMBER | PRODUCT/BLOOD COMPONENT | TRANSFUSION DATE |
|---|---|---|
| 3526875 | RBC | 01/13/99 |
| 3533161 | RBC | 01/12/99 |

## B L O O D   B A N K   C R O S S M A T C H   S E C T I O N

| DONOR NUMBER | XM RESULT | XM DATE |
|---|---|---|
| 3526875 | COMPAT | 01/12/99 |
| 3533161 | COMPAT | 01/12/99 |

## M I C R O B I O L O G Y   -   B L O O D   C U L T U R E S

OOD CULTURE-AUTOMATED     ACCESSION #  BC-99-00717     COLLECTED:  10JAN99  0536
URCE:  BLOOD                                            RECEIVED:   10JAN99  1008

-------------- PRELIMINARY REPORT ------------------
                                    01/13/99 1403
NO GROWTH AT 3 DAYS

OOD CULTURE-AUTOMATED     ACCESSION #  BC-99-00718     COLLECTED:  10JAN99  0537
URCE:  BLOOD                                            RECEIVED:   10JAN99  1009

-------------- PRELIMINARY REPORT ------------------
                                    01/13/99 1403
NO GROWTH A. 3 DAYS

Printed Date Time
            01/13/1999  2138          **SPLIT-CUMULATIVE**                        3

Discharge Date:                                                        Continued..

BLOOD BANK    MICROBIOLOGY        BLOOD BANK    BLOOD BANK

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
ston, Texas 77030-1501
(7  04-5227

Account No.    969254909010  -I
Patient:       WALTER, KEVIN
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602  00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

---

## M I C R O B I O L O G Y   -   R O U T I N E

---

ODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-013-1165          COLLECTED:  13JAN99   0715
URCE:  BODY FLUID,OTHER                                          RECEIVED:   13JAN99   0734

```
-------------- STAINS/PREPARATIONS ------------------
RAM STAIN                           01/13/99 1245
MANY WBC'S:
NO ORGANISMS SEEN
```

---

OUND/EXUDAT   LT W/GRAM ST   ACCESSION #  99-013-1166          COLLECTED:  13JAN99   0715
URCE:  WOUND                                                     RECEIVED:   13JAN99   0734
         CHEST TUBE

```
-------------- STAINS/PREPARATIONS ------------------
RAM STAIN                           01/13/99 1354
NO WBC'S;
NO SQUAMOUS EPITHELIAL CELLS;
NO  ANISMS SEEN
```

---

ODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2416          COLLECTED:  11JAN99   1447
URCE:  PLEURAL FLUID                                            RECEIVED:   11JAN99   1540

```
----- ---- STAINS/PREPARATIONS ------------------
AM STAIN                            01/11/99 1756
MANY WBC'S:
NO ORGANISMS SEEN

---------- --- PRELIMINARY REPORT ------------------
                                    01/13/99 1018
NO GROWTH AT 2 DAYS
```

---

AEROBIC CULTURE            ACCESSION #  99-011-2416            COLLECTED:  11JAN99   1447
URCE:  PLEURAL FLUID                                            RECEIVED:   11JAN99   1540

```
------------- PRELIMINARY REPORT ------------------
                                    01/13/99 1422
NO GROWTH AT 2 DAYS
```

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
.uston, Texas  77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:        WALTER, KEVIN
                (00000)96925490
Physician:      DUKE, JAMES H. (TRAUMA)
Location:       GSUR J602 00
Date of Birth:  05/14/1974    Age: 24 YRS  Sex: M

## M I C R O B I O L O G Y     R O U T I N E

ODY FLD/TISSUE CULT W/GRAM ST ACCESSION # 99-011-2405   |  COLLECTED: 11JAN99 1445
OURCE: ABSCESS                                          |  RECEIVED: 11JAN99 1533
         LIVER ABSCESS

- - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - - -
RAM STAIN                         01/11/99 1747
 FEW WBC'S; MANY RBC'S
 RARE GRAM POSITIVE COCCI IN PAIRS

- - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - - -
                                  01/12/99 0746
MANY GROUP  STREPTOCOCCUS, ENTEROCOCCUS

- - - - - - - - - - - SUSCEPTIBILITY TESTING - - - - - - - - - - - - -
                             STRENT
                      MIC INTERP
 PICILLIN                     R
 NTAMYCIN 500                 S
 REI    )0                    S
 NCOMYCIN                     S

AEROBIC CULTURE              ACCESSION # 99-011-2405   |  COLLECTED: 11JAN99 1445
URCE: ABSCESS                                          |  RECEIVED: 11JAN99 1533
         LIVER ABSCESS

- - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - - -
                                  01/13/99 1423
O ANAEROBES AFTER 2 DAYS

NE CULTURE                  ACCESSION # 99-010-0477   |  COLLECTED: 10JAN99 0535
RCE: CLEAN CATCH URINE                                |  RECEIVED: 10JAN99 0630

- - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - - - - -
                                  01/11/99 0734
O GROWTH AT 1 DAY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:       WALTER, KEVIN
               (00000)96925490
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

## M I C R O B I O L O G Y  -  R O U T I N E

```
BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0732        COLLECTED:  10JAN99   0534
SOURCE:  BODY FLUID,OTHER                                      RECEIVED:   10JAN99   1001
         DRAIN
```

```
- - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - - -
                                           01/10/99 1206
GRAM STAIN
NO WBC'S; NO SQUAMOUS EPITHELIAL CELLS;
GRAM POSITIVE COCCI IN PAIRS
```

```
- - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - -
                                           01/13/99 1112

MANY KLEBSIELLA OXYTOCA
MANY GROUP D STREPTOCOCCUS, ENTEROCOCCUS
FEW ACINETOBACTER BAUMANNII (A. ANITRATUS)
```

```
- - - - - - - - - - - SUSCEPTIBILITY TESTING - - - - - - - - - - - - - - -
                  STRENT        KLEOXY         LF2
              MIC INTERP    MIC INTERP    MIC INTERP
AMI        N                     S             S
AMPICILL/SULBAC                  S             S
AMPICILLIN        S               R            S
CEFAZOLIN                        S             R
CEFEPIME                         S             S
CEFOTAXIME                       S             S
CEFOXITIN                        S             R
CEFTAZIDIME                      S             S
CIPROFLOXACIN                    S             S
GENTAMICIN                       S             S
GENTAMICIN 5.     S
IMIPENEM                         S             S
LEVOFLOXACIN                     S             S
PIPERACILLIN                     S             S
PIPERCIL/TAZO.                   S             S
STREP 1000        S
TOBRAMYCIN                       S             S
TRIMETH/SULFA                    S             S
VANCOMYCIN        S
```

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    9692549090010   1
Patient:       *WALTER, KEVIN*
               *(00000)96925490*
Physician:     *DUKE, JAMES H. (TRAUMA)*
Location:      *GSUR J602 00*
Date of Birth: *05/14/1974   Age: 24 YRS  Sex: M*

---

## M I C R O B I O L O G Y   -   R O U T I N E

---

DY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0716        COLLECTED:  10JAN99   0533
URCE:  BODY FLUID,OTHER                                       RECEIVED:   10JAN99   0953
              DRAIN

---------------- STAINS/PREPARATIONS --------------------
AM STAIN                          01/10/99 1159
FEW WBC'S; MANY RBC'S
NO ORGANISMS SEEN

---------------- FINAL REPORT --------------------
                                  01/13/99 1122
FEW REFER    ..ULTURE # 99-010-0732 FOR IDENTIFICATION
  AND SUSCEPTIBILITY RESULTS
RARE GROUP D STREPTOCOCCUS, ENTEROCOCCUS

---------------- SUSCEPTIBILITY TESTING ----------------
                    STRENT
              MIC INTERP
PIC   .IN            S
NTAMICIN 500         S
REP 1000             S
NCOMYCIN             S

Printed Date/Time

01/13/1999  2138

**SPLIT-CUMULATIVE**

·7

Discharge Date:

Continued..

MICROBIOLOGY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    9692549090I0    I
Patient:    WALTER, KEVIN
            (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:    GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## GENERAL CHEMISTRY

|  | 01/11/99 | | REFERENCE: | UNITS: |
|---|---|---|---|---|
|  | 0428 | | | |
| IUM | 137 | | [135-145] | MEQ/L |
| ASSIUM | 3.1* | | [3.5-5.0] | MEQ/L |
| ORIDE | 98 | | [95-109] | MEQ/L |
|  | 31 | | [24-32] | MEQ/L |
| ATININE | 1.0 | | [0.5-1.4] | MG/DL |
|  | 9* | | [10-20] | MG/DL |
| COSE | 107 | | [65-110] | MG/DL |

gen
Ou    Re    ange

Discharge Date:
CHEMISTRY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.  9692540909010   I
Patient:     WALTER, KEVIN
             (00000)96925490
Physician:   DUKE, JAMES H. (TRAUMA)
Location:    GSUR .1602  00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

## HEMATOLOGY

|                    | 01/11/99 0428 | REFERENCE:      | UNITS: |
|--------------------|---------------|-----------------|--------|
| **HEMOPROFILE**    |               |                 |        |
| WBC X 10x3         | 8.6           | [4.8-10.8]      | /CMM   |
| RBC X 10x6         | 2.76*         | [4.70-6.10]     | /CMM   |
| HEMOGLOBIN         | 7.9*          | [14.0-18.0]     | G/DL   |
| HEMATOCRIT         | 23.2*         | [42.0-54.0]     | %      |
| MCV                | 83.8          | [80.0-94.0]     | FL     |
| MCH                | 28.6          | [27.0-31.0]     | PG     |
| MCHC               | 34.1          | [32.0-36.0]     | %      |
| RDW                | 15.9*         | [11.5-14.5]     | %      |
| PLATELET X 10x3    | 433*          | [133-333]       | /CMM   |
| MPV                | 6.6*          | [7.4-10.4]      | FL     |
| **DIFFERENTIAL**   |               |                 |        |
| POLYS              | 65            | [43-84]         | %      |
| LYMPHOCYTES        | 21            | [12-42]         | %      |
| MONOCYTES          | 10            | [1-13]          | %      |
| EOSINOPHILS        | 3             | [0-6]           | %      |
| BASOPHILS          | 0             | [0-1]           | %      |
| **RBC MORPHOLOGY** |               |                 |        |
| PLT ESTIMATE       | INC SL        | [NORMAL]        |        |

## COAGULATION

|          | 01/11/99 0428 | REFERENCE:     | UNITS: |
|----------|---------------|----------------|--------|
| PROTIME  | 13.4*         | [11.1-13.1]    | SEC    |
| INR      | 1.23f         |                |        |
| aPTT     | 25.7          | [25.0-34.0]    | SEC    |

Legend:
* = Out of Ref. Range, f= Footnote
INR    RECOMMENDED RANGES FOR PROTIME INR:
       2.0-3.0 for most medical and surgical thromboembolic states.
       3.0-4.5 for artificial heart valves and recurrent embolism.

Printed Date/Time
01/12/1999 2308          **SPLIT-CUMULATIVE**                    Continued..
2
Discharge Date:

HEMATOLOGY   COAGULATION

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.  969254909010   1
Patient:    *WALTER, KEVIN*
            *(00000)96925490*
Physician:  *DUKE, JAMES H. (TRAUMA)*
Location:   *GSUR J602  00*
Date of Birth: *05/14/1974    Age: 24 YRS  Sex: M*

## B L O O D   B A N K
### BLOOD GROUP AND TYPE

ABO/RH TYPE
01/12/99   1536    A POS

### ANTIBODY SCREENING AND TESTING

ANTIBODY SCREEN
01/12/99   1536    NEGATIVE

## B L O O D   B A N K   C R O S S M A T C H   S E C T I O N

| DONOR NUMBER | XM RESULT | XM DATE |
|---|---|---|
| 3526875 | COMPAT | 01/12/99 |
| 3___161 | COMPAT | 01/12/99 |

## M I C R O B I O L O G Y   B L O O D   C U L T U R E S

| OOD CULTURE-AUTOMATED | ACCESSION # BC-99-00717 | COLLECTED: 10JAN99 0536 |
| URCE: BLOOD | | RECEIVED: 10JAN99 1008 |

------------ PRELIMINARY REPORT ------------------
                           01/12/99 1304

NO GROWTH AT 2 DAYS

| OOD CULTURE-AUTOMATED | ACCESSION # BC-99-00718 | COLLECTED: 10JAN99 0537 |
| URCE: BLOOD | | RECEIVED: 10JAN99 1009 |

------------ PRELIMINARY REPORT ------------------
                           01/12/99 1304

NO GROWTH AT 2 DAYS

Printed Date/Tin    01/12/1999  2308          *SPLIT-CUMULATIVE*                    3

Discharge Date:                                                          *Continued..*

                          BLOOD BANK    BLOOD BANK

113

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   9692549009010   1
Patient:   WALTER, KEVIN
   (00000)96925490
Physician:   DUKE, JAMES H. (TRAUMA)
Location:   GSUR .J602 00
Date of Birth:   05/14/1974   Age: 24 YRS   Sex: M

## MICROBIOLOGY   -   ROUTINE

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2416
SOURCE:  PLEURAL FLUID

COLLECTED:   11JAN99   1447
RECEIVED:   11JAN99   1540

------------- STAINS/PREPARATIONS -------------------
                                    01/11/99 1756
GRAM STAIN
  MANY WBC'S;
  NO ORGANISMS SEEN

-------------- PRELIMINARY REPORT -----------------
                                    01/12/99 0745

  NO GROWTH AFTER OVERNIGHT INCUBATION

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-011-2405
SOURCE:  ABSCESS
            LIVER ABSCESS

COLLECTED:   11JAN99   1445
RECEIVED:   11JAN99   1533

--- ----------- STAINS/PREPARATIONS -----------------
                                    01/11/99 1747
GRAM STAIN
  FEW WBC'S; MANY RBC'S
  RARE GRAM POSITIVE COCCI IN PAIRS

-------------- PRELIMINARY REPORT -----------------
                                    01/12/99 0746

  MANY GROUP D STREPTOCOCCUS, ENTEROCOCCUS

---

URINE CULTURE                ACCESSION #  99-010-0477
SOURCE:  CLEAN CATCH URINE

COLLECTED:   10JAN99   0535
RECEIVED:   10JAN99   0630

------------ -------- FINAL REPORT --------------------
                                    01/11/99 0734

  NO GROWTH AT 1 DAY

---

DYNACARE HERMANN
Lab ERROR: syntaxerror
OFFENDING COMMAND: —————————
6411 Fannin
Hous STACK: s 77030-1501
(713) 704-5227

Account No.   9692549090010   1
Patient:      WALTER KEVIN

Physician:    DUKE, JAMES H. (TRAUMA)
Location:     GSUR J602 00
Date of Birth: 05/14/1974   Age: 24 YRS  Sex: M

## M I C R O B I O L O G Y        R O U T I N E

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0732        COLLECTED:  10JAN99  0534
SOURCE:  BODY FLUID,OTHER                                      RECEIVED:   10JAN99  1001
                    DRAIN

— — — — — — — STAINS/PREPARATIONS — — — — — — — — — —
                                        01/10/99 1206
GRAM STAIN
  NO WBC'S; NO SQUAMOUS EPITHELIAL CELLS;
  GRAM POSITIVE COCCI IN PAIRS

— — — — — — — PRELIMINARY REPORT — — — — — — — — — —
                                        01/12/99 0803
MANY GRAM   TIVE RODS,NON-LACTOSE FERMENTERS
MANY GROUP  STREPTOCOCCUS, ENTEROCOCCUS
FEW GRAM NEGATIVE RODS,LACTOSE FERMENTERS

— — — — — — — SUSCEPTIBILITY TESTING — — — — — — — —
                    STRENT
                 MIC INTERP
MPICILLIN                S
ENTAMICIN 500            S
TREP 1000                S
ANCOMYCIN                S

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0716        COLLECTED:  10JAN99  0533
SOURCE:  BODY FLUID,OTHER                                      RECEIVED:   10JAN99  0953
                    DRAIN

— — — — — — — STAINS/PREPARATIONS — — — — — — — — — —
                                        01/10/99 1159
GRAM STAIN
  FEW WBC'S; MANY RBC'S
  NO ORGANISMS SEEN

— — — — — — — PRELIMINARY REPORT — — — — — — — — — —
                                        01/11/99 0815
  FEW GRAM NEGATIVE RODS,NON-LACTOSE FERMENTERS
  RARE GROUP D STREPTOCOCCUS, ENTEROCOCCUS

— — — — — — — SUSCEPTIBILITY TESTING — — — — — — — —
                    STRENT
                 MIC INTERP
MPICILLIN                S
ENTAMICIN 500            S
TREP 1000                S
ANCOMYCIN                S

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.    9692549090010   1
Patient:    **WALTER, KEVIN**
**(00000)96925490**
Physician:    DUKE, JAMES H. (TRAUMA)
Location:    GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

## G E N E R A L    C H E M I S T R Y

|  | 01/11/99 0428 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| SODIUM | 137 | | [135-145] | MEQ/L |
| POTASSIUM | 3.1* | | [3.5-5.0] | MEQ/L |
| CHLORIDE | 98 | | [95-109] | MEQ/L |
| CO2 | 31 | | [24-32] | MEQ/L |
| CREATININE | 1.0 | | [0.5-1.4] | MG/DL |
| BUN | 9* | | [10-20] | MG/DL |
| GLUCOSE | 107 | | [65-110] | MG/DL |

Leg    :
*=(    of Ref  ange

Printed Date/Time
        01/11/1999  1225            **CUMULATIVE-INTERIM**            1

Discharge Date:                                                    Continued..

CHEMISTRY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:    WALTER, KEVIN
    (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:    GSUR .J602 00
Date of Birth:   05/14/1974    Age: 24 YRS   Sex: M

## H E M A T O L O G Y

| | 01/11/99<br>0428 | | REFERENCE: | UNITS: |
|---|---|---|---|---|
| **HEMOPROFILE** | | | | |
| WBC X 10x3 | 8.6 | | [4.8-10.8] | /CMM |
| RBC X 10x6 | 2.76* | | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 7.9* | | [14.0-18.0] | G/DL |
| HEMATOCRIT | 23.2* | | [42.0-54.0] | % |
| MCV | 83.8 | | [80.0-94.0] | FL |
| MCH | 28.6 | | [27.0-31.0] | PG |
| MCHC | 34.1 | | [32.0-36.0] | % |
| RDW | 15.9* | | [11.5-14.5] | % |
| PLATELET X 10x3 | 433* | | [133-333] | /CMM |
| MPV | 6.6* | | [7.4-10.4] | FL |
| | | | | |
| **DIFFERENTIAL** | | | | |
| POLYS | 65 | | [43-84] | % |
| LYMPHOCYTES | 21 | | [12-42] | % |
| MONOCYTES | 10 | | [1-13] | % |
| EOSINOPHILS | 3 | | [0-6] | % |
| BASOPHILS | 0 | | [0-1] | % |
| | | | | |
| **RBC MORPHOLOGY** | | | | |
| PLT ESTIMATE | INC SL | | [NORMAL] | |

## C O A G U L A T I O N

| | 01/11/99<br>0428 | | REFERENCE: | UNITS: |
|---|---|---|---|---|
| PROTIME | 13.4* | | [11.1-13.1] | SEC |
| INR | 1.23f | | | |
| aPTT | 25.7 | | [25.0-34.0] | SEC |

Legend:
* = Out of Ref. Range, f= Footnote
INR          RECOMMENDED RANGES FOR PROTIME INR:
             2.0-3.0 for most medical and surgical thromboembolic states.
             3.0-4.5 for artificial heart valves and recurrent embolism.

Printed Date/Time
    01/11/1999  1225                     **CUMULATIVE-INTERIM**                2
Discharge Date:                                                      Continued..

    HEMATOLOGY    COAGULATION

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

---

## M I C R O B I O L O G Y  -  R O U T I N E

---

URINE CULTURE              ACCESSION #   99-010-0477         COLLECTED:  10JAN99  0535
SOURCE:   CLEAN CATCH URINE                                 RECEIVED:   10JAN99  0630

- - - - - - - - - - - - - - - - - - - FINAL REPORT - - - - - - - - - - - - - - - - - - - -
                                        01/11/99 0734

   NO GROWTH AT 1 DAY

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #   99-010-0732    COLLECTED:  10JAN99  0534
SOURCE:   BODY FLUID,OTHER                                  RECEIVED:   10JAN99  1001
               DRAIN

- - - - - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - - - -
GRAM STAIN                              01/10/99 1206
   NO WBC'S; NO SQUAMOUS EPITHELIAL CELLS;
   GRAM POSITIVE COCCI IN PAIRS

- - - - - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - - - -
                                        01/11/99 0816

   MANY GRAM NEGATIVE RODS,NON-LACTOSE FERMENTERS
   MANY GROUP D STREPTOCOCCUS, ENTEROCOCCUS

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #   99-010-0716    COLLECTED:  10JAN99  0533
SOURCE:   BODY FLUID,OTHER                                  RECEIVED:   10JAN99  0953
               DRAIN

- - - - - - - - - - - - - - STAINS/PREPARATIONS - - - - - - - - - - - - - - - - - -
GRAM STAIN                              01/10/99 1159
   FEW WBC'S; MANY RBC'S
   NO ORGANISMS SEEN

- - - - - - - - - - - - - - PRELIMINARY REPORT - - - - - - - - - - - - - - - - - -
                                        01/11/99 0815

   FEW GRAM NEGATIVE RODS,NON-LACTOSE FERMENTERS
   RARE GROUP D STREPTOCOCCUS, ENTEROCOCCUS

---

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas  77030-1501
(713) 704-5227

Account No.    969254909010   1
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Physician:     DUKE, JAMES H. (TRAUMA)
Location:      GSUR J602  00
Date of Birth: 05/14/1974    Age: 24 YRS   Sex: M

## P E N D I N G   O R D E R S

| 01/10/99 | 0537 | BLOOD CULTURE-AUTOMATED     | BC-99-00718  | RECVD  |
|----------|------|-----------------------------|--------------|--------|
| 01/10/99 | 0536 | BLOOD CULTURE-AUTOMATED     | BC-99-00717  | RECVD  |
| 01/10/99 | 0534 | BODY FLD/TISSUE CULT W/GRAM ST | 99-010-0732 | PRELIM |
| 01/10/99 | 0533 | BODY FLD/TISSUE CULT W/GRAM ST | 99-010-0716 | PRELIM |

Discharge Date:                          *CUMULATIVE-INTERIM*                  *End of Report*

*PENDING*

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**
**(713) 704-5227**

Account No.   969254909010   1
Patient:   **WALTER, KEVIN**
(00000)96925490
Physician:   DUKE, JAMES H. (TRAUMA)
Location:   GSUR J602 00
Date of Birth:   05/14/1974   Age: 24 YRS   Sex: M

## G E N E R A L   C H E M I S T R Y

|  | 01/11/99 0428 | REFERENCE: | UNITS: |
|---|---|---|---|
| SODIUM | 137 | [135-145] | MEQ/L |
| POTASSIUM | 3.1* | [3.5-5.0] | MEQ/L |
| CHLORIDE | 98 | [95-109] | MEQ/L |
| CO2 | 31 | [24-32] | MEQ/L |
| CREATININE | 1.0 | [0.5-1.4] | MG/DL |
| BUN | 9* | [10-20] | MG/DL |
| GLUCOSE | 107 | [65-110] | MG/DL |

Leg  ³:
*=(    of Ref. Range

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501
(713) 704-5227

Account No.   969254909010   1
Patient:      WALTER, KEVIN
              (00000)96925490
Physician:    DUKE, JAMES H. (TRAUMA)
Location:     GSUR J602 00
Date of Birth: 05/14/1974    Age: 24 YRS  Sex: M

## H E M A T O L O G Y

|  | 01/11/99 0428 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| **HEMOPROFILE** | | | | |
| WBC X 10x3 | 8.6 | | [4.8-10.8] | /CMM |
| RBC X 10x6 | 2.76* | | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 7.9* | | [14.0-18.0] | G/DL |
| HEMATOCRIT | 23.2* | | [42.0-54.0] | % |
| MCV | 83.8 | | [80.0-94.0] | FL |
| MCH | 28.6 | | [27.0-31.0] | PG |
| MCHC | 34.1 | | [32.0-36.0] | % |
| RDW | 15.9* | | [11.5-14.5] | % |
| PLATELET X 10x3 | 433* | | [133-333] | /CMM |
| MPV | 6.6* | | [7.4-10.4] | FL |
| **DIFFERENTIAL** | | | | |
| POLYS | 65 | | [43-84] | % |
| LYMPHOCYTES | 21 | | [12-42] | % |
| MONOCYTES | 10 | | [1-13] | % |
| EOSINOPHILS | 3 | | [0-6] | % |
| BASOPHILS | 0 | | [0-1] | % |
| **RBC MORPHOLOGY** | | | | |
| PLT ESTIMATE | INC SL | | [NORMAL] | |

## C O A G U L A T I O N

|  | 01/11/99 0428 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| PROTIME | 13.4* | | [11.1-13.1] | SEC |
| INR | 1.23f | | | |
| aPTT | 25.7 | | [25.0-34.0] | SEC |

Legend:
*= Out of Ref. Range, f= Footnote
INR       RECOMMENDED RANGES FOR PROTIME INR:
          2.0-3.0 for most medical and surgical thromboembolic states.
          3.0-4.5 for artificial heart valves and recurrent embolism.

Printed Date/Time
01/11/1999 2137          *SPLIT-CUMULATIVE*          2

Discharge Date:                                      Continued...

HEMATOLOGY   COAGULATION

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501

(713) 704-5227

Account No.    969254909010   U
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Reg. Clinic:   *COU* 🜋
Date of Birth: *05/14/1974  Age:  24 YRS  SexM*
Ord. Physician: WOERHMANN, AMY L.
Ord. Location:  *ECL*

## G E N E R A L   C H E M I S T R Y

|  | 01/10/99 0055 |  | REFERENCE: | UNITS: |
|---|---|---|---|---|
| SODIUM | 135 | | [135-145] | MEQ/L |
| POTASSIUM | 3.2* | | [3.5-5.0] | MEQ/L |
| CHLORIDE | 97 | | [95-109] | MEQ/L |
| CO2 | 29 | | [24-32] | MEQ/L |
| CREATININE | 1.3 | | [0.5-1.4] | MG/DL |
| BUN | 14 | | [10-20] | MG/DL |
| GLUCOSE | 157* | | [65-110] | MG/DL |

Legend:
*         t of Ref. Range

*Printed Date/Time*

*01/10/1999  1222*                    **FINAL**                         *1*

Discharge Date: 01/14/99

*CHEMISTRY*                                                     *Continued..*

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas  77030-1501

(713) 704-5227

Account No.     969254909010   U
Patient:        **WALTER, KEVIN**
                **(00000)96925490**
Reg. Clinic:    *COU*
Date of Birth:  *05/14/1974  Age: 24 YRS  Sex M*
Ord. Physician: *WOERHMANN, AMY L.*
Ord. Location:  *ECL*

---

## H E M A T O L O G Y

|  | 01/10/99 0055 | | REFERENCE: | UNITS: |
|---|---|---|---|---|
| **HEMOPROFILE** | | | | |
| WBC X 10x3 | 20.1* | | [4.8-10.8] | /CMM |
| RBC X 10x6 | 3.06* | | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 8.4* | | [14.0-18.0] | G/DL |
| HEMATOCRIT | 26.0* | | [42.0-54.0] | % |
| MCV | 85.0 | | [80.0-94.0] | FL |
| MCH | 27.4 | | [27.0-31.0] | PG |
| MCHC | 32.3 | | [32.0-36.0] | % |
| RDW | 16.0* | | [11.5-14.5] | % |

Legend:
*Out of Ref. Range

Printed Date/Time        01/10/1999  1222          **FINAL**

Discharge Date: 01/14/99

HEMATOLOGY

2

End of Report

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas  77030-1501

(713)  704-5227

Account No.    969254909010   U
Patient:          *WALTER, KEVIN*
                     *(00000)96925490*
Reg. Clinic:     *COU*
Date of Birth:  *05/14/1974   Age:  24 YRS  SexM*
Ord. Physician:  *WOERHMANN, AMY L.*
Ord. Location:   *HH*

# G E N E R A L   C H E M I S T R Y

|  | 01/10/99 0134 | | REFERENCE: | UNITS: |
|---|---|---|---|---|
| ALT (SGPT) | 349* | | [0-40] | U/L |
| AST (SGOT) | 270* | | [0-37] | U/L |
| GGT | 337* | | [9-54] | U/L |
| ALK PHOS | 264* | | [39-117] | U/L |
| LDH | 358* | | [94-250] | U/L |
| BILIRUBIN TOTAL | 0.8 | | [0.2-1.0] | MG/DL |
| BILI DIRECT | 0.6* | | [0.0-0.2] | MG/DL |
| AMYLASE | 74f | | [28-100] | U/L |
| LIPASE | 312*f | | [30-190] | U/L |

AMYLASE    NOTE: (09/03/98) REFERENCE RANGE CHANGED.
LIPASE     Please note: Units of measure and Reference Range changed 06/06/97.

L     d:
*     ut of Ref. Range, f= Footnote

Printed Date/Time        01/10/1999  1222              *FINAL*                                    1

Discharge Date: 01/14/99                                                          End of Report

CHEMISTRY

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**

**(713) 704-5227**

Account No.    969254909010   U
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Reg. Clinic:   COU
Date of Birth: 05/14/1974  Age: 24 YRS  SexM
Ord. Physician: DUKE, JAMES H. (TRAUMA)
Ord. Location: COU

# G E N E R A L      C H E M I S T R Y

|            | 01/10/99<br>0533 |  | REFERENCE: | UNITS: |
|------------|------|---|------------|--------|
| SODIUM     | 135  |  | [135-145]  | MEQ/L  |
| POTASSIUM  | 3.5  |  | [3.5-5.0]  | MEQ/L  |
| CHLORIDE   | 96   |  | [95-109]   | MEQ/L  |
| CO2        | 30   |  | [24-32]    | MEQ/L  |
| CREATININE | 1.2  |  | [0.5-1.4]  | MG/DL  |
| BUN        | 16   |  | [10-20]    | MG/DL  |
| GLUCOSE    | 123* |  | [65-110]   | MG/DL  |

Legend:
: of Ref. Range

Printed Date/Time

01/10/1999  1222                    **FINAL**                              1

Discharge Date: 01/14/99                                           Continued..

CHEMISTRY

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501

(713) 704-5227

Account No.      969254909010   U
Patient:         **WALTER, KEVIN**
                 **(00000)96925490**
Reg. Clinic:     *COU*
Date of Birth:   *05/14/1974  Age: 24 YRS SexM*
Ord. Physician:  *DUKE, JAMES H. (TRAUMA)*
Ord. Location:   *COU*

## H E M A T O L O G Y

01/10/99
0533

| | | REFERENCE: | UNITS: |
|---|---|---|---|
| **HEMOPROFILE** | | | |
| WBC X 10x3 | 13.6* | [4.8-10.8] | /CMM |
| RBC X 10x6 | 2.92* | [4.70-6.10] | /CMM |
| HEMOGLOBIN | 8.4* | [14.0-18.0] | G/DL |
| HEMATOCRIT | 24.6* | [42.0-54.0] | % |
| MCV | 84.3 | [80.0-94.0] | FL |
| MCH | 28.7 | [27.0-31.0] | PG |
| MCHC | 34.0 | [32.0-36.0] | % |
| RDW | 15.9* | [11.5-14.5] | % |

L(    d:
*= out of Ref. Range

Printed Date/Time      01/10/1999  1222          **FINAL**                          2

Discharge Date: 01/14/99                                              End of Report

HEMATOLOGY

126

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501

(713) 704-5227

Account No.      969254909010   U
Patient:         **WALTER, KEVIN**
                 **(00000)96925490**
Reg. Clinic:     COU
Date of Birth:   05/14/1974   Age: 24 YRS  Sex M
Ord. Physician:  DUKE, JAMES H. (TRAUMA)
Ord. Location:   COU

## U R I N A L Y S I S

01/10/99
0535

|  |  | REFERENCE: | UNITS: |
|---|---|---|---|
| **URINE MACROSCOPIC ANALYSIS** | | | |
| COLOR | YELLOW | | |
| TURBIDITY | MOD | [CLEAR] | |
| SPEC GRAVITY | 1.080* | [1.005-1.035] | |
| PH | 5.0 | [4.5-8.0] | |
| PROTEIN | 1+* | [NEGATIVE] | |
| GLUCOSE | NEGATIVE | [NEGATIVE] | |
| KETONES | NEGATIVE | [NEGATIVE] | |
| BLOOD | MODERATE* | [NEGATIVE] | |
| BILIRUBIN | NEGATIVE | [NEGATIVE] | |
| UROBILINOGEN | 1.0 | [0.1-1.0] | EU/DL |
| LEUKOCYTE ESTER | NEGATIVE | [NEGATIVE] | |
| NITRITE | NEGATIVE | [NEGATIVE] | |
| **URINE MICROSCOPIC ANALYSIS** | | | |
| SQUAMOUS EPITH | RARE | | |
| WBC/HPF | 5-8* | | |
| RBC/HPF | 3-5 | [/HPF] | |
| BACTERIA | - | | |
| MUCUS | - | [/LPF] | |
| AMORPHOUS | MODERATE* | [/LPF] | |
| FINE GRAN CASTS | MODERATE* | | |

Legend:
*   : of Ref. Range

Printed Date/Time

01/10/1999 1222                    **PARTIAL**                              1

Discharge Date: 01/14/99                                         Continued..

URINALYSIS

**DYNACARE HERMANN**
**Laboratory Services**

6411 Fannin
Houston, Texas 77030-1501

(713) 704-5227

| | |
|---|---|
| Account No. | 969254909010   U |
| Patient: | **WALTER, KEVIN** |
| | **(00000)96925490** |
| Reg. Clinic: | COU |
| Date of Birth: | 05/14/1974   Age:  24 YRS  SexM |
| Ord. Physician: | DUKE, JAMES H. (TRAUMA) |
| Ord. Location: | COU |

## P E N D I N G     O R D E R S

01/10/99     0535     URINE·CULTURE                    99-010-0477          RECVD

*PARTIAL*

Discharge Date:  01/14/99

PENDING

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**

**(713) 704-5227**

| | |
|---|---|
| Account No. | 969254909010   U |
| Patient: | **WALTER, KEVIN** |
| | **(00000)96925490** |
| Reg. Clinic: | COU |
| Date of Birth: | 05/14/1974   Age:  24 YRS  SexM |
| Ord. Physician: | DUKE, JAMES H. (TRAUMA) |
| Ord. Location: | COU |

# M I C R O B I O L O G Y   -   R O U T I N E

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #  99-010-0716        COLLECTED:  10JAN99  0533
SOURCE:  BODY FLUID,OTHER                                       RECEIVED:   10JAN99  0953
         DRAIN

----------------- STAINS/PREPARATIONS -------------------
GRAM STAIN                              01/10/99 1159
  FEW WBC'S; MANY RBC'S
  NO ORGANISMS SEEN

---

Printed Date/Time

        01/10/1999  1222              *PARTIAL*                              1

Discharge Date: 01/14/99                                           Continued..

   MICROBIOLOGY                                                        129

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**

(713) 704-5227

| | |
|---|---|
| Account No. | 969254909010  U |
| Patient: | **WALTER, KEVIN** |
| | **(00000)96925490** |
| Reg. Clinic: | COU |
| Date of Birth: | 05/14/1974  Age: 24 YRS SexM |
| Ord. Physician: | DUKE, JAMES H. (TRAUMA) |
| Ord. Location: | COU |

## P E N D I N G    O R D E R S

| 01/10/99 | 0533 | BODY FLD/TISSUE CULT W/GRAM ST | 99-010-0716 | STAIN |
|---|---|---|---|---|

---

Printed Date/Time        01/10/1999  1222                    **PARTIAL**                                    2

Discharge Date: 01/14/99                                                              End of Report

PENDING

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas 77030-1501**

**(713) 704-5227**

Account No.    969254909010   U
Patient:       **WALTER, KEVIN**
               **(00000)96925490**
Reg. Clinic:   *COU*
Date of Birth: *05/14/1974   Age:  24 YRS  SexM*
Ord. Physician: *DUKE, JAMES H. (TRAUMA)*
Ord. Location:  *COU*

---

## M I C R O B I O L O G Y   -   R O U T I N E

---

BODY FLD/TISSUE CULT W/GRAM ST ACCESSION #   99-010-0732         COLLECTED:   10JAN99   0534
SOURCE:  BODY FLUID,OTHER                                        RECEIVED:   10JAN99   1001
          DRAIN

----------------- STAINS/PREPARATIONS -------------------
GRAM STAIN                              01/10/99 1206
  NO WBC'S; NO SQUAMOUS EPITHELIAL CELLS;
  GRAM POSITIVE COCCI IN PAIRS

---

**DYNACARE HERMANN**
**Laboratory Services**

**6411 Fannin**
**Houston, Texas  77030-1501**

(713) 704-5227

Account No.    969254909010   U
Patient:    **WALTER, KEVIN**
    **(00000)96925490**
Reg. Clinic:    *COU*
Date of Birth:    *05/14/1974   Age:  24 YRS  SexM*
Ord. Physician:    *DUKE, JAMES H. (TRAUMA)*
Ord. Location:    *COU*

## P E N D I N G      O R D E R S

01/10/99      0534      BODY FLD/TISSUE CULT W/GRAM ST      99-010-0732      STAIN

STATE'S EXHIBIT NO. 130



STATE'S EXHIBIT NO. 131

(NOTE:  PHYSICAL EVIDENCE, CUT-UP PAPER, IN THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

```
 1                      DEFENDANT'S EXHIBIT NO. 1

 2

 3

 4

 5

 6

 7    (NOTE:  PHYSICAL EVIDENCE, DRAWING, IN THE CUSTODY OF THE

 8    DISTRICT CLERK'S OFFICE.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DEFENDANT'S EXHIBIT NO. 2

(NOTE:  PHYSICAL EVIDENCE, DRAWING, IN THE CUSTODY OF THE DISTRICT CLERK'S OFFICE.)

DEFENDANT'S EXHIBIT NO. 3



1    DEFENDANT'S EXHIBIT NO. 4

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                      DEFENDANT'S EXHIBIT NO. 5
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```





DEFENDANT'S EXHIBIT NO. 6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



DEFENDANT'S EXHIBIT NO. 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



DEFENDANT'S EXHIBIT NO. 8





DEFENDANT'S EXHIBIT NO. 9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Report: Info. Tablet tabletail Distribution: Customer Service

Help List: Creating Customer Service:

Address: 7700 GREENBEND DR      HD Unit:57    Caller:ANTHONY      Phone:7132784237 Remark:MEADOW WALK TOWNHOMES
Order Time:07-dec-1998 01:05:00    Operator:     2028 Zone:1529 Attribute:   Cab #: 414 Driver ID:27256 Reject Cab:  0    Personal:  0  Time Call:  0    Dispatch Time: 01:05
Disposition: NT:    (0) MDn:01:15 MDF:01:20  CNH:    Account:                                                                            0  Isvseq:  25744896

Address: 9615 FONDREN RD        HD Unit:BUS   Caller:TASHAE      Phone:7132712595 Remark:HOLLYWOOD VIDEO
Order Time:07-dec-1998 01:10:00    Operator:     8087 Zone:1529 Attribute:   Cab #: 341 Driver ID:26333 Reject Cab:  0    Personal:  0  Time Call:  0    Dispatch Time: 01:12
Disposition: NT:    (0) MDn:01:20 MDF:01:33  CNH:    Account:                                                  Personal:  0  Time Call:       0  Isvseq:  25744718

Address: 9615 FONDREN RD        HD Unit:BUS   Caller:TASHAE      Phone:7132712595 Remark:HOLLYWOOD VIDEO              EMPLOYEE
Order Time:07-dec-1998 01:51:00    Operator:     6056 Zone:1529 Attribute:   Cab #: 277 Driver ID:25530 Reject Cab:  0    Personal:  0  Time Call:  0    Dispatch Time: 01:26
Disposition: NT:    (0) MDn:01:45  CNH:           Account:                                                  Personal:  0  Time Call:       0  Isvseq:  25744804

Address: 6425 BANKSIDE DR       HD Unit:2058  Caller:TOBY       Phone:7139849297 Remark:BANKSIDE VILLAGE         CALL OUT
Order Time:07-dec-1998 01:53:00    Operator:     8087 Zone:1529 Attribute:   Cab #: 113 Driver ID:26480 Reject Cab:  0    Personal:  0  Time Call:  0    Dispatch Time: 01:54
Disposition: NT:    (0) MDn:02:01 MDF:02:08  CNH:    Account:                 Thomas Parkes                  Personal:  0  Time Call:       0  Isvseq:  25744871

Address: 7275 BISSONNET         HD Unit:174   Caller:ADRIANA    Phone:7132792325 Remark:SHARPETSTOWN APTS GC#174 CALL OUT
Order Time:07-dec-1998 02:11:00    Operator:     6227 Zone:1529 Attribute:   Cab #: 172 Driver ID:26430 Reject Cab:  0    Personal:  0  Time Call:  0    Dispatch Time: 02:12
Disposition: NT:    (0) MDn:02:31 MDF:02:44  CNH:    Account:                                                  Personal:  0  Time Call:       0  Isvseq:  25744946

Address: 7206 BISSONNET         HD Unit:BUS   Caller:CHANELLA   Phone:7139814559 Remark:TACO-BELL             G/C # 1234  AT THE BIG BOX
Order Time:07-dec-1998 02:24:00    Operator:     2028 Zone:1529 Attribute:   Cab #: 341 Driver ID:26333 Reject Cab:  0    Personal:  0  Time Call:  0    Dispatch Time: 02:25
Disposition: NT:    (0) MDn:02:29  CNH:           Account:                                                  Personal:  0  Time Call:       0  Isvseq:  25744980

Address: 10802 FONDREN RD       HD Unit:1402  Caller:SHAWN      Phone:7132733119 Remark:FONDREN COURT APTS.
Order Time:07-dec-1998 03:55:00    Operator:     2028 Zone:1529 Attribute:   Cab #: 113 Driver ID:26480 Reject Cab:  0    Personal:  0  Time Call:  0    Dispatch Time: 03:59
Disposition: NT:    (0) MDn:04:04 MDF:04:09  CNH:    Account:                                                  Personal:  0  Time Call:       0  Isvseq:  25745336


DEFENDANT'S
EXHIBIT



DEFENDANT'S EXHIBIT NO. 10



# Lafayette Parish Sheriff Department

POST OFFICE DRAWER 3508
LAFAYETTE, LOUISIANA 70502

**Donald J. Breaux**
SHERIFF AND EX-OFFICIO TAX COLLECTOR

September 1, 1999

TELEPHONE
(318) 232-9211

TO:     WHOM IT MAY CONCERN

FROM:   SGT. TONY HEBERT

RE:     CHARLES MAMOU, JR., B/M, DOB 12/06/74

According to research conducted on the above named subject, Mr. Mamou did not have any disciplinary reports written by any LPCC deputies.

If I can be of further assistance, you can contact me at (318) 236-5469.

Respectfully,

SGT. TONY HEBERT

TH/nb

