May 25, 2000

Roland Brice Moore III      Floyd W. Freed III
1314 Texas Ave Suite 1705    6630 Cypresswood Dr., Suite
200
Houston, TX  77002           Spring, TX  77379


RE: Case No. 73,708
    179TH DISTRICT COURT - 800112

Style: MAMOU, CHARLES JR.

Dear Counsel:

The order appointing Roland B. Moore, III as habeas counsel pursuant to Article 11.071, V.A.C.C.P. in the above styled and numbered cause has been received and approved by the Court.



cc: Charles Bacarisse
    Judge Presiding
    Pam Knobloch
    Wendy Wilkerson
    John B. Holmes



# 179TH DISTRICT COURT

HARRIS COUNTY CRIMINIAL JUSTICE CENTER

1201 FRANKLIN

HOUSTON, TEXAS 77002

J. MICHAEL WILKINSON  
JUDGE

TELEPHONE  
(713) 755-6340

May 4, 2000

Mr. Charles Mamou, Jr.  
Execution No. 999333  
12002 S. FM 350  
Terrell Unit  
Livingston, Texas 77351

Dear Sir:

The Court, having already found that you were indigent for the purpose of your capital murder trial in cause no. 800112 and for the purpose of your direct appeal of your conviction for capital murder, assumes that you are indigent for the purpose of habeas appeal.

Therefore, unless the Court learns that you are not indigent, the Court will appoint an attorney for the purpose of your habeas appeal. See the attached order.

MIKE WILKINSON  
Presiding Judge  
179TH District Court  
Harris County, Texas

Cause No. 800112

| THE STATE OF TEXAS | § | IN THE 179TH DISTRICT COURT |
| VS. | § | OF |
| CHARLES MAMOU, JR., | § | HARRIS COUNTY, TEXAS |

## FINDINGS OF INDIGENCY FOR HABEAS COUNSEL APPOINTMENT

The Court, having considered that the defendant is sentenced to death in cause no. 800112, and that the defendant was sentenced to death on the 12TH day of October, 1999, **FINDS** pursuant to TEX. CODE CRIM. PROC. ANN. art. 11.071, § 2(b):

a) that the defendant is indigent, and

b) that the defendant desires appointment of counsel for the purpose of habeas proceedings ancillary to cause no. 800112, the primary case.

Therefore, the Court **APPOINTS** the following attorney to represent the defendant in capital habeas proceedings ancillary to cause no. 800112, the primary case:

NAME: Roland Moore Jr.

ADDRESS: 1314 Texas Ave. #1705
Houston Tex 77002

PHONE: 7132298500

MAY 0 8 2000

The Court **ORDERS** that a copy of this Court's order appointing habeas counsel be sent to appointed habeas counsel at the above-noted address and to Respondent, Roe Wilson; 201 Fannin; Houston, Texas 77002.

The Court **ORDERS**, pursuant to TEX. CODE CRIM. PROC. ANN. art. 11.071, § 2 (c), that the Clerk of the Court **immediately** forward to the Court of Criminal

Appeals the following:

1. a copy of the judgment in cause no. 800112, and

2. this Court's order appointing habeas counsel.

SIGNED this 4TH day of May, 2000.

_____
MIKE WILKINSON
Presiding Judge
179TH District Court
Harris County, Texas