

# COURT OF CRIMINAL APPEALS
### P.O. BOX 12308, CAPITOL STATION
### AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

October 21, 2013

Kristin M. Guiney
Presiding Judge
179th District Court
Harris County
1201 Franklin
Houston, TX   77002

> Re:   Charles Mamou, Jr.
>       Your No. 800112-A
>       Our Writ No. 78,122-01

Dear Judge:

Please be advised that on this date the Court has granted the motion for extension of time in the above-referenced cause to the extent that the case will be due on or before November 8, 2013.

If you have any questions, please feel free to call me.

Sincerely,

Sian R. Schilhab
General Counsel

cc: David Sergi
Attorney at Law
329 South Guadalupe
San Marcos, TX   78666

Lynn Hardaway
Post Conviction Writs Division
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, TX   77002