

## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

TROY C. BENNETT, JR.
CLERK
512 463-1551

RICHARD E. WETZEL
GENERAL COUNSEL
512 463-1600

June 27, 2003

Charles H. Mamou, Jr.
TDC #999333
3872 F.M. 350 South
Livingston, TX  77351

Re:   Cause No. 800112-A

Dear Mr. Mamou:

We are returning your subsequent writ as it needs to be filed with the trial court in which you were convicted, and the trial court will forward it to this Court.  However, you will need to provide this Court with 11 copies of this document so that when the writ is sent to this Court, the copies can be distributed to the judges' offices.

Thank you for your assistance in this matter.

Sincerely,

Richard E. Wetzel
General Counsel

REW/bh
Enclosure

Richard E. Wetzel
General Counsel

SEPTEMBER 24, 2003

Re: Cause No. 800112-A

Dear Mr. Wetzel,

      I recieved your letter, as well as the returned subsequent writs. Thank you for responding to my documents, and giving me further information about the process.

      Enclosed, you shall find 11 copies of my writ, one for each of the respectable judges.

      My subsequent writ was filed in my trial court, as of July 2003. And now I'm sending the required writs to you, to have them distributed to the judges, as you have requested.

      Thank you for your assistance in this matter.

Sincerely,

Charles H. Mamou Jr.
TDC#999333
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351