NO. _786378_

THE STATE OF TEXAS

vs

_Andres Avila Mascorro_

IN THE _262_ DISTRICT

COURT OF HARRIS COUNTY, TEXAS

Change of Venue From: _____

### JUDGMENT ON JURY VERDICT OF GUILTY – PUNISHMENT FIXED BY COURT OR JURY

Judge Presiding: _M. Anderson_        Date of Judgment: _3-8-1999_

Attorney
for State: _V. Wisner_        Attorney
for Defendant: _R Easton, J Bruce_   [ ] Waived
                                      Counsel

Offense: _Capital murder_

Degree: _special_        Date Offense
                         Committed: _6-13-98_

Charging
Instrument: Indictment/~~Information~~        Plea: _not guilty_   Costs: $_321 25_

Jury Verdict: _guilty_        Foreman: _J. Hatley_

(Circle appropriate selection -- N/A = not available or not applicable)

Plea to Enhancement                    Findings on
Paragraph(s): True | Not True |(N/A)   Enhancement: True | Not True |(N/A)

Affirmative Findings: (Circle appropriate selection -- N/A = not available or not applicable)
DEADLY WEAPON:(Yes)|No |N/A   FAMILY VIOLENCE: Yes |No |(N/A)   HATE CRIME: Yes |No |(N/A)

Date Sentence
Imposed: _3-8-99_        Date to
Commence: _3-8-99_        Punishment
Assessed by: (Court)| Jury

Punishment and
Place of Confinement: Institutional/~~State Jail~~ Division   /Fine: —

_life TDC_

Time Credited: _257 days_        Total Amount of
                                 Restitution/Reparation/Reward:

Concurrent Unless Otherwise Specified:_____        Restitution/Reward to be Paid to:
                                                     Name: _____
                                                     Address: _____
Statement of Amount of Payment(s) required/Terms of Amount: _____

    This cause being called for trial, the State appeared by the above named attorney, and the defendant appeared in person in open court, the above named counsel for Defendant also being present, or where a defendant is not represented by counsel, the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel as indicated above, and the said Defendant having been duly arraigned and it appearing to the Court that Defendant was mentally competent and having pleaded as shown above to the charging instrument, both parties announced ready for trial and thereupon a jury, to-wit, the above named foreman and eleven others was duly selected, impaneled, and sworn, the jury having heard the charging instrument read and the Defendant's plea thereto and having heard the evidence submitted and having been duly charged by the Court, retired in charge of the proper officer to consider the verdict, and afterward were brought into Court by the proper officer, the Defendant and defendant's counsel, if any, being present, and returned into open court the verdict set forth above, which was received by the Court and is here now entered upon the minutes of the Court as shown above.

    The Defendant having previously-elected to have punishment assessed as indicated above.  And when Defendant is shown above to have elected to have the jury assess punishment, such jury was called back into the box and heard evidence relative to the question of punishment and having been duly charged by the Court; they retired to consider such question and after having deliberated they returned into Court the verdict shown under punishment above; and when Defendant is shown above to have elected to have punishment fixed by the Court, in due form of law further evidence was heard by the Court relative to the question of punishment and the Court fixed punishment of the Defendant as shown above.

    IT IS, THEREFORE, CONSIDERED AND ORDERED by the Court, in the presence of the Defendant, that the said judgment be and the same is hereby in all things approved and confirmed, and that the Defendant is adjudged guilty of the offense set forth above as found by the verdict of the jury, and said Defendant be punished in accordance with the Jury verdict or the Court's finding, as shown above and that the Defendant is sentenced to a term of confinement or fine or both, as indicated above, and that the said Defendant be delivered by the Sheriff to the Director of the Institutional or State Jail Division, Texas Department of Criminal Justice, as indicated above, or other person legally authorized to receive such convicts for the punishment assessed herein, and the said Defendant shall be confined for the above named term in accordance with the provisions of law governing such punishments and execution may issue as necessary.  Further, the court finds the Presentence Investigation, if so ordered, was done according to the applicable provisions of Art. 42.12, Sec. 9, Code of Criminal Procedure.

    The said Defendant was remanded to jail until said Sheriff can obey the directions of this judgment.

Plea Before Jury - Court/Jury Assessing Punishment
CRM-4  R08-12-94        -1-

[  ] On this the _____ day of _____, 19_____ imposition of this sentence is suspended and defendant is placed

on community supervision for _____ years pending his abiding by and not violating the terms and conditions of community supervision.

Clerk of the court furnished the probationer with a copy of the terms and conditions of community service.

---

### B I L L   O F   C O S T S

Payment Type:_____ (S, I, D, M or L:)  (NOTE: If "I" or "D" see attached order)
Jail Time: _____ H/D/M/Y  CC: Y/N ____ Y=Yes N=No (jail/fine/cost concurrent)
Time Assessed TDCJ, (ID) Institutional/(SJ) State Jail;_____ Div:_____ D/M/Y
Jail Credit: _____ H/D/M/Y      Sentence to Begin Date: _____
(HCJ/SJ)_____ as a Condition of Community Supervision: _____ H/D/M/Y
Additional Jail Credit: _____ H/D/M/Y
Payable on or Before:_____ PLO: _____ Reward SPN: _____ COC:____
_____ Hours of Sentence to be Served by Performing Community Service
Defendant to Serve Sentence by Electronic Monitoring? (Y or N): _____
NOTE TO SHERIFF:_____

| | | | | |
|---|---|---|---|---|
| Transcript at:_____ Pages....... | | Crime Stoppers Fee.......... | 2 | 00 |
| Serving Capias: _____/Summons:_____.. | | Jury Fee................... | | |
| Summoning_____ Witness/Mileage......... | | CJPF.................... | 20 | 00 |
| Jury Fee................ | | LEOSEF.................. | 1 | 50 |
| Taking: _____ Bonds................... | | CVCF................... | 45 | 00 |
| Commitment................... | | DCLCF................ | | |
| Release................... | | JCTF................. | 1 | 00 |
| Attachment................... | | Video Fee............ | | |
| Arrest W/O Warrant/Capias........ | | DWI Evaluation Fee...... | | |
| -----------RECAPITULATION------------ | | Reward Repayment......... | | |
| Fine Amount................ | | Security Fee............. | 5 | 00 |
| Miscellaneous Costs.......... | | Records Preservation Fee... | 10 | 00 |
| Judicial Fund Fee.......... | | ACCA................ | | |
| Special Expense............. | | Financial Responsibility... | | |
| Trial Fee................ | | PTR Fee.............. | | |
| District Attorney Fee.......... | | Attorney Fee.......... | | |
| Clerk's Fee................ | 40 | 00 Breath Alcohol Testing....... | | |
| Sheriff's Fees (Total)............ | | Rehabilitation Fund....... | | |
| Misdemeanor Costs........... | | Amount Probated/Waived.... | | |
| MAP Traffic Costs............ | | TOTAL AMOUNT OWED... | | |

Signed and entered this the _8_ day of _March_ A.D. 19 _99_.

Notice of Appeal: _3-8_ 19 _99_

Probation Expires: _____ 19 ___

Mandate Received: _____ 19 ___

_____
PRESIDING JUDGE

After Mandate Received, Sentence to Begin Date is: _____

(Check ONLY if Applicable)
[  ] Defendant to be placed in the "S.A.I.P." (Boot Camp) program in the Texas Department of Criminal Justice, Institutional Division pursuant to Art. 62.03 (c)-9 Revised Statutes/Article 42.12, Section 8, C.C.P.

Received on _____ day of _____, A.D., 19_____ at _____ o'clock ____M.

Sheriff, Harris County, Texas

By:_____ Deputy

Entered _On 1/1999_
Verified _____

RECORDER'S MEMORANDUM
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations
were present at the time of filming.

Defendant's
Right Thumbprint